```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
HAMILTON RESERVE BANK LTD.,             :
                                        :
                    Plaintiff,          :
                                        :    22cv5199 (DLC)
          -v-                           :
                                        :         ORDER
THE DEMOCRATIC SOCIALIST REPUBLIC OF    :
SRI LANKA,                              :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 21, 2022, the defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **October 13, 2022.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **October 13, 2022.** Defendant's reply, if any, shall be filed by **October 27, 2022.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy

copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        September 22, 2022

                                                        DENISE COTE
                                        United States District Judge