```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
HAMILTON RESERVE BANK LTD.,             :
                                        :
                    Plaintiff,          :   22cv5199 (DLC)
                                        :
              -v-                       :        ORDER
                                        :
THE DEMOCRATIC SOCIALIST REPUBLIC OF    :
SRI LANKA,                              :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 21, 2022, the defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On October 13, the plaintiffs filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendants' September 21 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **November 4, 2022**. If the defendants renew their motion to dismiss, the plaintiffs shall file any opposition to the renewed motion by **December 2, 2022**. Defendants shall file any reply by **December 16, 2022**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or

2

delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          October 19, 2022

                                          _____
                                               DENISE COTE
                                    United States District Judge