UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMILTON RESERVE BANK LTD.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA,<br><br>　　　　　　Defendant. | No. 22 Civ. 5199 (DLC) |

NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Robert G. Houck dated November 4, 2022 (and accompanying exhibits) and the accompanying Memorandum of Law, Defendant The Democratic Socialist Republic of Sri Lanka ("Sri Lanka") hereby respectfully moves this Court, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, for an order pursuant to Rule 12 of the Federal Rules of Civil Procedure dismissing the Amended Complaint in this action and granting such further relief as the Court deems proper and just.

Dated: November 4, 2022
　　　　New York, New York

Respectfully submitted,

　s/ Robert G. Houck

Robert G. Houck
John P. Alexander
Benjamin A. Berringer
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019

*Attorneys for Defendant The Democratic Socialist Republic of Sri Lanka*