UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                      :

HAMILTON RESERVE BANK LTD.,      :
                                        :

               Plaintiff,     :      22cv5199 (DLC)
                                        :

             -v-              :       <u>ORDER</u>
                                        :

THE DEMOCRATIC SOCIALIST REPUBLIC OF  :
SRI LANKA,                       :
                                        :

             Defendant.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     On March 21, 2023, counsel for the plaintiff submitted a
letter pursuant to Rule 4.G. of the Court's Individual Practices
in Civil Cases, noting that a motion has been fully submitted
for sixty days.  The parties are hereby advised that the Court
is aware of the fully submitted motion, and will decide it as
expeditiously as possible.

Dated:    New York, New York
        March 21, 2023

                                        DENISE COTE
                    United States District Judge