```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
HAMILTON RESERVE BANK LTD.,              :
                                         :
                 Plaintiff,              :     22cv5199 (DLC)
                                         :
           -v-                           :         ORDER
                                         :
THE DEMOCRATIC SOCIALIST REPUBLIC OF     :
SRI LANKA,                               :
                                         :
                 Defendant.              :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

As set forth in the conference held on April 20, 2023, it is hereby

ORDERED that the parties shall submit a joint status letter by **May 12, 2023.**

Dated:   New York, New York
         April 20, 2023

*[signature]*
DENISE COTE
United States District Judge