```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
HAMILTON RESERVE BANK LTD.,             :
                                        :
                    Plaintiff,          :        22cv5199 (DLC)
                                        :
            -v-                         :           ORDER
                                        :
THE DEMOCRATIC SOCIALIST REPUBLIC OF    :
SRI LANKA,                              :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the parties' letters dated June 20, 2023, it is hereby

ORDERED that a telephone conference is scheduled for **June 23, 2023 at 3:30 P.M.** The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749
        Access Code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
           June 21, 2023

                                                  _____
                                                       DENISE COTE
                                        United States District Judge