# HAMILTON INTERNATIONAL RESERVE BANK, LLC
UNANIMOUS CONSENT OF THE BOARD OF DIRECTORS IN LIEU OF MEETING

The undersigned, being the members of the Board of Directors of Hamilton International Reserve Bank, LLC, an international banking entity organized and existing under the laws of Puerto Rico (the "Company"), adopt and approve the following resolutions:

**WHEREAS**, it is in the best interest of the Company to change the name of the Company;

**WHEREAS**, the Company is proposing to change its name from Hamilton International Reserve Bank, LLC to **Acelera International Custodial Bank, LLC**.

**WHEREAS**, the Company is proposing to change its resident agent from Hamilton International Reserve Bank, LLC to **Acelera International Custodial Bank, LLC**; and

**WHEREAS,** the abovementioned amendments to the Articles of Incorporation are contingent upon the approval of the Office of the Commissioner of Financial Institutions (the "OCFI").

**NOW THEREFORE, IT IS HEREBY RESOLVED** that the Board amends the Company's and resident agent's name subject to the receipt of the approval from the OCFI. Mr. Martín Pirillo, Ms. Miled Forestier, and Mrs. Nicole Muñoz are individually and separately authorized to execute in the name and on behalf of the Company and to deliver thereafter, any and all agreements, instruments, consents, certificates, and other documents, and to take all such actions in any governmental or private agency as it may deem necessary or appropriate to carry out the intent of the foregoing resolutions.

Dated as of this the 26th day of May 2023.

By: _____           Date: May 26, 2023
Mr. Warren Raiti, Director

By: _____           Date: May 26, 2023
Mr. Yingmao Wei, Director

By: _____           Date: May 26, 2023
Mrs. Aiko Chan, Director