```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
HAMILTON RESERVE BANK LTD.,              :
                                         :
                    Plaintiff,           :     22cv5199 (DLC)
                                         :
              -v-                        :        ORDER
                                         :
THE DEMOCRATIC SOCIALIST REPUBLIC OF     :
SRI LANKA,                               :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 26, 2023, the plaintiff submitted a motion for summary judgment. On July 17, the defendant cross-moved to stay the proceedings for a period of six months. The motions became fully submitted on August 31.

On August 30, the United States Attorney for the Southern District of New York informed the Court that the United States is actively considering whether to file a Statement of Interest with respect to the pending motion to stay, and requesting until October 2, 2023, to do so. Accordingly, it is hereby

ORDERED that this action is stayed until the United States has had an opportunity to submit any such Statement of Interest.

Dated:   New York, New York
         September 6, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge