

Javier Bleichmar
212 789 1341 direct
212 205 3961 fax
jbleichmar@bfalaw.com

September 8, 2023

**BY ECF**

Hon. Denise Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*,
No. 1:22-cv-05199-DLC (S.D.N.Y.)

Dear Judge Cote:

On behalf of Plaintiff Hamilton Reserve Bank Ltd. ("Plaintiff"), we write to advise the Court that Plaintiff intends to file a single response to (1) the *amicus* brief filed by the French Republic and the United Kingdom (ECF 69-1) and (2) any Statement of Interest that the United States may file (*see* ECF 64). Given the United States' representation that it will file any Statement of Interest by October 2, 2023, Plaintiff intends to file its response after that date, unless the Court advises that it would prefer Plaintiff to respond to the *amicus* brief earlier.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Javier Bleichmar*

Javier Bleichmar

cc:  All counsel of record
    Lucas Issacharoff, Assistant U.S. Attorney (by email)