```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
HAMILTON RESERVE BANK LTD.,           :
                                      :
                Plaintiff,            :     22cv5199 (DLC)
                                      :
        -v-                           :         ORDER
                                      :
THE DEMOCRATIC SOCIALIST REPUBLIC OF  :
SRI LANKA,                            :
                                      :
                Defendant.            :
                                      :
--------------------------------------X
```

DENISE COTE, District Judge:

On June 26, 2023, the plaintiff moved for summary judgment. On July 17, the defendant cross-moved to stay the proceedings. The motions became fully submitted on July 31 and October 19, respectively.  On November 1, this Court issued an Opinion and Order granting the defendant's motion for a stay.  The Opinion stayed this action through February 29, 2024.  Accordingly, it is hereby

ORDERED that Hamilton's June 26 motion for summary judgment is denied without prejudice to renewal by letter application when the stay is lifted.

IT IS FURTHERED ORDERED that, by March 1, 2024, the parties

shall submit a status letter to the Court.

Dated:     New York, New York
           November 1, 2023

                                    _____
                                    DENISE COTE
                            United States District Judge