```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
HAMILTON RESERVE BANK LTD.,         :
                                    :
                    Plaintiff,      :     22cv5199 (DLC)
          -v-                       :
                                    :        ORDER
THE DEMOCRATIC SOCIALIST REPUBLIC OF :
SRI LANKA,                          :
                                    :
                    Defendant.      :
                                    X
------------------------------------
```

DENISE COTE, District Judge:

On February 29, 2024, intervenors Jesse Guzman, Ultimate Concrete, LLC, and Intercoastal Finance Ltd. filed a motion to intervene against the plaintiff. Accordingly, it is hereby

ORDERED that any opposition to the intervenors' motion shall be filed by March 15, 2024. The intervenors' reply, if any, shall be filed by March 22. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         March 1, 2024

                                   _____
                                          DENISE COTE
                                   United States District Judge