UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
HAMILTON RESERVE BANK LTD.,          :
                                     :
                 Plaintiff,          :    22cv5199 (DLC)
         -v-                         :
                                     :         ORDER
THE DEMOCRATIC SOCIALIST REPUBLIC OF :
SRI LANKA,                           :
                                     :
                 Defendant.          :
                                     X
-------------------------------------

DENISE COTE, District Judge:

On March 1, 2024, the defendant filed a motion to stay proceedings. Accordingly, it is hereby

ORDERED that the plaintiff's opposition to the defendant's motion shall be filed by March 18, 2024. The defendant's reply, if any, shall be filed by March 25. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         March 4, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge