UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMILTON RESERVE BANK LTD., <br><br>    Plaintiff, <br><br> v. <br><br> THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA, <br><br>    Defendant. | Case No.: 22-cv-5199 (DLC) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Brian Pfeiffer, with the law firm of White & Case LLP, a member of good standing of this Court, hereby enters his appearance on behalf of amicus curae "Steering Committee of the Ad Hoc Bondholder Group" in the above-captioned matter.

                                      Brian Pfeiffer
                                      NY Bar No. 3042769
                                      1221 Avenue of the Americas
                                      New York, NY 10020
                                      Phone: 212-819-8237
                                      Facsimile: 212-354-8113
                                      Email: brian.pfeiffer@whitecase.com

Dated:   August 28, 2024                         Respectfully submitted,
              New York, New York

                                                      **WHITE & CASE**

                                                      */s/ Brian Pfeiffer*
                                                      Brian Pfeiffer
                                                      1221 Avenue of the Americas
                                                      New York, NY 10020

Telephone: 212-819-8237
brian.pfeiffer@whitecase.com

*Counsel to the Steering Committee of the Ad Hoc Bondholder Group*