October 1, 2024

**BY ECF**

Hon. Denise Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*,
      No. 1:22-cv-05199-DLC (S.D.N.Y.)

Dear Judge Cote:

Counsel for Plaintiff respectfully submits this response to Defendant Sri Lanka's September 20, 2024 letter (ECF 121). Sri Lanka reported on September 20 that it had reached an "agreement in principle" on its debt restructuring and that a further stay of this litigation was warranted. But Sri Lanka's new leadership has since undermined that assertion, confirming that no further stay is warranted.

For context, since Sri Lanka's 2022 default, President Ranil Wickremesinghe's administration had presided over restructuring negotiations with creditors and the IMF. But on September 21, 2024—the day after Sri Lanka's letter—a Marxist political outsider, Anura Kumara Dissanayake, defeated President Wickremesinghe in a run-off election and has already assumed power as the new president of Sri Lanka.[1]

Dissanayake's surprise victory has thrown the country into political uncertainty. He recently announced the dissolution of Sri Lanka's Parliament and called for early elections on November 14, 2024 because his party held just 3 of 225 legislative seats.[2] Most significantly for present purposes, despite the debt restructuring agreement reached with the prior government, Dissanayake has now "vowed to reopen negotiations with the [IMF] over its $3 billion bailout," and "[s]ome of Dissanayake's backers oppose the existing debt restructuring framework."[3] According to analysts, "[t]here's no doubt that the election outcome creates uncertainty, given Dissanayake's willingness to renegotiate the IMF terms."[4]

---

[1] See *Bloomberg*, "Sri Lanka President Plans to Start IMF Talks, Focus on Stability" (Sept. 25, 2024), *available at* https://www.bloomberg.com/news/articles/2024-09-25/sri-lanka-president-plans-to-start-imf-talks-focus-on-stability

[2] *Id.*

[3] *Id.*

[4] Reuters, "Dissanayake's push for Sri Lanka economic change leaves IMF deal, debt rework in limbo" (Sept. 24, 2024), *available at* https://www.reuters.com/world/asia-pacific/dissanayakes-push-sri-lanka-economic-change-leaves-imf-deal-debt-rework-limbo-2024-09-24/

October 1, 2024
Page 2

      Thus, while Sri Lanka has repeatedly speculated that this litigation could "pose severe risks to the success" of its restructuring (ECF 114 at 4 of 8), after it agreed to the restructuring and an IMF program, Sri Lanka's new leadership itself appears to present the most significant risk to these objectives.[5]

      This straightforward breach of contract case, filed in 2022, should not be held up any further by Sri Lanka's own politics and wavering conduct. Plaintiff has no control over either the previous or current government's policies, or whether the new president Dissanayake's party can obtain a legislative majority in mid-November. And even if Dissanayake obtains control over the legislature and eventually pursues some form of restructuring, the timeline is indefinite and will require (at minimum) new rounds of negotiations with the IMF, bilateral creditors, and private creditors.

      None of this is likely to be completed by November 2024. And in all events, Plaintiff's "rights cannot be put on hold pending geopolitical developments that may or may not come to pass." *Casa Express Corp. v. Bolivarian Republic of Venezuela*, 492 F. Supp. 3d 222, 227-28 (S.D.N.Y. 2020) ("A stay that would last until the Guaidó government takes power in Venezuela, stabilizes the country, and negotiates a debt restructuring process amounts to an indefinite stay.").

      After two prior stays that commenced nearly a year ago, this action should not be further stayed. We appreciate the Court's attention to this matter.

Dated: October 1, 2024

                                      Respectfully submitted,

                                      **BLEICHMAR FONTI & AULD LLP**

                                      By:  */s/ Javier Bleichmar*
                                             Javier Bleichmar
                                             Evan A. Kubota
                                             300 Park Avenue, Suite 1301
                                             New York, New York 10022
                                             Telephone: (212) 789-1340
                                             Facsimile: (212) 205-3960
                                             jbleichmar@bfalaw.com
                                             ekubota@bfalaw.com

                                      **JENNER & BLOCK LLP**
                                      Lee Wolosky
                                      1155 Avenue of the Americas
                                      New York, NY 10036

---

[5] Notably, the Ad Hoc Group of Bondholders Steering Committee cited "the uncertainties relating to the upcoming presidential elections in Sri Lanka" in urging that "it is critical that the bond restructuring contemplated by the Joint Working Framework is launched by the middle of September 2024." (ECF 120 at 3-4 of 4.) The Steering Committee has taken no position on Sri Lanka's stay motion. (*Id.*)

    Telephone: (212) 891-1600
    lwolosky@jenner.com

    **CATAFAGO FINI LLP**
    Tom M. Fini
    One Grand Central Place, 47th Floor
    New York, NY 10165
    Telephone: (212) 239-9669
    tom@catafagofini.com

    *Counsel for Plaintiff*