**CLIFFORD CHANCE**

CLIFFORD CHANCE US LLP

TWO MANHATTAN WEST
375 9TH AVENUE
NEW YORK, NY 10001

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**By ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Direct Dial: +1 212 878 3224
E-mail: robert.houck@cliffordchance.com

October 4, 2024

**Re:**   *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 22 Civ. 5199 (DLC)

Your Honor:

We write on behalf of the Defendant The Democratic Socialist Republic of Sri Lanka ("Sri Lanka") in response to Plaintiff Hamilton Reserve Bank's ("HRB") letter dated October 1, 2024 (Doc. 122). HRB speculates that Sri Lanka's restructuring efforts have been undermined by the recent Presidential elections and, on that purported basis, reiterates its opposition to Sri Lanka's motion for a further stay of proceedings (*see* Doc. 106). HRB is misinformed. As discussed in more detail below, Sri Lanka remains committed to the restructuring process.

Following the elections and appointment of the new government, the Sri Lankan authorities have confirmed their endorsement of the International Monetary Fund ("IMF")-supported program debt targets and the September 19, 2024 agreement in principle with representatives of Sri Lanka's international and local holders of international sovereign bonds (the "Agreement"). The authorities also have confirmed their intention to expedite the implementation of the restructuring in line with these terms. These matters are further described in an October 4, 2024 press release from the Ministry of Finance. (*See* Exhibit 1.)[1]

Indeed, Sri Lanka has been working diligently on this front and significant progress has been made since our September 20, 2024 letter (*see* Doc 121). Sri Lanka is happy to report that it has now

---

[1] *See also* https://www.treasury.gov.lk/api/file/a5e05643-af47-4d9c-81a3-95d3be67bee5. After taking office, the new President Anura Kumara Dissanayake re-appointed Treasury Secretary Mahinda Siriwardana, who has been closely involved in the debt restructuring process. *See* https://economynext.com/sri-lanka-treasury-secretary-siriwardana-assumes-duties-180913/.

**C L I F F O R D**  **CLIFFORD CHANCE US LLP**
**C H A N C E**

completed consultations with the Official Creditor Committee ("OCC") and IMF staff regarding the compliance of the Agreement with the comparability of treatment principle and the parameters of the IMF-supported program. Specifically, the OCC has confirmed that the terms of the Agreement as it stands are compatible with the comparability of treatment principle. In addition, IMF staff have confirmed that the Agreement meets program parameters under the extended fund facility arrangement second review macro framework, when considered in conjunction with the restructuring of official claims in line with the terms agreed with the OCC and China Exim Bank in June 2024.[2]

Sri Lanka intends to launch the formal exchange process as soon as possible with a view to concluding Sri Lanka's debt restructuring process. To facilitate this, Sri Lanka has selected Citigroup Global Markets Inc ("Citi") to act as dealer manager to support the execution of the bond exchange, consent solicitation, legal documentation, and other processes involved in design and successful implementation of the exchange. (*See* Exhibit 2.)[3] Citi has appointed Hogan Lovells to advise it in the process.

Sri Lanka reiterates its request for a further stay of proceedings, and thanks the Court for its consideration. We are happy to provide the Court with any other information that may be helpful.

Respectfully submitted,

s/ Robert G. Houck

Robert G. Houck

---

[2] IMF staff today concluded "productive discussions" in Sri Lanka with the government. *See* https://www.imf.org/en/News/Articles/2024/10/04/pr24357-release-by-krishna-srinivasan-at-the-end-of-visit-to-sri-lanka.

[3] *See also* https://www.treasury.gov.lk/api/file/ca6844a6-1990-4c0f-9f71-c970e5beef47. This was the result of a careful procurement process starting in March 2024.