UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                               :
HAMILTON RESERVE BANK LTD.,       :
                               :
                Plaintiff,    :     22cv5199 (DLC)
         -v-              :
                               :       ORDER
THE DEMOCRATIC SOCIALIST REPUBLIC OF  :
SRI LANKA,                    :
                               :
                Defendant.   :
--------------------------------------X

DENISE COTE, District Judge:

    On November 26, 2024, the defendant filed a motion further to stay proceedings. Accordingly, it is hereby

    ORDERED that the plaintiff's opposition, if any, to the defendant's motion shall be filed by **December 11, 2024**. The defendant's reply, if any, shall be filed by **December 16**. At the time of any filing, the filing party shall supply Chambers with two (2) courtesy copies of its motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
           December 2, 2024

                              _____
                                   DENISE COTE
                    United States District Judge