**CLIFFORD CHANCE**

CLIFFORD CHANCE US LLP

TWO MANHATTAN WEST
375 9TH AVENUE
NEW YORK, NY 10001

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**By ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Direct Dial: +1 212 878 3224
E-mail: robert.houck@cliffordchance.com

January 6, 2025

Re:   *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 22 Civ. 5199 (DLC)

Your Honor:

We write on behalf of the Defendant The Democratic Socialist Republic of Sri Lanka ("Sri Lanka"), and pursuant to the Court's December 20, 2024 Opinion and Order (Doc. 132), to provide a status report on this matter.

Sri Lanka is happy to report that its sovereign debt restructuring process has largely concluded. The recent Exchange Offer and Consent Solicitation process has now settled, resulting in the successful restructuring of approximately 98% of Sri Lanka's then-outstanding international sovereign bonds. There are still some matters to finalize, including with respect to the exchange as well as the documentation of agreements with official bilateral creditors (which are already agreed in principle). But at this point, all large outstanding external sovereign debt has been successfully restructured. With continued macroeconomic discipline, the debt relief provided by the restructuring will ensure debt sustainability and thus deliver on a key commitment to the IMF in connection with Sri Lanka's IMF-supported program. These matters are described in more detail in the accompanying January 1, 2025 presentation and memorandum by Sri Lanka's Ministry of Finance (attached as Exhibits 1 and 2).[1]

In light of the foregoing, Sri Lanka does not intend to seek a further stay of proceedings at this time. Sri Lanka is deeply grateful for the Court's patience and consideration throughout this difficult process. We are happy to provide the Court with any additional information.

Respectfully submitted,

*s/ Robert G. Houck*
Robert G. Houck

---

[1]   *See also* https://www.treasury.gov.lk/api/file/fca81023-667c-407f-99cc-ad32e50a21cf and https://www.treasury.gov.lk/api/file/bd447900-840d-4c28-bfcb-7c78fe79bbf2.