

Javier Bleichmar
212 789 1341 direct
212 205 3961 fax
jbleichmar@bfalaw.com

January 17, 2025

**BY ECF**

Hon. Denise Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 1:22-cv-05199-DLC (S.D.N.Y.)

Dear Judge Cote:

    We represent Plaintiff Hamilton Reserve Bank Ltd. ("Plaintiff") in the above matter. The stay in this action expired on January 15, 2025 (*see* ECF 132), and Sri Lanka has confirmed that it "does not intend to seek a further stay of proceedings at this time" (ECF 133).

    Thus, pursuant to the Court's Order (ECF 78), Plaintiff hereby renews its June 26, 2023 motion for summary judgment (ECF 44, the "Motion"). Plaintiff has conferred with Sri Lanka and advised that it would renew the Motion today; pursuant to the Court's January 14, 2025 Order (ECF 134), the parties are also conferring about further proceedings, if any, and will submit their positions by January 21, 2025.

    The Motion was fully briefed on July 31, 2023, when Plaintiff filed its reply papers (ECF 60). On July 31, 2023, Plaintiff submitted courtesy copies of all Motion papers, comprised of:

- <u>Opening</u>: Plaintiff's Motion for Summary Judgment (ECF 44); Memorandum of Law in Support (ECF 45); Declaration of Evan A. Kubota with Exhibits A-P (ECF 46 & 46-1 to 46-16); Plaintiff's Rule 56.1 Statement of Undisputed Material Facts (ECF 47); June 26, 2023 Declaration of Antonio Kenyatta (ECF 48); July 7, 2023 Declaration of Antonio Kenyatta with Exhibit 1 (ECF 52 & 52-1);



January 17, 2025
Page 2

- <u>Opposition</u>: Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment (ECF 56); Declaration of Avinash Persaud (ECF 57); Defendant's Response to Plaintiff's Statement of Material Facts (ECF 58); Declaration of Robert G. Houck with Exhibits 1-26 (ECF 59 & 59-1 to 59-29);

- <u>Reply</u>: Reply Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment (ECF 60); Reply Declaration of Antonio Kenyatta (ECF 61).

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ *Javier Bleichmar*
Javier Bleichmar