

Javier Bleichmar
212 789 1341 direct
212 205 3961 fax
jbleichmar@bfalaw.com

April 9, 2025

<u>**BY ECF**</u>

Hon. Denise Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 1:22-cv-05199-DLC (S.D.N.Y.)

Dear Judge Cote:

On behalf of Plaintiff Hamilton Reserve Bank Ltd. ("Plaintiff"), pursuant to Part 4.G of the Court's Individual Practices, we write to advise the Court that Plaintiff's summary judgment motion (ECF 44, renewed at ECF 135) became fully briefed on February 6, 2025 (*see* ECF 141) and has been pending for more than 60 days.

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ *Javier Bleichmar*
Javier Bleichmar