# EXHIBIT 2

# HAMILTON RESERVE BANK LTD
(formerly Nevis International Bank & Trust, Ltd)
(a wholly-owned subsidiary of
Fintech Holdings Ltd)

*INDEPENDENT AUDITORS' REPORT*
*AND*
*CONSOLIDATED AUDITED FINANCIAL STATEMENTS*

December 31, 2021

CONFIDENTIAL                                                                                                                              HRB_144


**INDEPENDENT AUDITORS' REPORT**

To the Board of Directors and Stockholder of
Hamilton Reserve Bank Ltd
(formerly Nevis International Bank & Trust, Ltd)
(a wholly-owned subsidiary of Fintech Holdings Ltd):

**Opinion**

We have audited the accompanying consolidated financial statements of Hamilton Reserve Bank Ltd (formerly Nevis International Bank & Trust, Ltd)(a wholly-owned subsidiary of Fintech Holdings Ltd) and its subsidiary (collectively the "Bank"), which comprise the balance sheet as of December 31, 2021, and the related consolidated statements of operations, changes in stockholders' equity, and cash flows for the year then ended, and the related notes to the consolidated financial statements.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Bank as of December 31, 2021, and the results of its operations and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

[redacted]

As more fully described in Note 9, on July 25, 2022 investments in debt securities with face value of $143.9 million and carrying value of $121.17 million were subject to delayed payments of principal and interest by issuer. The Bank filed a lawsuit asking for full redemption of principal and interest for an aggregate amount of $257.6 million. The ultimate gain or loss resulting from this matter cannot be estimated as of the date of issuing these financial statements.



PO BOX 363343
San Juan Puerto Rico
00936-3343
T: (+1) 787 725 1500
www.drivenadvisors.com

CONFIDENTIAL                                                                                              HRB_146

**HAMILTON RESERVE BANK LTD**
**(formerly Nevis International Bank & Trust, Ltd)**
**(a wholly-owned subsidiary of Fintech Holdings Ltd)**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
**DECEMBER 31, 2021**



As of December 31, 2021, the Bank's investments in debt securities amounting to $122,620,140 consisted of sovereign bonds issued by the Republic of Sri Lanka. The bonds had maturity dates of January 18, 2022 and July 25, 2022. Subsequent to December 31, 2021, the Bank collected the principal balance of bonds maturing on January 18, 2022, with a face value of $1,000,000 and carrying amount of $901,960. The Bank also collected the semi-annual interest due in January 2022 on the July 25, 2022 bonds. In July 2022, the Republic of Sri Lanka delayed payment of principal and interest on the bonds maturing on July 25, 2022, with a face value of $143,960,000 and carrying value of $121,718,180. The Bank filed suit against Sri Lanka in the United States District Court for the Southern District of New York for breach of contract. The Bank seeks compensatory damages in the amount of unpaid principal of $250,190,000 (which includes purchases subsequent to December 31, 2021) and accrued interest of $7,349,331 (as of July 25, 2022) on the bonds, plus interest that continues to accrue daily on the Bank's bonds and pre-judgment and post-judgment interest, costs, attorneys' fees, and such other and further legal and equitable relief as the Court may deem just and proper.

The Bank believes it will prevail in its claim against Sri Lanka and anticipates full remuneration of principal and interest in due course on the Bank's bonds.

As of the date these financial statements were available to be issued, the bonds with a face value of $143,960,000 and a maturity date of July 25, 2022, held by the Bank as of December 31, 2021, has an estimated fair value of $106,400,000 as provided by a third-party pricing provider.

The ultimate gain or loss resulting from this matter cannot be estimated as of the date of issuing these financial statements.



CONFIDENTIAL    HRB_164