# EXHIBIT 3

HAMILTON RESERVE BANK LTD

(formerly Nevis International Bank & Trust, Ltd)

FINANCIAL STATEMENTS

FOR THE YEAR ENDED DECERBER 31, 2023 AND 2022

(expressed in United States dollars)

CONFIDENTIAL
HRB_166

**HAMILTON RESERVE BANK LTD**
(formerly Nevis International Bank & Trust, Ltd)
Notes to Financial Statements
Years ended December 31, 2023 and 2022

3. Notes to financial statements accrued interest receivable and long-term receivable: Sri Lankan Government International Bond Receivable

### Background

Hamilton Reserve Bank Ltd. owns a long term investment in the Sri Lanka Government International Bonds, specifically the Sri Lanka 5 7/8 07/25/22 sovereign bond issue. This bond carries a 5.875% annual coupon and had a maturity date of July 25, 2022. The investment was originally acquired with the intent to hold until maturity based on explicit assurances from the Sri Lankan government regarding timely and full repayment.

### The 2022 Sovereign Credit Event

On April 12, 2022, the Sri Lanka government announced delays in interest payments on certain sovereign bond issues (unrelated to the Sri Lanka 5 7/8 07/25/22 bonds). The July 2022 bond held by Hamilton Reserve Bank was not included in the delayed-payment announcement, and no default occurred on this bond at that time.

### Maturity and Legal Proceedings

The Sri Lanka 5 7/8 07/25/22 bond matured as scheduled on July 25, 2022. However, the government did not remit the principal and final interest payment upon maturity. As a result, Hamilton Reserve Bank Ltd. initiated legal proceedings against the Sri Lanka government to recover the amounts due under the bond. The Bank is currently pursuing this claim in the United States District Court Southern District of New York and is awaiting a final judgment. [redacted]

### Accrued Interest and Accounting Treatment

Under the ongoing legal claim, pre-judgment interest on the outstanding principal is accruing at an annual rate of 9% (approximately $1.9 million per month) from the default date until the conclusion of the legal proceedings. Hamilton Reserve Bank recognized this legally appointed accrued interest as income in 2022 and 2023.

### Carrying Value and Credit Loss Allowance

The Long-term receivable arising from the matured bond is carried at its gross principal amount, with an allowance for credit losses recorded as needed based on management's estimates. Management determines the allowance for credit losses by evaluating a variety of factors, including historical loss experience, current conditions affecting the Sri Lanka

CONFIDENTIAL                                                                                                       HRB_176

HAMILTON RESERVE BANK LTD
(formerly Nevis International Bank & Trust, Ltd)
Notes to Financial Statements
Years ended December 31, 2023 and 2022

sovereign's creditworthiness, and reasonable and supportable forecasts of future economic conditions. As of December 31, 2023, the gross outstanding principal balance of this long-term note receivable was $250,490,000. Based on its analysis and the expected recovery of the full amount in principal and accrued interest through the legal process, management determined that no allowance for credit losses was necessary for this Long-term receivable at year-end 2023 and 2023. The net carrying value of the receivable on the balance sheet at December 31, 2023 therefore equals its full principal amount of $250,490,000, and the accrued, unpaid semi-annual interest due on July 25, 2022 of $7,358,143.75 and $33,315,393.04 accrued pre-judgement interest.



11