```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
HAMILTON RESERVE BANK LTD.,           :
                                      :
                  Plaintiff,          :   22cv5199 (DLC)
                                      :
            -v-                       :        ORDER
                                      :
THE DEMOCRATIC SOCIALIST REPUBLIC OF  :
SRI LANKA,                            :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the joint status letter of June 6, 2025, it is hereby

ORDERED that Sri Lanka's request to take additional discovery is granted. It shall serve its discovery requests by June 24. The parties shall thereafter meet and confer, and any discovery disputes will be raised in letters to be submitted by July 1. The parties shall refer to the Court's Individual Practices in Civil Cases for the procedures applicable to discovery disputes.

Dated:   New York, New York
         June 10, 2025

                                         _____
                                                DENISE COTE
                                         United States District Judge