UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
HAMILTON RESERVE BANK LTD.,           :
                                      :
                  Plaintiff,          :   22cv5199 (DLC)
                                      :
         -v-                          :   ORDER
                                      :
THE DEMOCRATIC SOCIALIST REPUBLIC OF  :
SRI LANKA,                            :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

   The parties have raised discovery disputes in letters of July 1 and July 2, 2025. It is hereby

   ORDERED that those disputes will be addressed at a conference to be held on **July 10, 2025** at **10:00 a.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         July 8, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge