**BY ECF**

Hon. Denise Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

Re:     *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*,
        No. 1:22-cv-05199-DLC (S.D.N.Y.)

Dear Judge Cote:

        Plaintiff Hamilton Reserve Bank Ltd. ("Hamilton") and Defendant the Democratic Socialist Republic of Sri Lanka ("Sri Lanka") respectfully submit this joint status letter pursuant to the Court's guidance at the July 10, 2025 discovery conference:

1. With respect to the time period for Sri Lanka's RFP 2, while the parties are continuing to confer, Hamilton expects to apply Sri Lanka's requested time period of January 1, 2021 through July 6, 2023.

2. Benjamin Wey will be available for deposition without a subpoena, to the extent necessary after the Rule 30(b)(6) deposition of Hamilton.

Dated: July 16, 2025

                                                Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**          **CLIFFORD CHANCE US LLP**

By:  */s/ Javier Bleichmar*                By:  */s/ Robert G. Houck*

   Javier Bleichmar                           Robert G. Houck
   Evan A. Kubota                             John P. Alexander
300 Park Avenue, Suite 1301                   Benjamin A. Berringer
New York, NY  10022                        Two Manhattan West
Telephone: (212) 789-1340                  375 9th Avenue
Facsimile: (212) 205-3960                  New York, NY 10001
jbleichmar@bfalaw.com                      Telephone: (212) 878-8000
ekubota@bfalaw.com                         Facsimile: (212) 878-8375
                                           Robert.Houck@cliffordchance.com
**WILLKIE FARR & GALLAGHER LLP**          John.Alexander@cliffordchance.com
Lee Wolosky                                Benjamin.Berringer@cliffordchance.com
787 Seventh Avenue
New York, NY 10019                         *Counsel for Defendant*
Telephone: (212) 728-3098
lwolosky@willkie.com

2

**CATAFAGO FINI LLP**
Tom M. Fini
One Grand Central Place
47th Floor
New York, NY 10165
Telephone: (212) 239-9669
tom@catafagofini.com


*Counsel for Plaintiff*