```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
HAMILTON RESERVE BANK LTD.,           :
                                      :
                    Plaintiff,        :    22cv5199 (DLC)
                                      :
          -v-                         :         ORDER
                                      :
THE DEMOCRATIC SOCIALIST REPUBLIC OF  :
SRI LANKA,                            :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

In a letter of July 17, 2025, plaintiff Hamilton Reserve Bank Ltd. requests redactions of the public transcript of the July 10 discovery conference. Having reviewed the proposed redactions, it is hereby

ORDERED that redactions may be applied to the following lines of the transcript of the July 10 conference: 6:13, 7:6-7, 7:10, 7:19-22, 13:20, 14:7, 15:2, 15:7-8, 15:10, 15:16-17, 15:19, 16:8-9, 16:24.

Dated:   New York, New York
         July 18, 2025

                                   _____
                                          DENISE COTE
                                   United States District Judge