**CLIFFORD CHANCE**

CLIFFORD CHANCE US LLP

TWO MANHATTAN WEST
375 9TH AVENUE
NEW YORK, NY 10001

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**By ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Direct Dial: +1 212 878 3224
E-mail: robert.houck@cliffordchance.com

October 17, 2025

Re:   *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 22 Civ. 5199 (DLC)

Your Honor:

We write on behalf of the Democratic Socialist Republic of Sri Lanka ("Sri Lanka"), and with the consent of Plaintiff Hamilton Reserve Bank Ltd., to provide a status report in this matter. Following the July 10, 2025 conference before Your Honor, the parties have met and conferred on discovery matters and will continue to do so. We respectfully propose to provide a further update to the Court by November 19, 2025 and can provide any additional information as necessary before then.

Respectfully submitted,

*s/ Robert G. Houck*