# Clifford Chance

**By ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

November 18, 2025

Re: *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka,*
No. 22 Civ. 5199 (DLC)

Your Honor:

We write on behalf of the Democratic Socialist Republic of Sri Lanka ("Sri Lanka"), and with the consent of Plaintiff Hamilton Reserve Bank Ltd., to provide a status report in this matter. Following the July 10, 2025 conference before Your Honor, the parties have met and conferred on discovery matters and will continue to do so. We respectfully propose to provide a further update to the Court by December 9, 2025 and can provide any additional information as necessary before then.

Respectfully submitted,

s/ Robert G. Houck

Robert G. Houck

cc:   Counsel of record

Granted.
Denise Cote
11/18/25

**Clifford Chance US LLP**
Two Manhattan West · 375 9th Avenue · New York, NY 10001
Tel +12128788000 · Direct Dial +12128783224 · robert.houck@cliffordchance.com · cliffordchance.com