# Exhibit A

**Exhibit A - HRB December 1, 2025 Counterproposal For ESI Search Protocol**

**Date Range:** 1 Jan. 2021 to 6 July 2023

**Custodians:**

Andrew Zuo Guo

Anthony Gajor

Antonio Kenyatta

Ghassan Nasr

Herbert Rosevelt

Howard Anthony Lewis

Prabhakar Kaza

Sam Yee

Sir Tony Baldry

Yingmao Wei

Vinay Ganga

Fayola Olugbala

Charles Shearer

**Search Terms:**

"Sri Lanka"

USY2029SAH77

US85227SAK24

Y2029SAH7

85227SAK2

80475284

80475349

*@dtcc.com

\*@fibank.com w/10 bond\*

\*@fibank.com w/10 note\*

\*@hsbc.com

\*DTC\*

\*HIRB\* w/10 bond\*

\*HIRB\* w/10 note\*

\*HSBC\* w/50 bond\*

\*HSBC\* w/50 note\*

\*HSBC\* w/50 trustee\*

\*SLDB\*

"1 billion" w/10 bond\*

"1 billion" w/10 note\*

"250 million" w/10 bond\*

"250 million" w/10 note\*

"Fintech Bank Ltd." w/10 bond\*

"Fintech Bank Ltd." w/10 note\*

"Fintech Holdings Group" w/10 bond\*

"Fintech Holdings Group" w/10 note\*

"Fintech Holdings" w/10 bond\*

"Fintech Holdings" w/10 note\*

"Hamilton International Reserve Bank" w/10 bond\*

"Hamilton International Reserve Bank" w/10 note\*

1 billion w/10 note\*

1 billion w/10 bond\*

144A w/10 USD213,644,000

132270687.v1

1b* w/10 bond*

1b* w/10 note*

1bn w/10 bond*

1bn w/10 note*

250 m w/10 bond*

250 m w/10 note*

250,000,000 w/10 bond*

250,000,000 w/10 note*

250m w/10 bond*

250m w/10 note*

5.875*

Ajith

Amarasuriya

Anura

Aryasinha

Attygalle

Basil

Cabraal

CBSL

Ceylon*

Depository w/2 Trust*

Dinesh

Dissanayake

DSRSL

GOSL

132270687.v1

Gotabaya

Gunawardena

Harini

interim w/2 polic*

Kumara

Mahinda

Matur* w/50 25.7*

Matur* w/50 25/7*

Matur* w/50 25-7*

Matur* w/50 7.25*

Matur* w/50 7/25*

Matur* w/50 7-25*

Matur* w/50 "July"

Montpelier w/10 bond*

Montpelier w/10 note*

Nandalal

Nivard

Rajapaksa

Ranil

Ravinatha

Reg* w/10 USD786,356,000

Sabry

Samarasinghe

Siriwardana

Sovereign* w/10 debt*

132270687.v1

Sovereign* w/10 bond*

Sovereign* w/10 note*

Weerasinghe

Wickremesinghe

------

bond* w/10 2022

note* w/2 2022

ISB w/40 (Lanka or Sri or SL or 2022)

SL w/ 20 (bond or ISB or invest*)

Colombo w/100 (bond or ISB or invest*)

Lanka*

Gov* w/3 bond*

Gov* w/3 note*

132270687.v1