# Clifford Chance

**By ECF**

The Honorable Denise L. Cote  January 9, 2026
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

**Re:** *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 22 Civ. 5199 (DLC)

Your Honor:

We write pursuant to the Stipulated Protective Order dated May 11, 2023 (ECF No. 38), and Section 8(B) of the Court's Individual Practices, to request permission to file certain papers under seal in connection with Defendant's discovery dispute response letter (the "Letter") filed contemporaneously herewith pursuant to Section 2(C) of the Court's Individual Practices.

Defendant's Letter refers to certain information contained in documents that Plaintiff HRB has designated "Confidential" under the Stipulated Protective Order. Specifically, the Letter quotes from or summarizes information from the following documents:

- HRB-VOL2-000433–000447 – 2022-2023 Financial statements;
- HRB-VOL2-000448–000461 – 2023-2024 Financial statements;
- HRB-VOL3-000136–000150 – July 5, 2023 email;
- HRB-VOL3-000347–000349 – November 22, 2022 email;
- HRB-VOL3-000408–000420 – October 12, 2022 email;
- HRB-VOL4-000278–000279 – August 2, 2022 email;
- HRB-VOL4-001151–001159 – January 25, 2022 email;
- HRB-VOL4-001181–001187 – January 13, 2022 email; and
- HRB-VOL4-001368–001369 – April 12, 2023 Minutes for Board Meeting.

Accordingly, and solely because HRB has designated this information as Confidential, Defendant is filing a public redacted version and under seal unredacted version of the Letter, as required by Section 9 of the Stipulated Protective Order.

As to whether there is actually a need (compelling or otherwise) to file any portion of the Letter under seal, Defendant takes no position at this time. *See Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019) ("[A]ll documents submitted in connection with, and relevant to, such judicial decision-making are subject to at least some presumption of public access"); *Lugosch v. Pyramid*

**Clifford Chance US LLP**

Two Manhattan West · 375 9th Avenue · New York, NY 10001
Tel +12128788000 · Direct Dial +12128783224 · robert.houck@cliffordchance.com · cliffordchance.com

Clifford Chance

**Clifford Chance US LLP**

*Co.*, 435 F.3d 110, 123 (2d Cir. 2006) ("compelling reasons" required for filing under seal in summary judgment context).

Respectfully submitted,

*s/ Robert G. Houck*