UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMILTON RESERVE BANK LTD., <br><br>   Plaintiff, <br><br> v. <br><br> THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA, <br><br>   Defendant. | No. 22 Civ. 5199 (DLC) |

**DECLARATION OF SERVICE**

John P. Alexander declares and states as follows:

1. I am a counsel with Clifford Chance US LLP, counsel for Defendant The Democratic Socialist Republic of Sri Lanka ("Sri Lanka") in the above-captioned action. On January 9, 2026, I caused to be served by email an electronic copy of the sealed version of Sri Lanka's letter dated January 9, 2026 (ECF No. 177), together with accompanying exhibits, upon counsel of record for Plaintiff Hamilton Reserve Bank Ltd.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2026
New York, New York

                                             *s/ John P. Alexander*
                                             John P. Alexander

- 1 -