UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
HAMILTON RESERVE BANK LTD.,                :
                                           :
                        Plaintiff,         :        22cv5199 (DLC)
                                           :
            -v-                            :        ORDER
                                           :
THE DEMOCRATIC SOCIALIST REPUBLIC OF       :
SRI LANKA,                                 :
                                           :
                        Defendant.         :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

Having received the parties' letters of January 8 and

January 9, 2026, regarding outstanding discovery disputes, it is

hereby

ORDERED that the parties meet and confer on these issues,

and submit letters to the Court, no longer than two pages each,

by Thursday, January 15, 2026 regarding the discovery disputes

that remain outstanding.

IT IS FURTHER ORDERED that the parties shall appear for a

conference on Friday, January 16, 2026 at 2:30 P.M. in Courtroom

18B, United States Courthouse, 500 Pearl Street, New York, NY

10007.


Dated:      New York, New York
            January 12, 2026

                                 _____
                                        DENISE COTE
                                 United States District Judge