# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

**BY ECF**

The Honorable Denise Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

Re: *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 1:22-cv-05199-DLC (S.D.N.Y.)

Dear Judge Cote,

    Pursuant to Rule 1(E) of Your Honor's Individual Practices, Plaintiff Hamilton Reserve Bank Ltd., with consent from Defendant the Democratic Socialist Republic of Sri Lanka, respectfully requests an adjournment of the conference scheduled for this Friday, January 16th at 2:30 PM in Courtroom 18B. *See* ECF No. 179 (order setting conference).

    Plaintiff's counsel has a travel conflict on Friday, January 16th, and respectfully requests an adjournment of the conference until next week. Plaintiff's counsel has conferred with Defendant's counsel, who does not oppose an adjournment. Both Plaintiff's counsel and Defendant's counsel are available for a conference on Wednesday, Thursday, or Friday of next week (i.e., January 21st, 22nd, or 23rd), however, Robert Houck, Defendant's principal trial counsel is unavailable on these dates due to scheduled international travel. Therefore, with the Court's permission, John Alexander and Benjamin Berringer would appear for Defendant at the hearing. Alternatively, Plaintiff's counsel and Defendant's counsel are also available January 26th or 28th. This is Plaintiff's first request to adjourn.

Date: January 12, 2026

Respectfully submitted,

/s/ Lee Wolosky

Lee Wolosky
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
lwolosky@willkie.com

*Handwritten note:* The conference is adjourned to 1/23 at 2:30 pm. The letters to the Court are due 1/21/26. /s/ Denise Cote 1/13/26

BRUSSELS  CHICAGO  DALLAS  FRANKFURT  HAMBURG  HOUSTON  LONDON  LOS ANGELES
133854743.v2  MILAN  MUNICH  NEW YORK  PALO ALTO  PARIS  ROME  SAN FRANCISCO  WASHINGTON