# Clifford Chance

**By ECF**

The Honorable Denise L. Cote  January 21, 2026
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

**Re:** *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 22 Civ. 5199 (DLC)

Your Honor:

We write pursuant to the Stipulated Protective Order dated May 11, 2023 (ECF No. 38), and Section 8(B) of the Court's Individual Practices, to request permission to file certain papers under seal in connection with Defendant's discovery dispute letter (the "Letter") filed contemporaneously herewith pursuant to Section 2(C) of the Court's Individual Practices.

Defendant's Letter refers to certain information contained in documents that Plaintiff HRB has designated "Confidential" under the Stipulated Protective Order. Specifically, the Letter attaches HRB-VOL4-001151-159 (January 25, 2022 email), and quotes from or summarizes information from the following documents:

- HRB-VOL3-000136 – 000150 – July 5, 2023 email;
- HRB-VOL3-000347 – 000349 – November 22, 2022 email;
- HRB-VOL3-000356 – 000362 – October 27, 2022 email;
- HRB-VOL3-000781 – 000782 – July 26, 2022 email;
- HRB-VOL4-001181 – 001187 – January 13, 2022 email;
- HRB-VOL4-001368 – 001369 – April 12, 2023 Minutes for Board Meeting; and
- HRB-VOL5-000202 – 000206 – October 25, 2022 email.

Accordingly, and solely because HRB has designated this information as Confidential, Defendant is filing a public redacted version and under seal unredacted version of the Letter, as required by Section 9 of the Stipulated Protective Order.

As to whether there is actually a need (compelling or otherwise) to file any portion of the Letter under seal, Defendant takes no position at this time. *See Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019) ("[A]ll documents submitted in connection with, and relevant to, such judicial decision-making are subject to at least some presumption of public access"); *Lugosch v. Pyramid Co.*, 435 F.3d 110, 123 (2d Cir. 2006) ("compelling reasons" required for filing under seal in summary judgment context).

**Clifford Chance US LLP**

Two Manhattan West · 375 9th Avenue · New York, NY 10001
Tel +12128788000 · Direct Dial +12128783224 · robert.houck@cliffordchance.com · cliffordchance.com

10333627867-v1   1   70-41050192

Clifford Chance

**Clifford Chance US LLP**

Respectfully submitted,

*s/ Robert G. Houck*