UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
HAMILTON RESERVE BANK LTD.,                :
                                           :
                         Plaintiff,        :      22cv5199 (DLC)
                                           :
            -v-                            :         ORDER
                                           :
THE DEMOCRATIC SOCIALIST REPUBLIC OF       :
SRI LANKA,                                 :
                                           :
                         Defendant.        :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that the conference scheduled for 2:30

PM on January 23, 2026 is moved to 3:00 PM on the same date in

Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          January 22, 2026

                                _____
                                        DENISE COTE
                                United States District Judge