```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
HAMILTON RESERVE BANK LTD.,             :
                                        :
                    Plaintiff,          :
            -v-                         :     22cv5199 (DLC)
                                        :
THE DEMOCRATIC SOCIALIST REPUBLIC OF    :     ORDER
SRI LANKA,                              :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to Orders of April 24 and June 10, 2025, the parties have engaged in limited discovery concerning the issue of whether plaintiff is the beneficial owner of the bonds at issue. On January 23, 2026, the parties appeared before the Court to address the status of that discovery and to resolve outstanding disputes. At the conference, plaintiff produced an undated, redacted document displaying depositor amounts.

Following that conference, the parties' obligations are as follows:

- Plaintiff shall search for and produce to defendant relevant materials from the personal cellular phone of Mr. Antonio Kenyatta, including but not limited to his WhatsApp messages.

- The parties shall meet and confer to identify the relevant dates for which defendant seeks depositor information, and plaintiff shall produce redacted documents for those dates reflecting information equivalent to that contained in the document distributed at the January 23 conference.

- Following those productions, the parties shall submit a joint proposed schedule for a Rule 30(b)(6) deposition and renewed summary judgment briefing.  As noted at the January 23 conference, defendant may argue in its opposition to summary judgment that additional discovery is required.

SO ORDERED:

Dated:   New York, New York
         January 26, 2026

```
                              _____
                                      DENISE COTE
                              United States District Judge
```