UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMILTON RESERVE BANK LTD., <br><br> Plaintiff, <br><br> - v. - <br><br> THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA, <br><br> Defendant. | Civil Action No. 1:22-cv-05199-DLC <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Justin P. Garbacz of Willkie Farr & Gallagher LLP hereby appears on behalf of Plaintiff Hamilton Reserve Bank Ltd. in the above-titled action. I hereby certify that I am admitted to practice before this Court.

DATED: March 13, 2026
New York, New York

WILLKIE FARR & GALLAGHER LLP

 /s/ Justin P. Garbacz

Justin P. Garbacz
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-8801
jgarbacz@willkie.com

*Attorney for Plaintiff Hamilton Reserve Bank Ltd.*

.