# Clifford Chance

**By ECF**

The Honorable Denise L. Cote                                June 24, 2026
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

**Re:**    ***Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka,***
**No. 22 Civ. 5199 (DLC)**

Your Honor:

We write pursuant to the Stipulated Protective Order dated May 11, 2023 (ECF 38), and Section 8(B) of the Court's Individual Practices, to request permission to file certain papers (filed contemporaneously herewith) under seal in connection with Defendant's opposition to Plaintiff Hamilton Reserve Bank's ("HRB") summary judgment motion.   Specifically, Defendant's Supplemental Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment ("Supplemental Brief"), the June 24, 2026 Houck Declaration ("Houck Declaration"), the June 18, 2026 Persaud Declaration ("Persaud Declaration"), the June 18, 2026 Migone Declaration ("Migone Declaration"), and exhibits to the foregoing, contain and refer to documents or information that HRB has designated "Confidential" under the Stipulated Protective Order.  The specific documents at issue are described in Appendix A hereto.

Accordingly, and solely because HRB has designated this information Confidential, Defendant is filing public redacted versions and under seal unredacted versions of the foregoing documents, as required by Section 9 of the Stipulated Protective Order.[1]

As to whether there is actually a need (compelling or otherwise) to file any portion of the foregoing documents under seal, Defendant takes no position at this time. *See Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019) ("[A]ll documents submitted in connection with, and relevant to, such judicial decision-making are subject to at least some presumption of public access"); *Lugosch*

---

[1]    Because HRB designated as Confidential all but the first few pages of the transcript of the April 16, 2026 Deposition of Antonio Kenyatta, the Supplemental Brief is, by necessity, heavily redacted.

**Clifford Chance US LLP**

Two Manhattan West · 375 9th Avenue · New York, NY 10001

Tel +12128788000 · Direct Dial +12128783224 · robert.houck@cliffordchance.com · cliffordchance.com

# Clifford Chance

**Clifford Chance US LLP**

*v. Pyramid Co.*, 435 F.3d 110, 123 (2d Cir. 2006) (requiring "compelling reasons" for filing under seal in summary judgment context).

Respectfully submitted,

*s/ Robert G. Houck*

## Clifford Chance

**Clifford Chance US LLP**

### Appendix A

| Document | Description |
|---|---|
| Supplemental Brief | Summarizing various information designated Confidential. |
| Persaud Decl. Ex. 1 | Expert Report of Avinash Persaud dated May 6, 2026 (summarizing various information designated Confidential). |
| Migone Decl. Ex. 1 | Expert Report of Juan Migone dated May 6, 2026 (summarizing various information designated Confidential). |
| Houck Declaration | Summarizing various information designated Confidential. |
| Houck Decl. Ex. 2 | Email dated May 30, 2025 (discussing information designated Confidential). |
| Houck Decl. Ex. 4 | Email dated June 6, 2025 (discussing various information designated Confidential). |
| Houck Decl. Ex. 19 | Letter from Robert Houck dated November 26, 2025 (discussing various information designated Confidential). |
| Houck Decl. Ex. 23 | Email dated January 21, 2026 (discussing various information designated Confidential). |
| Houck Decl. Ex. 24 | Chart prepared by Sri Lanka (summarizing information designated Confidential). |
| Houck Decl. Ex. 26 | Transcript of Deposition of Antonio Kenyatta dated April 16, 2026, of which HRB designated the following portions as Confidential: 21:19-443:5. |
| Houck Decl. Ex. 27 | Letter from Robert Houck dated April 24, 2026 (discussing information designated Confidential). |
| Houck Decl. Ex. 28 | Letter from Lee Wolosky dated May 22, 2026 (discussing various information designated Confidential). |
| Houck Decl. Ex. 29 | Transcript of Deposition of Benedict Roth dated June 3, 2026, of which HRB designated the following portions as Confidential: 27:1-197:21. |

# Clifford Chance

**Clifford Chance US LLP**

| Document | Description |
|---|---|
| Houck Decl. Ex. 30 | Transcript of Deposition of Avinash Persaud, dated June 9, 2026, of which HRB designated the following portions as Confidential: 51:15-19; 59:4-66:20; 72:3-77:24; 82:8-231:25. |
| Houck Decl. Ex. 31 | Transcript of Deposition of Juan Migone, dated June 10, 2026, of which HRB designated the following portions as Confidential: 13:1-16:24; 28:10-141:8. |
| Houck Decl. Ex. 32 | Transcript of Deposition of Paul Noring, dated June 12, 2026, of which HRB designated the following portions as Confidential: 7:7-8:5; 37:24-119:2. |
| Houck Decl. Ex. 33 | Letter from Lee Wolosky dated June 16, 2026 (discussing various information designated Confidential). |
| Houck Decl. Ex. 34 | Letter from Robert Houck dated June 18, 2026 (discussing various information designated Confidential). |
| Houck Decl. Ex. 35 | Undated document produced by HRB (HRB-VOL2-000137-0168). |
| Houck Decl. Ex. 37 | Short message report dated October 1, 2020 produced by HRB (HRB-VOL9-000013-0016). |
| Houck Decl. Ex. 38 | Document dated October 8, 2020 produced by HRB (HRB-VOL2-000174-0177). |
| Houck Decl. Ex. 39 | Document dated October 8, 2020 produced by HRB (HRB-VOL2-000105). |
| Houck Decl. Ex. 40 | Short message report dated February 11, 2021 (HRB-VOL7-003387-3401). |
| Houck Decl. Ex. 41 | Document dated May 11, 2021 produced by HRB (HRB-VOL2-000285-0323). |
| Houck Decl. Ex. 42 | Tab extracted from a spreadsheet dated October 5, 2021 produced by HRB (HRB-VOL7-000674). |
| Houck Decl. Ex. 43 | Short message report dated October 8, 2021 produced by HRB (HRB-VOL7-000675-0677). |

