**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMILTON RESERVE BANK LTD., | |
| Plaintiff, | |
| v. | No. 22 Civ. 5199 (DLC) |
| THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA, | |
| Defendant. | |

**DECLARATION OF JUAN MIGONE**

Juan Migone declares and states as follows:

1.      I have been retained by counsel to Defendant, The Democratic Socialist Republic of Sri Lanka, to provide expert evidence in this matter.  Attached as **Exhibit 1** is my Expert Report, dated May 6, 2026 (the "Migone Report").

2.      I affirm that the statements contained in the Migone Report are true to the best of my knowledge, and the opinions stated therein are sincerely held by me.  The opinions in the Migone Report are incorporated herein by reference as if fully stated herein.

3.      I was also deposed by Plaintiff Hamilton Reserve Bank in connection with this matter on June 10, 2026, during which I further explained my views under oath.  The opinions I stated during my deposition are incorporated by reference as if fully stated herein.

4.      I have no interest in the outcome of this litigation, and my compensation is not contingent on the opinions I express or the outcome of this matter.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June  18 , 2026

Juan Migone