**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMILTON RESERVE BANK LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA, <br><br> Defendant. | No. 22 Civ. 5199 (DLC) |

**DECLARATION OF AVINASH PERSAUD**

Avinash Persaud declares and states as follows:

1.      I have been retained by counsel to Defendant, The Democratic Socialist Republic of Sri Lanka, to provide expert evidence in this matter.  Attached as **Exhibit 1** is my Expert Report, dated May 6, 2026 (the "Persaud Report").

2.      I affirm that the statements contained in the Persaud Report are true to the best of my knowledge, and the opinions stated therein are sincerely held by me.  The opinions in the Persaud Report are incorporated herein by reference as if fully stated herein.

3.      I was also deposed by Plaintiff Hamilton Reserve Bank in connection with this matter on June 9, 2026, during which I further explained my views under oath.  The opinions I stated during my deposition are incorporated by reference as if fully stated herein.

4.      I have no interest in the outcome of this litigation, and my compensation is not contingent on the opinions I express or the outcome of this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Dated: June 18, 2026

_ADP1._

_____

Avinash Persaud