# Exhibit 17

| | |
|---|---|
| **From:** | Alexander, John |
| **To:** | "Tom M. Fini"; "JGarbacz@willkie.com"; Houck, Robert G.; Berringer, Benjamin; ~Left Firm 18/03/26 MSO Lignell, Erica (Litigation-NY); Bajwa, Saif |
| **Cc:** | "LWolosky@willkie.com"; "ekubota@bfalaw.com"; "jbleichmar@bfalaw.com" |
| **Subject:** | RE: HRB v. Sri Lanka - ESI Search Protocol |
| **Date:** | Monday, October 27, 2025 3:31:10 PM |
| **Attachments:** | HRB v. Sri Lanka - Search Protocol - Sri Lanka Proposal (10-27-25).pdf |

Hi Tom,

Thanks for clarifying. As to sources of documents, we cannot agree to limit searches to email only. We believe that a reasonable search must include all types of documents that HRB has—including, without limitation, text messages (or other message applications, e.g., WhatsApp, etc.), voicemails, central or shared document drives, loose documents (electronic and hard copy), etc. This type of search is entirely standard. Moreover, limiting searches to email is especially inappropriate here. We understand that HRB operated relatively informally so there is no reason to believe that an email search will be sufficient. Indeed, you informed the Court that there is "not going to be a lot of email traffic" on these issues. (7/10 Tr. 28:19-29:2.) We ask you to reconsider your position and, in any event, to identify what sources of documents exist for each proposed custodian and at HRB generally.

We also believe that HRB's proposed search terms are too narrow and will likely miss potentially relevant material. Attached are our proposed terms.

As to potential document custodians, we propose including the additional names in the attached list. In addition, we believe that apart from documents that may be held in the particular files of individual custodians, HRB should search any centrally located document sources (e.g., shared drives, file cabinets, etc.).

These proposed search terms and custodians are without prejudice, and Sri Lanka reserves all rights.

Finally, apart from the search term review referenced above, we understand that HRB will be producing various other categories of documents. This includes, e.g., documents sufficient to show HRB's depositor information (RFP 4). Please let us know when you expect to begin producing that material.

Best,

Jack

**From:** Tom M. Fini

**Sent:** Tuesday, October 14, 2025 10:42 AM

**To:** Alexander, John (Litigation-NY) ; JGarbacz@willkie.com; Houck, Robert G. (Litigation-NY) ; Berringer, Benjamin (Litigation-NY) ; Lignell, Erica (Litigation-NY)

**Cc:** LWolosky@willkie.com; ekubota@bfalaw.com; jbleichmar@bfalaw.com

**Subject:** Re: HRB v. Sri Lanka - ESI Search Protocol

Dear John:

Responding to the below, our proposal is for emails only. There was no internal project name. Please let us know if you are ok with the protocol. Thanks.

Regards,

Tom M. Fini

CATAFAGO FINI LLP

One Grand Central Place

47th Floor

New York, NY 10165

Tel: 212-239-9669

Cell: 917-561-4143
Fax: 212-239-9688
www.catafagofini.com

From: John.Alexander@CliffordChance.com <John.Alexander@CliffordChance.com>
Date: Tuesday, October 7, 2025 at 12:47 PM
To: JGarbacz@willkie.com <JGarbacz@willkie.com>,
Robert.Houck@CliffordChance.com <Robert.Houck@CliffordChance.com>,
Benjamin.Berringer@CliffordChance.com <Benjamin.Berringer@CliffordChance.com>,
Erica.Lignell@CliffordChance.com <Erica.Lignell@CliffordChance.com>
Cc: Tom M. Fini <tom@catafagofini.com>, LWolosky@willkie.com
<LWolosky@willkie.com>, ekubota@bfalaw.com <ekubota@bfalaw.com>,
jbleichmar@bfalaw.com <jbleichmar@bfalaw.com>
Subject: RE: HRB v. Sri Lanka - ESI Search Protocol

Dear Justin,
Thank you for the proposed search protocol. We are reviewing and will come back to you with comments. In the meantime, we have a couple initial questions:
- Can you please clarify, for each proposed custodian, what sources of documents (e.g., email, text messages, central drives, etc.) you propose to run these terms against?
- From our last call, I believe your team was going to check if HRB had an internal project name for the Sri Lanka investment. Can you please let us know the status of that?

Best,
Jack

**From:** Garbacz, Justin <JGarbacz@willkie.com>
**Sent:** Friday, October 3, 2025 11:48 AM
**To:** Alexander, John (Litigation-NY) <John.Alexander@CliffordChance.com>; Houck, Robert G. (Litigation-NY) <Robert.Houck@CliffordChance.com>; Berringer, Benjamin (Litigation-NY) <Benjamin.Berringer@CliffordChance.com>; Lignell, Erica (Litigation-NY) <Erica.Lignell@CliffordChance.com>
**Cc:** Tom M. Fini <tom@catafagofini.com>; Wolosky, Lee <LWolosky@willkie.com>; ekubota@bfalaw.com; Javier Bleichmar <jbleichmar@bfalaw.com>
**Subject:** HRB v. Sri Lanka - ESI Search Protocol

Dear Counsel:
Attached is a proposed search protocol for ESI. Please let us know if you agree to this protocol and we will proceed.
Thanks,
Justin

**Justin Garbacz**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8801 | Fax: +1 212 728 9807
jgarbacz@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system. If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different offices and support entities in strict compliance with internal control policies and statutory requirements. Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable law and regulations.

