# Exhibit 31

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 22cv5199(DLC)

------------------------------------x

HAMILTON RESERVE BANK LTD.,

            Plaintiff,

        - against -

THE DEMOCRATIC REPUBLIC

OF SRI LANKA,

            Defendant.

------------------------------------x

                    June 10, 2026

                    10:19 a.m.

        Videotaped Deposition of JUAN MIGONE,

taken by Plaintiff, pursuant to Notice,

held at the offices of Willkie Farr &

Gallagher LLP, 787 Seventh Avenue, New

York, New York, before Todd DeSimone, a

Registered Professional Reporter and Notary

Public of the State of New York.

Page 2

A P P E A R A N C E S :

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
    Attorneys for Plaintiff
BY:  JUSTIN GARBACZ, ESQ.
    jgarbacz@willkie.com
    SOPHIE ZELONY, Law Clerk
    szelony@willkie.com


CLIFFORD CHANCE US LLP
Two Manhattan West
375 9th Avenue
New York, New York 10001
    Attorneys for Defendant
BY:  BENJAMIN BERRINGER, ESQ.
    benjamin.berringer@cliffordchance.com
    SOPHIE BRILL, ESQ.
    sophie.brill@cliffordchance.com




ALSO PRESENT:
    ANDREW SNELL, Forensic Accountant,
    Clifford Chance

    PAUL BAKER, Videographer

Page 3

J. MIGONE

    THE VIDEOGRAPHER: Good morning. We are going on the record at 10:19 a.m. eastern daylight time on Wednesday, June 10th, 2026.

    This is media unit one of the video-recorded deposition of Juan Migone in the matter of Hamilton Reserve Bank Ltd. versus The Democratic Socialist Republic of Sri Lanka, filed in the United States District Court, Southern District of New York. This deposition is being held at Willkie Farr & Gallagher LLP located at 787 Seventh Avenue, New York, New York.

    My name is Paul Baker and I am the videographer, the court reporter is Todd DeSimone, and we are both from Veritext.

    May I please have an introduction from counsel, beginning with the noticing attorney.

    MR. GARBACZ:  My name is Justin Garbacz at Willkie Farr & Gallagher here today representing the plaintiff,

Page 4

J. MIGONE

and I am joined by my colleague Sophie Zelony.

    MR. BERRINGER:  And I'm Ben Berringer from Clifford Chance US LLP. We are representing the Democratic Socialist Republic of Sri Lanka.  With me is my colleague Sophie Brill as well as our forensic accountant Andy Snell.

    THE VIDEOGRAPHER:  Will the court reporter please swear in the witness.

        *   *   *

J U A N   M I G O N E,
    called as a witness, having been first duly sworn, was examined and testified as follows:

EXAMINATION BY MR. GARBACZ:

    Q.    Good morning, Mr. Migone.
    A.    Good morning, Justin.
    Q.    My name is Justin Garbacz.  I am counsel for plaintiff, Hamilton Reserve Bank, and I am going to be taking your deposition today.

        Can you state your name again

Page 5

J. MIGONE

for the record?

    A.    Juan Migone.
    Q.    Do you understand that you are under oath today?
    A.    I do.
    Q.    Are you taking any medications or do you have any conditions that would affect your ability to understand my questions or to answer them truthfully today?
    A.    No.
    Q.    Any other reason you cannot give truthful and accurate testimony today?
    A.    No.
    Q.    Have you been deposed before?
    A.    Yes.
    Q.    How many times?
    A.    Twice.
    Q.    What was the general nature of those engagements?
    A.    One was I was hired as an expert on a litigated matter related to an insurance case and then the other one was a matter related to auditor -- potential

2 (Pages 2 - 5)

Page 6

J. MIGONE

auditor malpractice. They are both listed in my CV.

Q. Were you opining on accounting issues in both of those matters?

A. Yes.

Q. So before I get started I just want to cover a couple of ground rules. After I ask a question it is important that you respond verbally so that it will be picked up on the record. Do you understand that?

A. Yes, I do.

Q. If the answer to my question is a yes or a no, you should not answer by nodding your head or shaking your head but instead by giving a verbal yes or no. Does that make sense?

A. I understand.

Q. If you don't understand a question, you can ask me to rephrase it. Make sense?

A. Makes sense.

Q. And we will take intermittent breaks today, but if you need a break

Page 7

J. MIGONE

sooner, just let me know.

A. Will do.

Q. To keep the record clean, I also want to make sure we agree on some terms and what they mean. I'm going to refer to plaintiff as Hamilton Reserve Bank or HRB. Is that okay?

A. That works.

Q. I may also refer to HRB as the bank, but I'm going to try to avoid doing that, referring to them as HRB, to make the record clear.

A. I understand. And I will clarify if I have a question.

Q. I'm going to refer to the defendant, the Democratic Socialist Republic of Sri Lanka as just Sri Lanka. Is that okay?

A. Yes.

Q. Do you understand that this litigation concerns HRB's investment in sovereign bonds issued by Sri Lanka that matured in July of 2022?

A. Yes.

Page 8

J. MIGONE

Q. I'm going to refer to those bonds as the July 2022 bonds, okay?

A. Sure.

Q. We might also refer to GAAP today and I don't mean Gap, the store, where I purchased skinny jeans when I was in high school, I mean generally accepted accounting principles, just to make the record clear. And for the court reporter when I say GAAP, it should be G-A-A-P. Can you tell me what the generally accepted accounting principles are?

A. Are you referring to U.S. GAAP?

Q. Yes.

A. Okay.

Q. Thank you for asking. We should make that clear. So when I refer to GAAP, unless otherwise specified, I will be referring to U.S. GAAP. So can you tell me what U.S. GAAP is?

A. Yeah, they are accounting standards set forth by the FASB, which is

Page 9

J. MIGONE

the Financial Accounting Standards Board.

Q. And who are those standards for?

A. They are for companies within the U.S. Companies outside the U.S. can also apply U.S. GAAP if they would like.

Q. Okay. So we may also refer to GAAS, and by GAAS I don't mean the type of gas that people are paying more for at the pump these days, I mean the generally accepted auditing standards. So for the record, when I -- well, for the record, I'm going to try to avoid using the term GAAS and just call them the generally accepted auditing standards. Can we agree to do that?

A. Yeah, we can do that. Again, I want to clarify because there is GAAS which is set forth by the AICPA and that set forth by the PCAOB. So are we talking about the AICPA standards?

Q. Well, you tell me. Which ones do you rely on in your report?

A. I relied mostly on the AICPA

3 (Pages 6 - 9)

Page 10

J. MIGONE

standards because this isn't an auditor that says they conducted their audits in connection with PCAOB standards.

Q. So unless otherwise specified, when we are referring to GAAS, or the generally accepted auditing standards, we will refer to the AICPA standards.

A. Yes.

Q. Can you explain the difference, to someone who is not an accounting expert, the difference between GAAP and GAAS and who they apply to?

A. Well, GAAP are the accounting standards. So when you are preparing accounting -- when you are preparing financial statements you generally want to, if you are doing -- if you are doing them under U.S. GAAP you want to, under U.S. accounting standards, you generally do them under U.S. GAAP. GAAS are the auditing standards which the auditors use to audit those financial statements.

Q. Okay. So the entity that is putting together the financial statements

Page 11

J. MIGONE

generally follows or tries to follow GAAP?

A. Correct.

Q. And then the auditor who is auditing those financial statements generally tries to follow GAAS, or the generally accepted accounting standards?

A. They generally follow GAAS, but what they are doing is they are testing to make sure that the company is complying with U.S. GAAP. So they do look at GAAP and they do consider GAAP in their audits.

Q. Did you do anything to prepare for this deposition?

A. I did. I met with two people on my team, I met with the attorneys, and I reviewed both my expert report and Mr. Noring's expert report and rebuttal report.

Q. When did you meet with counsel?

A. Yesterday.

Q. How long did you meet?

A. About two hours.

Q. You were engaged by Sri Lanka to provide expert testimony in this matter,

Page 12

J. MIGONE

right?

A. I was hired to provide an expert report and expert testimony if it was necessary.

Q. Can you briefly explain your understanding of why you were engaged by Sri Lanka in this case?

A. Sure. Could I have my expert report? Because I detail it out perfectly in there and I want to make sure I don't misspeak.

Q. Yes. We can actually, we are going to get to that, but we can do it now. So let's go ahead and pass out the expert report and, for the record, we will mark this as Exhibit 1.

(Migone Exhibit 1 marked for identification.)

Q. Do you recognize this document?

A. I do. It's my expert report.

Q. Okay. So I'm going to repeat my question. So can you briefly explain your understanding of why you were engaged by Sri Lanka in this case?

Page 13

[redacted]

4 (Pages 10 - 13)



Page 14

for your work on this matter?

Page 17

J. MIGONE

A.    My firm is.

Q.    And at what rate?

A.    I don't want to speak out of hand, but it should be in here.

MR. BERRINGER:  Paragraph 9.

A.    1,090 an hour.

Q.    And do you receive a portion of that rate?

A.    No, I just receive a salary at my firm.

Q.    Prior to being engaged by Sri Lanka in this case, did you have any relationship to Sri Lanka?

A.    No.

Q.    No family ties to Sri Lanka?

A.    No.

Q.    You never worked for the Sri Lankan government?

A.    Not that I'm aware of.

Q.    Do you know anyone that is currently working in the Sri Lankan government or for the Sri Lankan government?

A.    No.

5 (Pages 14 - 17)

Page 18

J. MIGONE

Q.	Have you ever invested in Sri Lanka?

A.	No, not that I'm aware of.

Q.	Prior to being engaged, did you have any relationship with HRB?

A.	No.

Q.	Had you ever heard of HRB prior to your engagement?

A.	No.

Q.	Did you have any affiliation with any of its officers or directors?

A.	Not that I'm aware of.

Q.	Have you ever made any remarks about HRB in any online forum, whether under your name, a pseudonym, or another name?

A.	No.

Q.	Outside of your communications with Sri Lanka's counsel, have you had any communications with anyone about HRB?

A.	No.

Q.	Did you receive any factual information about HRB from Sri Lanka other than the documents that are listed in the

Page 19

J. MIGONE

appendices to your report?

A.	No.

Q.	Have you ever been charged with a crime?

A.	No.

Q.	Have you ever been arrested?

A.	No.

Q.	Have you ever been disciplined by a licensing body?

A.	No.

Q.	Or by a court?

A.	No.

Q.	Have you ever been cited with a violation?

A.	Traffic ticket?

Q.	Yeah.

A.	I think I might have gotten a traffic ticket at some point, yeah.

Q.	Have you ever been cited with a violation by a licensing body?

A.	No.

Q.	By a court?

A.	No.

Q.	Has a court or another tribunal

Page 20

J. MIGONE

ever issued an opinion or an order finding that your testimony was unreliable?

A.	No.

Q.	Have you ever violated the terms of an agreement?

A.	No.

Q.	Can you briefly explain your professional background?

A.	Sure.  I started my career at PwC.  After that I moved over to the Securities and Exchange Commission where I worked for, I think it is in my CV, 18 years and maybe ten months, somewhere around there.  I did ten years in the Division of Corporation Finance reviewing corporate filings for violations in U.S. GAAP and disclosure issues.  We would issue comment letters in connection with those reviews.

After that I moved over to -- I had an opportunity, a great opportunity to move over to the Division of Enforcement, and so I worked in the Division of Enforcement after that.  I started in the

Page 21

J. MIGONE

fraud group and then moved over to be one of the assistant chief accountants before I left the Commission.  And then after that I moved to StoneTurn where I was there until about four months ago.

Q.	Okay.  So you are no longer at StoneTurn?

A.	I am no longer at StoneTurn.  I am at Resolution Economics.

Q.	Are you a certified public accountant?

A.	I am.

Q.	When did you become one?

A.	A long time ago, maybe like '04-'05, somewhere around there.  I don't know the exact date.  I've got to look back and see when I started.

Q.	Do you consider it important for accountants to be truthful?

A.	Yes.

Q.	Do you believe it is important that accountants not make misleading statements?

A.	Yes.

6 (Pages 18 - 21)

Page 22

J. MIGONE

Q. Have you ever, I think we have already established, sorry, that you have served as an expert before, right, on two other matters?

A. Yes.

Q. Is it important for experts to give truthful and honest testimony?

A. Yes.

Q. Do you understand that as an expert you know a lot more about your subject matter than a layperson would?

A. Yes.

Q. Do you think it is important that an expert not make statements that might be misleading to a layperson or to a court who are not familiar with your area of expertise?

A. Yes.

Q. So I'm going to return to your report which we have already marked as Exhibit 1. Did you personally draft this report?

A. I did, with the assistance of two people.

Page 23

J. MIGONE

Q. Who were those people?

A. John Moyer, who is one of my directors, and Sarah White, who is a recent associate. They worked at my direction.

Q. And what did they do?

A. Whenever I needed research, can you go get this particular paper for me, can you go look at this, I think it's in this particular standard, and they would get it for me and then I would review it with them, and then to the extent I needed help I would be drafting this document with their assistance.

Q. Were you primarily responsible for drafting the report?

A. I was primarily responsible for drafting this report, yes.

Q. Did you review everything that is in it and agree to its contents?

A. Yes.

Q. Okay. I'm going to refer to this document as your report. Will you understand what I mean by that?

A. Yes.

Page 24

J. MIGONE

Q. Before submitting your report, you submitted a declaration in July of 2025; is that right?

A. That is correct.

Q. And I believe that's Appendix -- that's Appendix A to your report, so we can turn to that.

A. Yes, that is correct, Appendix A.

Q. Do you recognize this document?

A. Yes.

Q. Okay. I'm going to refer to this as the -- or your July 2025 declaration. Does that make sense?

A. Yeah.

Q. Did you also draft this document?

A. I did. I was primarily responsible for drafting it. I had I think one other person working at my direction helping me just like John and Sarah did.

Q. You don't remember that person's name?

A. I don't.

Page 25

J. MIGONE

Q. And were they someone who worked for StoneTurn?

A. They were. They were one of my managers.

Q. But you were primarily responsible for drafting the declaration?

A. Yes.

Q. Okay. I want to go over some Accounting 101 or some Auditing 101.

A. Sure.

Q. Before we get into the substance of your report. So let the record reflect that we are handing the witness what we will mark as Exhibit 2.

(Migone Exhibit 2 marked for identification.)

Q. Do you recognize this document?

A. Yes.

Q. What is it?

A. It is the accounting standards, one of the accounting standards set forth by the AICPA, sorry, auditing standards set forth by the AICPA.

