# Exhibit 32

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 22 Civ. 5199 (DLC)

-------------------------------------------x

HAMILTON RESERVE BANK LTD.,

                    Plaintiff,

        - against -


THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI

LANKA,

                    Defendant.

-------------------------------------------x

                    June 12, 2026

                    10:09 a.m.



        VIDEOTAPED DEPOSITION of PAUL NORING,

held at the offices of CLIFFORD CHANCE US

LLP, located at Two Manhattan West, 375

Ninth Avenue, New York, New York 10001,

before Anthony Giarro, a Registered

Professional Reporter, a Certified Realtime

Reporter and a Notary Public of the State

of New York.

Page 2

APPEARANCES:

WILLKIE FARR & GALLAGHER LLP
  Attorneys for Plaintiff
  787 7th Avenue
  New York, New York 10019

  BY: JUSTIN GARBACZ, ESQ.


CLIFFORD CHANCE US LLP
  Attorneys for Defendant
  Two Manhattan West
  375 Ninth Avenue
  New York, New York 10001

  BY: JOHN P. ALEXANDER, ESQ.
    ANGELA YANG, ESQ.




ALSO PRESENT:
      JOE RAGUSO, Videographer
      ANDY SNELL, Clifford Chance

Page 3

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form of the question, shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

Page 4

THE VIDEOGRAPHER: Good morning. We are going on the record at 10:09 a.m. EDT on Friday, June 12th, 2026. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Paul Noring, being taken by counsel here in the matter of Hamilton Reserve Bank LTD. versus The Democratic Socialist Republic of Sri Lanka, filed in The United States District Court, Southern District of New York, Case Number 22 Civ. 5199 (DLC).

This deposition is being held at Clifford Chance LLP.

My name is Joe Raguso with Veritext. And I'm the videographer. The court reporter is Anthony Giarro, also with Veritext.

I'm not authorized to administer an oath, I am not related

Page 5

PAUL NORING
to any party in this action, nor am I financially interested in the outcome.

Counsel in the room will state an appearance and affiliation for the record, after which the court reporter will swear in the witness.

MR. ALEXANDER: John Alexander, from Clifford Chance US LLP, representing the defendant, Democratic Socialist Republic of Sri Lanka. I'm joined by my colleague, Angela Yang. And also present is Andrew Snell, an accountant with Clifford Chance.

MR. GARBACZ: My name is Justin Garbacz at Willkie Farr & Gallagher LLP on behalf of the plaintiff.

PAUL NORING, after having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

2 (Pages 2 - 5)



Page 6

PAUL NORING

MR. ALEXANDER:

Q    Good morning, Mr. Noring.

A    Hello.

Q    As I mentioned a moment ago, my name is John Alexander. I'm representing the defendant, Sri Lanka, in this matter. I just want to go over a few preliminary ground rules as we get started.

The court reporter is making a record of everything we say. So I please ask that you speak slowly and clearly and provide verbal answers to my questions, rather than a head nod or something like that, so the court reporter can take it down.

If you don't understand a question, please let me know, and I will try to clarify. If you need a break at any point, just let me know, and we'll take a break.

You've been retained by the plaintiff, Hamilton Reserve Bank, in this matter; is that right?

Page 7

PAUL NORING

A    I have.

Q    And if I refer to Hamilton Reserve Bank as HRB, will you understand that?

A    Yes.

Page 8

Q    And what is your compensation for this engagement?

A    I'm getting compensated at $1,050 an hour.

Q    And are you compensated directly or is that through your company?

A    That is through my company. I do not get that. I get a salary.

Q    And you work at BRG?

A    That's correct.

Q    And what is BRG?

A    Berkeley Research Group is a boutique consulting firm that has multiple divisions. I personally lead the financial institutions advisory practice which helps banks and other finance companies address regulatory issues and other change management type items and accounting items.

And there are several other

Page 9

PAUL NORING

divisions, one of which does some litigation -- which does litigation work. We have a corporate finance group, health care group.

Q    How did you come to be engaged for this matter?

A    An M.D. in our group I guess had done some previous work with Willkie Farr and asked if anyone knew about sovereign debt and banking and accounting matters. And I said I do. And I got connected with Justin and Lee.

Q    Do you know, generally speaking, what the previous work with Willkie Farr was?

A    I do not.

Q    Do you know anyone at HRB?

A    I do not.

Q    Have you ever worked with anyone at HRB in the past?

A    When you say with, there's one member of their advisory board who was a partner with Pricewaterhouse.

Q    And who was that?

3 (Pages 6 - 9)

Page 10

PAUL NORING

A His name's Juan Pujadas.

Q How do you spell that?

A It's on the Web site. It's P-A-U-D-A-H-S, I think.

Q How did you know that person?

A He was a partner at Pricewaterhouse when I was at PW. And this would have been 20 years ago. And we did not interact that much. But we knew of each other because we were both working on different specific matters but both working on Bank of America at the time.

Q Have you spoken with him since you came to be engaged in this matter?

A I have not spoken with him, no.

Q You provided an expert report in this matter on May 6th of this year; right, Mr. Noring?

A Right.

Q And you provided a rebuttal

Page 11

PAUL NORING

report on May 22nd of this year; right?

A Correct.

MR. ALEXANDER: We're going to mark those as Exhibits 1 and 2.

(The above-referred-to document was marked as Noring Exhibit 1 for identification, as of this date.)

(The above-referred-to document was marked as Noring Exhibit 2 for identification, as of this date.)

Q Mr. Noring, please take a moment to look at these.

But can you confirm that Exhibit 1 is your May 6th expert report?

A Yes.

Q And can you confirm that Exhibit 2 is your May 22nd expert rebuttal report?

A Yes.

Q Did anyone assist you in preparing either of these reports?

A One of my staff members did

Page 12

PAUL NORING

help me.

Q What's the name of the staff member?

A The staff member's name is Holly Sampson.

Q This is someone who works at BRG?

A Correct.

Q In preparing these reports, did you speak with anyone, other than your staff member, and other than HRB's lawyers?

A Yes. There was a meeting at Willkie's office with the bank that took place; representatives at the bank.

Q What representatives of the bank were present?

A Antonio Kenyatta was there; Sebastian Ambrose, general counsel, was there; and one of their strategic advisors was there as well: Ben Wey.

Q So when did this meeting take place?

A I don't recall the exact

Page 13

PAUL NORING

date. But it was before delivery of the May 6th report.

Q And you said members of the Willkie team were there; right?

A That's correct.

Q And from HRB, Mr. Kenyatta, Mr. Ambrose and Mr. Benjamin Wey; right?

A That's correct.

Q And was there anyone else present at the meeting?

A That was -- that was it.

Q What did you do to prepare for today's deposition?

A I met with counsel yesterday for maybe four hours; four, five hours. I re-read my reports. I read Mr.-- I don't know how to pronounce it -- Migone, Migone's deposition. I looked at some of the supporting material that I relied on in my report. And I got a goodnight's sleep.

Q In preparing for today's deposition, did you speak with anyone other than HRB's lawyers?

4 (Pages 10 - 13)

Page 14

PAUL NORING

A    Holly from my team was there with Willkie yesterday.  So including Holly, she would be another.

Q    Going back to the meeting you spoke about where you met with members of Willkie's team and also representatives of HRB, about how long was that meeting?

A    It was relatively short; maybe 90 minutes.

Q    Without talking about the substance of what you discussed, did you discuss the substance of your anticipated expert report?

A    We -- I mean we did discuss my report.  The report wasn't drafted yet.  But we did discuss potentially, the opinions that I was comfortable in making with respect to my report that was discussed.

Q    You've served as an expert witness in a number of matters; right?

A    I have.

Q    About how many matters would

Page 15

PAUL NORING

you say you've served as an expert witness?

A    It's approximately 18.

Q    Did you provide an expert report in each of those cases?

A    In almost all of those, I believe that an expert report was prepared.  One or two may have settled prior to delivery of an expert report.

Q    Did you end up testifying in all 18 of those cases?

A    No, because some of them settled.  One or two settled as I mentioned and maybe -- and some settled and after delivery of the expert report.  But I would say approximately 12 depositions.

Q    Generally speaking, was the subject matter of your expert evidence in those cases accounting-related?

A    It was -- it was a mixture.  It was accounting, auditing and also banking-related.

Q    Would you please look at

Page 16

PAUL NORING

your expert report which is Exhibit 1?

And if you go to page 29, Appendix C --

A    Yes.

Q    -- this is a list of litigation testimony from 2022 to 2026.  Do you see that?

A    I do.

Q    Is this the full list of cases in which you provided expert testimony since 2022?

A    Yes.  These are the ones where a report has been delivered, as well as -- there was a deposition.

Q    And apart from cases in which you testified since 2022, were there any cases where you served as an expert witness and provided a report?

A    No.  All of these are ones that -- all the ones that in the last five years have had testimony associated with them.

Q    I guess what I mean is, are these the only five cases where you've

Page 17

PAUL NORING

served as an expert witness since 2022?

A    I have some that are inflight right now that I'm working on.  So those are not listed since -- you know, no report has been drafted yet.

Q    In the cases listed here in Appendix C, was there any challenge to your opinion in any of those cases?

A    No, there wasn't.

Q    There was no motion to exclude an expert report?

A    No.

Q    Apart from what's listed here in Appendix C, I understand you've served as an expert witness in a number of other cases; right?

A    That's correct.

Q    Before 2022?

A    That's correct.

Q    Has your opinion ever been challenged in any of the cases where you've served as an expert witness?

A    There was one case and can't recall how many years ago.  It was one of

5 (Pages 14 - 17)

Page 18

PAUL NORING

my very early ones, yet was excluded by the judge because he viewed it as not being relevant to the matter being tried.

Q    Is that Oberg versus Nelnet?

A    That's correct.

Q    Generally speaking, what was the subject matter of your expert testimony in that case?

A    It was accounting-related. And it was GAAP accounting-related. And it involved -- the case involved U.S. Department of Education rules around subsidies, and the judge viewed that the GAAP accounting was not relevant to the case.

Q    Could you please briefly explain your educational background?

A    I attended the University of Virginia. And I received a bachelor's of science in commerce with a concentration in accounting.

Q    Are you a CPA?

A    Yes. I'm a licensed CPA since 1990.

Page 19

PAUL NORING

Q    Are you a lawyer?

A    I am not.

Q    Do you have any other professional certifications?

A    Just a CPA.

Q    Would you please briefly explain your professional background?

A    So my professional background is upon graduation, in 1987, I joined Pricewaterhouse. It was only Pricewaterhouse at the time. And I was there through 2005. I was an audit partner.

During that period, I drafted and signed audit opinions. And I performed -- primarily during those 18 years, the vast majority of my clients were banks. So I always during my career audited banks. And I was in several different cities, including overseas for a period of time.

Q    And since 2005, what work have you been engaged in?

A    Oh. Sorry. I just kind of

Page 20

PAUL NORING

stopped there.

So then 2005 and 2006, I went to Fannie Mae which is a large mortgage company that was going through a financial restatement. And I was part of the remediation team. And then I left Fannie Mae in 2006 and went to Navigant Consulting which subsequently became Guidehouse. I was there for 13 years. While I was there, I ran banking insurance and capital markets practice. I was the practice leader.

And then I went to BRG in 2019 and am the leader of the financial institutions advisory practice which was a new practice for BRG at the time. And I've grown that practice to about 50 people in the six years that I've been there.

Q    Would you please look at your expert report, Exhibit 1? And I'd ask you to go to page 6.

A    Okay.

Q    And I direct your attention

Page 21

PAUL NORING

to paragraph 11.

You say that you have, quote, Performed significant investigative and forensic work, both internally with banks and for the U.S. federal government, including the SEC, the U.S. Department of Justice, DOJ and the federal bureau of investigation, FBI, end quote.

Could you describe what you mean by the work that you're discussing there?

A    High level, not getting into too many of the specifics, have been retained by various different agencies of the federal government to perform work from time to time. It's primarily been investigative work around particular accounting issues. Or in the case of the DOJ and the FBI, it was related to criminal prosecution. And it involves accounting and forensic-type work.

Q    And in those cases, the SEC, the DOJ or the FBI hired you as an

6 (Pages 18 - 21)

Page 22

PAUL NORING

expert?

A      Yes.  They hired BRG.  And they hired a team.  It was a team.  But in all those cases, I led the team or was, you know, one of the key principals on the team.

Q      And you mentioned also that you had done work internally with banks.

What do you mean by that?

