# Exhibit 80





**Skills (47)**

**Strategic Partnerships**

Endorsed by 2 people in the last 6 months

3 endorsements

**Team Leadership**

Endorsed by 1 person in the last 6 months

14 endorsements

Show all →

**Recommendations**

[Received (2)]  [Given (3)]

**Andrew Kang** · 3rd+
Teacher
January 31, 2016, Andrew and Benjamin studied together

Benjamin is an incredible person. We know each other since school days and he continues to make a positive impact where he goes. I am proud to recommend him and suspect he will create a huge impact in our financial world.

**Raj Mukherjee** · 3rd+
Public Company Board Director | AI & Business Advisor | Former PayPal & Indeed Executive
February 21, 2013, Raj and Benjamin studied together

Benjamin's life story is amazing and so is he. He personifies what we see in China today - an entrepreneur at heart, and a finance geek, I will always remember my class with him.

Go Ben.

**Publications (59)**

**The Benjamin Wey Scholarship Fund**
Benjamin Wey Scholarship Foundation · Sep 26, 2024

Show publication ⬈

American philanthropist and financier Benjamin Wey has offered a series of new scholarships in 2024 through the Benjamin Wey Scholarship Foundation. Interested parties may apply for about $100,000 in total... more

**The Benjamin Wey Scholarships for Finance Studies**
Benjamin Wey Scholarship Foundation USA · Sep 25, 2024

Show publication ⬈

Apply for scholarships from the Benjamin Wey Scholarship Foundation USA and obtain $100,000 per year in scholarship grants.

Show all 59 publications →

**Interests**

[Companies]  [Groups]  [Newsletters]  [Schools]

**LinkedIn Guide to Creating**
7,750,875 followers

+ Follow

**Caribbean Investment Summit**
536 followers

+ Follow

Show all →

| | | | | |
|---|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select language English (English) |
| Community Guidelines | Careers | Marketing Solutions | Manage your account and privacy Go to your Settings. | |
| Privacy & Terms ▾ | Ad Choices | Advertising | Recommendation transparency Learn more about Recommended Content. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | | |

LinkedIn Corporation © 2026

Messaging  ···  ✎  ⌃