**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HAMILTON RESERVE BANK LTD.,

        Plaintiff,

   v.

THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA,

        Defendant.

No. 22 Civ. 5199 (DLC)

**DECLARATION REGARDING TECHNICAL FAILURE AND SERVICE**

John P. Alexander declares and states as follows:

1.     I am a counsel with Clifford Chance US LLP, counsel for Defendant The Democratic Socialist Republic of Sri Lanka ("Sri Lanka") in the above-captioned action.

2.     On June 24, 2026, Sri Lanka filed a letter motion (ECF 198) seeking permission to file under seal portions of Defendant's Supplemental Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment ("Supplemental Brief"); the June 24, 2026 Houck Declaration ("Houck Declaration") and certain exhibits thereto; the June 18, 2026 Persaud Declaration ("Persaud Declaration") and Exhibit 1 thereto; and the June 18, 2026 Migone Declaration ("Migone Declaration") and Exhibit 1 thereto.  The deadline for submission of these papers was June 24, 2026.  (ECF 197.)

3.     On June 24, 2026, Sri Lanka filed public versions of the Migone Declaration (ECF 199), the Persaud Declaration (ECF 200), the Supplemental Brief (ECF 201), and the Houck Declaration (ECF 203, with the ECF notice stating that the Houck Declaration was "entered" on June 25, 2026 at 12:20 a.m., but "filed" on June 24, 2026).  I understand that a technical issue with uploading documents slowed the filing of the Houck Declaration and accompanying exhibits.

- 1 -

4.      Separately, I understand that a technical ECF issue prevented the electronic filing under seal of any of the above-referenced papers.  With the assistance of the ECF Help Desk, we addressed that issue on June 25, 2026 and have since filed unredacted versions of the above-referenced papers (collectively, the "Unredacted Papers") (*see* ECF 204-214).  These filings are voluminous, as the Houck Declaration had to be broken into numerous parts for electronic filing. We are happy to provide courtesy copies in hard copy or alternative electronic form at the Court's convenience.

5.      Also on June 24, 2026 (at 11:59 pm), I sent an email to counsel for Plaintiff Hamilton Reserve Bank Ltd. ("HRB") attaching unredacted copies of the Supplemental Brief and the Houck Declaration (without exhibits).  In that email, I also informed counsel for HRB that we were in the process of uploading to a share-file link the unredacted/unsealed exhibits to the Houck Declaration ("Unredacted Houck Exhibits"), as well as Exhibit 1 to the Persaud Declaration and Exhibit 1 to the Migone Declaration (both of which I understand had already been uploaded at that time).  I understand that the Unredacted Houck Exhibits were uploaded during the course of approximately 12:11 a.m. to 12:32 a.m. on June 25, 2026.  I sent another email to counsel for HRB at 12:53 a.m. on June 25, 2026 to confirm that the upload was complete.

6.      Pursuant to ECF Rules and Instructions sections 11 and 23.6, Fed. R. Civ. P. 6, and the Court's inherent power, Sri Lanka respectfully requests that the Court consider the Unredacted Papers timely filed and served.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2026
       New York, New York

 *s/ John P. Alexander*
John P. Alexander

- 2 -