**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMILTON RESERVE BANK LTD., <br><br>        Plaintiff, <br><br>   v. <br><br> THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA. <br><br>        Defendant. | No. 22 Civ. 5199 (DLC) |

**DECLARATION OF JUSTIN GARBACZ IN SUPPORT OF PLAINTIFF'S MOTION**
**FOR SUMMARY JUDGMENT**

I, Justin Garbacz, being duly sworn, hereby declare pursuant to Section 1746 of Title 28 of the United States Code:

1. I am an attorney admitted to practice in this Court and an Associate of the law firm Willkie Farr & Gallagher LLP, counsel to Plaintiff Hamilton Reserve Bank Ltd ("Plaintiff"). I respectfully submit this declaration in support of Plaintiff's Motion for Summary Judgment, and in connection with the Court's Order dated June 30, 2026. ECF 216.

2. On June 24, 2026, Defendant filed its Supplemental Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment. ECF 201. In support of that Memorandum, Defendant filed certain documents under seal. ECF 198; ECF 203-214. The documents were filed under seal because they contain information that has been marked as Confidential by Plaintiff, pursuant to the Protective Order in this case. ECF 38, 198.

3. Attached to this Declaration are unredacted, redacted, or less redacted versions of certain documents that Defendant filed under seal. Limited redactions have been applied to protect

Plaintiff's and third parties' non-public financial information and other sensitive and confidential information, as explained in Plaintiff's letter response to the Court's June 30 Order (ECF 216), which is being filed in conjunction with this Declaration.

4. Attached hereto as Exhibit A is a redacted version of the Expert Report of Avinash Persaud, which Defendant filed under seal.  ECF 200-1, 205.

5. Attached hereto as Exhibit B is a redacted version of the Expert Report of Juan Migone, which Defendant filed under  seal.  ECF 199-1, 204.

6. Attached hereto as Exhibit C is a redacted version of Exhibit 26 to the Declaration of Robert G. Houck (the "Houck Declaration"), which Defendant filed under seal.  ECF 209. Defendant already filed a redacted version of this document on the public docket (ECF 203-26); the version attached as Exhibit C hereto contains redactions that are narrower than those applied by Defendant.

7. Attached hereto as Exhibit D is a redacted version of Exhibit 35 to the Houck Declaration, which Defendant filed under seal.  ECF 211.

8. Attached hereto as Exhibit E is an unredacted version of Exhibit 59 to the Houck Declaration, which Defendant filed under seal.  ECF 213.

9. Attached hereto as Exhibit F is an unredacted version of Exhibit 61 to the Houck Declaration, which Defendant filed under seal.  ECF 213.

10. Attached hereto as Exhibit G is a redacted version of Exhibit 79 to the Houck Declaration, which Defendant filed under seal.  ECF 214.

Dated:  July 7, 2026
New York, New York

By:   /s/ Justin Garbacz

Justin Garbacz