## Clifford Chance

**Clifford Chance US LLP**

| Document | Description |
|---|---|
| Houck Decl. Ex. 44 | Short message report dated October 11, 2021 produced by HRB (HRB-VOL7-000015-0019). |
| Houck Decl. Ex. 45 | Short message report dated October 20, 2021 produced by HRB (HRB-VOL7-002928-2929). |
| Houck Decl. Ex. 46 | Short message report dated December 20, 2021 produced by HRB (HRB-VOL7-000771-0776). |
| Houck Decl. Ex. 47 | Short message report dated December 29, 2021 produced by HRB (HRB-VOL7-001367-371). |
| Houck Decl. Ex. 48 | Document dated November 1, 2022 produced by HRB (HRB_144-165). |
| Houck Decl. Ex. 49 | Short message report dated December 31, 2021 produced by HRB (HRB-VOL7-001372-1376). |
| Houck Decl. Ex. 50 | Short message report dated January 2, 2022 produced by HRB (HRB-VOL7-001377-1379). |
| Houck Decl. Ex. 51 | Short message report dated January 5, 2022 produced by HRB (HRB-VOL7-000090-0194). |
| Houck Decl. Ex. 52 | Short message report dated January 5, 2022 produced by HRB (HRB-VOL7-001389-1393). |
| Houck Decl. Ex. 53 | Email dated January 25, 2022 produced by HRB (HRB-VOL4-001151-1159). |
| Houck Decl. Ex. 54 | Short message report dated January 28, 2022 produced by HRB (HRB-VOL7-002825-2829). |
| Houck Decl. Ex. 55 | Short message report dated February 24, 2022 produced by HRB (HRB-VOL7-000236-0253). |
| Houck Decl. Ex. 57 | Short message report dated April 20, 2022 produced by HRB (HRB-VOL7-001178-1188). |
| Houck Decl. Ex. 58 | Undated document produced by HRB (HRB_184-193). |

# Clifford Chance

**Clifford Chance US LLP**

| Document | Description |
|---|---|
| Houck Decl. Ex. 59 | Document dated April 16, 2022 produced by HRB (HRB_203-205). |
| Houck Decl. Ex. 61 | Email dated May 13, 2022 produced by HRB (HRB-VOL4-000992-0995). |
| Houck Decl. Ex. 62 | Short message report dated June 7, 2022 produced by HRB (HRB-VOL7-001237-1238). |
| Houck Decl. Ex. 63 | Short message report dated June 21, 2022 produced by HRB (HRB-VOL7-002612-2614). |
| Houck Decl. Ex. 64 | Tab extracted from a spreadsheet dated June 22, 2022 produced by HRB (HRB-VOL7-001260). |
| Houck Decl. Ex. 65 | Document dated June 30, 2022 produced by HRB (HRB-VOL10-000046-0050). |
| Houck Decl. Ex. 66 | Email dated July 29, 2022 produced by HRB (HRB-VOL4-000366-0389). |
| Houck Decl. Ex. 67 | Email dated August 2, 2022 produced by HRB (HRB-VOL4-000278 to 000279). |
| Houck Decl. Ex. 68 | Short message report dated August 22, 2022 produced by HRB (HRB-VOL7-001290-1296). |
| Houck Decl. Ex. 69 | Document dated September 1, 2022 produced by HRB (HRB-VOL8-000641-0652). |
| Houck Decl. Ex. 70 | Tab extracted from a spreadsheet dated September 21, 2022 produced by HRB (HRB-VOL6-000002). |
| Houck Decl. Ex. 71 | Short message report dated October 7, 2022 produced by HRB (HRB-VOL7-001673-1676). |
| Houck Decl. Ex. 72 | Document dated December 28, 2022 produced by HRB (HRB-VOL10-000001-0035). |

# Clifford Chance

**Clifford Chance US LLP**

| Document | Description |
|---|---|
| Houck Decl. Ex. 73 | Short message report dated February 9, 2023 produced by HRB (HRB-VOL7-002966-2970). |
| Houck Decl. Ex. 74 | Document dated February 27, 2023 produced by HRB (HRB-VOL7-003087-3088). |
| Houck Decl. Ex. 75 | Document dated April 12, 2023 produced by HRB (HRB-VOL4-001368-1369). |
| Houck Decl. Ex. 76 | Email dated July 5, 2023 produced by HRB (HRB-VOL3-000136-0150). |
| Houck Decl. Ex. 79 | Email dated October 2, 2023 produced by HRB (HRB-VOL8-000920-0934). |
| Houck Decl. Ex. 81 | Document dated September 4, 2025 produced by HRB (HRB-VOL2-000433-0447). |
| Houck Decl. Ex. 82 | Document dated October 30, 2025 produced by HRB (HRB-VOL2-000448-0461). |