For further information about Clifford Chance please see our website at www.cliffordchance.com or refer to any Clifford Chance office.

Switchboard: +1 212 878 8000
Fax: +1 212 878 8375

To contact any other office, visit www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement at www.cliffordchance.com/Legal_statements/privacy_statement.html

**Proposed Additional Custodians and Search Terms for All Communications**

**HRB's Proposed Custodians**

Andrew Zuo Guo

Anthony Gajor

Antonio Kenyatta

Ghassan Nasr

Herbert Rosevelt

Howard Anthony Lewis

Prabhakar Kaza

Sam Yee

Sir Tony Baldry

Yingmao Wei

**Sri Lanka's Additional Proposed Custodians**

Vinay Ganga

Fayola Olugbala

Warren A. Raiti

Charles Shearer

Benjamin Wey

**HRB's Proposed Search Terms**

"Sri Lanka"

USY2029SAH77

US85227SAK24

Y2029SAH7

85227SAK2

**Sri Lanka's Additional Proposed Search Terms**

Date Range: 1 Jan. 2021 to 6 July 2023

80475284

80475349

*@dtcc.com

*@fibank.com w/10 bond*

*@fibank.com w/10 note*

*@hsbc.com

*DTC*

*HIRB* w/10 bond*

*HIRB* w/10 note*

*HSBC* w/50 bond*

*HSBC* w/50 note*

*HSBC* w/50 trustee*

*ISB*

*SLDB*

" SL "

" SL."

" SL?"

" SL's"

"1 billion" w/10 bond*

"1 billion" w/10 note*

"250 million" w/10 bond*

"250 million" w/10 note*

"Fintech Bank Ltd." w/10 bond*

"Fintech Bank Ltd." w/10 note*

"Fintech Holdings Group" w/10 bond*

"Fintech Holdings Group" w/10 note*

"Fintech Holdings" w/10 bond*

"Fintech Holdings" w/10 note*

"Hamilton International Reserve Bank" w/10 bond*

"Hamilton International Reserve Bank" w/10 note*

1 billion w/10 note*

1 billion w/10 bond*

144A w/10 USD213,644,000

1b* w/10 bond*

1b* w/10 note*

1bn w/10 bond*

1bn w/10 note*

250 m w/10 bond*

250 m w/10 note*

250,000,000 w/10 bond*

250,000,000 w/10 note*

250m w/10 bond*

250m w/10 note*

5.875*

Ajith

Ali

Amarasuriya

Anura

- 3 -

Aryasinha

Attygalle

Basil

bond* w/50 "2022"

Cabraal

CBSL

Cede

Ceylon*

Colombo

Depository w/2 Trust*

Dinesh

Dissanayake

DSRSL

GOSL

Gotabaya

Gov* w/10 bond*

Gov* w/10 note*

Gunawardena

Harini

interim w/2 polic*

Kumara

Lank*

Mahinda

Matur* w/50 25.7*

Matur* w/50 25/7*

Matur* w/50 25-7*

Matur* w/50 7.25*

Matur* w/50 7/25*

Matur* w/50 7-25*

Matur* w/50 "July"

Montpelier w/10 bond*

Montpelier w/10 note*

Nandalal

Nivard

note* w/50 "2022"

Rajapaksa

Ranil

Ravinatha

Reg* w/10 USD786,356,000

Sabry

Samarasinghe

Siriwardana

Sovereign* w/10 debt*

Sovereign* w/10 bond*

Sovereign* w/10 note*

Weerasinghe

Wickremesinghe


Date Range: 1 Jan. 2021 to Present

(financ* w/3 statement*) w/50 2022

(financ* w/3 statement*) w/50 2023

(financ* w/3 statement*) w/50 2024

*@bpbcpa.com

*@dpbcpa.com

*@drivenadvisors.com

*@gt.com

*@kn.gt.com

*@pkfod.com

"CPA" w/10 bond*

"CPA" w/10 conflict*

"CPA" w/10 disagree*

"CPA" w/10 incomplete

"CPA" w/10 issu*

"CPA" w/10 note*

"CPA" w/10 problem*

"CPA" w/10 resign*

"CPA" w/10 terminat*

"Driven PSC"

"GAAP" w/10 bond*

"GAAP" w/10 conflict*

"GAAP" w/10 disagree*

"GAAP" w/10 incomplete

"GAAP" w/10 issu*

"GAAP" w/10 note*

"GAAP" w/10 problem*

"GAAP" w/10 resign*

"GAAP" w/10 terminat*

"GT"

"SKN"

Audit* w/10 conflict*

Audit* w/10 disagree*

Audit* w/10 incomplete

Audit* w/10 problem*

Audit* w/10 resign*

Audit* w/10 terminat*

Barbeito

Berkowitz

Brant

Driven Advisors

Driven AND audit*

Grant w/3 Thornton

Hidalgo

Hoz

Perez

PKF

Pollack