Q. And you cite this document in

7 (Pages 22 - 25)

Page 26

J. MIGONE

your report, right?

A.    I have to look back.  It has been a while.  I didn't memorize my report and everything I have cited.  But it is possible that I cited it.  I did it either in my declaration or here.

Q.    I will represent to you that you cited it in your report.

Can we turn to page 411.  It is quite a voluminous document, and this is not all of it, this is excerpted.

A.    How do I get to page 411 here?

Q.    The page numbers are on the top.

A.    They are being hidden.  What page?

Q.    411.  Actually, I want to look over, first, to page 410 where there is a heading Assertions.

A.    Sure.

Q.    Can you tell me what assertions are?

A.    They are when the auditor is reviewing work papers and thinking through

Page 27

J. MIGONE

what they are doing, they need to consider documents provided by management to determine documents and management representations, to determine the amount of, in particular here, the risk of material misstatement and fraud.

So they are looking at assertions by management, and here, where they are talking in specific right here, where they are looking at assertions of material risk, they need to then investigate those material risk when auditing those financial statements.  Hopefully that makes sense.

Q.    Is it fair to say that assertions are like different statements?

A.    Yes.

Q.    So different statements and therefore different potential misstatements?

A.    Correct.

Q.    One type of statement is a statement about existence?

A.    That is one of them, yes.

Page 28

J. MIGONE

Q.    Another type of assertion or statement is a statement about rights and obligations?

A.    Yes.  They are all listed here in paragraph B.

Q.    And is a different statement you can make an assertion about accuracy, valuation and allocation?

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



9 (Pages 30 - 33)



Veritext Legal Solutions
212-267-6868                              www.veritext.com                              516-608-2400



11 (Pages 38 - 41)



12 (Pages 42 - 45)



13 (Pages 46 - 49)



14 (Pages 50 - 53)

Veritext Legal Solutions

212-267-6868             www.veritext.com             516-608-2400



15 (Pages 54 - 57)



16 (Pages 58 - 61)



17 (Pages 62 - 65)



18 (Pages 66 - 69)



19 (Pages 70 - 73)



20 (Pages 74 - 77)



Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400



22 (Pages 82 - 85)



23 (Pages 86 - 89)



24 (Pages 90 - 93)



25 (Pages 94 - 97)



26 (Pages 98 - 101)



27 (Pages 102 - 105)



Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



29 (Pages 110 - 113)



30 (Pages 114 - 117)



31 (Pages 118 - 121)





33 (Pages 126 - 129)



34 (Pages 130 - 133)



Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 138

Page 141

everything I had.

MR. GARBACZ:  I have no further questions.

THE VIDEOGRAPHER:  Stand by. This concludes today's testimony.  The time is 1:55 p.m.  We are off the record.

[TIME NOTED:  1:55 p.m.]

36 (Pages 138 - 141)

Page 142

INDEX

WITNESS    EXAMINATION BY    PAGE

MIGONE    GARBACZ    4
  BERRINGER    139

EXHIBITS

MIGONE    DESCRIPTION    PAGE
Exhibit 1 Expert Report of Juan    12
  Migone
Exhibit 2 U.S. Auditing Standards    25
  - AICPA (Clarified)
Exhibit 3 HRB_144-165    52
Exhibit 4 Auditor Opinion Reports:    102
  Types and What They Mean
Exhibit 5 Auditing Standards of    106
  the Public Company
  Accounting Oversight Board
Exhibit 6 HRB-VOL2-000433-000447    112
Exhibit 7 HRB-VOL2-000448-000461    112

DIRECTIONS NOT TO ANSWER
Page    Line
  (NONE)

REQUESTS
Page    Line
  (NONE)

---

Page 143

CERTIFICATION

I, TODD DeSIMONE, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of June, 2026.

*Todd DeSimone*

_____
TODD DESIMONE

---

Page 144

HAMILTON RESERVE BANK LTD.
vs. THE DEMOCRATIC REPUBLIC OF SRI LANKA
6/10/2026 - JUAN MIGONE

ERRATA SHEET

PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____

_____    _____
JUAN MIGONE    Date

---

Page 145

HAMILTON RESERVE BANK LTD.
vs. THE DEMOCRATIC REPUBLIC OF SRI LANKA
6/10/2026 - JUAN MIGONE

ACKNOWLEDGEMENT OF DEPONENT

I, JUAN MIGONE, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted on the Errata to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____    _____
JUAN MIGONE    Date
*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS
_____ DAY OF _____, 20___.

_____
NOTARY PUBLIC

37 (Pages 142 - 145)

**[& - 4]**                                                                                    Page 1

| & | | | |
|---|---|---|---|
| **&**  1:18 2:3 3:14 3:24 113:12 | **144-165**  142:10 | 63:21,23 65:4 | 86:15 93:14 |

**&**

**&**  1:18 2:3 3:14
  3:24 113:12

**0**

**04**  21:16
**05**  21:16

**1**

**1**  12:17,18 13:2
  22:22 66:20
  129:11,13
  130:12 142:8
**1,090**  17:7
**10**  1:13
**100**  33:9
  132:15
**10001**  2:10
**10019**  2:4
**101**  25:10,10
**102**  142:10
**106**  142:11
**10th**  3:5 143:16
**112**  142:13,13
**11:09**  51:23
**11:23**  52:2
**12**  37:17 142:8
**122**  53:9 78:5,6
  79:14,14
**12:09**  96:11,12
**12:46**  97:3,6
**139**  142:5
**144**  52:8

**144-165**  142:10
**15**  38:19
**18**  20:13
**19**  40:3,8
**1:27**  131:24
**1:41**  132:3
**1:49**  139:5
**1:54**  139:8
**1:55**  141:14,16

**2**

**2**  25:15,16
  66:22,24,25
  127:17 130:13
  130:21 134:13
  134:25 142:9
**20**  77:21 98:7
  145:17
**200**  32:18,20
  110:8
**2021**  13:5
  52:15,24 55:2
  55:22 58:5,9
  59:5 66:6 67:7
  71:6 77:23
  80:15 88:3
  129:15
**2022**  7:24 8:3
  14:16 15:9
  37:20 38:4,22
  39:9 40:17
  52:23 53:4
  55:10,16 58:7
  59:15 60:16

63:21,23 65:4
  67:8 68:9 69:5
  71:11,19 73:3
  73:11 74:7
  75:13 85:18
  88:5 90:3,7
  92:6 93:21
  97:19 102:3,11
  113:7,23 114:6
  114:13 117:24
  118:7,20 122:6
  124:18 125:4
  126:3 127:17
  127:21 128:3
  128:11 129:6
  129:15 132:13
  132:20 133:16
  134:13 138:23
**2022-2023**
  114:11
**2023**  38:22
  67:9 73:11
  97:12,19 113:7
  113:9 114:13
  129:15 132:14
  132:20 133:16
  134:13
**2024**  13:5
  38:22 97:12
  113:9 129:15
  132:14,21
  133:16 134:14
**2025**  24:4,14
  52:18 76:8

86:15 93:14
  97:10 99:22
**2026**  1:13 3:5
  143:16
**22**  13:5 80:15
  123:4,13 132:6
**22cv5199**  1:4
**23**  13:5 80:16
**25**  98:8 132:6
  142:9
**250**  28:13,25
  29:9 30:20
  31:3 32:16,19
  32:20 34:16
  35:10,11
**25th**  127:17
**29**  101:19,24

**3**

**3**  52:6,9 66:18
  66:21,24
  103:19 142:10
**3105**  107:13
**3105.44**  107:18
**31st**  52:24 55:2
  58:9 59:5
  113:7,9
**375**  2:9
**3879**  143:18

**4**

**4**  53:17 102:16
  102:17 104:13
  142:4,10

**[40 - additional]**                                    Page 2

| | | | |
|---|---|---|---|
| **40** 110:25 | **a** | **access** 98:13 | **accuracy** 28:8 |

**40** 110:25
**410** 26:19
**411** 26:10,13,18
**42** 111:2
**44** 107:19
  110:24
**441** 107:11
**454** 111:2
**455** 107:18

**5**

**5** 106:23,24
  142:11
**52** 142:10

**6**

**6** 97:16 112:19
  112:20 113:5
  140:15 142:13
**6/10/2026**
  144:2 145:2
**63** 134:13

**7**

**7** 66:23 67:5
  76:22 112:19
  112:22 113:7
  140:15 142:13
**787** 1:19 2:3
  3:14

**9**

**9** 17:6
**9th** 2:9

**a**

**a.m.** 1:13 3:4
  51:23 52:2
**ability** 5:9
  104:25 125:22
  125:23 126:20
  127:2 132:12
  133:10
**able** 49:11 85:3
  109:18 116:15
  116:25 117:10
  117:14 118:10
  119:10,10,17
  120:23 121:16
  122:21,23
  123:18,22
  124:12 125:8
  128:18
**above** 54:24
  63:6 105:23
**absolute** 60:6
  63:12,17 64:23
  69:22 72:13
**absolutely**
  133:5
**accepted** 8:8,13
  9:12,15 10:7
  11:7 13:9 14:7
  15:2,17 55:6
  67:11 73:15
  74:12 75:24
  77:2 108:3
  129:20

**access** 98:13
**accompanying**
  13:6 73:10,12
  115:19 129:16
**accordance**
  55:4 62:21
**account** 35:23
**accountant**
  2:17 4:9 21:12
  46:3,11
**accountants**
  21:3,20,23
  113:21
**accounted** 60:8
  61:4 64:2 71:2
  77:17
**accounting** 6:4
  8:9,13,24 9:2
  10:11,14,16,20
  11:7 13:10
  14:7 15:2,18
  25:10,21,22
  28:23 35:21
  39:14,25 42:24
  55:5 60:20
  61:15 62:20
  67:12 73:16
  74:12 75:24
  77:2 81:23
  87:15 93:24
  98:13 103:4
  107:13 108:4
  129:20 142:12

**accuracy** 28:8
  30:12 31:7
  105:19 106:2
  106:17
**accurate** 5:14
  15:12 37:7
  44:16 47:23
  50:5 102:3
  104:11,12
  136:13
**accurately**
  77:18
**acknowledge...**
  145:3
**acknowledg...**
  69:17
**action** 143:12
**actual** 109:13
**actually** 12:13
  26:18 32:18
  33:17 36:16
  50:24 66:22
  70:10 79:5
  90:2 99:4
  103:17 110:10
  110:12 133:10
  133:21 137:4
  138:16
**addition** 98:8
**additional**
  99:23 134:17
  134:23 135:2,4
  136:20 137:2
  138:12,17

**[additions - assertions]**          Page 3

| | | | |
|---|---|---|---|
| additions 145:6 | agreements | andrew 2:17 | arrested 19:7 |
| addresses | 46:8,13 | andy 4:9 | arrived 64:12 |
| 110:23 | ahead 12:15 | answer 5:10 | article 104:10 |
| adequate | 76:20 | 6:14,15 59:6 | asked 32:2 |
| 138:13 | aicpa 9:20,22 | 64:19,22 82:2 | 46:16 57:15 |
| adjustments | 9:25 10:8 | 82:4,5 83:18 | 72:5,17,17,19 |
| 116:18 117:19 | 25:23,24 77:4 | 84:20 91:23 | 72:23,24 73:6 |
| 135:17 | 107:8 109:13 | 121:14 142:15 | 73:19,20,22,25 |
| adverse 46:19 | 142:9 | answered 96:6 | 74:5,9,16 75:3 |
| 47:9 48:21 | allegation | 121:12 | 75:8,11,19 |
| 50:7 98:20 | 49:18 | anybody 140:5 | 76:5,17 80:6 |
| 103:18,21,25 | allege 16:13 | appear 113:23 | 81:8 85:8,16 |
| 110:16,21 | alleged 67:13 | 114:7 | 86:25 93:18 |
| 111:3,8,10,17 | 67:20 73:17 | appears 38:23 | 94:23 130:14 |
| 111:19,22 | 74:13 75:18,21 | appended | 130:17,19 |
| 112:10 120:25 | 76:2 77:14,24 | 145:8 | 139:25 |
| 122:7,19 | 87:9,12 130:5 | appendices | asking 8:18 |
| 123:20 | 130:22 131:2 | 19:2 | 35:4 37:12 |
| advisors 53:23 | allegedly 77:17 | appendix 24:7 | 47:13 50:23 |
| 54:9,14 55:7 | allocation 28:9 | 24:7,9 | 57:4 63:11,14 |
| 55:13,21 56:14 | altogether | applies 15:11 | 63:18 64:23,24 |
| 57:11 59:10 | 110:16 | apply 9:7 10:13 | 64:25 76:7 |
| 71:20 82:8 | altria 124:5 | 31:10 109:14 | 124:21,24 |
| 84:2 92:11 | amount 27:5 | appreciate | asks 91:24 |
| affect 5:9 | 28:17 52:23 | 72:12 | assertion 28:2 |
| affects 133:3 | 53:4,9 116:19 | approach | 28:8,12 34:5 |
| affiliation | 117:20,22 | 13:22 | 34:18,18 |
| 18:11 | 118:2 121:23 | appropriate | assertions |
| agitated 128:16 | 129:2 | 37:22 49:3 | 26:20,22 27:9 |
| ago 21:6,15 | amounts 118:3 | approximately | 27:11,17 28:24 |
| agree 7:5 9:16 | analysis 46:17 | 53:10 78:6 | 29:4,6,13 |
| 23:20 | 51:17 61:15 | 79:14 | 30:23 31:12,19 |
| agreement 20:6 | 68:10 | area 22:17 | 31:24,25 34:17 |
| 136:10 | | | 35:5 36:17,20 |

**[assertions - audited]**                                              Page 4

41:3,5,6,7 42:3
42:7,16 43:4
62:4 77:12,19
**asserts**  16:21
**assess**  30:24
  45:3 72:25
  74:10,16 75:5
  75:6,11,19
  83:6 93:19
  130:17 133:9
  135:11 137:21
**assessing**  45:10
  132:25
**asset**  34:9
  35:18 36:3,10
  45:7 52:22
  53:5,19 55:17
  62:23 63:21
  64:15 71:19
  85:19 88:12,14
  88:14,24
  113:23 114:7
  114:16 120:4,5
  120:14 126:16
  126:17 127:19
  127:21,24
  128:2,6,6,11,13
  128:21,22
  129:7
**assets**  28:25
  29:14,16,18
  43:14,21 45:4
  45:11 53:21
  59:12 60:3