A      Internally with banks, I mean that's the majority of my work.  There's multiple different things that we'll do for banks.  One is there may be a new accounting standard coming out.  And we'll help them implement the new accounting standard.  They may be doing a transaction buying a portfolio or buying another bank.  And we'll help them, you know, work through the intricacies of merging the operations and the accounting.

Together, we'll help them with regulatory response when a regulator may either issue a formal enforcement

Page 23

PAUL NORING

action or the regulator may be -- you know, just express a concern.  It varies across the spectrum.  And we'll help the bank change its processes to address those concerns.

Q      The work that you just described, is that what you mean by investigative and forensic work?

A      No.  That's different.  Forensic and investigative work, those are kind of more -- generally what I would describe as -- not generally routine, but there's always things that are sort of happening, new accounting standards, or there will be compliance violations; you know, this is really a situation where, you know, a potential regulator believes an enforcement action is necessary.  And you're working for the institution that is issuing the enforcement action.  You're not working for the bank trying to remediate the action or supporting the bank in responding to the regulator.

Page 24

PAUL NORING

So you could in theory be on kind of -- not on the same matter.  But you could have one engagement where you're working for the bank responding to something like that.  And you could have another engagement where you're working for the regulator or another branch of the government that's investigating something.

Q      And have you personally been involved in both those types of investigations?

A      Yes.

Q      So in some circumstances, a bank hired you or your firm to conduct an internal investigation?

A      Correct.

Q      And in some circumstances, you or your firm was hired by a regulator to conduct an investigation of a bank?

A      Correct.

Q      Were you responsible for leading any of those investigations?

A      Most of them, I led, almost

Page 25

PAUL NORING

all of them, I generally led because I've been, you know, a senior and a practice leader for quite some time.  So most of them, I lead.  But there's always a team that's working on them.

Q      Do you have a general approach you take when conducting an investigation?

A      You do, yes.  But it kind of varies depending upon the facts and circumstances of the matter but yes.

Q      Are there any steps that you think are common to any investigation that you're leading?

A      It depends.  There's common elements.  But sometimes, you know, all of those might not occur.  And I'd like to give you an example of that.

You might conduct interviews, for instance, of people.  And then in certain circumstances, you don't have the opportunity to conduct interviews.  And you're only looking at -- you're only looking at produced

7 (Pages 22 - 25)

Page 26

PAUL NORING

material, for instance. I mean there are common elements. But each element in each matter isn't necessarily the same.

Q You mentioned interviews. When you do conduct interviews, how do you determine what interviews to take?

A You start with an initial list. And, you know, as you are doing interviews, you might -- well, let me back up a minute.

Normally, you obtain an understanding from either the client or the party being investigated who is in what roles during what periods of time. And then you conduct interviews related to -- you determine who might be relevant to the issue and then conduct the interviews. As part of the interviews, people may drop, or additional people may, you know, be added to the list.

Q You mentioned in addition to interviews, looking at I think documentary materials; is that right?

Page 27

PAUL NORING

A Correct, yes.

Q How do you decide, generally speaking, what documents to look at in an investigation you're leading?

A It depends where you come into the engagement, like if you're coming in, in the very, very beginning of an engagement, you might start with developing, you know, specific search terms that you're looking for, like documents that may have certain words in them or phrases; you know, that's sort of sometimes how it works if you're at the very beginning.

Sometimes you come in, in the -- you know, in the middle. And the electronic searches have already been conducted. And you have a body of material.

And in other cases, the client may, you know, point you to certain material initially that they believe is a good place to start.

Q And the client might point

Page 28

PAUL NORING

you to some material that they believe is a good place to start, but that doesn't necessarily end the universe of material you're looking at; right?

A You know, that's correct, yes. You can sometimes, you know, request additional material. Sometimes it's not possible to request additional material. It really depends on the facts and circumstances.

Q And in conducting investigations, do you often review communications from people involved in the matter being investigated?

A E-mails are routinely looked at, yes, if they're available. Sometimes they're not available.

Q Do any of the investigations that you've been involved in leading involve alleged fraud?

A Yes.

Q Approximately how many?

A I mean over my career, I would say probably a dozen. That's kind

Page 29

PAUL NORING

of an approximation.

Q And in those investigations, were you responsible for assessing whether a person or institution had engaged in fraud?

A I mean that's ultimately a legal determination. So it wasn't -- it wasn't my, you know, ultimate determination. But there was clearly a view that was presented.

For instance, if, you know, a journal entry that had no substantive reason for being made was posted, and I'm sure I said this is a fraudulent situation. So although it's ultimately -- you know, that's a legal item.

But from a practicing CPA who is responsible, and one of the audit procedures is evaluating whether fraud exists within your client and understanding the risk of fraud, you do -- you do -- you know, generally look for that.

8 (Pages 26 - 29)

PAUL NORING

Q    In the investigations concerning alleged fraud that you were involved in leading, did you review communications from individuals that were expected to have information about the matter under investigation?

A    Could you just -- can you repeat it?

Q    Sure.

In the investigations concerning alleged fraud that you were involved in leading, did you review communications from the individuals that you expected would have information about the relevant subject matter?

MR. GARBACZ:  Objection to form.

A    I mean e-mail communications, communications were, you know, reviewed, not necessarily, you know, not all of them clearly.  And, you know, in different circumstances, different items were reviewed.

Q    In the investigations

PAUL NORING

concerning alleged fraud that you were responsible for leading, did you interview any individuals that you believed would have information about the subject matter under investigation?

A    Yes.  In certain cases, yes, we did interview individuals, yes.

Q    And in those cases, how did you determine which individuals to interview?

A    It was based upon, you know, their proximity to the matters being investigated.

Q    Did you ever interview an individual or a representative of an institution that was itself the subject of the investigation?

A    Yes.

Q    In those interviews, did the persons involved ever tell you that no fraud had occurred?

A    I can't recall, you know, the conversations that took place.  I can't answer that question.  I'm sorry.

PAUL NORING

Q    In those interviews of people that were the subject of an investigation, did you always take their statements at face value?

A    You always look toward corroborating information as well too.  So the answer is, no, you do not take everything at face value.  You always look for corroborating information.

Q    So in those circumstances where you interviewed people who were involved in an alleged fraud, you would do some further checking beyond just the interview; right?

A    That's correct.

Q    Would you please look at paragraph 12 on the same page?  You describe working closely with key industry leaders.  Do you see that?

A    I do.

Q    Could you just explain what you mean by the references to hours here?

A    That would be how many hours I worked with them over my career.

PAUL NORING

Q    And just to be clear, for example, the Bullet Point No. 1 refers to the chairman of PwC, current directly supervised for more than 10,000 hours.

Are you saying that you supervised the chairman of PwC or the other way around?

A    I supervised the chairman of PwC.  So he was on my team and working for me.  I did not spend, you know, 10,000 hours in a room with him.  But he was -- like your associate; right?  He was doing work on your behalf at your direction for me for approximately 10,000 hours.

Q    And then is the same true for the other bullet points that you supervised the people listed there?

A    When I say supervised, yes.  Where I say collaborated, I wouldn't be supervising them.  We would be colleagues.

Q    Could you please go to page 7 of your first report?

9 (Pages 30 - 33)

Page 34

PAUL NORING

A    Okay.

Q    And I'd ask you to go to paragraph 16.  Do you see that?

A    Yes.

Q    And there, you describe generally what your opinions are based on; right?

A    Yes.

Q    You reference an Appendix B to your report which lists the materials you reviewed; right?

A    Correct.

Q    And if you go to page 25, Appendix B, it says "Roman I, List of Materials Considered."

Do you see that?

A    I do.

Q    And are these materials listed here on pages 25, 26, 27, 28 the full list of materials that you reviewed in preparing this report?

A    Yes; you know, I would point out that some of the documents, you know, are very, you know, voluminous.  So as

Page 35

PAUL NORING

part of the report, I'm not reading the entire document.  I'm reading, you know, excerpts or portions that are relevant.

Q    But there aren't other materials you reviewed that are not listed here?

A    Correct.

Q    Would you please look at Exhibit 2 which is your expert rebuttal report?  And would you go to page 3?  In paragraph 2, you refer to Appendix A of this rebuttal report; right?

A    Sorry.  Say that again.

Q    Sure.

In paragraph 2 of your rebuttal report, which is Exhibit 2, you say, quote, In preparing this rebuttal report, any additional materials I reviewed beyond those listed in Appendix B of the Noring report are listed in Appendix A of this rebuttal report, end quote.

Do you see that?

A    I do.

Page 36

PAUL NORING

Q    Could you please go to page 15 of your rebuttal report?

A    Yes.

Q    And do you see Appendix A there?

A    I do.

Q    And it has a list of materials considered?

A    Yes.

Q    And is that the complete list of materials you looked at and reviewed in preparing this rebuttal report?

A    Yes.

Q    You list the expert reports of Migone, dated May 6th, 2026, and also Persuad, dated May 6th, 2026.  Do you see that?

A    I do.

Q    Did you review just the reports or all the materials that those reports reviewed?

A    I did not review all of the material that was reviewed or cited in

Page 37

PAUL NORING

the reports; however -- let me just add on to that; however, in reading the report, if something kind of came to my attention that I felt was relevant to my opinions, I would have looked at it.  Nothing came to my attention that was relevant that caused me to look at things.

But in other cases, in reviewing other experts' reports, something new appears, and there's a Footnote 45 that's such and such.  I'll ask.  And I'll look for that.  Nothing in this matter caused me to look at new -- new material.

Q    So I think I understand.

But generally speaking, if you saw something that you thought was relevant, you would follow up on it and look at it, but that didn't happen here; right?

A    Correct.

10 (Pages 34 - 37)



11 (Pages 38 - 41)

Veritext Legal Solutions

212-267-6868    www.veritext.com    516-608-2400



Page 42

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



13 (Pages 46 - 49)

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400

Page 54



Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 58

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 62

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 66

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 70

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 74

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 78

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



23 (Pages 86 - 89)

212-267-6868

Veritext Legal Solutions
www.veritext.com

516-608-2400

Page 90



24 (Pages 90 - 93)

Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



Page 94

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400



26 (Pages 98 - 101)



Page 102

Veritext Legal Solutions

212-267-6868     www.veritext.com     516-608-2400



Veritext Legal Solutions

212-267-6868    www.veritext.com    516-608-2400



Page 110

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



30 (Pages 114 - 117)



Page 118

Page 120

MR. GARBACZ:  I have no questions.

THE VIDEOGRAPHER:  We are going off the record at 12:37 p.m. EDT.  This concludes today's proceeding.

(Time noted:  12:37 p.m.)

MR. ALEXANDER:  Let's go off the record.

THE VIDEOGRAPHER:  Off the record.  The time is 12:24 p.m.

(A short recess was taken.)

THE VIDEOGRAPHER:  Back on the record.  The time is 12:36 p.m.

MR. ALEXANDER:  Thank you, Mr. Noring.  I have no further questions.

MR. GARBACZ:  Can I take one minute outside just to look at my notes?

MR. ALEXANDER:  Sure.

MR. GARBACZ:  I'll be right back.

MR. ALEXANDER:  Let's go off the record.

THE VIDEOGRAPHER:  Off the record.  The time is 12:36 p.m.

(A short recess was taken.)

THE VIDEOGRAPHER:  Back on the record.  The time is 12:37 p.m.

Page 121

I N D E X

E X A M I N A T I O N

EXAMINATION

Mr. Alexander          6

E X H I B I T S

| Noring | Description | Page |
| --- | --- | --- |
| Noring Exhibit 1 | Expert report | 11 |
| Noring Exhibit 2 | Expert report | 11 |
| Noring Exhibit 3 | Report | 73 |

31 (Pages 118 - 121)

Page 122

CERTIFICATION

I, ANTHONY GIARRO, a Shorthand Reporter and a Notary Public, do hereby certify that the foregoing witness, PAUL NORING, was duly sworn on the date indicated, and that the foregoing, to the best of my ability, is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action

_____
ANTHONY GIARRO

Page 124

HAMILTON RESERVE BANK LTD. vs. THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA

6/12/2026 - PAUL NORING

ERRATA SHEET

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____  _____
PAUL NORING          Date

Page 123

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections.  You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.  If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 125

HAMILTON RESERVE BANK LTD. vs. THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA

6/12/2026 - PAUL NORING

ACKNOWLEDGEMENT OF DEPONENT

I, PAUL NORING, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted on the Errata to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____  _____
PAUL NORING          Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 20___.