62:16,20 63:13
64:6,10,16
65:21 70:10,24
71:23 89:7
91:10,21 93:10
93:11 109:24
**assignment**
  67:2 68:5
  69:14 76:23
  80:17
**assist**  51:15
  61:14
**assistance**
  22:24 23:14
**assistant**  21:3
**assisting**  48:20
**associate**  23:5
**associated**
  28:19 45:22
  46:7 75:18
  76:14 81:23
  120:19 123:8
  123:24 131:5
  134:11
**assume**  37:24
  39:4 40:12
  56:22,23 57:10
  57:21 110:5
  120:11 136:7
**assumed**  134:8
**assuming**  59:9
  59:24 71:19
  83:17,19,25
  85:13 92:9

**assumption**
  57:4,5,7
**assurance**  33:3
  33:5,8 43:17
  43:20 44:17
  58:25 59:2
  60:6,7,12,15,20
  61:5 62:2,20
  62:22 63:25
  64:5,9,13 65:8
  65:17,21 66:2
  66:5 69:20,22
  69:23 70:24,25
  78:19,22 79:17
  81:20 85:3
  88:23 89:18
  90:19 91:20
  106:12 133:11
  137:22 138:3,4
  138:8,9
**assurances**
  132:19 133:7
  133:22 134:7
  134:17,23
  135:3,5,8,22
  136:9,19,20
  137:2 138:7,12
**attorney**  3:22
  61:14 122:10
**attorneys**  2:4
  2:10 11:16
  61:14,22
**audit**  10:22
  29:20,21,22,23

29:24 32:5
41:12 42:19,22
43:12,12,15,19
45:12 48:6
50:18 51:8,11
51:12 53:24,25
54:6,9,15,18,21
55:22,23 56:18
56:21,23 57:21
59:22 60:2
64:11 72:9
78:18 81:19
82:20 85:13,14
89:18 90:17,21
93:8 98:5,10
98:19,19,20
101:10 103:13
103:14 105:11
106:11 113:18
114:20 115:2
118:11 119:14
120:23 123:18
123:23 124:8
125:7,12
128:10 140:15
**audited**  33:18
  43:13 48:21
  50:8 52:15
  58:4,6,14,22,23
  59:13 60:14
  63:19 64:25
  65:19 66:7
  67:7 71:6,17
  71:24 72:25

**[audited - bank]**                                                      Page 5

73:9,21 74:2 75:4 77:22 80:10,10 81:8 81:10 82:7,12 84:5 85:25 86:6,9,13 87:4 88:2,17,21 89:25 91:25 92:2,8,15,18 93:2 95:5 96:2 97:11,21 98:2 99:2 100:17 104:3,18 114:3 114:11 121:9 124:16 125:2

**auditing**  9:12 9:16 10:7,21 11:5 25:10,23 27:14 29:3 41:6,8 45:8,10 46:23 56:24 57:11,22 58:2 58:3 59:10 62:14 70:8,10 71:20 72:16,18 75:9,10 82:9 103:10 114:21 115:3,5,25 116:7 142:9,11

**auditor**  5:25 6:2 10:2 11:4 26:24 30:24 32:17,25 33:12 37:5,5 42:25 43:12,15,23,25 44:11,11 46:15 47:15 56:8 58:20,21 59:25 62:7,10,13,18 62:19 64:3,8 64:12 65:11,24 66:8,12 69:17 70:5 78:18 79:17 81:19 82:19 83:2,22 83:23 84:12,25 85:12,13 88:19 88:22 89:10 90:11,14,16,21 91:2,9,17,18 92:10,14 98:9 98:11,12,15,18 99:17,17 100:13,21 101:17 102:8,9 103:22,22 104:16,22 105:6,18 106:10 107:21 107:22 108:4 108:10,11 110:2,9,13,19 111:3,16 113:10 115:23 116:4 117:7 118:19 120:3 121:6 123:12 126:19 127:20

128:9 129:5 133:8 136:11 136:21,24 142:10

**auditor's**  89:21 108:5

**auditors**  10:22 41:2,4 42:15 42:21 51:15 56:7,9 58:24 61:23 70:6,18 81:5 83:25 92:4 98:25 99:12,14 100:5 100:7,8 101:8 101:14 119:15 132:9

**audits**  10:3 11:12 73:18

**automatically** 37:15 38:6,10 39:8,19 40:16 40:24 106:13

**available**  98:14

**avenue**  1:19 2:3 2:9 3:15

**avoid**  7:11 9:14

**aware**  17:20 18:4,13 99:15

**b**

**b**  28:6 111:9 132:7 142:6

**back**  21:17 26:3 34:12 50:2 52:2 66:14 72:2 79:20 97:6 127:14 132:3,5 139:8

**background** 20:9

**baker**  2:19 3:16

**balance**  28:24 32:15 34:10,15 34:24 35:9 36:10,12,21 45:4 53:12,13 55:16 110:7 113:24 114:8 120:6

**bank**  1:5 3:9 4:23 7:7,11 13:7 14:11,24 15:8 16:16,21 16:21 28:11,22 29:5,7 30:25 32:7 33:17 40:13 53:3,7 55:2 58:19 59:5 72:13 73:13 76:18 79:13 81:6,17 82:24,25 84:17 84:21 85:7,17 86:20,23 89:7 89:11 90:2,8

**[bank - bonds]** Page 6

90:10,24 91:13
91:17 92:22
93:2 95:22,23
99:3,11 100:17
102:8 109:14
109:23 110:6,9
115:21 117:6,8
117:23,25
119:21 120:4,9
120:20 121:22
123:3 124:11
127:10,18
128:3 129:6,17
133:8 136:16
136:18 138:2
144:1 145:1
**bank's** 28:24
30:19 52:14
61:3 71:22,25
73:2 74:6,17
75:13 79:8
81:12 82:10,13
83:7,9,21 84:4
84:7 85:9
86:14 87:5
88:4 92:19
93:4,20 94:5,7
94:9 95:3,6
96:4 125:13
126:25 127:21
130:18 134:16
134:18
**barbeito**
113:12,12

**based** 15:3
34:21 57:7
64:11 90:21
98:8 100:14
101:11 102:12
118:14 121:17
126:15,16
141:6
**basic** 38:14
39:16
**basis** 97:21
98:4 125:20
126:24 127:15
133:14,24
134:2 135:13
135:25 136:5
137:7 140:16
**bates** 52:7
**bear** 15:23
**bears** 13:24
15:8,22
**beginning** 3:21
52:7 77:10
**believe** 21:22
24:6 33:21
46:22 47:22
48:14 53:23
54:3,5 55:9
56:17,20 57:20
67:17 69:7,23
92:10 100:11
101:18 102:10
115:7 118:6,20
119:9 120:13

122:18 124:17
128:2,12
**believed** 91:18
**believes** 65:10
82:25 84:17
90:9,10,11
91:13
**belongs** 42:11
**ben** 4:4
**beneficial**
42:11 60:16,22
61:10,13,19
70:3 72:15
78:3 117:16
118:7
**beneficially**
14:11 61:21
117:6 120:21
128:24
**benjamin** 2:11
**benjamin.ber...**
2:11
**berringer** 2:11
4:4,5 17:6
41:19 42:4
44:18 50:11
57:2 58:11,17
59:16 62:17
65:6 72:4 76:6
76:10 78:15
81:15 82:15
83:10 85:11
86:16 88:6,20
89:13 90:13

91:7 92:23
93:6 95:8 96:5
99:6 100:19
102:5 110:18
114:23 116:3
117:12 118:8
120:15 121:11
128:4,14
139:20,23
141:8 142:5
**better** 44:21
**beyond** 62:25
63:6
**bit** 42:13 73:7
**black** 118:22
**blood** 143:13
**board** 9:2
45:24 46:16
49:4 50:15
142:12
**body** 19:10,21
**bond** 29:2,7
32:7,9 34:6
36:6,12,16,21
37:9 41:24
42:9 43:8
52:22 89:5
**bonds** 7:23 8:3
8:3 14:10,10
14:16,23,24
15:9,14,25
16:16 28:12,13
28:17,18,19
29:8,8 30:21

30:21 31:2,2,4
32:11,16,18
33:3,16,22,25
34:16,22,24
35:2,10 36:25
37:2,16,20
38:2,4,7,11,24
39:8,10 40:17
40:25 42:11
46:4 52:23
53:4,8 54:10
55:10,16 58:8
58:16,20 59:15
60:16 61:2
63:21,23 65:4
65:10 66:6
67:14,21,24
68:4,9,13,16
69:6,9 71:11
71:19 72:2,14
72:22 73:3,18
74:7,14,18,25
75:8,14,22
76:2,14 77:6
77:16,24 78:3
78:5,12,22
79:8,13 81:13
81:24 82:11,14
82:21,23 83:7
83:9 84:4,8,11
84:17 85:7,10
85:18,21 86:15
86:19,23 87:6
87:11,12,13,15

87:23 88:5,8
88:11 89:2,9
89:12 90:3,7,9
90:11,12,24
91:3,5,13,18
92:6,20,22
93:5,21 94:9
94:17 95:3,7
95:11,15,20,23
99:4 102:3,11
110:8,12,20
113:23 114:7
117:3,6,9,10,24
118:2,3,7,21
119:3,8,21,23
120:10,21
121:7,17,22
122:6,18 123:4
123:13 124:12
124:18 125:4
125:14 126:3,7
126:12 127:21
128:3,11,24
129:2,6 130:6
130:19,23
131:3,5,12
138:23 140:23
**books** 28:21
30:2 60:9
62:23 64:7,7
64:15,17,20
65:9 70:25
71:4 78:23
79:13,15 81:17

81:18 82:24
84:21 88:15,24
89:3,8,22
91:11,14,21
93:12 128:7,21
128:23
**break** 6:25
131:19
**breaks** 6:25
**briefly** 12:6,23
20:8
**brill** 2:12 4:8
**bringing** 46:2
**broker** 45:14
45:19
**broker's** 45:18
**brokers** 45:17
**buy** 42:9

**c**

**c** 2:2
**call** 9:15 47:13
61:20 136:5
**called** 4:15
**capability**
137:21
**care** 87:16,17
87:18 95:18,19
95:21
**career** 20:10
**careful** 42:14
51:18 64:18
**carries** 66:24

**carrying** 28:17
53:9 81:18
116:19 117:20
117:22 118:2
121:23 129:2
**case** 1:4 5:24
12:8,25 13:18
13:20,25 14:15
14:20 15:23
17:13 45:2
46:5 80:7
110:21 139:16
140:2,6,10
**cases** 98:17
**cash** 55:3
111:12,24
**cause** 105:24
106:15
**causing** 120:18
**certain** 40:5
43:23 52:23
105:20 140:21
**certainty** 63:12
63:18 64:24
72:13
**certification**
143:2
**certified** 21:11
103:4
**certify** 143:6,11
**chance** 2:8,17
4:5 13:4
129:14

| | | | |
|---|---|---|---|
| **change** 144:4,7 144:10,13,16 144:19 | 82:11,13 83:7 83:9,21 84:4,7 85:9 86:14 | 129:14 | 101:4,7 102:12 139:25 |
| **changes** 145:7 | 87:5 88:4 90:6 | **cliffordchanc...** 2:11,12 | **companies** 9:5 9:6 124:2,5 |
| **charged** 19:4 42:25 56:9 | 91:5 92:20 93:4 94:5,7,9 96:4 | **closer** 80:3 | **company** 11:10 39:24 49:19 |
| **charging** 119:15 | **claims** 13:14 46:24 64:10 | **colleague** 4:2,8 **collect** 125:23 | 69:21 88:23 104:6 109:17 |
| **chief** 21:3 | 65:22 66:6 | **collectability** 126:12 | 110:23 122:17 123:20 126:21 |
| **choose** 31:14 31:15 | 70:11 85:18 95:24 109:24 | **collecting** 127:5 | 134:14 137:24 137:25 142:12 |
| **circumstance** 31:10 | **clarified** 142:9 | **collectively** 41:18 | **company's** 103:24 |
| **circumstances** 107:5,10,15 | **clarify** 7:15 9:19 58:23 59:17 61:6 | **column** 53:20 **come** 76:16 | **compensation** 16:24 |
| **cite** 25:25 107:6 | 139:21 140:4 | **comes** 74:24 | **complete** 15:13 30:10 42:15,16 |
| **cited** 19:14,20 26:5,6,9 102:21 | **classification** 31:8 36:18 | **comfortable** 51:4,4 58:24 64:4 90:22 | 60:10 98:10 145:9 |
| **claim** 45:11 81:13 84:24 | **classified** 30:22 31:4 35:11,18 35:22 36:10 | 91:2,10 93:11 136:22 | **completeness** 106:3,18 |
| 85:21 87:8 88:16,25 89:2 89:4,9,23 | 37:7 95:20 114:17 | **comment** 20:19 **comments** 124:4 | **complex** 50:12 51:17 124:3,5 |
| **claimed** 43:14 54:11 55:10 | **classify** 35:20 **clean** 7:4 65:25 | **commission** 20:12 21:4 | **compliance** 14:19 43:18 |
| 58:15 59:12 60:3 62:15 | **clear** 7:13 8:10 8:19 32:6 35:8 | **committing** 49:15 | 78:25 79:21,24 94:11,14,21 |
| 63:13,23 65:3 69:5 71:22 | 63:9 76:7 118:23 | **communicate** 140:5 | 133:2,3 |
| 73:3 74:7,17 | **clearer** 75:3 | **communicated** 140:8 | **compliant** 48:8 |
| 75:13 78:2,11 78:13,14,17 | **clerk** 2:6 **clifford** 2:8,17 | **communicati...** 18:19,21 100:4 | **complied** 13:9 14:6 67:11 |
| 79:8 81:12 | 4:5 13:4 | 100:6,12,15,24 | 68:7 72:21 73:15 74:11 |