_____
NOTARY PUBLIC

32 (Pages 122 - 125)

**[& - 6/12/2026]**                                                  Page 1

| **&** |
| --- |

**&**  2:4 5:18
40:10,21,25
41:11,22,25
89:20

| **1** |
| --- |

**1**  4:9 11:5,8,17
16:2 20:22
33:3 37:25
38:9 70:22
77:23 109:24
121:11
**1,050**  8:9
**10,000**  33:5,12
33:15
**100**  47:7,8
58:17
**10001**  1:16
2:11
**10019**  2:5
**10:09**  1:10 4:4
**11**  21:2 121:11
121:12
**11:23**  69:4
**11:34**  69:7
**12**  1:10 15:17
32:18 113:6
**12:24**  119:6
**12:36**  119:9,22
**12:37**  119:25
120:5,8
**12th**  4:5

**13**  20:10 114:9
**14**  74:2 116:8
**15**  36:3
**16**  34:4 112:16
**18**  15:4,12
19:17 38:5
**19**  42:13
**1987**  19:10
**1990**  18:25

| **2** |
| --- |

**2**  11:5,12,20
35:10,12,16,17
112:25 113:6
114:8 116:4,9
121:12
**20**  10:10 45:13
55:7 57:9
59:24 61:12
62:25 63:16
97:20 102:19
103:21 104:18
105:3 125:17
**2005**  19:13,23
20:3
**2006**  20:3,8
**2019**  20:15
**2021**  89:2,10
95:8
**2022**  16:7,12,17
17:2,19 38:12
38:17,19,22,22
49:20 52:3
53:12 54:22

55:12,13 64:3
71:12 72:8
79:10,18 80:8
81:15 89:2,7
89:15 106:8
113:21
**2022/2023**
89:17 106:14
**2022s**  89:5
**2023**  89:2
**2023/2024**
89:18 106:15
**2024**  89:3
**2025**  73:16
75:17 90:6
**2026**  1:10 4:5
16:7 36:17,18
56:11
**21**  54:21 63:11
71:2 72:5
79:13,23 80:5
80:11
**22**  1:3 4:17
72:16 73:18
77:25 89:8
**22nd**  11:2,20
**23**  74:2 75:8,15
89:7,8
**24**  79:5 80:15
80:21 81:13
89:7
**25**  34:14,20
**250**  77:14

**250,490,000**
38:11 79:9
80:18
**26**  34:20
**27**  34:20
**28**  34:20 75:4,7
**29**  16:3

| **3** |
| --- |

**3**  35:11 73:3,6
73:8 121:13
**30**  123:17
**300**  53:19
**300,000**  117:13
**33**  109:23
**375**  1:15 2:11
**39**  44:25

| **4** |
| --- |

**4**  38:3 112:17
113:6
**44**  114:9
**45**  37:13 54:11
**46**  115:14

| **5** |
| --- |

**50**  20:18
**51**  115:25
116:12
**5199**  1:3 4:17
**5259**  122:17

| **6** |
| --- |

**6**  20:23 121:6
**6/12/2026**
124:2 125:2

**6th** 10:22 11:17 13:3 36:17,18

**7**

**7** 33:25
**73** 121:13
**787** 2:5
**7th** 2:5

**8**

**8** 38:2 55:6 70:22 79:24

**9**

**9** 79:4 80:3,6
**90** 14:11

**a**

**a.m.** 1:10 4:4 69:4,7
**ability** 122:10
**able** 107:14
**above** 11:6,10 73:4
**absence** 84:11 87:21
**absent** 84:15 86:6 100:21
**access** 112:3
**account** 46:14 46:16 47:5,6 49:18 50:7,7 50:15,17,18,19 50:20,22 51:5 51:10,18,22 52:6,10,11

55:22 58:14,16 71:9 117:11,13
**accountant** 5:15
**accounting** 8:24 9:11 15:21,23 18:10 18:11,15,22 21:20,23 22:15 22:17,22 23:15 40:13
**accounts** 50:3,4 107:16
**accrued** 53:22 53:24
**accurate** 122:10 123:20
**achieve** 110:15
**acknowledge...** 125:3
**acquire** 50:9 54:3 71:23
**action** 5:2 23:2 23:19,22,24 74:14 122:14
**actions** 56:3 74:6
**activity** 46:11 53:2 113:23
**actually** 40:22 97:8 103:25
**add** 37:2
**added** 26:22

**addition** 26:23 83:25 103:15
**additional** 26:21 28:8,9 35:19 61:3,6 78:13 85:6 103:18,25 104:11,13 111:15 115:15
**additions** 125:6
**address** 7:20 8:22 23:5
**adjudicate** 76:10
**administer** 4:25
**advice** 47:4
**advisor** 68:13
**advisors** 12:22
**advisory** 8:20 9:23 20:16
**affiliation** 5:6
**agencies** 21:16 92:23
**ago** 6:5 10:10 17:25 55:17 79:15
**agree** 4:7 117:18
**agreed** 3:4,9,13
**agreement** 60:14 63:9 83:19,20,24 84:16,21,25

85:21
**agreements** 63:5 96:16
**alert** 111:17
**alexander** 2:12 5:9,10 6:2,6 11:4 68:25 119:3,10,16,19 121:6
**allegation** 61:9 62:3,12,20 100:21
**alleged** 28:21 30:3,12 31:2 32:13
**alones** 89:9
**ambrose** 12:20 13:8 67:17
**america** 10:14
**amount** 38:12 41:21 50:8 51:9 53:22 54:2 79:10 117:12
**analysis** 115:22 116:20 117:2 117:20 118:9
**analyze** 52:16 52:23,25 53:3
**analyzed** 118:4
**analyzing** 51:11 117:15
**andrew** 5:15

**[andy - auditor]** Page 3

andy 2:18
angela 2:13
  5:14
answer 31:25
  32:8 85:4 92:4
answered
  106:4
answering
  48:23
answers 6:14
anthony 1:17
  4:22 122:5,18
anticipated
  14:14
antonio 12:19
  64:7 68:17
anybody 81:24
  99:6 114:24
apart 16:16
  17:14 64:20
  65:5 67:19
  68:3 93:24
appear 83:13
appearance 5:6
appears 37:12
appended
  125:8
appendix 16:4
  17:8,15 34:10
  34:15 35:12,20
  35:22 36:5
  54:10,18 92:14
applying 39:19

appreciate
  54:16
approach 25:8
appropriate
  123:7
approximately
  15:4,17 28:23
  33:15
approximation
  29:2
april 75:17
architecture
  73:14
area 93:7,7
argument
  95:10 96:20
  106:20
arguments
  97:2 107:20
  108:8,13
asked 7:13,15
  7:19,23 8:3
  9:10 48:21
  57:15 63:23
  88:3,5 107:5,9
  114:20 118:22
asking 60:5
  61:22,24 85:5
  97:21,23 99:22
  105:2 106:7
  108:4,7
assess 7:10,17
  98:14 114:2

assessing 29:4
  57:16 58:24
  59:18 62:2
assessment
  62:6 99:9
asset 39:22
  43:8 44:15
  57:17 58:24
  59:19 60:9,14
  61:10 62:2,4
  62:10,13,14,14
  62:21 63:6,7
  83:13 96:3,5,5
  96:6,7,8,13,18
  100:22 102:4
  104:9 108:3,6
  110:2
assets 39:18
  42:16 44:3,12
  45:15 61:15
  78:14 99:7
  102:14,21
assign 40:4
assist 11:23
associate 33:13
associated
  16:22 40:17
attached
  123:13
attempting
  67:5
attended 18:19
attention 20:25
  37:5,7 39:24

  81:5
attorney
  123:17
attorneys 2:4
  2:10
audio 4:5
audit 19:13,16
  29:20 42:24
  43:2,11,19
  44:9 45:17
  78:18 89:14,19
  90:5,8,9,14
  91:4,9,14,20
  92:2,6,7,15,20
  93:10,15,18,24
  94:11 95:7,14
  95:17 97:8,12
  100:10 102:6
  102:23 106:19
audited 19:20
  61:19 83:10
  89:11
auditing 15:23
  91:25 93:5
  107:17
auditor 39:20
  42:18 43:15,24
  44:10 57:20
  58:7,10,25
  63:3 78:2,13
  78:24 90:10
  92:6,8,8 93:2
  95:21 96:11
  100:20 101:18

101:25 111:16
**auditor's** 90:16
  90:23
**auditors** 58:2
  78:25 94:3
  95:24 99:20
**authorized**
  4:24
**available** 28:17
  28:18
**avenue** 1:16 2:5
  2:11
**avinash** 113:2
**aware** 84:4
  86:15,17 97:2
  97:4,5 114:14
  115:10

**b**

**b** 34:10,15
  35:21 54:10,18
  96:13 121:8
**bachelor's**
  18:20
**back** 14:5
  26:12 37:24
  48:17,21 49:4
  55:6 58:16,21
  66:7 69:6
  77:23 102:18
  117:17 119:8
  119:18,24
**background**
  18:18 19:8,10

**backs** 90:14
**balance** 39:22
  43:9,10 46:16
  50:19 83:14
  85:10,12 96:4
  96:9 108:3,6
  110:2
**balances** 46:13
  58:12 78:17
**bank** 1:4 4:13
  6:24 7:4,11,24
  7:25 10:14
  12:15,16,18
  22:19 23:5,23
  23:24 24:5,16
  24:21 39:21
  41:17 61:18,21
  67:4,9 74:16
  82:2,4 83:12
  84:12 85:8,12
  108:2,5 112:20
  113:16,23
  116:15 117:7,8
  124:1 125:1
**bank's** 7:9
  66:12 83:14
**banking** 9:11
  15:24 20:11
  67:6 114:4
**bankruptcy**
  93:3
**banks** 8:21
  19:19,20 21:6
  22:9,11,14

**barbeito** 89:20
**base** 118:5
**based** 31:12
  34:7 68:15,16
  69:18 81:19
  83:18 84:20
  91:16 93:16
  108:14
**basing** 83:8,16
  85:22
**basis** 70:11
  95:4
**beginning** 27:8
  27:15 70:6
**begins** 75:7
  79:23
**behalf** 5:19
  33:14 62:21
  83:5 87:10
  95:11,23 101:8
  106:21
**believe** 15:8
  27:24 28:2
  57:5 86:2
  93:14,17
**believed** 31:5
**believes** 23:19
  76:5
**ben** 12:22
**beneficial** 7:11
  38:11 39:5,8
  39:14 40:3,5
  40:16,19 41:5
  41:20 42:3,4

75:20 76:2,10
  76:13,21 77:4
  77:8 79:9
  80:17,20 81:18
  82:21 83:8,12
  83:17 84:13,20
  85:8,23 110:4
**beneficially**
  96:21
**beneficiary**
  42:6
**benefit** 82:5,10
  110:21,25
**benjamin** 13:8
  67:17 68:9,20
  88:18 100:5
**berkeley** 8:17
**bespoke** 60:14
**best** 122:10
**better** 59:8
**beyond** 32:14
  35:20
**big** 102:5
**bit** 59:23 81:9
**bny** 41:13,13
  56:9,21,22,24
**board** 9:23
  66:2,6
**body** 27:19
  48:15
**bona** 42:17
  44:5,14,14
  96:6

**bond** 44:16 53:12,24 54:22 55:21 75:20 76:6,14 81:4 82:3 96:17 104:8

**bonds** 38:12,17 38:18,22,23,23 38:25 39:21 40:22,24 41:5 41:12,15,21,22 42:8,10,12 49:20 50:5,9 51:3 52:16,22 53:5,18 54:3 55:13 56:15 60:20 61:18,21 64:3,6,24 65:3 65:9,12,15,22 65:25 66:4,13 66:22 67:10 71:12,24,24 72:8,12,23 74:18,24 76:2 76:17,21 77:5 77:9 79:10,18 80:8,13,18 81:7,15,25 83:4,13,23 84:5,10 85:3 86:11 88:9 95:10 96:22 97:25 98:4,4 98:19 101:8

104:7 106:21 108:2,6 113:22 115:3

**book** 40:8

**books** 41:6

**bottom** 75:7

**bought** 41:21 42:9,11 47:8 62:12,13,21 63:6 72:12 76:16

**boutique** 8:18

**branch** 24:8

**break** 6:20,22 45:6 54:13,15 69:2,9 100:25

**brg** 8:14,16 12:8 20:14,17 22:3

**briefly** 18:17 19:7

**broker** 50:12 50:14,20,23 51:3,6,7,8,10 51:13,18,22,24 52:6,22 53:6 55:21 60:18,21 60:23 72:3 81:24

**brokerage** 46:4 46:19 47:21 52:10 55:11 85:18

**brokers** 50:23 71:18 72:13 82:17

**brought** 76:4

**bulk** 57:24 60:10

**bullet** 33:3,18 45:23 46:21 49:17 53:9 55:3,10,24 57:8 70:6 103:11

**bullets** 55:8 59:14 103:3

**bureau** 21:9

**buy** 47:7 49:24 51:3 52:15 67:10 82:3,8

**buying** 22:18 22:18 53:24 60:17 98:4

### c

**c** 2:2 16:4 17:8 17:15 122:2,2

**call** 39:24

**called** 54:10

**capital** 20:12

**care** 9:5 93:4

**career** 19:19 28:24 32:25

**carefully** 123:5

**case** 1:3 4:17 7:12 17:24

18:9,12,16 21:20 52:7 59:21 61:13 64:17 74:14 75:11,13,21 77:19 81:20 87:17 88:13 91:12,22 93:12 95:15 105:22 111:5 118:3