75:23 79:5 80:22 93:22,23 94:19 129:19 130:25

**comply** 41:14 74:24 77:7 89:20 90:20

**complying** 11:10 14:22,25 16:8,14,22 33:5

**concept** 35:17

**concepts** 35:15

**concern** 72:9 86:18 105:2,24 106:15 125:21 125:23 126:6 126:10,10,14 126:19,23 127:2,13 132:13 135:20 135:20 138:6

**concerns** 7:22 45:25 79:25 110:23 126:11 126:20 140:22

**concluded** 121:2

**concludes** 33:2 141:13

**conditions** 5:8

**conduct** 43:12 113:18

**conducted** 10:3

**conducting** 114:20 115:2

**confirm** 45:18 46:4

**confirmation** 31:18

**confirmations** 45:17

**conformity** 108:3

**confused** 126:17

**confusing** 87:10

**conjunction** 106:20

**connection** 10:4 20:19 42:20 99:25 132:13

**consider** 11:12 21:19 27:2 30:13 35:22,24 41:5,16,18 43:2 46:2,18 47:25 48:2 51:15 61:23 69:2,3 70:7,18 77:3,5 136:4

**consideration** 59:21

**considered** 14:13 58:19

**considering** 30:8,11 39:12 39:22 60:11

**consolidated** 52:15

**contents** 23:20

**contingencies** 116:21 122:2

**contingency** 38:22 39:6,18

**continue** 104:25 125:22 126:21 127:2 132:12

**continued** 97:7

**contracts** 62:5 63:2

**contrary** 65:12 83:2 84:16,25

**control** 43:21

**controls** 39:15 39:24,25

**core** 79:19

**corporate** 20:17

**corporation** 20:16

**correct** 11:3 24:5,9 27:22 32:9 35:3 38:17 39:15 40:2 53:20 80:19 83:25 85:18 90:12

97:14 139:13 145:9

**corrections** 145:6

**correctly** 68:20

**corresponden...** 99:11 102:7

**counsel** 3:21 4:22 11:20 18:20

**counsel's** 13:15

**couple** 6:8 139:21

**course** 43:11

**court** 1:2 3:11 3:17 4:11 8:10 19:12,23,25 22:17

**cover** 6:8 121:18

**covered** 68:24

**covers** 15:19,20 120:16

**crime** 19:5

**crystal** 118:22

**current** 101:23 130:16

**currently** 17:22 133:15

**customary** 59:25

**cut** 78:2,14 79:10 81:13 94:4,8

**[cv - disagreement]**                                   Page 10

| | | | |
|---|---|---|---|
| **cv** 6:3 20:13 | **decline** 107:23 | **describe** 128:5 | **determining** |
| **d** | **deemed** 145:7 | 128:10 129:7 | 45:5 |
| **d** 142:2 | **defendant** 1:12 | **described** | **deviations** |
| **date** 21:17 | 2:10 7:17 | 126:24 127:17 | 68:11 79:3 |
| 144:24 145:13 | **defenses** 13:14 | 127:25 | 131:13,16 |
| **day** 28:16 | **deficiency** | **describing** | **difference** |
| 37:11 50:3,4 | 86:21 | 127:20 | 10:10,12 50:22 |
| 63:18 79:20 | **define** 90:4 | **description** | 103:12 |
| 95:17 136:22 | **democratic** | 104:9 117:11 | **different** 27:17 |
| 136:23 143:16 | 1:10 3:9 4:6 | 117:13 142:7 | 27:19,20 28:7 |
| 145:17 | 7:17 144:1 | **desimone** 1:20 | 28:12,18,20 |
| **daylight** 3:4 | 145:1 | 3:18 143:4,20 | 29:22 31:11 |
| **days** 9:11 | **departure** | **detail** 12:10 | 33:9 35:20,21 |
| **de** 113:11 | 139:14 | **details** 42:5 | 43:25 48:10 |
| **debt** 53:7,16 | **departures** | **deteriorate** | 50:25 51:11,12 |
| 60:7 88:13 | 107:4,9,13 | 134:16 | 51:16 57:15 |
| 89:21 | **depend** 47:4 | **determine** 27:4 | 64:17 65:23 |
| **december** | **depending** | 27:5 34:19 | 66:3 129:24 |
| 52:24 55:2 | 29:23 32:5 | 41:13 49:8,21 | 130:12,12,14 |
| 58:9 59:5 | 45:23 47:3 | 79:21 86:23 | 133:15 |
| 93:14 113:6,9 | 50:14 110:22 | 87:20 115:11 | **differently** |
| **decisions** 140:9 | **depends** 100:20 | 116:15,17,25 | 35:24 |
| **declaration** | 123:16 125:23 | 117:15,18 | **direction** 23:5 |
| 24:3,15 25:7 | 127:3 | 119:11,18 | 24:21 |
| 26:7 52:19 | **deponent** 145:3 | 121:16 122:12 | **directions** |
| 66:15 71:5 | **deposed** 5:16 | 122:21 124:12 | 142:15 |
| 76:8 86:15 | **deposition** 1:16 | 125:9 128:18 | **directors** 18:12 |
| 93:14 97:10,16 | 3:7,13 4:24 | 128:25 137:18 | 23:4 |
| 97:25 99:23 | 11:14 77:10 | 137:19 138:22 | **disagree** 106:7 |
| 101:21 130:2 | 139:24 | **determined** | 126:8 |
| 131:7,7 | **depositors** 46:6 | 79:22 98:15 | **disagreed** |
| **declare** 145:4 | 46:13 127:12 | 109:23 119:20 | 122:17 123:19 |
| | 135:22 | **determines** | **disagreement** |
| | | 110:9 116:4 | 99:3 |

**[disagreements - enforcement]**                           Page 11

**disagreements**
  98:12 99:21
**disbelieve**
  33:24 34:21
**disciplined**
  19:9
**disclaim** 48:25
  108:13
**disclaimed**
  140:18 141:5
**disclaimer** 16:3
  46:18 47:8
  48:3 50:17
  104:13,15
  105:7,15 106:7
  107:20 108:7
  108:11,17
  109:3,6,9,12,20
  110:3,14
  112:10 115:9
  115:12,24
  116:5,11,13
  118:5,23 119:6
  119:25 120:8
  120:16 122:15
  123:10,15
  125:20 126:25
  127:15 140:17
  141:2
**disclaiming**
  108:15 112:11
**disclaims** 108:5
**disclose** 40:6
  41:25 43:6

109:10 111:4
  135:25
**disclosed** 40:14
  40:23
**disclosure**
  20:18
**disclosures**
  72:10
**discussed** 63:5
  114:22 116:10
**discusses** 37:19
  40:4 103:5
**discussing**
  141:2
**discussion**
  97:18
**dispute** 99:13
  101:13,25
**disputes** 99:16
**district** 1:2,3
  3:11,12
**division** 20:16
  20:23,24
**dlc** 1:4
**document**
  12:20 23:13,23
  24:11,18 25:18
  25:25 26:11
  52:7,11,17
  76:12 91:24
  102:19,25
  103:3 107:2,6
**documents**
  18:25 27:3,4

99:24 100:3
  102:21 112:19
  112:25 113:5
  138:11
**doing** 7:11
  10:18,18 11:9
  27:2 29:24
  36:8 41:15
  46:4,6 119:16
**doubt** 55:15,18
  113:17 114:19
  114:25 123:12
  126:11 132:11
**doubts** 122:5
  123:17,17,19
**dozen** 96:7
**dpb** 113:11,15
  114:20 115:2
  118:6 119:7
  122:4 123:2
  124:17,21
  125:3,7 137:9
  140:15
**dpb's** 113:17
**draft** 22:22
  24:17
**drafting** 23:13
  23:16,18 24:20
  25:7
**driven** 53:23
  54:8,14 55:7
  55:13,21 56:14
  56:17,20 57:11
  57:18 59:9

71:20 82:8
  84:2 92:11
  99:18 100:12
  100:13,23
**dubious** 97:22
  98:5
**due** 98:11,11
  104:24 105:19
**duly** 4:16 143:8

e

**e** 2:2,2 4:14
  46:6,12 97:2,2
  97:4 142:2,6
  144:3,3,3
**e.g.** 98:13
**earlier** 35:14
  100:18 139:10
  139:22,24
**eastern** 3:4
**easy** 95:17
**economics**
  21:10
**effects** 111:9,21
**either** 16:12
  26:6 48:19
  50:6 88:15
  100:23 110:15
  138:8
**ended** 55:4
  113:6,8
**ends** 133:6
**enforcement**
  20:23,25 42:18

80:3
**engaged**  11:24
  12:7,24 17:12
  18:5 67:6,18
**engagement**
  18:9
**engagements**
  5:21
**engaging**  70:4
**entire**  80:6
**entirely**  127:3
**entirety**  101:3
**entitled**  107:12
**entity**  10:24
  33:18,24 43:20
  45:10 46:22
  53:23 70:9
  104:18 110:7
  110:10,20
  120:13 121:7,9
  126:15 128:12
**entity's**  34:10
  43:13 60:3
  62:15 104:25
  128:11 132:12
**equity**  116:23
**errata**  145:8
**error**  39:14
**esq**  2:5,11,12
**essentially**
  115:16 130:2
**established**
  22:3 71:16
  77:9

**evaluate**  13:4
  70:21 73:9
  129:15 132:18
  133:20
**evenhandedly**
  94:6
**evidence**  32:17
  32:22 33:14,21
  33:23 36:15,25
  41:13 48:7
  51:8 81:19
  82:20 83:2
  84:16,25 85:8
  85:16 86:22
  90:15,17 91:16
  98:14 104:23
  105:12 106:11
  118:11,19
  119:24 120:23
  122:13,23
  123:7,23 124:8
**evident**  47:21
  134:5
**exact**  21:17
**exactly**  108:14
  114:10
**examination**
  4:18 97:7
  139:23 142:3
**examined**  4:16
**example**  35:9
**except**  130:3
**excerpted**
  26:12

**exchange**  20:12
**exhibit**  12:17
  12:18 22:22
  25:15,16 52:6
  52:9 66:17,20
  102:16,17
  106:23,24
  112:19,19,20
  112:22 113:5,7
  140:15 142:8,9
  142:10,10,11
  142:13,13
**exist**  29:14
  62:12 138:13
**existence**  27:24
  29:14 30:8
  31:20
**exists**  29:7
**expect**  56:24
  110:2,13,15
**expected**  54:8
  123:14
**experience**  56:5
  56:7 57:7 98:9
  118:15 121:18
**expert**  5:23
  10:11 11:17,18
  11:25 12:4,4,9
  12:15,21 15:22
  22:4,11,15
  99:25 142:8
**expertise**  22:18
**experts**  22:7

**explain**  10:10
  12:6,23 20:8
  82:4 133:2
**explaining**
  141:4
**explanation**
  141:4
**explanatory**
  132:10
**express**  104:17
  105:12 107:21
  107:23 115:19
  125:17
**expresses**
  103:23 111:3
**expressing**
  117:7
**extent**  15:7
  23:12 43:22,24
  45:13 46:15
  49:9 62:3
  66:10 86:9
  94:20 135:7,10
**external**  134:15
**eye**  82:19

**f**

**f**  97:2
**face**  28:15
**fact**  32:19 34:6
  34:23 36:22
  38:3 39:16
  59:22 64:9
  82:21 84:16

86:12 89:11 90:25 110:19 113:20 115:9 123:13 126:6 140:18

**factual** 18:23 80:7

**fail** 43:6

**failed** 40:5,15

**fair** 27:16 53:17 69:10 109:16 117:11 117:13 141:3

**fairly** 54:24 59:3 104:4

**fairness** 107:25

**familiar** 22:17

**family** 17:16

**farr** 1:18 2:3 3:14,24

**fasb** 8:25

**favorable** 127:3,8

**feasible** 82:5

**feel** 50:5 64:4 136:22

**feels** 90:22 91:2 91:8

**filed** 3:10 127:18

**filings** 20:17

**fin** 79:19

**finance** 20:16

**financial** 9:2 10:17,23,25 11:5 13:5 15:3 15:12,15 16:6 27:14 30:10,20 31:9 38:23 39:18 41:13,23 43:17 44:7,14 46:24 48:7,22 50:9 51:5 52:15,21 53:3 53:6 54:11,23 54:25 55:22 58:5,6,8,14,18 59:3,4,13,23 60:5,14,17 63:14,19 65:2 65:18 66:7,11 67:7,8 68:12 70:8 71:7,17 71:24 72:8,20 72:25 73:9,11 73:21,23,24 74:2,20,20,22 75:4,12 77:7 77:22 78:4,20 78:24 79:4,11 79:23 80:10,11 80:18,20 81:8 81:10 82:7,12 82:18 84:5,22 86:2,5,7,13 87:2,4 88:3,7 89:25 90:19

91:25 92:3,8 92:16,18 93:3 93:19 95:5,24 96:3 97:11,20 98:2 100:18 103:24 104:2,5 104:18 105:3,9 105:17,24 106:3,9,16,18 107:22 108:2 109:16,25 111:11,23 113:5,8 114:3 114:11 115:17 115:20 116:22 122:3 124:16 124:19,22 125:2 129:16 132:14,18,21 133:13,17,19 133:23 134:14 134:18 135:9 135:11,16 137:6 138:19 138:22

**financials** 136:6 137:15 137:17

**find** 32:17,22 36:9 42:23 50:19 61:16 62:11 63:7 81:19 82:20 83:2 84:15,25

85:6 90:17 119:23 122:13

**finding** 20:2

**fintech** 132:15 132:17 133:7,9 136:25 137:15 137:20 138:11

**fintech's** 138:21

**firm** 13:3 17:2 17:11 29:24 56:24 103:4 129:14

**first** 4:15 26:19 30:25 103:20 104:14 117:3 127:16 129:12

**flag** 68:17

**flags** 32:24 38:9 39:13 40:20 43:22,24 45:14,21 46:21 46:21 60:11 61:2 62:4,8,11 62:24 63:5 65:11,15 67:25 72:6 74:22 79:4 81:22 87:14

**flows** 55:4 111:12,24

**focus** 14:13 44:25 109:8,9 109:11

**focusing** 86:17 86:24

**follow** 11:2,6,8 46:25 47:3,3,5

**following** 56:11 111:6

**follows** 4:17 11:2

**footnotes** 13:6 73:12 129:17

**foregoing** 145:5

**forensic** 2:17 4:9 46:3,10,11 46:16 61:15

**form** 107:24

**formed** 107:24

**forth** 8:25 9:20 9:21 25:22,24 50:2 143:8

**forum** 18:15

**found** 72:7 79:2 84:12 90:14 118:19

**four** 21:6

**fourth** 53:14

**fraud** 21:2 27:7 47:20 48:20 49:2,5,7,8,10 49:15,22 50:20 50:25 119:16

**front** 66:19

**fronts** 119:2

**fully** 127:16

**funds** 127:10

**further** 139:18 141:10 143:11

### g

**g** 4:14 8:11 97:4

**gaap** 8:5,11,15 8:20,21,23 9:7 10:12,14,19,21 11:2,11,11,12 13:11 14:19,22 15:7,10,18,20 16:4,8,14,17,18 16:22 20:18 33:6 38:25 39:6 41:12,14 43:18 44:24 48:8 60:9,21 61:4 62:21 64:2 68:2,7,11 69:3,4,8 71:2 72:21 74:24 75:8,10,15,16 75:17,20 77:8 79:2,3,6,22,25 80:22 86:18,21 86:24 87:13,17 89:20 90:20 93:16,17,19 94:12,14,19,22 95:2,2,10,12 99:8 120:19