**cases** 15:6,12 15:21 16:11,16 16:18,25 17:7 17:9,17,22 21:24 22:5 27:21 31:7,9 37:10 92:25 101:18,21,25 102:9

**cash** 42:6,7 49:18 50:3,6,7 50:15,19,20,21 50:22 51:2,4,5 51:7,10,15,17 51:21,23,25 52:5,9 53:2,6 55:11 71:9 78:17 98:20,20 115:2

**categories** 61:12

**caused** 37:8,15

**caution** 70:14

**[caveat - complaint]** Page 6

caveat 89:4
  90:18
cede 40:10,21
  40:25 41:11,22
  41:25
certain 25:22
  27:12,23 31:7
  71:23 92:16
  97:12 112:25
certification
  3:7
certifications
  19:5
certified 1:18
certify 122:7,12
chain 40:17
  41:3,17
chairman 33:4
  33:7,9
challenge 17:8
challenged
  17:22
chance 1:14 2:9
  2:18 4:19 5:10
  5:16
change 8:23
  23:5 124:4,7
  124:10,13,16
  124:19
changes 123:12
  125:7
characterize
  48:13 59:8

chased 94:12
checking 32:14
circumstances
  24:15,19 25:12
  25:22 28:11
  30:23 32:11
  43:4,7 61:2
  62:10
cite 72:21
  115:15
cited 36:25
cites 75:21
citibank 117:11
  117:16,16
cities 19:21
civ 1:3 4:17
claim 76:13
  96:8
claimed 61:10
  62:4
claims 84:6
  93:2 99:6
  102:13
clarify 6:20
  43:20 59:20,22
clear 33:2
  50:25 64:9
  65:13 78:21
  118:16
clearly 6:14
  29:10 30:22
  76:4 77:15
  99:14

client 26:14
  27:22,25 29:22
  90:16,21,25
clients 19:18
clifford 1:14
  2:9,18 4:19
  5:10,16
close 79:15
closely 32:19
collaborated
  33:21
colleague 5:13
colleagues
  33:23
collected 88:18
collecting
  88:13
combined 89:7
  89:8
come 9:6 27:6
  27:16 45:6
  50:21 58:16,20
  81:5
comes 85:12
  87:11,12
comfortable
  14:19
coming 22:15
  27:8 46:9 51:8
  51:19 52:5,13
  53:6 98:21
comment 7:13
  81:17

comments
  113:10
commerce
  18:21
common 25:14
  25:16 26:3
  63:3 92:21
  93:7
communicati...
  28:14 30:5,14
  30:20,20 64:2
  64:10,13,15,23
  65:8 70:17
  86:20 94:2
  100:12 102:3
  103:9 111:22
  112:2,6
companies 8:22
  42:16 44:4
company 8:11
  8:12 20:5
  44:13 45:15,16
  61:9 62:3,21
  78:15,19 99:22
  102:21,23
  110:13 111:23
  112:21 114:24
compensated
  8:8,10
compensation
  8:7
complaint
  108:16,19
  109:11

complete  36:11 86:23 125:9

completed 89:15

compliance 23:16

component 53:23

concentration 18:21

concern  23:3

concerning 30:3,12 31:2 60:8 64:2,23 65:21 67:21 87:9 102:3

concerns  23:6

concluded 74:19

concludes 120:6

conclusion 75:15 83:8 110:8

condition 118:23

conduct  24:16 24:21 25:20,23 26:6,17,19 65:14 66:5

conducted 27:19 65:10 86:23 99:10,15 112:13

conducting 25:8 28:12

confirm  11:16 11:19 54:24,25 58:12 78:3,16

confirmation 46:22 47:8,15 47:24 48:10,20 49:13 59:15 78:10

confirmations 47:2,19 48:5,8 49:9,10 57:21 58:2,11

confusion 40:21

conjunction 43:11,12 92:16

connected  9:13

connection 55:20

consider  58:23 68:23 95:25 98:12 107:6,10 109:9

consideration 49:19 50:2

considered 34:16 36:9 59:18,21 95:9 98:7 102:8 106:20 107:19 107:24 108:8 108:13 109:3,8

109:15,16 110:5

considering 101:7

consistent 113:22

consulting  8:18 20:9

context  42:24 43:2,18 44:9

continue  4:6

continues  80:2

control  58:19

conversations 31:24

corporate  9:4 56:2

correct  8:15 11:3 12:9 13:6 13:9 17:18,20 18:6 24:18,22 27:2 28:6 32:16 34:13 35:8 37:23 38:7,20 41:2 44:6 51:14 53:8 55:23 57:14 59:12 63:17 67:18 68:8 69:16 72:15,24 75:23 80:4,10,14,19 81:16 82:18,24 84:18 86:7,12

86:13 89:13,25 90:7 91:6 93:22 101:10 103:6 104:20 105:6 106:18 109:19 112:12 112:23 114:6 114:17 116:13 116:17 125:9

corrections 123:6,8 125:6

correspond 50:8

corresponden... 59:5 65:11,15 84:3 86:10,16 86:18,24 87:9 88:8 94:5,7,20 100:16

corresponding 50:6 67:6

corroborate 61:21 93:19

corroborated 72:17

corroborates 84:12

corroborating 32:7,10 76:11 76:15,19 85:7 114:12

corroboration 104:16

**[counsel - describe]**                                                      Page 8

**counsel** 3:5
  4:11 5:5 12:20
  13:15 48:22
  87:13 88:3
  110:16 114:21
  115:4
**counterparties**
  46:23 57:21
  58:3,11 59:16
  71:10,16,17,21
  78:4,10
**counterparty**
  46:5,19 47:4
  47:22 72:2
**coupon** 55:13
**court** 1:2 3:17
  4:16,22 5:7
  6:11,16 74:17
  75:17 76:8,9
  77:3 123:21
**covered** 113:17
**cpa** 18:23,24
  19:6 29:19
  39:20 97:11
**cpas** 39:16
  42:14,22
**created** 54:6
  56:24
**credit** 114:18
  115:18
**creditor** 74:5
  74:14
**creditors** 73:15

**criminal** 21:22
**current** 33:4
  73:13
**currently** 76:22
  77:19
**cusip** 60:15
**custodians**
  55:25 56:17
**custody** 41:15
**customary**
  97:14
**customer** 52:15
  52:17,21,23
  53:2 118:4
**customers**
  117:4,5,5,6
  118:2

**d**

**d** 10:5 112:16
  121:2
**date** 11:9,13
  13:2 53:11,20
  73:7 122:8
  123:10 124:24
  125:13
**dated** 36:17,18
  73:16
**dates** 54:14
**day** 107:25
  125:17
**days** 123:17
**de** 89:20

**dealer** 60:21,23
  72:4
**debt** 9:11 73:14
  74:8
**debtor** 74:15
**decide** 27:3
**decided** 67:9
**decides** 77:4
**decision** 65:21
  66:3,12 67:22
**declare** 125:4
**deemed** 123:20
  125:7
**default** 69:24
**defendant** 1:8
  2:10 5:11 6:7
**definitely** 49:4
  102:9
**delivered** 16:14
**delivery** 13:2
  15:10,16
**democratic** 1:7
  4:13 5:12
  124:1 125:1
**department**
  18:13 21:8
  94:12
**depend** 62:11
**depending**
  25:11 43:6
  60:25 61:4
  62:16,17
**depends** 25:16
  27:6 28:10

  62:9,11
**deponent** 125:3
**deposing**
  123:16
**deposit** 52:15
  52:17,21,24
  53:2 83:19,20
  83:24 84:16,21
  84:25 85:20
  117:14 118:5
**deposition** 1:13
  3:7,14 4:10,18
  13:14,19,24
  16:15 64:8,11
  64:12,14,19,21
  65:7,17,19
  68:2 83:6
  88:15 94:15,19
  105:25 106:5
  123:4,14,18,19
**depositions**
  15:18 112:14
**depositors** 81:3
  85:2 116:19
  117:19,21,23
  118:8,19,21
**deposits** 85:13
  116:22 117:3
  118:11
**describe** 21:11
  23:13 32:19
  34:6 57:11
  104:18 105:5

**[described - e]** Page 9

described 23:8 63:15 68:18 70:10 97:19
describes 75:10 75:12
describing 112:19
description 121:10
detail 46:22 49:18 53:11
details 47:24 48:20 49:14
detect 111:18
determination 29:8,10 42:23 44:18 77:13
determinations 39:17 42:15,19 43:16,18,25 44:3,8
determine 26:7 26:18 31:10 45:14 75:19 102:21 117:8 117:16
determining 111:4
develop 67:6
developing 27:10
difference 40:5
different 10:13 19:21 21:16

22:13 23:10 30:23,24 40:15 60:3 101:5
direct 20:25 57:3
direction 33:15
directly 8:11 33:4 57:6
disclaimer 7:16 106:16
disclosed 102:12
disclosure 66:9
discovery 75:18 79:3 87:3
discuss 7:20 14:14,16,18
discussed 14:13 14:21 64:10,12 64:15 68:6 69:24 84:14
discussing 21:12
discussion 68:4 68:24 100:2 113:10
discussions 87:12
dismiss 108:17 108:20 109:12
dispute 44:19 101:19,22,24

district 1:2,2 4:15,16
divisions 8:19 9:2
dlc 1:3 4:17
document 11:7 11:11 35:3 54:6,10 56:24 58:23 59:6 61:6 63:5 73:5 73:12 87:23,24 90:12
documentary 26:25 87:17
documentation 55:25 56:12,16 67:21 71:8 82:12 84:2 114:12
documents 27:4,12 34:24 45:19,24 47:11 47:15 48:10 56:19,21,23 57:12,16 59:13 59:17 60:2,4,6 60:11,24 61:3 62:24 63:13,15 63:19,23 64:4 64:16,18 65:21 71:4,6 79:2 85:25 88:13,18 90:10,19,20 98:22 102:25

109:3 114:22
doing 22:17 26:10 33:14 39:19 42:23,25 44:8 63:10 111:13,20 123:9
doj 21:8,21,25
dozen 28:25
dpb 89:24 90:2 91:5,20 106:16 106:20 107:19 110:6
dpb's 107:2
dpw 78:24
drafted 14:17 17:6 19:16
drill 101:22
driven 78:24 89:12 91:5,20 94:9,13,20 95:9 96:25 97:4,7 98:7 99:9 101:6 106:7,9,10,12
drop 26:21
dtc 7:22 40:11 40:24
duly 5:22 122:8

**e**

e 2:2,2 28:16 30:19 59:5 65:2,10,14

94:21,24 95:3 99:22 100:3 121:2,4,8 122:2 124:3,3 124:3

**earlier** 55:20 56:12 78:11 91:16 103:5

**early** 18:2 91:22

**edt** 4:4 120:6

**education** 18:13

**educational** 18:18

**effect** 3:16 81:2

**either** 11:24 22:25 26:14 71:23 91:4

**electronic** 27:18

**element** 26:3

**elements** 25:17 26:3

**eliminates** 40:20

**employed** 122:13

**ends** 75:4

**enforcement** 22:25 23:19,22 74:6

**engaged** 7:7,8 9:7 10:17

19:24 29:6

**engagement** 8:7 24:4,7 27:7 27:9 46:17 78:6 88:24 110:7

**ensured** 50:5

**entire** 35:3 87:17

**entirety** 84:24

**entities** 39:18

**entitled** 111:2

**entity** 93:5 95:23 112:21

**entry** 29:13 40:9

**environment** 66:21

**errata** 123:7,10 123:12,16 125:8

**esq** 2:6,12,13

**evaluating** 29:21 43:5

**evaluation** 43:12

**evidence** 15:20 48:15 80:24 81:20,23 85:21 90:14

**exact** 12:25 48:3

**exactly** 44:22 48:22 58:5

67:24 106:10 106:12 109:7 109:12

**examination** 5:25 121:5

**examined** 5:23 71:8

**example** 25:19 33:3 45:4 52:14 58:13,18 117:17

**except** 3:10

**exception** 108:2,5

**excerpts** 35:4

**exchange** 60:18 74:18

**exclude** 17:12

**excluded** 18:2

**exhibit** 11:7,11 11:17,20 16:2 20:22 35:10,17 37:25 64:21 65:6 70:22 73:3,5,8 77:23 109:24 112:25 113:6 114:8 116:4,9 121:11 121:12,13