130:17,19,25 131:4,13,14,16 132:25 133:3 134:11 138:25

**gaas** 9:9,9,14 9:19 10:6,12 10:21 11:6,8 56:11 119:16

**gain** 38:21 39:6 39:17 43:19

**gallagher** 1:19 2:3 3:14,24

**gap** 8:6

**garbacz** 2:5 3:23,24 4:18 4:21 51:20 52:3 76:9 96:8 97:8 121:13 131:20 132:4 139:2,9,18 141:10 142:4

**gas** 9:10

**gather** 118:10 123:7,23

**gathered** 48:6

**general** 5:20 44:2 85:24

**generally** 8:8 8:13 9:11,15 10:7,17,20 11:2,6,7,8 13:9 14:7 15:2,10 15:17 28:15 30:18 32:25

47:15,22 48:22 50:6,9 55:5 61:16 67:11 73:15 74:12 75:24 77:2 86:4 98:11,18 103:2 104:10 104:12 108:3 129:20 130:20 131:16

**getting** 62:22 62:25 63:4 128:15

**give** 5:14 22:8 51:7 64:22 72:8,17 74:5 76:18 82:3,4 87:3 108:6,16 109:15

**given** 80:6,9,13 143:10 145:10

**giving** 6:17 50:5 65:25 111:19 112:12 112:14 116:11 116:13

**go** 12:15 23:8,9 25:9 37:6,17 38:19 51:20 62:24 63:6 66:14,18,22 76:20 96:8 97:15 101:19 103:15 104:13

105:13 107:11 107:17 110:24 114:10 115:13 129:10 132:6 138:16 139:3

**god** 64:25 81:6

**goes** 49:22 136:20

**going** 3:3 4:23 7:6,11,16 8:2 9:14 12:14,22 13:22 22:20 23:22 24:13 34:12 35:13 37:5 48:10 49:23 51:6 64:21 72:2 73:23 78:7 82:17 95:16,17 100:16 102:2 103:19 104:25 107:19 115:12 115:23,23 116:5,8 118:17 125:21,22 126:6,9,10,14 126:19,23 127:2,13 128:25 129:12 132:8,13 135:19,20 138:5

**good** 3:2 4:19 4:20

**gotten** 19:18

**government** 17:19,23,24

**great** 20:22

**ground** 6:8

**group** 21:2

**guidance** 77:4 107:8 109:5,13

**guys** 46:2

**h**

**h** 142:6 144:3

**hamilton** 1:5 3:8 4:22 7:7 13:7,8 14:5,21 16:5 52:14 58:19 61:3 67:10 73:13,14 74:11 77:17 87:23 95:22 115:20 117:5 129:17,19 132:15 133:8 144:1 145:1

**hamilton's** 67:13,20 73:17 75:21,25 77:23 130:5 131:2 132:9

**hand** 14:9 16:15 17:5 143:16

**handing** 25:14 102:15 106:22

**hands** 108:13

**happen** 118:18

**happened** 56:6 136:18

**happening** 133:6

**happens** 50:24

**head** 6:16,16

**heading** 26:20

**hear** 121:13

**heard** 18:8

**held** 1:18 3:13

**help** 23:13

**helped** 42:9

**helpful** 103:8 103:11

**helping** 24:22

**hereto** 145:8

**hereunto** 143:15

**hey** 45:25 126:24

**hidden** 26:16

**high** 8:8 46:20 49:22

**highlighted** 94:20

**hired** 5:22 12:3 73:9

**hold** 45:20

**holding** 132:16 132:17 133:7 137:20

**holding's** 137:15

**holdings** 133:10 136:25

**holds** 52:22 53:4,7

**honest** 22:8

**hope** 136:14

**hopefully** 27:15

**hour** 17:7

**hours** 11:23

**hoz** 113:11

**hrb** 7:8,10,12 14:15 15:8,24 16:7,13 18:6,8 18:15,21,24 38:3,6 39:9 40:5,16 52:8 54:10 55:9,15 58:7 60:15 63:12 64:9 65:10,21 66:5 68:6 72:14 91:2 92:6 95:23 100:4,7 100:12 101:7 101:13 102:10 118:6,20 119:6 122:5 123:3,6 123:13 124:17 125:3 126:6 134:21,23 135:2 136:8 138:23 142:10

142:13,13
**hrb's** 7:22
14:19 37:19,25
38:21 39:5
55:22 58:15
59:11,14 63:22
65:3 67:6 68:8
69:5 71:10
78:2 90:6 91:5
102:2 119:8
125:22
**huh** 59:19
**hundreds**
103:10
**hypothetical**
34:13
**hypothetically**
33:11

**i**

**idea** 13:17
99:12
**identification**
12:19 25:17
52:10 102:18
106:25 112:21
112:23
**identified**
68:15 97:19
**identify** 13:7
14:5 67:9 68:5
73:13 129:18
**immediately**
111:6

**impact** 13:22
16:17,18 37:9
37:14 39:23
40:20 68:3,12
87:13 116:22
121:23,24
122:2 134:18
**impacts** 15:15
74:19
**implicate** 68:8
**implications**
36:5
**important** 6:9
21:19,22 22:7
22:14 105:15
132:17 133:18
137:13,14,17
137:19 138:18
**impossibility**
124:21
**improperly**
34:7,9,23 36:9
**inaccurate** 73:4
**inappropriate**
38:3
**include** 100:3
135:17
**included** 100:6
104:10 130:3
**includes** 117:2
117:16 119:12
119:19 120:20
132:10

**including** 55:23
59:11 60:2
62:15 71:21
82:10 83:20
84:3 104:20
128:23
**incomplete**
30:11
**inconsistent**
38:25 39:6
**incorrect**
105:17 106:9
106:13
**indicate** 52:22
53:3,7 67:25
78:5 79:12
81:16 82:16
104:2
**indicated** 13:10
**indicates** 62:7
134:15
**indicia** 49:6
**individual**
41:16
**information**
18:24 47:24
50:6 65:12
71:13 87:20,22
**inherent** 69:16
**instances** 13:8
14:5 67:10
68:6,8 73:14
74:10 129:18

**instruction**
68:25 69:2
87:7 129:25
131:10
**insurance** 5:24
**interest** 71:23
89:12
**interested**
143:14
**intermittent**
6:24
**internal** 39:24
**interrelated**
29:11,13,19,25
30:5 31:22
42:8 43:2
**interrupt** 44:10
83:23
**interviews** 46:5
**introduction**
3:21
**inverse** 32:14
**invested** 18:2
**investigate**
27:13 49:7
**investigated**
49:16
**investigation**
49:20
**investigations**
42:20
**investing** 92:25
**investment**
7:22

**investor** 65:18 137:24

**isolation** 38:8 38:13 39:12,22 40:2 42:15,16 42:22 59:20 60:10,14,25 72:5 78:21 79:11,18 80:5 80:18,23,24 81:2,9 82:7 84:6,14 85:4 87:2 90:23 92:18 93:9 106:20

**issue** 14:19 15:24 20:18 35:19 46:18 47:5,6,8,9 48:3 48:4 49:24 50:16 51:8,19 65:13 89:14 95:21,25 96:2 105:7 109:19 109:22 110:3 110:14,16,21 111:17 112:8,9 115:9,12,24 116:5,9 120:25 122:14,19 123:20 124:2,6 133:4 138:25

**issued** 7:23 20:2 55:8,14

55:19,24 56:10 57:23 67:14 91:19 104:16 109:20 115:15 119:24 122:6 123:10 124:4 127:13 132:9

**issues** 6:5 13:18 13:19,25 14:15 15:22 16:4 20:18 42:24 48:23 60:25 68:16 69:3,4,8 72:7 75:7,8,17 75:20 76:14 83:8 87:19 94:3 95:12,14 97:18 99:8 101:3 106:2,17 108:10,11 120:19 130:17 130:20 131:4 133:2

**issuing** 98:18 98:19 112:5,6 126:23

**item** 53:15

**items** 39:23

**j**

**j** 3:1 4:1,14 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1

16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1,4 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1

111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1

**jeans** 8:7

**jgarbacz** 2:5

**job** 61:24 70:7 70:19,22

**john** 23:3 24:22

**joined** 4:2

**juan** 1:16 3:7 5:3 142:8 144:2,24 145:2 145:4,13

**judge** 140:12

**judgment** 47:13

**judgmental** 51:13

**july** 7:24 8:3 14:16 15:9 24:3,14 37:20

38:4 39:9
40:17 52:18,23
53:4 55:10,15
58:7 59:15
60:16 63:21,23
65:4 68:9 69:5
71:10,18 73:3
74:7 75:13
76:7 85:17
86:15 88:5
90:3,6 92:6
93:21 97:10
99:22 102:3,10
113:23 114:6
117:24 118:7
118:20 122:5
123:4,13
124:17 125:4
126:3 127:17
127:21 128:3
128:10 129:6
138:23

**june** 1:13 3:5
143:16

**justin** 2:5 3:23
4:20,21 139:25

**k**

**keep** 7:4
**kind** 103:4
**knew** 99:21
**know** 7:2 16:9
16:12,19 17:21
21:17 22:11

37:12 44:2,21
44:22 49:2,5
49:25 51:13
54:12 56:2,4
56:11 58:21
61:17 63:3,17
70:2 73:20
81:5,5 82:6
83:11,12 91:23
92:2,3,4,6,14
92:15,24 98:3
113:12 114:6
125:18 137:11
137:23 140:17
140:20,21

**knowledge**
57:18

**knows** 110:19

**l**

**la** 113:11
**language** 87:9
138:7
**lanka** 1:11 3:10
4:7 7:18,18,23
11:24 12:8,25
14:10,23 17:13
17:14,16 18:3
18:24 38:24
53:8 67:15
70:4 144:1
145:1
**lanka's** 18:20

**lankan** 17:19
17:22,23 39:8
**large** 68:13
109:23 120:5
**law** 2:6 13:3
129:14
**lawsuit** 13:14
127:18
**lawyer** 61:7,8
70:2
**layperson**
22:12,16
**lease** 71:4
79:16 84:24
**leased** 64:17
**left** 21:4
**legal** 13:21,22
60:22 91:8
**letters** 20:19
46:7
**level** 39:16
43:16 46:20
83:5
**liabilities**
116:21 121:25
**licensing** 19:10
19:21
**likely** 135:10
**limitation**
104:20
**limitations**
105:20
**line** 53:14
142:16,20

144:4,7,10,13
144:16,19
**liquidated**
133:14,24
134:2 135:9,13
135:25 136:5
137:6
**liquidity** 137:5
138:17
**list** 71:18
**listed** 6:2 18:25
28:5 34:9
45:19 55:16
58:8 60:17
63:21
**litigated** 5:23
123:22
**litigation** 7:22
13:16 16:11,20
117:2,4 119:12
120:11,18
122:9,11 123:5
123:9,11 124:4
124:6,15 125:5
126:13 127:4,8
**litigations**
16:10,13
**little** 42:13 63:8
73:7
**llp** 1:19 2:3,8
3:14 4:5 13:4
129:14
**loans** 40:5,14

**[located - matters]**

**located** 3:14
**long** 11:22
  21:15 30:22
  31:5 35:12
  36:3,11,14
  37:21 38:2,5
  58:13 70:12
  94:10 103:9
  114:18 116:19
  117:20 121:24
  125:24 126:2
  127:5
**longer** 21:7,9
  98:16 100:13
  139:11
**look** 11:11 14:8
  21:17 23:9
  26:3,18 30:5
  37:8 42:14,16
  42:21 45:14
  46:3,9,11 67:5
  68:14 69:7
  72:24 73:19,20
  73:22,25 74:21
  75:3 77:19
  80:3,17,20
  81:8 87:2 92:8
  93:9 98:7
  130:19 133:19
  134:12 135:14
**looked** 56:4
  68:22 75:6
  119:14

**looking** 27:8,11
  30:8 39:11,21
  40:18 41:9,11
  41:12 44:13
  45:4 53:11
  58:4 59:14,20
  60:10,13,24
  61:18,18 65:18
  66:23 71:16
  76:11 81:10
  82:6 84:5 85:4
  86:7 87:12
  91:24 92:17
  93:2,9 94:2,3,6
  94:11,13,14,18
  95:5,25 111:2
**lot** 15:19,20
  22:11 44:3,5,6
  44:23 49:14,25
  51:13 122:2
  140:14
**lower** 118:2
**luncheon** 96:12
**lying** 48:15

**m**

**m** 4:14 97:4
**made** 18:14
  44:8,10 61:21
  82:20 126:18
  140:10 145:6
**mail** 46:6
**mails** 46:12

**main** 14:13
  127:19,24
  128:2,6,6,11
  129:7
**maitland**
  100:25 101:18
**majority**
  109:24 120:5
**make** 6:18,22
  7:5,12 8:9,19
  11:10 12:11
  21:23 22:15
  24:15 28:8
  35:5,7 37:12
  41:20,22 50:13
  57:4,5 64:3
  70:15 75:2,3
  76:11 95:16
  110:6 136:5,12
  137:3
**makes** 6:23
  27:15 49:17
  120:4
**making** 57:6
  110:11 125:5
**malpractice** 6:2
**management**
  27:3,4,9 44:9
  45:6,15,16,23
  46:12 47:23
  48:14 49:12
  50:5,16,21
  51:2 62:4 63:4
  98:12 99:14,16

  124:20
**management's**
  44:14 98:16
**managers** 25:5
**manhattan** 2:9
**mark** 12:16
  25:15 52:6
  102:15 106:22
  112:18
**marked** 12:18
  22:21 25:16
  52:9 102:17
  106:24 112:20
  112:22
**marriage**
  143:13
**material** 27:7
  27:12,13 45:23
  54:24 59:4
  68:11 104:20
  108:21 131:13
  131:16
**materially**
  104:3
**materials** 67:2
**matter** 3:8 5:23
  5:25 11:25
  14:9 16:25
  22:12 111:10
  111:21,22
  123:22 143:14
**matters** 6:5
  22:5 116:16
  117:2,16