**exhibits** 11:5 64:19 67:25

**exist** 42:16 44:4 44:13,16 45:15 63:5 102:13,22

**existed** 112:4

**existence** 58:8

**exists** 29:22 63:9 107:13 115:9

**expect** 62:5

**expected** 30:6 30:15 86:9 97:13

**experience** 60:7 108:15

**expert** 8:4 10:21 11:17,20 14:15,22 15:2 15:5,8,10,16,20 16:2,11,19 17:2,12,16,23 18:8 20:22 22:2 35:10 36:16 113:2,19 121:11,12

**experts** 37:11

**explain** 18:18 19:8 32:22 41:9

**explained** 40:7

**explaining** 66:3

**explicitly** 57:22

**express** 23:3

**expressed** 70:11

**extend** 98:2

**extent** 59:3 90:12 96:6

97:14 100:17 103:16 107:3 112:3,4
**external** 52:8 72:18

**f**

**f** 122:2
**face** 32:5,9 53:22 99:21,21
**fact** 7:25 41:10 42:17 44:4 63:6 69:23,25 75:25 77:22 82:25 84:12 85:8 88:8 95:15 98:6 102:16
**facts** 25:11 28:10 43:6 62:17
**factual** 70:15
**fail** 123:19
**fair** 45:10 87:7
**fall** 62:18
**false** 110:14
**fannie** 20:4,8
**farr** 2:4 5:18 9:10,16
**fbi** 21:9,21,25
**fdic** 117:12
**federal** 21:7,9 21:17

**felt** 37:5 49:15
**fide** 42:17 44:5 44:14,14 96:6
**fidelity** 46:15 46:16 47:5,6 50:17,18 58:14 58:14
**fifth** 55:10
**file** 94:4
**filed** 4:15 74:14
**files** 90:11
**filing** 3:6
**finance** 8:22 9:4
**financial** 7:9,16 8:2,20 20:6,15 61:20 83:10 85:20 89:2,10 89:18 94:10 95:8 106:15 110:5,12,14,21 110:22,22,23 110:25 111:4 111:16 116:20 117:2,7,15 118:9,22
**financially** 5:3
**finding** 75:25
**firm** 8:18 24:16 24:20 89:24 97:11
**first** 5:21 7:18 33:25 46:3 48:25 70:21

81:12
**five** 13:16 16:22,25 74:9
**flag** 92:12
**flipped** 79:20
**flows** 42:7,7 51:24,25 115:2
**focus** 38:8
**follow** 37:20 97:19
**following** 45:18 60:2 93:4 102:25
**follows** 5:24
**footnote** 37:13 75:4,7,15
**force** 3:16
**foregoing** 122:7,9 125:5
**forensic** 21:5 21:23 23:9,11
**form** 3:10 30:18 41:8 44:21 62:8 77:2 81:22 88:2,21 95:4 98:10,16 99:13 100:7,14,24 104:4 106:24 107:8,22 108:11,22 109:6,18 111:12,25 112:11 115:7

118:13,25
**formal** 22:25 40:25 99:21
**forming** 82:20
**forms** 70:11
**found** 86:5 115:11,21
**four** 13:16,16 38:6
**fourth** 53:9
**fraud** 28:21 29:6,21,23 30:3,12 31:2 31:22 32:13 110:5,12,19,24 111:5,13,19,21
**fraudulent** 29:15 44:15
**fraudulently** 110:24
**friday** 4:4
**front** 73:9
**full** 16:10 34:21 66:9 107:2
**fully** 72:6 79:16 80:7
**fund** 73:12
**funding** 53:4
**funds** 85:9,10
**further** 3:9,13 32:14 76:11 93:15,18 119:11 122:12

**g**

**g** 5:21

**gaap** 18:11,15

**gallagher** 2:4 5:19

**garbacz** 2:6 5:17,18 30:17 41:7 44:20 62:7 70:13 76:25 81:21 87:25 88:20 98:9,15 99:12 100:6,13,23 104:3 106:23 107:7,21 108:10,21 109:5,17 111:11,24 112:10 115:6 118:12,24 119:13,17 120:2

**general** 12:20 25:7

**generally** 9:14 15:19 18:7 23:12,13 25:2 27:3 29:24 34:7 37:18 61:24 74:6 117:24

**getting** 8:8 21:14 105:10

105:15

**giarro** 1:17 4:22 122:5,18

**give** 25:19 63:22

**given** 61:14 125:10

**go** 4:7 6:8 16:3 20:23 33:24 34:3,14 35:11 36:2 37:24 38:2 48:21 54:11 73:25 75:14 102:18 109:22 112:15 114:8 115:24 119:3,19

**going** 4:3 11:4 14:5 20:5 51:19 52:2 66:7 70:13 72:25 73:2 76:8,10 77:23 117:8 120:5

**good** 4:2 6:3 27:24 28:3 66:24 104:15

**goodnight's** 13:21

**government** 21:7,17 24:9 92:23

**graduation** 19:10

**granted** 74:17 75:17

**ground** 6:9

**group** 8:17 9:4 9:5,8

**grown** 20:18

**guess** 9:8 16:24

**guidehouse** 20:10

**h**

**h** 10:5 121:8 124:3

**hamilton** 1:4 4:12 6:24 7:3 7:24 41:16 74:16 82:4 124:1 125:1

**hand** 84:9

**happen** 37:21

**happening** 23:15

**head** 6:15 54:12

**heading** 74:4

**health** 9:4

**healthy** 66:23

**held** 1:14 4:19 40:10,24 41:12 41:22,25 50:22 51:6 60:21 66:10 72:2 74:8 77:14,16 78:15 83:4

95:10 106:21

**hello** 6:4

**help** 12:2 22:16 22:19,23 23:4

**helpful** 54:19

**helps** 8:21

**hereto** 3:6 125:8

**hey** 84:9

**high** 21:14

**hired** 21:25 22:3,4 24:16 24:20

**history** 66:7,11 66:14,16 67:9 67:12,19 69:11

**hmm** 79:6

**hold** 41:4

**holder** 72:23 74:24

**holders** 117:14

**holding** 40:22 41:4 62:22 63:7 80:12,23 101:7

**holdings** 71:11 82:16

**holds** 72:8,12 76:16 79:18 80:8 81:14 95:23

**holly** 12:6 14:2 14:4

**hour** 8:9
**hours** 13:16,16
32:23,24 33:5
33:12,16
**hoz** 89:20
**hrb** 7:4 9:18,21
13:7 14:8
39:13 41:19,20
48:20 49:12
50:12 51:2,5
51:12,24 52:11
52:14,20 53:4
54:6 55:19
56:19,21 57:3
57:6 63:13,18
63:22,25 64:22
65:8,20 66:2
68:4,7,11
69:10,19 70:4
71:4,10,21,23
72:7,12,22
73:23 74:24
75:25 76:4,5
76:12,16,20
77:8 79:17
80:7 81:14
84:6 86:12,20
87:3,11,23
88:12,18 91:14
91:19,21 94:2
95:10 96:21
99:11 100:12
101:7 106:21
109:25 112:20

118:10,22
**hrb's** 12:12
13:25 38:9
72:17 79:7
80:16 81:10
82:16 88:25
95:8 113:21
115:4 118:4,8
118:21,22
**huge** 44:11
**hypothetical**
52:18

**i**

**identification**
11:8,12 73:6
**imf** 69:24 72:21
73:17,21 74:23
75:24 76:22
77:6,17
**impact** 107:16
**impeded** 74:7
**imperative**
123:15
**implement**
22:16
**important**
93:11
**incident** 44:24
**include** 97:22
105:8
**included** 82:13
83:23 87:5
90:19 93:8

99:20 105:17
**includes** 50:19
**including** 14:3
19:21 21:7
71:9
**independent**
78:9
**independently**
78:2
**indicate** 63:10
76:3,6 77:15
84:9,25 98:23
114:23
**indicated** 82:7
91:22 95:13
115:8,9 122:9
**indicates** 53:17
53:20,21,21
81:6 83:21
84:4
**indicating**
53:10 83:3
**individual**
31:16 53:19
66:25 67:3
82:5
**individuals**
30:5,14 31:4,8
31:10 67:4,14
112:8
**industry** 32:20
**inflight** 17:4
**inflows** 51:15
51:21

**influence** 88:5
**information**
30:6,15 31:5
32:7,10 39:23
54:4 61:11
65:24 69:9,18
69:22 70:8,9
70:15,16,20
76:12,16,20
83:7 84:11,15
85:7,15,16
86:6
**initial** 8:5 26:9
37:25 55:7
66:17 77:24
92:14 109:23
113:13
**initially** 27:23
90:21 98:5
**inquiries** 98:24
102:10 105:18
105:23 106:2
**inquiry** 99:15
99:16,18
**instance** 25:21
26:2 29:12
43:5 48:22
52:3,5 58:20
60:16 69:23
82:2 103:20
117:10
**institution**
23:21 29:5
31:17 46:10

67:7 116:21 117:3

**institutions** 8:20 20:16 41:4

**instructions** 123:2

**insurance** 20:12 117:12

**intention** 110:20

**intentionally** 110:15,19

**interact** 10:11

**interactive** 50:23 71:18

**interest** 52:4 53:23,25 66:20 66:23 81:4,7 83:22 84:7 85:2 96:17 97:25 98:3,23

**interested** 5:3

**interests** 41:5

**internal** 24:17 38:10 64:2,23 65:8 72:17 79:8 80:16 81:11,13 83:2 85:17 99:10 100:12,16 102:3 103:9

**internally** 21:6 22:9,11

**international** 73:11,13

**interview** 31:4 31:8,11,15 32:15 68:20,24 99:24,25 102:2

**interviewed** 32:12 100:5 112:8

**interviewing** 103:8

**interviews** 25:21,24 26:5 26:7,8,11,17,20 26:20,24 31:20 32:2 99:11,21 112:13

**intricacies** 22:20

**introduction** 68:19

**inventory** 78:16

**invest** 65:22 66:3,12

**invested** 65:25

**investigated** 26:15 28:15 31:14

**investigating** 24:9 92:22

**investigation** 21:9 24:17,21 25:9,14 27:5

30:7 31:6,18 32:4 92:22 111:14,21

**investigations** 24:13,24 28:13 28:19 29:3 30:2,11,25

**investigative** 21:5,19 23:9 23:11 111:9

**investing** 70:5

**investment** 54:22 66:24 67:22 69:11 83:22 112:21 113:21,23 114:3,24

**investments** 66:18

**involve** 28:21

**involved** 18:12 18:12 24:12 28:14,20 30:4 30:13 31:21 32:13

**involves** 21:22

**involving** 73:15

**issue** 7:12 22:25 26:19 40:24 75:11,13 76:23 97:5 101:20 115:19

**issued** 38:18 89:6

**issues** 8:23 21:20 94:11

**issuing** 23:21

**it'll** 45:6

**item** 7:18 29:18 83:11 116:2

**items** 8:24,24 30:24 86:14 102:13 103:17

**j**

**james** 50:24 71:18

**january** 52:3 55:12

**job** 44:12

**joe** 2:18 4:20

**john** 2:12 5:9 6:6

**joined** 5:13 19:11

**journal** 29:13

**juan** 10:2

**judge** 18:3,14

**judgments** 39:17 42:15

**july** 38:12,17 38:19,22 49:20 53:12 55:13 64:3 71:12 72:8 79:10,18 80:8 81:15 113:21

**jumps** 54:19
**june** 1:10 4:4 54:21
**justice** 21:8
**justin** 2:6 5:18 9:13

**k**

**keeps** 90:11
**kenyatta** 12:19 13:7 64:22 65:6,17,19 67:16,25 68:17 82:23 83:6 88:16 94:15,18 106:4 114:16 115:16
**kenyatta's** 64:7 85:19 105:24 114:19 115:11
**key** 22:6 32:19
**kind** 19:25 23:12 24:3 25:10 28:25 37:4 57:23 60:19 61:6 64:6 66:10 67:5,8 93:6 94:9
**kinds** 117:23
**knew** 9:10 10:12
**know** 6:19,21 9:14,18 10:6