118:13 119:4 119:12,19 121:20 122:22 123:25 124:9 124:11 125:10 128:19

**matured** 7:24

**mean** 7:6 8:6,8 9:9,11 23:24 32:21 34:8,25 36:24 37:4,15 38:6,10 39:9 39:19 40:16,24 51:15 54:19 62:12 67:19 69:10 73:5 77:3 78:8 80:24,25 85:12 85:23 90:5 92:4 98:4 105:16 106:8 106:13 111:25 119:20 122:16 135:14 142:11

**meaning** 141:2

**means** 54:20 62:10 65:9 67:23 82:24 85:7 88:18,21 90:21 106:10 106:14 120:12 126:10,10

**media** 3:6

**medications** 5:7

**meet** 11:20,22

**memorize** 26:4

**mention** 71:8 86:11

**met** 11:15,16

**migone** 1:16 3:1,8 4:1,19 5:1,3 6:1 7:1 8:1 9:1 10:1 11:1 12:1,18 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1,16 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1,9 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1

77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1,5 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1,17 103:1 104:1 105:1 106:1,24 107:1 108:1 109:1 110:1 111:1 112:1,20,22 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:4,7 142:8 144:2,24 145:2,4,13

**million** 28:13 29:2,9 30:21

31:3 32:16,18 32:19,20,20 34:16 35:10,11 53:9 78:6,6 79:14 110:8

**mind** 30:9 119:13

**minute** 48:11 73:25

**mischaracteri...** 73:7

**misclassificat...** 37:13

**misclassified** 36:21

**misclassify** 36:3 38:4,15 39:17

**mislabeled** 36:13

**misleading** 21:23 22:16 104:4 128:9,16

**missed** 71:7

**missing** 97:21 98:3,5 103:17

**misspeak** 12:12

**misspoke** 89:6

**misstate** 39:17 43:5

**misstated** 36:23,24 37:2 39:20 104:3

**[misstatement - okay]**

| | | | |
|---|---|---|---|
| **misstatement** 27:7 104:21 | 109:2 115:13 116:6 | 145:21 | 100:19 102:5 110:18 114:23 |
| **misstatements** 27:21 41:9 | **necessary** 12:5 85:16 116:18 | **note** 100:24 105:15 126:6 | 116:3 117:12 118:8 120:15 |
| **misstating** 38:16 43:7 | 117:19 138:21 145:7 | 127:17 134:13 134:21,25,25 | 121:11 128:4 128:14 |
| **mistaken** 95:7 | **need** 6:25 27:2 | **noted** 86:20 | **obligations** |
| **misunderstan...** 130:24 | 27:12 30:24 31:12 42:5 | 117:3 141:16 145:7 | 28:4 29:16,17 31:20 127:12 |
| **misunderstood** 57:16 | 46:17 61:16 63:6 116:12 | **notes** 73:10 132:20 133:12 | **obtain** 62:19 104:23 105:11 |
| **misvalued** 36:12,22 | 133:9,13,23 134:6 135:12 | 137:22 | 132:17 |
| **months** 20:14 21:6 | 135:24 136:4 136:24 138:18 | **notice** 1:17 **noticing** 3:22 | **obtained** 106:11 |
| **morning** 3:2 4:19,20 | **needed** 23:7,12 137:5 | **number** 103:19 104:13 130:21 | **obtaining** 127:3 |
| **move** 20:23 101:23 | **needs** 49:16 **negate** 81:20 | **numbers** 26:14 | **obvious** 112:2 |
| **moved** 20:11 20:21 21:2,5 | 90:18 **negative** | **o** | **offering** 115:16 **officers** 18:12 |
| **moyer** 23:3 | 103:23 | **o** 4:14 97:2,2,2 97:4 | **offices** 1:18 **oh** 66:21 133:5 |
| **n** | **never** 17:18 **new** 1:3,19,20 | **oath** 5:5 57:13 88:2 | **okay** 7:8,19 8:3 8:17 9:8 10:24 |
| **n** 2:2 4:14,14 97:2,2,2,4,4 | 1:22 2:4,4,10 2:10 3:12,15 | **objection** 41:19 42:4 50:11 | 12:22 21:7 23:22 24:13 |
| 142:2 | 3:15 143:5 | 57:2 58:11,17 59:16 62:17 | 25:9 34:2 37:6 43:5 47:11 |
| **name** 3:16,23 4:21,25 18:16 | **nice** 140:12 **nodding** 6:16 | 65:6 72:4 78:15 81:15 | 51:20 57:5 60:13 63:16 |
| 18:17 24:24 | **noncompliance** 93:17 | 82:15 83:10 85:11 86:16 | 64:21 66:21 68:19 75:19 |
| **nature** 5:20 **necessarily** | **noring's** 11:18 **notary** 1:21 | 88:6,20 89:13 90:13 91:7 | 76:10 78:7 80:4 83:16 |
| 34:8,25 43:7 105:16 106:8 | 143:4 145:14 | 92:23 93:6 95:8 96:5 99:6 | 89:24 91:22,25 |

**[okay - owned]**

| | | | |
|---|---|---|---|
| 100:14 101:24 | 72:18 74:6 | **opinions** 38:12 | **overvaluing** |
| 103:7 107:17 | 76:18 78:18 | 48:11 56:10 | 38:24 39:7 |
| 107:18 108:24 | 87:3,25 89:19 | 103:5 107:5,10 | **own** 16:16 |
| 125:11 129:10 | 90:18 91:9,12 | 107:14 124:3,7 | 28:17,19 32:11 |
| 134:12 139:2 | 91:19 92:13 | **opportunity** | 32:16,21,22,25 |
| 140:14,20,25 | 93:8 97:21 | 20:22,22 | 33:3,4,10,24 |
| **once** 31:23 63:4 | 98:5,21 103:16 | **opposed** 36:4 | 34:16,18,22,25 |
| 115:11 120:21 | 103:18,21,22 | **order** 20:2 | 35:10 36:16,24 |
| **ones** 9:23 | 103:25 104:14 | 79:15 | 37:2,9,15 38:6 |
| 101:11 114:22 | 104:15,17,24 | **outcome** 49:20 | 38:11,16 39:9 |
| **online** 18:15 | 105:7,12,16,19 | 116:16,25 | 40:16,25 41:23 |
| **operating** | 106:8 107:20 | 117:15 118:12 | 42:10 43:8 |
| 115:8 | 107:21,23,25 | 119:4,11,18 | 45:7,11 46:23 |
| **operation** | 108:5,11 | 121:3,17,19,20 | 46:24 54:11 |
| 111:24 116:23 | 109:19 110:3 | 121:21 122:9 | 55:9,10 63:13 |
| **operations** 55:3 | 110:14,16,17 | 122:12,22 | 64:10 65:10,22 |
| 111:12 | 110:22 111:4,6 | 123:8,25 124:9 | 66:6 70:11 |
| **opine** 69:18,19 | 111:9,10,17,19 | 124:10 125:9 | 71:3 77:15 |
| **opines** 38:21 | 111:22 112:11 | 127:4,8 128:19 | 79:16 81:7 |
| **opining** 6:4 | 112:12,15 | 128:25 135:18 | 84:22 87:11,23 |
| 70:3 | 115:10,12,15 | 143:14 | 89:5 90:9,10 |
| **opinion** 16:3 | 115:16,19,24 | **outside** 9:6 | 90:12 92:7,22 |
| 20:2 38:20 | 116:6,9,12,13 | 18:19 68:16 | 95:14,24 |
| 46:19,19 47:4 | 118:5,14,23 | 94:23 | 102:10 109:23 |
| 47:7,9,10,19 | 119:25 120:8 | **overall** 15:18 | 109:25 110:8 |
| 48:4,5,21 | 120:25 122:7 | **overcome** | 110:10,12,20 |
| 49:24 50:7,18 | 122:15,19 | 51:10 118:11 | 117:25 118:3 |
| 51:8,19 54:15 | 123:21 125:8 | 119:24 122:14 | 118:20 119:21 |
| 54:16,18,21,23 | 125:12 126:23 | 122:23 123:7 | 122:18 126:17 |
| 55:8,14,20,25 | 126:25 127:15 | 123:19,23 | 128:24 |
| 57:24 58:25 | 128:10,20 | 124:8 | **owned** 14:11 |
| 59:22 60:24 | 132:7 140:17 | **oversight** | 14:24 45:11 |
| 62:7 64:4 | 140:18 141:3 | 142:12 | 54:10 55:15 |
| 65:14,25 66:9 | 142:10 | | 61:21 63:12 |

**[owned - pcaob]**

76:14 77:17
82:25 84:17
86:19,23 87:11
88:15 91:18
94:16 99:4
118:21 119:3
121:22 122:5
123:13 124:17
125:4 128:3,12
129:6 132:15
**owner** 14:16
15:9 45:20
58:7 60:16
118:7 126:7
138:23
**ownership**
15:14 36:19
39:20 42:11
43:14,21 46:4
55:24 58:16
59:12,14 60:3
60:22 61:10,13
61:19,24 62:16
63:23 64:16
65:4 67:13,20
67:24 68:4,9
68:18 69:5,9
69:18,21 70:3
70:5,7,19,21
71:10,22 72:2
72:15 73:3,17
74:7,14,18
75:13,17,18,21
76:2,15 77:11

77:13,14,16,24
78:3,10,12,13
78:14,17 79:8
81:12,24 82:11
82:13 83:7,9
83:21 84:4,7
84:11,24 85:9
85:20 86:14
87:6,9,13,17,19
88:4,18,25,25
89:4,8,11,23
90:6,24 91:5
92:20 93:4,20
93:25 94:5,7,9
94:13 95:3,6
95:11 96:4
117:17,23
119:8,19,22
125:13 126:15
126:16 130:5
130:18,22
131:3,4,11
140:23
**owns** 15:24
28:11,25 29:7
30:20,25 32:7
33:17,18 64:9
65:21 66:5
70:10 72:14
81:7 85:7,17
85:18 90:2
91:2 92:6
95:23 110:13
117:6,23 120:4

120:9,14,21
121:7,9,10
123:3 124:11

**p**

**p** 2:2,2 8:11
**p.m.** 96:11,12
97:3,6 131:24
132:3 139:5,8
141:14,16
**page** 26:10,13
26:14,17,19
37:17,19 38:19
40:3,8 53:17
66:18,21,22,24
66:24,25 97:16
103:15,17
105:14 107:11
107:18 110:25
110:25 129:11
132:6 142:3,7
142:16,20
144:4,7,10,13
144:16,19
**pages** 103:9,10
**paper** 23:8
**papers** 26:25
42:19 56:5,15
83:13 101:10
115:6
**paragraph**
13:2 17:6 28:6
66:23 67:5
76:22 98:7

101:19,24
103:20 104:15
105:14,22
106:6 108:18
111:5 117:4
129:12,13
130:12,13
132:11 134:12
135:15 141:7
**paragraphs**
111:5,7
**part** 43:18
61:24 62:21
70:6,19,22
71:2
**partially** 103:8
**particular** 23:8
23:10 27:6
29:2 31:17
38:12 48:4
50:18 140:16
**parties** 46:14
46:14 143:12
**partner** 140:7
**party** 40:6,10
40:14,22 41:25
42:9,12 43:6
**pass** 12:15
**paul** 2:19 3:16
**pay** 135:22
**paying** 9:10
**pcaob** 9:21
10:4 107:3
113:20

**people** 9:10 11:15 22:25 23:2 85:25
**percent** 33:10 132:15
**perez** 113:11
**perfectly** 12:10
**perform** 46:16 53:25 54:6,9 56:18,21 57:21 115:7,25
**performance** 104:5
**performed** 53:24 55:21 57:11,22 59:10 59:25 62:14 71:20 82:9 83:6 85:14 114:21 115:3,4
**performing** 43:11 55:23 85:13 91:3
**period** 126:22
**person** 24:21
**person's** 24:24
**personal** 110:6
**personally** 22:22
**perspective** 29:3
**picked** 6:11
**place** 125:6

**plaintiff** 1:6,17 2:4 3:25 4:22 7:7
**play** 76:16
**please** 3:20 4:11
**pledge** 136:10
**plus** 98:8
**point** 19:19 34:5 38:14 49:13,21 62:11 64:3,12 65:13 76:23 80:5,14 90:22 96:7 99:12,15,20 100:21 109:15 112:2 119:5 124:24 125:5 127:14
**pointing** 106:5
**portion** 15:15 17:8 68:13
**position** 54:25 59:4 104:5 111:23 116:22
**positions** 111:11
**possibilities** 99:7
**possibility** 98:24 99:5
**possible** 14:23 26:6 141:4

**potential** 5:25 13:7 14:5 15:17 27:20 39:13 40:20,21 61:2 67:9 68:3 73:13 74:10 75:7 79:2 87:18 88:24 89:2,4,8 116:20 121:25 129:18 132:19 132:25 134:7 134:10 135:8 137:24
**potentially** 68:3 94:8 119:15
**practicable** 111:13,24
**predicate** 126:5
**prepare** 11:13
**prepared** 133:14,16
**preparing** 10:15,16
**present** 2:16 16:5 54:24 59:3 104:4 133:23 137:5
**presentation** 31:8 95:13 108:2 136:6
**presented** 15:4 106:4,19

135:12
**previous** 40:19 110:25
**previously** 56:10 114:22 131:8
**primarily** 23:15,17 24:19 25:6
**principal** 111:9 111:21
**principles** 8:9 8:13 13:10 14:7 15:2,18 55:5 67:12 73:16 74:13 75:25 77:2 93:24 108:4 129:21
**prior** 17:12 18:5,8 52:18 66:15 114:4 129:25
**privy** 13:15,20
**probative** 89:25 90:4
**problem** 84:10
**procedures** 43:13,16 45:9 45:13 51:6,7 51:12 54:9 55:23 56:8,23 57:12,23 58:2 58:3,21,22,23

59:11 60:2 62:14,19 64:11 71:21,21 82:10 85:14 89:19 90:22 91:4 114:21 115:3,5 115:8 116:2,7

**produced** 100:17

**professional** 1:21 20:9

**pronounce** 113:13

**properly** 29:9 31:2,4 32:9 33:16,22 34:19 34:20 37:6 40:23 45:6 76:4,16,19 95:20 117:9

**proven** 49:10

**provide** 11:25 12:3 47:19 50:7 54:14 58:24 59:2 63:24 64:5 85:3 89:17,17 89:19 90:18 91:12 105:19 106:12 134:17 134:22 135:4,8 136:19 137:4 138:3,6,9