13:18 17:6 22:6,20 23:3 23:17,18 25:3 25:17 26:10,22 27:10,13,17,22 28:6,7 29:9,12 29:17,24 30:21 30:22,23 31:12 31:23 33:11 34:23,24,25 35:3 39:23 40:8,9,14,16 42:25 43:9 44:15 46:12,14 48:2,14 50:15 50:16 51:17 53:19,25 54:9 56:22 58:15 59:21 60:12,15 60:22 61:14,16 61:19 62:17 65:2 66:17 67:10 68:10 69:22 71:25 76:4,7,7 82:4,5 82:10 83:25 84:3,10 85:4 86:23 88:4,12 88:23 89:6 90:3 91:15 93:3 95:9 96:14,19,23,25 97:7,10,11,12 97:15,23 98:6

98:20 99:5,21 100:4,9,11,17 101:11 102:5 102:16 103:17 104:8,9 106:9 106:20 107:2,5 107:9,18,24,24 108:7,12 109:7 109:12,15 118:7,17,18,20 119:2
**knowledge** 112:8

**l**

**l** 3:2 5:21
**la** 89:20
**lanka** 1:8 4:14 5:13 6:7 38:18 57:2,6 67:4,8 69:11 70:5 74:16 75:18 87:4 96:19 124:1 125:1
**lanka's** 97:2
**large** 20:4
**late** 90:6
**law** 40:13 76:24 77:8
**lawsuit** 75:10 75:13 76:4
**lawyer** 19:2 39:11 110:17

**lawyers** 12:13 13:25
**lead** 8:19 25:5
**leader** 20:13,15 25:4
**leaders** 32:20
**leading** 24:24 25:15 27:5 28:20 30:4,13 31:3
**learned** 67:20 70:2 73:22
**led** 22:5 24:25 25:2
**ledger** 53:10,15 53:16 54:5
**lee** 9:13
**left** 20:7
**legal** 29:8,17 39:7,11 63:9 74:14
**lens** 39:19
**letter** 58:15 59:4 105:11,16
**letters** 88:6 99:4 103:20
**level** 21:14
**liabilities** 85:11
**license** 97:16
**licensed** 18:24 97:10
**liens** 103:16
**likely** 110:6 112:5

**[limit - mean]**

**limit** 70:14
**limited** 65:18
  79:2
**line** 124:4,7,10
  124:13,16,19
**list** 16:6,10
  26:10,22 34:15
  34:21 36:8,12
  36:16 45:22
  55:8 60:3
**listed** 17:5,7,14
  33:19 34:20
  35:7,20,21
  38:9 59:14
  61:12 62:25
  72:13
**lists** 34:11
**litigating** 77:19
**litigation** 9:3,3
  16:7 74:5,17
  76:23 93:9
  96:20 97:3
  107:12,15,20
  108:9,25 109:4
**little** 59:23 81:8
  101:2
**llp** 1:15 2:4,9
  4:19 5:11,19
**located** 1:15
**long** 14:8
**look** 7:24 11:15
  15:25 20:21
  27:4 29:24
  32:6,10,17

35:9 37:8,14
37:15,21 47:10
47:16 60:16
63:4 70:25
72:25 75:6
91:3 93:25
96:12 98:18,19
98:22 117:6
119:14
**looked** 13:19
  28:16 36:12
  37:6 47:12,13
  79:14,16
  111:22
**looking** 25:24
  25:25 26:24
  27:11 28:5
  84:23 116:11
**lose** 97:16
**lot** 64:16 82:7
  84:10
**lots** 71:23
**low** 66:20

| m |
| --- |

**m** 121:4
**m.d.** 9:8
**made** 29:14
  42:18 43:15,24
  44:7,17 66:18
  102:17 105:24
  123:8 125:6
**mae** 20:4,8

**mail** 30:19 59:5
  65:2,10,14
  94:21,24 95:3
  99:22 100:3
**mailed** 59:4
**mailing** 58:19
**mails** 28:16
**majority** 19:18
  22:12 117:14
**make** 39:16
  42:14,22 43:17
  44:12 77:13,15
  102:9 105:18
  123:5
**makeup** 118:4
**making** 6:11
  14:19 62:6
  75:24
**management**
  8:23 98:25
  99:4 102:10
  103:8,19
  105:11,15,19
  105:23 106:3
**manhattan**
  1:15 2:10
**mark** 11:5 73:2
**marked** 11:7
  11:11 73:5
**markets** 20:12
**material** 13:20
  26:2 27:20,23
  28:2,4,8,10
  36:25 37:16

72:6 79:16
80:6
**materiality**
  102:7
**materials** 26:25
  34:11,16,19,21
  35:6,19 36:9
  36:12,22 48:13
**matter** 4:12 6:8
  6:25 9:7 10:18
  10:22 15:20
  18:4,8 24:3
  25:12 26:4
  28:15 30:7,16
  31:6 37:15
  39:9 46:18
  47:11 59:11
  61:23 68:6,21
  76:23 77:7,18
  88:25 112:9
**matters** 9:12
  10:13 14:23,25
  31:13 84:23
  87:14 92:17,19
**mature** 38:19
**mean** 14:16
  16:24 21:12
  22:10,12 23:8
  26:2 28:24
  29:7 30:19
  32:23 39:14
  40:4 41:20
  42:2 48:8 62:9
  77:12 80:21

**[mean - noring]**

90:3 95:18 99:16 110:11 116:25

**meaning** 44:14

**means** 7:17

**media** 4:9

**meeting** 12:14 12:23 13:11 14:5,9 66:9 67:15,20 68:22 69:14,23 70:2 73:22

**mellon** 41:13 41:14

**member** 9:23 12:4,12

**member's** 12:5

**members** 11:25 13:4 14:7

**memo** 84:3 86:10,16,18 87:9,21

**memorandums** 88:7

**mention** 57:19 70:3

**mentioned** 6:5 15:15 22:8 26:5,23 39:4 68:9 82:19 105:13,19

**mentions** 70:7

**merging** 22:21

**met** 13:15 14:6

**middle** 27:17

**migone** 13:18 36:17

**migone's** 13:19

**million** 77:14

**mind** 52:19 54:17

**minute** 26:12 66:8 90:19 119:14

**minutes** 14:11 66:3,6

**misstate** 110:20

**mixture** 15:22 67:13

**mm** 79:6

**moment** 6:5 11:15 55:17 79:15

**monetary** 73:12

**money** 51:12 52:15,20

**monthly** 46:4 46:16,18 47:21 48:6,17,24,25 49:2,5,8,16

**morgan** 50:24 71:19

**morning** 4:3 6:3

**mortgage** 20:5

**motion** 17:11 108:16,19 109:11

**move** 41:16

**movements** 71:9

**moving** 51:17

**multiple** 8:19 22:13

**n**

**n** 2:2 3:2 5:21 5:21 121:2,4,4 122:2

**name** 4:20 5:17 6:6 7:21 12:3,5 40:10 67:2

**name's** 10:2

**nature** 60:20 61:15 82:6,13

**navigant** 20:8

**necessarily** 26:4 28:4 30:21 99:23

**necessary** 23:20 50:9 123:5 125:7

**need** 6:20 54:23 93:14 107:14

**needed** 49:6 95:14

**nelnet** 18:5

**never** 62:12

**new** 1:2,16,16 1:20 2:5,5,11 2:11 4:16 5:23 20:17 22:15,16 23:15 37:12,15 37:16 69:25 70:8 76:24 77:7

**ninth** 1:16 2:11

**nobody's** 84:8

**nod** 6:15

**nomenclature** 82:11,14 83:2

**nominee** 41:25

**noring** 1:13 4:11 5:1 6:1,3 7:1 8:1 9:1 10:1,23 11:1,7 11:11,14 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1,21 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1

57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1,8 70:1,14 71:1 72:1 73:1 73:5 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1,11 121:10,11,12 121:13 122:8 124:2,24 125:2 125:4,13

**normal** 113:22

**normally** 26:13 117:4

**notary** 1:19 3:15 5:22

122:6 125:14 125:21

**note** 54:20 114:11

**noted** 84:15 120:8 123:12 125:7

**notes** 76:22 119:15 122:11

**november** 89:15

**number** 4:17 14:23 17:16 48:3 54:14 60:15 116:7

**numerous** 98:17

**o**

**o** 3:2 5:21 121:4 122:2

**oath** 4:25 61:18 105:24

**oberg** 18:5

**objection** 30:17 41:7 44:20 62:7 76:25 81:21 87:25 88:20 98:9,15 99:12 100:6,13 100:23 104:3 106:23 107:7 107:21 108:10 108:21 109:5

109:17 111:11 111:24 112:10 115:6 118:12 118:24

**objections** 3:10

**obligation** 98:12 108:23

**observe** 78:16

**obtain** 26:13 110:25

**obtained** 88:14

**occur** 25:18

**occurred** 31:22 44:23

**october** 73:16

**offer** 56:10

**offered** 56:10 113:15,20

**offering** 39:7 84:3 86:10 87:8,21 88:7

**office** 12:15 68:5 69:15

**offices** 1:14

**oh** 19:25

**okay** 20:24 34:2 55:2 116:5

**ones** 16:13,20 16:21 18:2 86:21 104:23

**operations** 22:21

**opining** 87:15

**opinion** 7:15,16 17:9,21 38:9 39:8,12 41:10 82:20 83:16 84:19 85:22 88:5 106:17 112:17,20 113:15,18,20 114:13 116:15

**opinions** 14:19 19:16 34:7 37:6 38:3,6 40:8 69:17,20 70:11 93:13,16 93:19 95:5 113:25

**opportunities** 56:14

**opportunity** 25:23

**order** 45:14 49:6 50:13 52:22 96:3 102:20

**original** 123:16

**outcome** 5:4

**outflow** 50:3,6 50:10,11

**outflows** 49:18 50:8,21 51:16 51:21 98:20,21

**outside** 119:14

**overseas**  19:21
**own**  47:6 58:15
  58:17 61:9,10
  62:4,4 69:21
  84:9 88:9
  90:23 93:14,16
  96:4 100:22
  110:3
**owned**  39:18
  42:17 44:4
  45:16 96:21
  102:22
**owner**  7:11
  38:11 39:5,14
  40:3,15,16,19
  41:11,20 44:19
  75:20 76:2,5
  76:11,13,21
  77:4,8 79:9
  80:17,21 83:12
  84:13 85:9
  110:4
**ownership**  39:8
  40:5,6 42:3,4
  44:18 57:16
  58:24 59:18
  60:8 62:2 65:3
  81:18 82:21
  83:9,17 84:6
  84:20 85:23
  102:4
**owning**  62:10
**owns**  61:18,21
  81:25

**p**

**p**  2:2,2,12 3:2
  5:21 10:5
**p.m.**  119:6,9,22
  119:25 120:5,8
**page**  16:3
  20:23 32:18
  33:24 34:14
  35:11 36:2
  38:2 54:11
  55:6 70:22
  73:25 75:8,15
  79:4,14,21,24
  80:3,6 112:15
  113:6 114:9
  116:8 121:10
  124:4,7,10,13
  124:16,19
**pages**  34:20
**papers**  90:8,9
  90:17,20,23
  91:4,7,9,14,20
  91:23 92:3,7,9
  92:11,16,20
  93:11,15,18,21
  93:25 101:14
  106:11 109:20
**paragraph**
  21:2 32:18
  34:4 35:12,16
  38:5 42:13
  45:13 55:7
  57:9 59:24

  61:12 62:25
  63:11,16 71:2
  72:5,16 73:18
  77:25 79:5,13
  79:23 80:5,11
  80:15,21 81:13
  97:20 102:19
  103:21 104:18
  105:3 109:23
  114:9 115:14
  115:25 116:12
**paragraphs**
  116:7
**paraphrase**
  58:8
**part**  20:6 26:20
  35:2 44:11
  64:7 70:18
  78:5 79:2
  82:20 84:19
  88:24 91:11,23
  91:25 94:14
  95:7 96:11
  97:8 99:8
  106:19 109:10
  113:24
**participants**
  41:14
**participating**
  83:21
**particular**
  21:19 101:20
**parties**  3:6 4:7
  71:22 77:18

  99:2
**partner**  9:24
  10:8 19:14
**party**  5:2 26:15
  42:5,9,11
  46:10 62:22,23
  81:3 84:5
  86:11 87:10
  100:21 122:13
**party's**  83:5
**past**  9:21 74:8
**paul**  1:13 4:10
  5:1 6:1 7:1 8:1
  9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1

72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 122:7 124:2,24 125:2 125:4,13