**provided** 27:3 54:17 78:18 88:22 102:13 133:12 135:23 138:8

**provides** 60:4 65:8 78:19

**providing** 33:8 47:23 48:5 50:17 99:2 118:14 128:20 137:2 138:17

**pseudonym** 18:16

**public** 1:22 21:11 103:4 140:13 142:12 143:4 145:21

**pump** 9:11

**purchased** 8:7

**pure** 39:25

**purpose** 103:25

**pursuant** 1:17

**put** 14:12 32:15 67:22 79:15 84:21 88:23 89:3,7 109:5

**putting** 10:25

**pwc** 20:11

**q**

**qualification** 113:17 130:4

**qualified** 53:25 54:5,15 56:17 56:20 57:20 92:11 98:20 103:16 112:9 112:12

**quality** 72:9

**question** 6:9,14 6:21 7:15 12:23 16:15 32:2,7,8 41:20 44:19 57:15,16 57:17 58:13 59:6 60:21,22 61:10,13,24 64:19 65:23 66:3,4 70:4,13 70:14,15 78:9 78:10 79:18 85:25 94:10 96:6 110:4 117:5 121:12 126:18 134:24

**questioned** 102:9

**questioning** 37:25 39:5 40:13

**questions** 5:10 38:9 42:10 139:19 141:11

**quick** 52:25 55:12 59:18 131:19

**quit** 49:17 100:23

**quite** 26:11

**quote** 67:9 75:20 77:23 130:4

**r**

**r** 2:2 97:2 144:3 144:3

**raise** 45:22

**raised** 72:6

**rate** 17:3,9

**rather** 98:19 105:18

**ratings** 134:15

**read** 13:4 54:21 62:5 73:5 92:15,15 102:23 103:19 106:19 107:19 119:16 122:20 129:12,14 132:8 145:5

**reader** 63:25 64:6 109:7,9 109:16 120:11 134:8

**reading** 62:25 66:11 78:20 118:15 141:6

**real** 49:8 52:25 55:12

**[really - related]**                                    Page 26

**really** 29:5 30:7
  51:14
**reason** 5:13
  33:23 34:21
  46:22 48:14
  53:22 54:2,4
  55:9,15,18
  56:16,19 57:19
  62:24 69:23
  92:10 105:6
  106:7 108:19
  108:22 109:2,8
  109:11 113:16
  113:17 114:19
  114:25 115:6
  118:19 120:17
  123:12 130:9
  137:14 138:10
  144:6,9,12,15
  144:18,21
**reasonable**
  33:2,4,8 43:16
  43:20 44:17
  58:25 59:2
  60:6,7,12,15,19
  61:5 62:2,19
  62:22 63:24
  64:5,9,13 65:8
  65:17,20 66:2
  66:5 69:20,22
  70:23,25 78:19
  78:22 79:17
  81:20 85:3
  88:22 89:18

  90:19 91:20
  106:12
**reasons** 40:21
  100:22 108:6
  108:17,19,20
  111:8,18,20
  112:4,13
**rebuttal** 11:18
**receivable**
  30:22 31:5
  35:12 36:4,11
  36:14 37:21
  38:2,5 116:20
  117:21 121:24
  125:24 126:3
  127:6
**receivables**
  114:18
**receive** 17:8,10
  18:23
**received** 69:20
**receiving** 16:24
**recent** 23:4
**recess** 51:24
  96:12 131:25
  139:6
**reclassification**
  37:19,25
**recognition**
  38:21 39:5
  116:20 121:25
**recognize**
  12:20 24:11
  25:18 52:11

  102:19 107:2
  112:24
**record** 3:3 5:2
  6:11 7:4,13
  8:10 9:13,13
  12:16 25:14
  51:21,23 52:2
  52:4,6 80:7
  96:9,11 97:6
  102:14 106:21
  112:17 131:24
  132:3 139:3,5
  139:8 141:15
  143:9
**recorded** 3:7
  127:23
**recover** 117:10
**recovering**
  127:10
**recovery** 127:9
**red** 32:24 38:9
  39:12 40:20
  43:22,24 45:14
  45:21 46:21,21
  60:11 61:2
  62:3,8,11,24
  63:5 65:11,15
  67:25 68:17
  72:6 74:22
  79:3 81:22
  87:14
**redemption**
  127:18

**refer** 7:7,10,16
  8:2,5,19 9:8
  10:8 23:22
  24:13 80:2
  113:14 120:10
**reference** 123:5
  124:14 125:12
**referenced**
  132:20
**referred** 54:23
**referring** 7:12
  8:15,21 10:6
**reflect** 25:14
  52:4 69:4
  102:14 106:21
  112:17
**regard** 40:19
  67:23 132:16
**regarding**
  101:14 104:24
  107:4 126:12
  132:11
**regards** 16:5
**registered** 1:21
  113:21
**registrant** 80:2
**relate** 130:18
**related** 5:23,25
  15:14 35:15,18
  40:6,10,14,22
  41:25 42:7,8
  42:12 43:6
  46:14 50:18
  67:12,20 75:20

81:23 86:21
87:8,14 95:2
95:10,12
100:25 105:2
107:9 116:22
117:3 118:12
119:22 127:5,7
128:22 130:4
143:11
**relatedly** 36:12
**relates** 69:9
72:21 73:16
74:13 75:7,25
77:14 93:24
131:2 135:19
**relationship**
17:14 18:6
**relevant** 13:13
15:7,10 45:2
90:2
**reliable** 48:23
50:10
**relied** 9:25
**rely** 9:24 47:20
49:12 50:20
60:23 62:4
85:25 86:4,6
98:16 135:7
**remarks** 18:14
**remember**
24:23 68:20
69:13
**repeat** 12:22
52:25 55:11

58:12 110:4
113:25 114:24
134:24
**rephrase** 6:21
34:11 59:8
90:15
**report** 9:24
11:17,18,19
12:4,10,16,21
13:24 16:2
19:2 22:21,23
23:16,18,23
24:2,8 25:13
26:2,4,9 37:18
38:12,20 40:4
66:18 68:14,22
75:14 98:19,20
99:2 100:2,25
101:20,21,22
101:23 103:16
103:19,21,25
104:14,15
105:7,16,23
107:7 108:5
111:7 112:3,5
112:6,9,10,10
112:11 129:11
130:16 131:11
131:15 132:6
132:10 140:13
140:13 142:8
**reporter** 1:21
3:17 4:11 8:10

**reporting**
107:5,10,15
126:22
**reports** 103:13
103:14 119:14
142:10
**represent** 26:8
136:16
**representation**
110:11
**representations**
27:5 49:12
63:4 98:17
**representing**
3:25 4:6 135:2
**reps** 45:16
47:20
**republic** 1:10
3:10 4:7 7:18
67:14 144:1
145:1
**requests**
142:19
**require** 84:18
**required** 56:8
112:3 116:8
145:14
**research** 23:7
**resecon** 140:6
**reserve** 1:5 3:9
4:22 7:7 13:7
52:14 58:19
61:3 73:13
95:23 115:20

129:17 144:1
145:1
**resolution**
21:10
**resolved** 48:5
**resources**
127:11 135:21
**respects** 54:25
59:4
**respond** 6:10
**responds** 49:19
**response** 47:18
49:3 50:15,15
**responsibility**
124:20
**responsible**
23:15,17 24:20
25:7
**rest** 111:22
**restatement**
84:19
**result** 38:23
39:7 42:24
85:2 121:21
135:17
**results** 55:3
111:11,23
116:23
**resumed** 97:4
**retained** 13:3
129:13
**return** 22:20
**review** 23:11
23:19 42:18

52:17 67:6 72:19 79:20 100:15 138:19 138:21

**reviewed** 11:17 14:4 67:2 71:6 73:8 78:24 91:15 99:10,23 101:12 114:3 119:14 136:25

**reviewing** 20:16 26:25 72:7 82:18

**reviews** 20:20 46:6

**right** 12:2 22:4 24:4 26:2 27:10 28:14 29:6,10 30:25 32:13,23 34:17 35:19 36:2 37:3 41:10 43:8 44:13 50:10 55:25 56:18 58:10 59:15 61:7,11 61:25 62:9,16 64:10 69:18 70:22 85:7,10 85:22 86:8 88:19 97:13 98:3 99:14,24 101:15 102:4 105:9 107:7

108:15 115:18 116:10,13,14 123:21 124:10 125:16,18 126:3 131:6,12 132:5 138:4 139:12

**rights** 28:3 29:15,17 31:20

**risk** 27:6,12,13

**role** 94:21

**routinely** 124:2 124:6

**rude** 78:8

**rules** 6:8

**s**

**s** 2:2 97:2,2,2 142:6 144:3

**safe** 57:21,25

**sake** 37:24 39:4 40:12

**salary** 17:10

**sarah** 23:4 24:22

**saying** 50:17 56:6 81:3,25 115:17 117:14 118:9,10 123:6 128:20 136:2,3 137:8,12,13

**says** 10:3 48:21 49:15 54:22 69:11 74:23

75:14 89:19 90:8 91:9,19 98:8 104:14,22 105:10,14,23 106:14 108:18 110:7,12 111:3 115:18 116:15 117:17 118:21 119:6,7,9,17 121:10 122:20 125:17,21 126:23 127:16 130:24,24 135:6,15 138:3

**school** 8:8

**scope** 68:25 76:22 94:24 104:20 129:10 132:24

**second** 31:2 130:21

**section** 37:18 38:20 40:4,11 66:25 107:12 107:19 110:24 111:2 125:21 129:11 134:2

**securities** 20:12 53:8 60:8 89:21

**security** 34:7 36:4 37:21 53:16 88:9,13

**see** 21:18 38:25 40:7 46:12,21 49:18,20 62:6 62:8 65:11 67:3,16 72:20 76:21 78:25 80:21 83:14 92:13 97:22 98:22 102:7 104:7 105:4,21 105:22 106:5 107:15 108:8 111:14 121:3 123:14 124:2 125:6,24 129:22 130:7,8 132:22 134:19 134:20 136:24 137:13,15,17 138:11

**seen** 16:9 56:15 97:11,25 98:6 100:11,24 101:4,7,10 115:6 136:15

**send** 31:17 45:17 79:25

**sense** 6:18,22 6:23 24:15 27:15 41:20 103:12 109:16 126:18

**sentence** 127:16 135:16

**separate** 29:4,5 30:23 31:23,25 32:8,10 42:2,3 77:11 111:5

**separately** 29:12,21 30:6 30:13,16,17 31:13,15 32:4 37:8 41:16

**serious** 48:23

**served** 22:4

**set** 8:25 9:20,20 25:22,23 59:23 143:8,15

**settle** 127:12

**seventh** 1:19 2:3 3:15

**several** 31:18 104:19 118:25 124:5

**shaking** 6:16

**shareholder** 16:8 134:22 135:3 136:9,11 137:20,23

**shareholders** 134:16 135:4 135:23 137:3

**shares** 45:20

**sheet** 28:24 32:16 34:10,15 34:24 35:9 36:10,13,21 45:4 53:12,13

55:17 110:8 113:24 114:8 120:6

**shoulders** 56:14

**show** 53:12 58:18 63:20 114:16

**showing** 52:5 112:18

**shows** 28:25 30:20

**side** 46:7,8,13 113:24 114:7 114:16 120:5

**signature** 143:18

**significant** 45:25 106:2,17

**silent** 87:24

**similar** 114:15

**simple** 50:13

**simpler** 70:16

**sitting** 16:20 42:18 54:7 61:2 77:21 113:19

**situation** 110:2

**situations** 51:16

**skinny** 8:7

**skip** 103:18

**slightly** 34:11 66:3

**snell** 2:17 4:9

**socialist** 3:10 4:7 7:17

**somebody** 49:14,17 119:13

**sooner** 7:2

**sophie** 2:6,12 4:2,8

**sophie.brill** 2:12

**sorry** 22:3 25:23 44:9,20 44:20 53:2 58:12 66:21 69:12 76:12,20 76:22 77:22 78:7 80:10 83:22 98:11 101:22 110:24 128:15 137:16

**sort** 103:11

**sounds** 74:15 101:12

**southern** 1:3 3:12

**sovereign** 7:23 67:14,21 73:18 74:14 75:22 76:2 77:24 130:6

**speak** 17:4 88:7

**speaking** 87:10 94:17

**specific** 27:10 51:19 99:17

**specifically** 14:8 33:5 50:8 116:24 121:8

**specified** 8:20 10:5

**speculating** 136:17

**speculative** 57:6,10

**spoke** 140:11 140:14

**sri** 1:11 3:10 4:7 7:18,18,23 11:24 12:8,25 14:10,23 17:12 17:14,16,18,22 17:23 18:2,20 18:24 38:24 39:8 53:8 67:15 70:4 144:1 145:1

**staff** 140:7

**stakeholder** 66:11

**stand** 141:12

**standard** 23:10 28:23 59:10,25 62:14 71:20 82:9 85:14 107:3,13 114:21 115:3,5 115:8,25

| | | | |
|---|---|---|---|
| **standards** 8:25 9:2,3,12,16,22 10:2,4,7,8,15 10:20,22 11:7 25:21,22,23 103:11 142:9 142:11 | 30:10 31:9 39:18 41:14,16 41:22,23 42:2 43:17 44:6,8 44:12,14,15 45:15 46:24 48:7,22 50:9 | 96:3 97:12,20 98:2 100:18 103:24 104:2 104:18 105:3,9 105:17 106:3,9 106:16,18 107:22 108:2 | 139:11,15 140:5 **stop** 78:7 **store** 8:6 **straight** 91:22 **strategy** 13:16 13:21 |
| **started** 6:7 20:10,25 21:18 | 51:5 52:16,21 53:3,6 54:11 | 109:25 113:6,8 113:22 114:4 | **strikes** 48:13 **subarea** 15:13 |
| **starting** 37:18 40:3 | 54:23 55:22 58:5,6,9,15,18 | 114:12 115:17 115:20 122:3 | **subject** 22:12 111:10 |
| **starts** 66:23 | 59:3,13,23 | 124:16,19,23 | **submit** 48:20 |
| **state** 1:22 4:25 108:14 109:3 109:16 111:18 112:4,13 116:12 121:8 143:5 | 60:5,14,18 63:14,19 65:2 65:19 66:7,12 67:7,8 68:12 70:8 71:7,17 71:25 72:8,20 72:25 73:10,12 | 125:2 129:16 132:14,18,21 133:13,17,20 133:23 134:14 134:18 135:9 135:12,16 137:6 138:19 | 112:3 **submitted** 24:3 97:10,24 131:7 **submitting** 24:2 52:18 99:22 |
| **stated** 45:6 121:15 | 73:21,23,24 74:2,17,20,21 | 138:22 | **subscribed** 145:16 |
| **statement** 27:23,24 28:3 28:3,7 30:20 35:3 38:18,23 39:15 40:2,19 44:7 70:12 105:25 121:15 126:9 136:13 | 74:22 75:4,12 77:7,22 78:4 78:21,25 79:5 79:12,24 80:11 80:12,18,21 81:9,11 82:7 82:12,18 84:6 84:23 86:2,5,7 | **states** 1:2 3:11 50:8 55:6 107:20 124:10 **stating** 28:11 134:21 **stayed** 87:24 **step** 31:17 32:5 42:22 | **subsections** 104:19 **subset** 101:4 **substance** 25:13 **substantial** 120:17 126:11 132:11 |
| **statements** 10:17,23,25 11:5 13:6 15:3 15:12,16 16:6 21:24 22:15 27:14,17,19 | 86:13 87:3,4 88:3,7 89:25 90:20 92:2,3,9 92:16,19 93:3 93:20 95:6,24 | **steps** 29:22 43:19,23,25 49:14,25 51:3 51:11,13 64:14 **stoneturn** 21:5 21:8,9 25:3 | **substantially** 114:15 **substantiate** 58:6,15 59:14 63:22,22 65:3 71:10,25 77:25 |