**pay** 117:17

**paying** 66:23

**payment** 52:4 55:14,20

**pending** 107:12 108:24

**people** 20:19 25:21 26:21,21 28:14 32:3,12 33:19

**perez** 89:20

**perform** 21:17 62:19 78:5,14 78:19 90:13 95:14,21 97:15 98:24 104:13 107:14 111:18 116:20 117:19

**performed** 19:17 21:4 95:17 103:19 104:10 107:4 118:9

**performing** 97:11

**period** 19:15,22 46:4,12,13,18 72:3 78:3

**periods** 26:16

**person** 10:7 29:5 95:11,24 101:8 106:22

**personally** 8:19 24:11

**personnel** 68:5 68:7 69:10,19 73:23 99:11 102:2

**persons** 31:21

**perspective** 114:4

**persuad** 36:18 113:2,11

**persuad's** 114:13 116:15

**phrase** 39:4 40:2

**phrases** 27:13

**place** 4:6 12:16 12:24 27:24 28:3 31:24 52:21 86:25

**placing** 50:12

**plain** 40:6

**plaintiff** 1:5 2:4 5:20 6:24 75:19

**plays** 68:11

**please** 6:13,19 11:14 15:25 18:17 19:7 20:21 32:17 33:24 35:9 36:2 37:24 70:25 73:25 75:6 100:25 109:22 112:15 114:8 115:24 123:4,9

**pledged** 96:14

**pllc** 89:21

**point** 6:21 27:22,25 33:3 34:23 48:16 72:14 76:7 92:13 105:21 111:15 113:5

**pointed** 94:22

**points** 33:18 45:23 57:8 70:6 103:12 112:25

**portfolio** 22:18 54:22

**portions** 35:4

**position** 77:18

**positions** 78:3

**possible** 28:9

**posted** 29:14

**potential** 23:18 56:2,13 59:14 93:2 111:19 114:4

**potentially** 14:18 62:18 81:25

**practice** 8:21 20:12,13,16,17 20:18 25:3 63:3

**practicing** 29:19

**precise** 40:20

**preliminary** 6:9

**prepare** 13:13 92:7,9

**prepared** 15:9 91:4

**prepares** 90:10 90:21

**[preparing - quote]**                                    Page 21

**preparing**
11:24 12:10
13:23 34:22
35:18 36:13
**present** 2:17
5:14 12:18
13:11 67:14
**presented**
29:11
**pretty** 61:15
**previous** 9:9,15
66:8
**previously**
86:22
**price** 53:21
**pricewaterho...**
9:24 10:9
19:11,12
**primarily**
19:17 21:18
**principal** 38:12
79:10
**principals** 22:6
**principles**
113:15
**prior** 15:10
58:18 110:7
**private** 73:15
**privately** 74:8
**privileged**
70:16
**privy** 100:9
101:13 106:25
109:20

**probably** 28:25
54:24 108:16
111:8,21
**procedure** 78:5
78:20 102:15
105:12
**procedures**
29:21 57:24
62:19 90:12
95:14,17,20
96:12 97:12,15
97:17,18 98:2
98:18 99:15,17
99:18 100:10
101:5,12
103:18 104:10
104:12,14,14
104:17,22
107:3,13
111:15,18
**proceeding**
120:7
**process** 58:20
**processes** 23:5
**produced**
25:25 91:11
114:23
**production**
91:24
**professional**
1:18 19:5,8,9
95:12 98:11
108:14

**pronounce**
13:18
**proposed** 57:4
**prosecution**
21:22
**prospectus**
87:22
**provide** 6:14
15:5 49:13,25
50:16 63:18
**provided** 7:10
8:5 10:21,25
16:11,19 88:10
89:20 90:5
106:16
**providing**
39:11
**proximity**
31:13
**prudential**
113:16
**psc** 89:12
**public** 1:19
3:15 5:22
122:6 125:21
**pujadas** 10:2
**purchase** 50:4
50:13 52:21
53:11,12 60:13
86:11 104:5,7
**purchased**
53:17,18 72:7
79:17 80:7
81:14 84:5

**purchases**
47:18,20,20,23
48:9 49:19
64:5 71:11
**purchasing**
80:12,22 87:10
**purpose** 110:16
**pw** 10:9
**pwc** 33:4,7,10

**q**

**qc** 94:12
**question** 3:11
6:19 31:25
39:25 43:21
48:23 58:6,7
59:22 66:8
91:17 92:5
95:22 98:7,12
98:14 107:6,10
**questions** 6:15
85:6 106:4
119:12 120:3
**quick** 54:17
**quite** 25:4
**quote** 21:4,10
35:18,23 38:9
38:13 42:14,19
45:14,19 63:12
63:13 71:7
72:6,8,17
74:13,19 75:16
75:21 77:25
78:6 79:7 80:6

80:8 109:25 110:8 116:19 116:22

**r**

**r** 2:2 5:21 122:2 124:3,3
**raguso** 2:18 4:20
**raised** 84:8 96:20
**ran** 20:11
**rate** 66:20,23
**rather** 6:15 112:13
**raymond** 50:24 71:18
**read** 13:17,17 64:11,14 77:10 108:15,19 109:13 123:4 125:5
**reading** 35:2,3 37:3 83:19 84:21 88:15 105:22 109:10 109:11
**really** 23:17 28:10
**realtime** 1:18
**reason** 29:14 123:6 124:6,9 124:12,15,18 124:21

**reasonable** 97:13
**rebut** 8:4
**rebuttal** 10:25 11:21 35:10,13 35:17,18,22 36:3,13 81:9 112:24 113:14 114:7 116:4
**recall** 12:25 17:25 31:23 44:22,24 45:12 63:20 64:17 67:2,24 69:12 94:6,22
**receipt** 123:18
**receive** 42:7
**received** 18:20 55:12,19,25 56:17 69:10,19 71:10 94:16,19 115:2
**receives** 42:6
**recently** 94:23
**recess** 69:5 119:7,23
**recognize** 43:9
**recognized** 43:10
**recognizing** 72:22 74:23
**record** 4:3,8 5:7 6:12 39:21 40:15 41:11

61:17 69:4,7 70:4 87:17 90:13 96:3 119:4,6,9,20,22 119:25 120:5
**recorded** 4:10 7:21 110:2
**recording** 4:6 108:2,5
**records** 7:9 38:10 49:2 72:11,18 79:8 80:16 81:11,13 82:16 83:3 85:18
**refer** 7:3 35:12 38:16,21 49:23 53:10 55:11 90:2
**reference** 34:10 39:2 55:4 94:24
**referenced** 69:25 82:15 84:16,22
**references** 32:23
**referencing** 50:11 71:16 73:18 81:12 95:4
**referred** 11:6 11:10 73:4 89:23 114:15

116:14
**referring** 38:17 44:2 51:2 56:6 63:14 74:23 75:2 82:22
**refers** 33:3 46:21 49:24
**refuse** 63:22
**regarding** 57:3 116:15
**regardless** 109:14
**registered** 1:17 41:24
**regulation** 113:16
**regulator** 22:24 23:2,19,25 24:8,20
**regulatory** 8:22 22:24
**related** 4:25 15:21,24 18:10 18:11 21:21 26:17 56:2,9 56:13,14 64:5 65:2,11 71:11 94:8,9 122:13
**relating** 65:15 88:8
**relationship** 67:7 82:9
**relationships** 67:3

**[relatively - review]**

| | | | |
|---|---|---|---|
| **relatively** 14:10 94:23 | 57:19 69:18,24 70:4,21 72:21 | **representative** 31:16 | 65:24 78:14 93:5 96:16 |
| **relevant** 18:4 18:15 26:18 30:16 35:4 37:5,8,20 87:5 87:14 115:12 115:22 | 73:2,19,21 76:22 77:24 79:5 81:9 89:19,24 92:14 97:20 102:19 109:23 111:10 | **representatives** 12:16,17 14:8 **representing** 5:11 6:7 99:5 **republic** 1:7 4:14 5:12 | 98:25 102:14 104:5,6 109:10 111:19 **respective** 3:5 **respond** 112:25 **responding** |
| **relied** 13:20 49:7 | 112:16,24 113:2,11,13,14 | 124:1 125:1 **reputable** | 23:25 24:5 **response** 22:24 |
| **relying** 112:14 **remaining** 74:18 | 113:25 114:7 115:15 116:4 121:11,12,13 | 60:22 **request** 28:8,9 45:18 57:12 | **responsibility** 111:17 **responsible** |
| **remediate** 23:23 | **reported** 96:9 104:8 | 59:25 60:8 61:11 75:17 | 24:23 29:4,20 31:3 |
| **remediation** 20:7 | **reporter** 1:18 1:19 4:22 5:8 | 102:24 103:14 103:22 105:4 | **responsive** 87:3 **restatement** |
| **remember** 45:9 94:8 | 6:11,17 122:6 **reporting** | **requested** 63:12 71:3 | 20:6 **restricted** 7:14 |
| **repay** 116:21 117:3,9 118:10 | 110:5,12,22,23 111:5 | **requests** 59:16 87:4 | **restructuring** 74:7,15 |
| **repeat** 30:9 **report** 10:22 | **reports** 8:4,5 11:24 12:10 | **required** 125:14 | **restructurings** 56:3,14 57:4 |
| 11:2,17,21 13:3,21 14:15 | 13:17 36:16,22 36:23 37:2,11 | **research** 8:17 **reserve** 1:4 | **retained** 6:23 21:16 |
| 14:17,17,20 15:6,8,10,16 | 70:12 90:6 94:25 110:13 | 4:12 6:24 7:4 7:24 41:16 | **return** 123:15 **review** 7:8,15 |
| 16:2,14,19 17:6,12 20:22 | 113:19 **represent** | 74:16 82:4 124:1 125:1 | 28:13 30:4,13 36:21,24 45:18 |
| 33:25 34:11,22 35:2,11,13,17 | 102:12 **representation** | **reserved** 3:11 **resigned** 110:6 | 45:25 46:18 47:25 57:13 |
| 35:19,21,22 36:3,14 37:4 | 99:3 102:15 103:19 105:10 | **resolving** 73:14 **respect** 7:18,21 | 58:2,4 60:2,8 62:6,24 64:22 |
| 37:25 55:7 | 105:15 | 14:20 40:13 | 65:11,14 66:5 |

67:21 86:19,24 91:8 92:2,10 92:15,19 93:11 94:14 100:18 100:20 102:2 102:24 103:14 103:23 105:4 112:5 113:25

**reviewed** 30:21 30:24 34:12,21 35:6,20 36:13 36:23,25 63:12 65:7 71:4 82:16 83:3 85:19 87:16 88:25 91:6 100:12,15,17 106:11

**reviewing** 37:11 103:9

**right** 6:25 10:23,24 11:2 13:5,8 14:23 17:4,17 26:25 28:5 32:15 33:13 34:8,12 35:13 37:22 38:6 41:13,23 42:10 44:5 45:11,25 51:3 51:13 52:17,24 55:17 57:13 60:17 61:23 63:16 65:9

68:7 69:15 72:14,23 75:11 76:2,17,24 80:13,18 81:15 82:17 84:17 85:10,25 87:24 88:22 89:3,12 89:24 90:6 101:9,12 102:6 103:5,14 104:19,23 106:5,17 108:20 109:16 111:10,23 112:9,22 113:3 113:11,23 114:5,13,16,25 116:6,16 119:17

**risk** 29:23
**riskiness** 114:3
**risks** 102:7
**role** 68:10
**roles** 26:16
**roman** 34:15
**room** 5:5 33:12
**roughly** 47:23 77:14
**routine** 23:14
**routinely** 28:16 39:16 42:14,18 43:15,24 44:11 58:10 78:14 92:2,15,19

**rules** 6:9 18:13
**run** 116:16

**s**

**s** 2:2 3:2,2 10:5 121:8 124:3
**salary** 8:13
**sale** 60:13
**sampson** 12:6
**saw** 37:19 52:5 64:5,8,9 93:17 94:4
**saying** 33:6 40:23 41:6 77:6 79:15 101:17 103:24 104:21,24,25
**says** 34:15 47:8 49:17 74:13 75:16
**scan** 54:17
**schedule** 53:16
**science** 18:21
**se** 59:6 99:24
**sealing** 3:6
**search** 27:10
**searches** 27:18
**sebastian** 12:20
**sec** 21:7,24
**second** 93:6 114:10 116:18
**section** 38:3 74:2,5 112:16 113:6

**sector** 73:15
**securities** 7:12 7:20 40:9,10 40:12,14 95:23
**see** 16:8 32:20 34:4,17 35:24 36:5,18 38:2 38:14 39:5 42:20 45:20 46:5,23 49:21 53:6,12 55:14 56:4 57:9 61:2 63:4 71:13 72:9,19 74:2 74:10,20 75:3 75:16,22 78:7 79:5,11 80:9 82:15 83:2 85:15,17 95:14 96:13 110:9 112:16 113:7 115:16 116:23
**seeing** 94:22
**seek** 75:18
**seen** 64:18,21 65:6,16 80:25 81:5 86:22 93:20,22 95:18
**semiannual** 55:13
**send** 51:13,24 57:20 58:3,10 58:14