78:13 79:9 81:12 82:13 85:9,17

**substantive** 51:6,7 108:6 108:17,18,19 108:23,25 109:11 111:8 111:18,20 112:4,13 135:24

**subtle** 50:22

**successfully** 127:4

**sued** 16:7

**sufficient** 33:20 104:23 105:11 127:11 135:21

**suggest** 125:2 128:9

**suggested** 85:6 102:9

**suggests** 105:25 106:16 118:5 124:16

**super** 59:18

**support** 84:7 86:14 91:4 92:19 93:4 94:7 96:3 104:23 133:8 133:11

**supposed** 64:14 82:22 83:4,15

83:18,20,24 84:3,13,15 92:12 108:12 108:14,16 111:17 137:9

**sure** 7:5 8:4 11:10 12:9,11 16:19,23 20:10 25:11 26:21 35:6,7 37:12 48:12 66:16 76:11 101:2,6 101:9 120:13 136:12 137:4

**swear** 4:11 64:24 81:6

**sworn** 4:16 143:8 145:16

**system** 45:19

**szelony** 2:6

**t**

**t** 97:2 142:6 144:3,3

**take** 6:24 29:21 35:8 43:25 80:3 131:18 133:19

**taken** 1:17 51:24 131:25 139:6

**talk** 16:3,4 44:24 45:15,24 70:5 76:25

133:25

**talking** 9:21 27:10 75:16 93:16 99:18 100:21 136:17

**talks** 103:16 137:3

**team** 11:16

**technically** 16:17

**tell** 8:12,22 9:23 15:6 26:22 32:14 48:18 92:21,21 95:18 118:17 125:16 129:3

**ten** 20:14,15

**tend** 63:22 65:3 71:9,25 77:25 78:2,12,14 79:9,9,12 81:11,16 82:12 82:16 84:6 86:13 91:4 92:19 93:3 96:3

**tended** 94:4,6

**term** 9:14 30:22 31:5 35:12 36:3,11 36:14 37:21 38:2,5 81:2 114:18 116:19 117:20 121:24

125:24 126:2 127:5

**terminated** 100:23

**terms** 7:6 15:21 20:6 28:23 41:2,4

**test** 29:12 30:12,15,17 31:12,14,16 32:3,3,4

**tested** 33:15

**testified** 4:16 56:16 71:24 139:22

**testify** 63:11 64:23 72:12,15 72:16

**testifying** 61:9 61:12

**testimony** 5:14 11:25 12:4 13:13,24 15:22 15:23 20:3 22:8 57:9,12 65:16 72:3 115:22 118:4 120:2 121:5 122:25 141:13 143:7,10 145:10

**testing** 11:9 31:18,19 33:6 33:15 34:17,22

**[testing - types]**

35:4 36:9 43:3 44:15

**tests** 32:3 44:11

**thank** 8:18 66:14 93:13 131:22

**theirs** 58:20 91:13

**thing** 130:3 131:21

**things** 29:25 35:25 36:23 42:21 44:3,23 46:23 64:17 68:24 76:16 81:3,4 94:4,6,8 99:9 130:15 136:4 139:21

**think** 16:2 19:18 20:13 22:2,14 23:9 24:20 31:6,22 32:10,13 35:13 41:2,4,7 44:3 44:23,25 45:3 49:15 51:14 56:16 59:7 68:15 70:9 71:15 73:6 78:16 83:16 84:21 94:12 95:9,12 96:6 99:20 102:20 102:23 103:7

103:12,17 109:12 118:18 118:18 122:4 122:10 129:3,4 130:23 131:21 137:9 139:2

**thinking** 26:25 28:23 92:25 94:12

**third** 31:3

**thought** 29:3 71:23 72:23,24 77:9 81:17 86:25 93:18 95:4,4

**thoughts** 39:13

**three** 29:5,8 30:23 36:16 125:19

**threshold** 33:9

**throw** 41:17 108:12

**ticket** 19:16,19

**ties** 17:16

**time** 3:4 21:15 29:23 30:18 51:22,25 55:11 62:12 64:3 65:13 80:14 87:22 90:23 96:10 97:5,9 97:24 98:25 99:21 131:23 132:2 139:4,7

141:14,16

**times** 5:18 96:7 125:19

**titled** 66:25

**today** 3:25 4:24 5:5,11,14 6:25 8:6 15:4 16:20 44:24 54:7 57:10,13 77:21 88:2 113:19 114:4 118:4 120:2

**today's** 141:13

**todd** 1:20 3:18 143:4,20

**together** 10:25 14:12 30:14 31:16 32:4 41:17 43:3 67:23

**top** 26:15 132:7

**trading** 36:4 37:20 53:7,16 60:7 88:9,13 89:21

**traffic** 19:16,19

**transaction** 41:25 43:7

**transactions** 40:6,11,15,23

**transcript** 143:9 145:5,10

**treated** 88:8

**treatment** 98:13

**tribunal** 19:25

**tries** 11:2,6

**trouble** 42:17

**true** 32:14 143:9 145:9

**trust** 51:2

**truthful** 5:14 21:20 22:8

**truthfully** 5:10

**try** 7:11 9:14 95:16

**trying** 69:13,25

**turn** 24:8 26:10

**twice** 5:19

**two** 2:9 11:15 11:23 16:9 22:4,25 29:4,7 34:17 36:20 41:22 42:2,2 68:15 77:11 112:19 113:4 125:19 130:14

**type** 9:9 27:23 28:2 34:7 45:8 47:4,19 49:24 51:19 84:23 103:22

**types** 48:10 103:5,13 142:11

| u | | | |
|---|---|---|---|
| **u** 4:14 97:4 | 123:25 124:9 | 18:16 45:18,18 | 62:6 63:20 |
| **u.s.** 8:15,21,22 | 124:10 125:9 | 53:19,21 57:12 | 65:2,20 66:8 |
| 9:6,6,7 10:19 | 128:18,25 | 60:9,21 61:4 | 71:18 86:3 |
| 10:19,21 11:11 | **unable** 98:10 | 64:2 71:2 | 91:12,19 92:13 |
| 13:9,11 14:6 | 104:17,22 | 82:19 88:2 | 93:8 103:14 |
| 14:22,25 16:17 | 105:10,11,18 | 97:18 104:21 | 107:4,9,14 |
| 16:18 20:17 | 107:24 116:17 | **underlying** | 109:19 112:14 |
| 33:6 38:25 | 117:18 | 40:21 | 115:15 116:9 |
| 41:12,14 43:18 | **unaudited** 67:8 | **understand** 5:4 | 124:3,7 |
| 48:8 60:9,21 | 73:11,22,24 | 5:9 6:11,19,20 | **unreliable** 20:3 |
| 61:4 62:21 | 80:11 97:20 | 7:14,21 13:19 | **unsatisfactory** |
| 64:2 67:11 | **uncertain** | 13:23 14:14 | 47:6 |
| 68:2,7,11 71:2 | 105:8 119:7 | 15:20 22:10 | **unsubstantive** |
| 72:21 73:15 | 120:3,7,9 | 23:24 30:4 | 108:25 |
| 74:12,24 75:8 | 123:2 129:5 | 31:21 35:13 | **unusual** 138:7 |
| 75:10,15,16,17 | **uncertainties** | 56:13 57:3 | **use** 10:22 |
| 75:24 76:20,25 | 105:2,20 | 68:23,24 69:25 | 114:14 |
| 77:8 79:2,3,5 | **uncertainty** | 72:11 80:4 | **used** 42:18 |
| 79:22,24 80:22 | 104:21,22,24 | 120:12 134:6,9 | 80:25 |
| 86:17,24 87:13 | 117:8 118:12 | **understanding** | **user** 60:5 |
| 89:20 90:20 | 119:2,22 | 12:7,24 13:12 | **users** 105:24 |
| 93:16,17,23 | 120:22 121:6,8 | 14:18 48:17 | 106:15 |
| 94:11,14,19,21 | 121:18 122:14 | 70:6 82:8 | **using** 9:14 81:2 |
| 120:19 129:20 | 122:24 123:8 | 100:16 | **usually** 42:23 |
| 130:25 142:9 | 123:24 125:3,7 | **undisclosed** | 133:6 |
| **uh** 59:19 | 125:13,17 | 40:10,22 | |

| | | | v |
|---|---|---|---|
| **ultimate** 61:20 | 127:7 128:17 | **unit** 3:6 | |
| 116:16 117:15 | 128:22 135:18 | **united** 1:2 3:11 | **validate** 43:13 |
| 118:12 119:4 | **uncomfortable** | 55:6 | 54:10 55:24 |
| 119:11,18 | 47:17 50:4,24 | **universe** 81:4 | 71:22 89:15 |
| 121:16,19,20 | 51:3,9,11 | **unqualified** | **validated** 89:10 |
| 121:21 122:21 | 82:21 | 47:7 54:15,17 | **validating** |
| | **under** 5:5 | 55:8,14,20,25 | 59:11 60:2 |
| | 10:19,19,21 | 56:10 57:24 | 62:15 82:10 |

**[validating - working]**

| | | | |
|---|---|---|---|
| 83:20 84:3 | **viability** 132:19 | **waiting** 121:3 | **withdraw** |
| **validation** 91:3 | 133:11,21 | 122:8,12 | 46:19 47:8,11 |
| **valuation** 28:9 | 134:7 137:21 | **want** 6:8 7:5 | 47:14,16 48:19 |
| 29:18 30:3,12 | **viable** 138:14 | 9:19 10:17,19 | 49:4,6,13,23 |
| 31:7 32:12 | 138:15 | 12:11 17:4 | 50:7,21 51:18 |
| 34:4 35:17 | **video** 3:7 | 25:9 26:18 | 110:22 112:2 |
| 36:19 37:7,10 | **videographer** | 35:5 44:24,25 | **withdrawals** |
| 37:14 77:3,5 | 2:19 3:2,17 | 47:18 56:22 | 51:16 |
| 77:11,18 95:13 | 4:10 51:22,25 | 57:5 59:7 | **withdrawing** |
| 95:19 101:2,14 | 96:10 97:5 | 64:18 66:18 | 47:25 48:2 |
| 102:2 | 131:23 132:2 | 68:24 82:2,6 | **withhold** |
| **value** 28:18,20 | 139:4,7 141:12 | 84:11 91:22,23 | 110:15 |
| 53:17 78:9 | **videotaped** | 92:5,7,24 | **withholds** |
| **valued** 28:13 | 1:16 | 109:7,7,8,10,11 | 98:18 |
| 29:9 31:3 32:9 | **view** 89:22 | 127:14 132:6 | **witness** 4:12,15 |
| 33:16,22 34:8 | 103:23 | 137:22 138:10 | 25:15 44:20 |
| 34:19,20,23 | **violated** 20:5 | **wanted** 76:11 | 52:5 102:15 |
| 35:10 36:6 | **violating** 68:2 | **way** 35:20 44:9 | 106:22 112:18 |
| 76:4,15,19,21 | **violation** 19:15 | 86:22 87:20 | 131:18,22 |
| 78:5 117:9 | 19:21 134:11 | 91:16 121:2 | 142:3 143:7,10 |
| **values** 77:6 | **violations** | 136:2 137:12 | 143:15 |
| **variety** 99:9 | 15:17 20:17 | 143:13 | **word** 76:21 |
| **various** 103:13 | 41:11 93:16 | **wednesday** 3:5 | **words** 15:5 |
| **verbal** 6:17 | **vol2-000433...** | **went** 47:12 | **work** 16:25 |
| **verbally** 6:10 | 142:13 | 78:16 81:21 | 26:25 42:19 |
| **verification** | **vol2-000448...** | **west** 2:9 | 56:5,15 61:19 |
| 83:5,6 | 142:13 | **whereof** 143:15 | 83:13 101:10 |
| **verified** 88:18 | **voluminous** | **white** 23:4 | 115:6,14 |
| 136:12 | 26:11 | 118:22 | 132:24 |
| **verify** 138:12 | **vs** 144:1 145:1 | **wife** 140:11 | **worked** 17:18 |
| **verifying** 45:5 | **w** | **willkie** 1:18 2:3 | 20:13,24 23:5 |
| **veritext** 3:19 | | 3:13,24 | 25:3 61:17 |
| **versus** 3:9 | **wait** 49:18,19 | **willkie.com** 2:5 | **working** 17:22 |
| 50:23 | | 2:6 | 24:21 |

**works** 7:9 37:5
**worried** 92:24
**worth** 29:2
  32:16,18,20
  34:16
**writing** 124:22
**wrong** 15:6
  32:12,15 36:20
  48:18 77:6
  118:24,25
  129:4,8,9
  136:21
**wrote** 69:14

**x**

**x** 1:5,12 142:2
  142:6

**y**

**yeah** 8:24 9:18
  19:17,19 24:16
  34:14 35:16
  37:23 44:8
  48:16 53:2
  57:8 59:7
  63:10 67:4,17
  69:12 70:17
  74:15 80:15
  97:23 98:23
  101:9 102:23
  102:24 104:12
  109:4 113:14
  114:14 130:8
  133:5

**year** 52:24 55:4
  126:21
**years** 20:14,15
  98:9 113:6,8
**yesterday**
  11:21
**york** 1:3,20,20
  1:22 2:4,4,10
  2:10 3:12,15
  3:15 143:5

**z**

**zelony** 2:6 4:3

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.