**sending** 56:18 56:21 59:15
**senior** 25:3
**sense** 71:20
**sent** 51:2,7,8 57:2,6
**sentence** 74:13 75:3,16 81:12 114:10 116:18
**series** 55:21
**serve** 104:15
**served** 14:22 15:2 16:18 17:2,16,23
**set** 38:5 103:21
**settled** 15:9,14 15:14,15
**several** 8:25 19:20 45:22 57:8 60:3 74:17 103:2 105:5
**shared** 66:11 66:15,16 90:15 90:18,24 91:2
**shares** 47:7,9 58:17
**sheet** 39:22 43:10,10 83:14 85:11,12 96:4 96:10 108:3,7 110:2 123:8,10 123:13,16

**short** 14:10 69:2,5 119:7 119:23
**shorthand** 122:5
**show** 46:11,12 81:13
**showed** 72:11
**showing** 49:18 55:11
**side** 85:10,11 88:6 96:15
**sign** 123:9
**signature** 122:17
**signed** 3:14,16 19:16
**significant** 21:4 86:5 102:11
**signing** 123:11
**similar** 47:5 50:15,17
**simply** 63:7
**single** 47:17,19 74:13
**sir** 70:23 105:2
**site** 10:4
**sitting** 45:5,11 48:2 85:25 88:22
**situation** 23:18 29:16 45:2,12 50:17 93:3

**six** 20:19
**sleep** 13:22
**slowly** 6:13
**snell** 2:18 5:15
**socialist** 1:7 4:14 5:12 124:1 125:1
**sold** 62:14 63:6 96:7,13 98:19
**somebody** 62:14 63:8 81:6 82:3,8 88:9 96:15,16 97:24 98:3,23
**sophisticated** 117:25
**sorry** 7:14 19:25 31:25 35:14 55:5 79:19 104:6 116:3 118:15
**sort** 23:15 27:13 41:17 52:8 54:2 84:23
**source** 53:4
**sources** 72:18
**southern** 1:2 4:16
**sovereign** 9:11 73:14 74:8
**space** 123:7
**spacex** 47:7,9 58:17

**speak** 6:13 12:11 13:24
**speaking** 9:15 15:19 18:7 27:4 37:18 61:25 117:24
**specific** 10:13 27:10 44:24 45:12 50:20 54:14 78:20
**specifically** 71:8 88:6 89:6 96:23 99:5
**specifics** 21:15 101:23
**spectrum** 23:4
**speculation** 109:9
**spell** 10:3
**spend** 33:11
**spoke** 14:6
**spoken** 10:16 10:19
**sri** 1:7 4:14 5:12 6:7 38:18 57:2,5 67:4,8 69:11 70:5 74:16 75:18 87:4 96:19 97:2 124:1 125:1
**staff** 11:25 12:3 12:5,12

**stand** 69:20 89:9 93:13,16
**standard** 22:15 22:17 78:17 93:4 95:20 96:12 102:15
**standards** 23:16 95:12
**stanley** 50:24 71:19
**start** 26:9 27:9 27:24 28:3
**started** 6:10
**state** 1:19 5:6 5:23 66:6 77:14 97:16 123:6
**stated** 110:24
**statement** 48:18 55:11 77:22
**statements** 7:9 7:17 32:5 46:5 46:9,19 47:22 48:6,24,25 49:3,5,8,16 53:7 56:8 61:20 81:24 83:11 85:18,20 89:2,11,18 94:10 95:8 106:15 110:14 110:23,25 111:16 117:7

117:15
**states** 1:2 4:15
**staying** 79:4 116:3
**stays** 74:17
**stenographic** 122:11
**step** 58:9 59:2,7 59:9,10,15 78:13,17
**steps** 25:13
**sticking** 81:10 85:14
**stipulated** 3:4,9 3:13
**stock** 60:21 73:12
**stopped** 20:2
**straightforward** 61:16
**strategic** 12:21 68:13
**street** 7:21
**strong** 104:15
**sub** 53:10,15,16 54:5
**subject** 15:20 18:8 30:16 31:6,17 32:3 45:17 102:23 112:9 114:19 115:12 123:11
**subscribed** 125:16

**subsequently** 20:9 97:24
**subsidies** 18:14
**substance** 14:13,14
**substantiate** 38:10 79:8 80:16 90:11
**substantiates** 72:7 79:17 80:7
**substantive** 29:13
**successful** 66:19 74:7
**successfully** 74:19
**sufficient** 49:16
**summary** 38:3
**supervised** 33:5,7,9,19,20
**supervising** 33:22
**supporting** 13:20 23:24 114:13
**supports** 76:12 85:7
**sure** 29:15 30:10 35:15 43:22 44:12 79:22 101:3 119:16

**surmise** 108:14 108:18 109:2
**surprisingly** 116:6
**swear** 5:8
**sworn** 3:16 5:22 68:16 122:8 125:16

**t**

**t** 3:2,2 121:4,8 122:2,2 124:3 124:3
**table** 100:2
**take** 4:6 6:17 6:22 11:14 12:24 25:8 26:8 32:4,8 69:2 72:25 107:23,25 119:13
**taken** 4:11 51:5 69:5 86:25 119:7,23
**talk** 81:8
**talked** 66:17,19 66:25 71:5 86:21 92:24 109:21
**talking** 14:12 38:25 80:12 85:16 97:18 101:4 106:3

**[tasked - type]**    Page 27

| | | | |
|---|---|---|---|
| **tasked** 61:25 111:3 | **thank** 116:5 119:10 | **three** 67:14 | **transact** 46:11 47:3 |
| **team** 13:5 14:2 14:7 20:7 22:4 22:4,5,7 25:5 33:10 | **theory** 24:2 | **time** 3:11 10:15 19:12,22 20:17 21:18,18 25:4 26:16 66:22 69:4,7 77:11 119:6,9,22,25 120:8 | **transaction** 22:18 43:5,7 43:13 48:17 61:5 |
| **technical** 99:19 | **thing** 57:18 | | |
| **technically** 41:22 | **things** 22:13 23:14 37:9 86:8 100:20 101:17 103:25 105:5,7 | | **transactions** 49:7 52:9 53:20 99:2 102:11 104:6 |
| **tell** 31:21 106:12 | | **timeline** 70:7 | |
| **tender** 56:9 | **think** 10:5 25:14 26:24 37:17 40:19 41:9,13,24 45:3 53:22 55:16 56:10,11 57:21 58:5 59:8 60:18 63:21 64:8,16 64:17 70:3 77:16 81:7,18 91:21 93:10 94:4 98:8,13 99:8,9 101:6 101:16 105:19 | **times** 82:7 | **transcript** 123:18,20 125:5,10 |
| **tends** 59:4 | | **timing** 97:5 | |
| **term** 40:20 99:19 | | **title** 40:25 96:5 99:7 | **transcription** 122:11 |
| **terms** 27:11 90:22 | | **titled** 73:12 | **transferred** 71:25 |
| **test** 51:15,20,23 52:11 | | **today** 38:21 48:3 90:3 | **transferring** 40:14 |
| **testified** 5:24 16:17 55:16 69:9 | | **today's** 13:14 13:23 120:6 | **trial** 3:12 |
| | | **together** 22:23 | **tried** 18:4 |
| **testify** 86:4 | | **told** 67:11 87:23 115:4 | **true** 33:17 122:10 125:9 |
| **testifying** 15:11 78:11 101:15 | **thinking** 79:20 | **took** 12:15 31:24 108:5 | **trust** 82:8 112:21 |
| **testimony** 16:7 16:12,22 18:9 61:17 68:17 78:25 81:2 82:20,23 83:6 85:19 114:12 114:16,19 115:12,15,19 115:21 125:10 | **third** 41:10 49:17 62:22,23 84:5 86:11 87:10 93:7 | **top** 54:12 79:14 80:3 | **trustee** 82:11 |
| | | **total** 54:2 | **try** 6:20 7:10 38:21 |
| | **thirty** 123:17 | **toward** 32:6 | **trying** 23:23 |
| | **thought** 37:19 86:6 | **traced** 48:17 | **turned** 66:18 |
| | | **track** 70:4 | **two** 1:15 2:10 8:4 15:9,14 |
| | **threatening** 107:12 108:24 | **trade** 46:22 47:2,15,18,24 48:4,8,10,20 49:8,9,13 | **type** 7:25 8:23 21:23 54:3 |

58:22 83:22
**types**  24:12
42:19 43:16,24
45:18,23 59:17
60:2,3 92:18
101:5 102:25
**typical**  60:23
100:19 104:9
104:18,23
**typically**  45:17
45:24 57:12
59:25 60:6,11
60:12,19 61:7
90:15,18,24
91:2,17 92:6
95:25 97:19
101:18 102:24
103:14,22
104:2 105:4,8
105:16

**u**

**u**  3:2 5:21 10:5
**u.s.**  18:12 21:6
21:8
**ultimate**  29:9
42:5,5 114:25
**ultimately**  29:7
29:17 71:25
76:9 77:3 99:3
**under**  30:7
31:6 61:18
105:24

**understand**
6:18 7:4 17:15
37:17 38:24
41:18 52:12
81:19 88:17
89:11,14,19
91:13 106:16
107:15 108:24
**understanding**
26:14 29:23
39:20 54:7
56:20 57:2
68:12,15 87:2
87:8 88:14
91:10 110:18
**understood**
49:11 55:2
58:6 61:8
**undertook**
59:11
**unit**  4:9
**united**  1:2 4:15
**universe**  28:4
47:14
**university**
18:19
**use**  7:14
**used**  40:2 49:19
50:4 51:24
52:14,20 54:2
60:19 71:23
99:19 123:21
**uses**  46:11

**using**  53:4
58:13,18
**usually**  40:17

**v**

**v**  74:16
**value**  32:5,9
**varies**  23:3
25:11
**various**  21:16
71:10 82:17
**vast**  19:18
117:13
**vehicle**  8:2
**verbal**  6:14
**verified**  95:19
**verify**  58:8
**veritext**  4:21,23
**versus**  4:13
18:5 40:5
**video**  4:5,10
**videographer**
2:18 4:2,21
69:3,6 119:5,8
119:21,24
120:4
**videotaped**
1:13
**view**  29:11
72:22
**viewed**  18:3,14
66:24
**violations**
23:17

**virginia**  18:20
**voluminous**
34:25
**vouch**  49:6
**vs**  124:1 125:1

**w**

**waived**  3:8
**walked**  57:7
**want**  6:8
**way**  33:8 45:10
48:14 118:7,20
**we've**  101:4
**web**  10:4
**went**  20:4,8,14
48:10 49:4
55:21 67:8
88:12 103:4
**west**  1:15 2:10
**wey**  12:22 13:8
67:17 68:9,18
68:21 88:19
100:5
**wherewithal**
116:21 117:2
118:10
**willkie**  2:4 5:18
9:9,16 13:5
14:3 66:10
68:23 91:22
**willkie's**  12:15
14:7 68:5
69:15

**[witness - yup]** Page 29

| | |
|---|---|
| **witness** 5:8 14:23 15:3 16:19 17:2,16 17:23 122:7 123:2 | **x** |
| | **x** 1:3,9 121:2,4 121:8 |
| **word** 102:6 | **xyz** 82:5 |
| **words** 27:12 | **y** |
| **work** 8:14 9:3,9 9:15 19:23 21:5,12,17,19 21:23 22:9,12 22:20 23:7,9 23:11 33:14 90:8,9,17,20,23 90:23 91:4,7,9 91:14,20,23 92:2,2,6,7,9,10 92:10,15,20 93:10,15,17,18 93:21,24 97:8 101:13 106:11 107:2 109:20 111:9 | **yang** 2:13 5:14 **yeah** 70:19 77:12 78:12 118:14 **year** 10:23 11:2 78:16 **years** 10:10 16:22 17:25 19:18 20:10,19 44:25 74:9 **yesterday** 13:15 14:3 **york** 1:2,16,16 1:20 2:5,5,11 2:11 4:16 5:23 76:24 77:8 **yup** 79:25 |
| **worked** 9:20 32:25 | |
| **working** 10:13 10:14 17:4 23:20,22 24:5 24:7 25:6 32:19 33:10 | |
| **works** 12:7 27:14 | |
| **wrong** 79:21 | |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.