# Exhibit B

**HIGHLY CONFIDENTIAL**

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMILTON RESERVE BANK LTD,<br><br><br>              Plaintiff,<br><br><br>v.<br><br><br><br>THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA,<br><br><br>              Defendant. | No. 1:22-cv-5199 (DLC) |

**Expert Report of Juan Migone
Dated: May 6, 2026**

**HIGHLY CONFIDENTIAL**

**TABLE OF CONTENTS**

I.     INTRODUCTION AND QUALIFICATIONS ........................................................ 1

   A.   Scope of Work ........................................................................................................ 1

   B.   Qualifications........................................................................................................... 1

   C.   Documents Considered ........................................................................................... 3

II.    BACKGROUND ........................................................................................................ 5

   A.   Generally Accepted Accounting Principles (US GAAP) ..................................... 5

   B.   Generally Accepted Auditing Standards (GAAS) ............................................... 6

III.   SUMMARY OF OPINIONS ..................................................................................... 8

IV.    BASIS FOR OPINIONS.............................................................................................. 9

   A.   Hamilton's auditors, De La Hoz, Perez, & Barbeito, PLLC ("DPB"), ██████ ███████████ .......................................................................................... 9

       ██████████████████████ 9

       ███████████████████████████

       ███████████████████████████

       *Mr. Kenyatta's Assertions of the Accounting for the Sri Lanka Bonds* .................................. 17

       ████████████████ ........................................................................... 19

   B.   ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████ ..................................................................................... 22

HIGHLY CONFIDENTIAL

## I.  INTRODUCTION AND QUALIFICATIONS

### A.  Scope of Work

1. I have been retained by the law firm Clifford Chance US LLP to read and evaluate the 2021, 2022, 2023 and 2024 Financial Statements and accompanying footnotes of Hamilton Reserve Bank LTD ("Hamilton") to identify potential instances in which Hamilton may or may not have complied with U.S. Generally Accepted Accounting Principles ("US GAAP").

2. Previously, I was engaged to read and evaluate the 2021 Financial Statements[1] and the 2022 and 2023 unaudited Financial Statements and accompanying footnotes[2] of Hamilton to identify potential instances in which Hamilton may not have complied with US GAAP as related to Hamilton's alleged ownership of the sovereign bonds issued by the Republic of Sri Lanka with a maturity date of July 2022 (the "Sri Lanka Bonds"). I provided a Declaration dated July 1, 2025[3] as part of this scope of work, which is incorporated by reference, attached hereto as **Appendix A**.

### B.  Qualifications

3. I am a Partner at Resolution Economics, LLC ("ResEcon"). ResEcon is a litigation support and advisory firm that assists companies, their counsel and government agencies on business disputes, investigations, regulatory, risk and compliance issues. I am a Certified Public Accountant ("CPA") licensed by the Commonwealth of Pennsylvania. I graduated from Robert Morris University (at that time it was Robert Morris College) with a Bachelor of Sciences in Business Administration.

4. I currently advise companies on complex financial, accounting, and compliance

---

[1] ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

[2] ████████████████████████████████████████████████████████████████
████████████████████████████████

[3] At the time of my Declaration, I was a Partner of StoneTurn Group, LLP ("StoneTurn").

**HIGHLY CONFIDENTIAL**

matters. I have over 25 years of experience serving as an auditor, accountant, regulator, and financial analyst. For the first 4 years of my career, I worked as a financial auditor for PricewaterhouseCoopers, LLP. During that time, I worked in a variety of different industries and audited private and public companies, gaining experience in executing audits in accordance with Generally Accepted Auditing Standards ("GAAS"). For the next 18 years and 10 months, I worked at the Securities and Exchange Commission ("SEC") in various roles within the Division of Corporation Finance ("CorpFin Division") and the Division of Enforcement ("Enforcement Division").

5. From 2004-2009 my main responsibilities within the CorpFin Division included reviewing public company filing (both audited and unaudited financial statements) for compliance with US GAAP as well as SEC Rules and Regulations. From 2009 through 2016, at the SEC, I was also responsible for overseeing the work of other staff accountants prior to comment letters being issued or reviews closed with no comments.

6. During my time in these roles, I reviewed both securities offerings and ongoing periodic filings; in total, I reviewed approximately 50-80 public company filings per year. These reviews culminated in the issuance of approximately 4,363 public comments, 322 public SEC Comment Letters to 180 registrants; these comment letters were issued in connection with potential deficiencies in US GAAP or applicable SEC Rules and Regulations. During this time, I also led or was involved with consultations with the Office of the Chief Accountant regarding complex accounting matters.

7. My responsibilities as one of the Assistant Chief Accountants in the Enforcement Division included coordinating and conducting investigations into failures in the application of US GAAP and SEC Rules and Regulations by both US Public Registrants and Private companies subject to SEC jurisdiction. I also conducted investigations into failures in the application of GAAS by both audit firms and audit partners. To the extent that there was a finding of wrongdoing, a recommendation would be made to the Commission of the SEC. My additional responsibilities included

HIGHLY CONFIDENTIAL

managing and evaluating undertakings set forth by the Commission related to: (i) quality controls and audit-and-quality-related guidance and policies; (ii) validation plans to test compliance with Commission regulations and Public Company Accounting Oversight Board ("PCAOB") standards and rules; and (iii) increased auditor training.

8. A copy of my current curriculum vitae, which summarizes my qualifications and professional experience, including my recent publications and testimony in the last ten years, is included as **Appendix B** and **Appendix C** in this Report.

9. I have been engaged as an independent expert and am not an advocate for either the plaintiff or the defendant; my role is to serve as a neutral third party and provide objective analysis for the benefit of the trier of fact. My time is billed at a rate of USD 1,090 per hour in this matter. Other ResEcon personnel assisting me in connection with my work on this matter are also being billed at their hourly rates. ResEcon's fees are not contingent upon the outcome of the Matter, or upon my testimony or opinions.

## C. Documents Considered

10. In connection with my work on this matter, I, and/or members of my staff under my supervision, reviewed and analyzed, among other sources, emails, financial statements, audit reports, the transcript of the April 16, 2026 Deposition of Antonio Kenyatta and related exhibits, other documents and information produced in this case, and information from publicly available sources. A complete list of the documents reviewed and considered in my analysis can be found in **Appendix D** attached to this report.

11. This analysis was based on the information made available to me through the date of this report. Accordingly, changes in circumstances after this date could affect the findings outlined in this report. I reserve the right to supplement and/or amend the opinions stated herein as necessary in response to additional documents or information

**HIGHLY CONFIDENTIAL**

that may be made available for my review, as well as any new or updated opinions of an opposing expert.

12. Further, I may independently create, or may be asked by Counsel to create, exhibits after the issuance of this report. Those exhibits may then be used as demonstratives during the trial. In support of my opinions, I may also use any of the previously produced documents referred to in this report or in any exhibit hereto.

*[Remainder of page intentionally left blank]*

**HIGHLY CONFIDENTIAL**

## II.  BACKGROUND

### A.  Generally Accepted Accounting Principles (US GAAP)

13. US GAAP is a set of standardized accounting rules, requirements, and practices established by the Financial Accounting Standards Board ("FASB") that are used by both public and private companies to prepare their financial statements.[4] [5]A set of US GAAP compliant financial statements includes a:

- Balance Sheet

- Income Statement

- Statement of Cash Flows

- Statement of Stockholders' Equity[6]

- Notes to the Financial Statements[7]

14. US GAAP rules can be found in the FASB Codification and organized by Accounting Standards Codification ("ASC") numbers.[5] US GAAP, among other things, seeks to ensure that financial statements disseminated by companies are:

- Relevant, representationally faithful, and reflective of economics

- Comparable with other companies

- Verifiable and auditable by a third party, and

- Understandable by lenders, investors, and others.[8]

---

[4] https://www.fasb.org/about-us/about-the-fasb.

[5] https://asc.fasb.org/Login

[6] "A full set of financial statements – [as defined by US GAAP in ASC 205-10-45-1A] -for a period shall show all of the following: (a) Financial position at the end of the period; (b) Earnings (net income) for the period, (which may be presented as a separate statement or within a continuous statement of comprehensive income); (c) Comprehensive income (total nonowner changes in equity) for the period in one statement or two separate but consecutive statements…; (d) Cash flows during the period; and (e) Investments by and distributions to owners during the period."

[7] FASB Accounting Standard Codification: https://asc.fasb.org/Login.

[8] https://accountingfoundation.org/accounting-and-standards/about-gaap/gaap-and-public-companies#why-is-gaap-important-for-publicly-traded-companies.

**HIGHLY CONFIDENTIAL**

### B. Generally Accepted Auditing Standards (GAAS)

15. When financial statements are audited they are typically audited by an independent accounting firm. Independent auditors conduct their audits in accordance with Generally Accepted Auditing Standards ("GAAS")[9, 10] which consists of standards which have been developed and issued by the Auditing Standards Board ("ASB") of the American Institute of Certified Public Accountants ("AICPA"). The AICPA has issued Statements on Auditing Standards ("SAS") that are codified into AU-C Sections, which are referenced throughout this Report.[11] Such standards are as of June 1, 2021 and were thus applicable to the 2021 audit referenced herein. References to auditing standards throughout this Report relate to GAAS as promulgated by the AICPA.

16. In connection with a full financial statement audit, the independent auditor evaluates the company's financial statements, conducts testing of underlying transactions, and provides a written report that contains an opinion as to whether the financial statements are fairly stated and comply in all material respects with US GAAP.[12, 13, 14]

17. A report that includes an unqualified audit opinion is one in which the auditor "concludes that the financial statements are presented fairly, in all material respects, in accordance with the applicable financial reporting framework".[15]

18. A report that includes a qualified audit opinion is described in AU-C 705.08 and

---

[9] United States ("U.S.") publicly traded companies must have audits conducted by PCAOB registered audit firms using PCAOB auditing standards. Hamilton is not a public company and therefore its auditor used AICPA standards.

[10] https://pcaobus.org/oversight/standards/auditing-standards

[11] AICPA Professional Standards as of June 1, 2021, Volume 1: U.S. Auditing Standards — AICPA (Clarified) [AU-C].

[12] https://www.sec.gov/about/reports-publications/investorpubsaboutauditorshtm.

[13] For the promulgated description of the broad responsibilities of an auditor, see AU-C 200 Overall Objectives of the Independent Auditor and the Conduct of an Audit in Accordance With Generally Accepted Auditing Standards.

[14] PwC Understanding a Financial Statement Audit, p. 2. https://www.pwc.com/im/en/services/Assurance/pwc-understanding-financial-statement-audit.pdf

[15] AU-C 700.18.

HIGHLY CONFIDENTIAL

involve circumstances where "(a) the auditor, having obtained sufficient appropriate audit evidence, concludes that misstatements, individually or in the aggregate, are material but not pervasive to the financial statements; or (b) the auditor is unable to obtain sufficient appropriate audit evidence on which to base the opinion, but the auditor concludes that the possible effects on the financial statements of undetected misstatements, if any, could be material but not pervasive."[16]

19. Auditors may issue a report with an adverse opinion which are described in AU-C 705.09 when "the auditor… having obtained sufficient appropriate audit evidence, concludes that misstatements, individually or in the aggregate, are both material and pervasive to the financial statements."

20. Auditors also may issue a report with a disclaimer of opinion "when the auditor is unable to obtain sufficient appropriate audit evidence on which to base the opinion, and the auditor concludes that the possible effects on the financial statements of undetected misstatements, if any, could be both material and pervasive."[17]

21. ███████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ It is important to note that according to GAAS, a disclaimer of opinion is to be used when "the auditor does not express an opinion on the financial statements. An auditor may decline to express an opinion whenever [they are] unable to form or [have] not formed an opinion as the fairness of presentation of the financial statements in conformity with [US GAAP]."[18] Further, "[a] disclaimer is appropriate when the auditor has not performed an audit sufficient in scope to enable [them] to form an opinion on the financial statements."[19]

---

[16] AU-C 705.08

[17] AU-C 705.10

[18] AS 3105.44: Departures from Unqualified Opinions and Other Reporting Circumstances: Disclaimer of Opinion; AU-C 705.10

[19] AS 3105.45: Departures from Unqualified Opinions and Other Reporting Circumstances: Disclaimer of Opinion; AU-C 705.10.

HIGHLY CONFIDENTIAL

## III.  SUMMARY OF OPINIONS

22. My opinions are based on my expertise, as well as review and analysis of documents, data, and information provided, ███████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ███████████

23. Accordingly, based on my review and analysis of the documents, data, and information referred to above, together with my knowledge and experience in application of US GAAP and GAAS, I submit the following opinions:

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████

*[Remainder of page intentionally left blank]*

## IV.  BASIS FOR OPINIONS

**A.  Hamilton's auditors, De La Hoz, Perez, & Barbeito, PLLC ("DPB"),** ████████████

████████████████████████████████████████████

████████████████████████████

████████████████████████

24.  ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████[20]

25.  According to GAAS, a disclaimer of opinion is to be used when "the auditor does not express an opinion on the financial statements. An auditor may decline to express an opinion whenever [they are] unable to form or [have] not formed an opinion as the fairness of presentation of the financial statements in conformity with [US GAAP]."[21]. Further "[a] disclaimer is appropriate when the auditor has not performed an audit sufficient in scope to enable [them] to form an opinion on the financial statements"[22] and "where the auditor concludes that the possible effects on the financial statements of undetected misstatements, if any, could be both material and pervasive."[23]

26.  A disclaimer opinion indicates that the auditor was not able to form an opinion as to the fairness of the presentation of the financial statements in conformity with US

---

[20] HRB-VOL2-000433-447, p.3.; HRB-VOL2-000448-461; p.3.
[21] AS 3105.44: Departures from Unqualified Opinions and Other Reporting Circumstances: Disclaimer of Opinion; AU-C 705.10.
[22]; AS 3105.45: Departures from Unqualified Opinions and Other Reporting Circumstances: Disclaimer of Opinion; AU-C 705.10.
[23] AU-C 705.10.

GAAP and indicates that without further inquiry there are significant concerns over the reliability of the financial statements and their compliance with US GAAP.[24, 25, 26]

27. It should be noted that if there is pending or ongoing litigation, financial statements can nonetheless be compliant with US GAAP and include disclosures required under ASC 450 regarding litigation claims. This can be accomplished by recognizing a loss in relation to litigations claims,[27] disclosing that an estimate cannot be made due to the uncertainty,[28] or if the likelihood that a loss has been incurred is remote, neither disclosure nor recognition is generally required.[29]

28. As such, due to the various alternative approaches for reporting contingencies under ASC 450, companies routinely file their financial statements with audit reports that include unqualified audit opinions. This occurs even when companies are involved in complex litigation that could have a material impact on their financial statements unless there is a disagreement regarding the probability of the outcome or estimated amounts that should be recognized or disclosed.

---

[24] Anthony M. Bracco, David Beckman, Margaret Kolb & Lisa Coughlin, The Practitioner's Corner – An Accounting Guide for Attorneys: Not all Financial Statements are Created Equal (Guide to Financial Statements in the Legal Industry), Anchin, Block & Anchin LLP (Apr. 5, 2024), https://www.anchin.com/articles/the-practitioners-corner-an-accountants-guide-for-attorneys-not-all-financial-statements-are-created-equal/.

[25] Rebecca Muehl, CPA, *Auditor Opinion Reports: Types and What They Mean* (Demystifying Auditor Opinion Reports and Their Meanings), SVA Certified Public Accountants (May 30, 2023, updated Dec. 16, 2025), https://accountants.sva.com/biz-tips/auditor-opinion-reports-types-and-what-they-mean.

[26] SEC – Office of Investor Education and Advocacy, "Auditors: What They Do and Why Investors Need Them," https://www.sec.gov/about/reports-publications/investorpubsaboutauditorshtm.

[27] ASC 450-20-25-2 indicates that an estimated loss from a loss contingency shall be accrued if (a) "[i]nformation available before the financial statements are issued or are available to be issued (as discussed in Section 855-10-25) indicates that it is probable that an asset had been impaired or a liability had been incurred at the date of the financial statements… It is implicit in this condition that it must be probable that one or more future events will occur confirming the fact of the loss;" and that (b) "[t]he amount of loss can be reasonably estimated."

[28] ASC 450-20-50-5 states "[d]isclosure is preferable to accrual when a reasonable estimate of loss cannot be made." Further, a loss may have been incurred even though information may not indicate that it is probable that an asset had been impaired or a liability had been incurred at the date of the financial statements. If the likelihood that a loss has been incurred is remote, neither disclosure nor recognition is generally required. *See also* See PwC Viewpoint Chapter 23: Commitments, contingencies, and guarantees: https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/financial_statement_/financial_statement___18_US/chapter_23_commitmen_US.html.

[29] ASC 450-20-25-2. "It is implicit in this condition that it must be probable that one or more future events will occur confirming the fact of the loss;" and that (b) "[t]he amount of loss can be reasonably estimated."

HIGHLY CONFIDENTIAL

29. ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████████████████████████

30. ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████ ████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████████████

31. ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████

32. ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████ █████████████████████████████
███████████████████████████████████████████████

---

[30] HRB-VOL4-000933.
[31] Ibid.
[32] Ibid.
[33] HRB-VOL4-000880, p.2.
[34] HRB-VOL4-000862-863, p.1.

**HIGHLY CONFIDENTIAL**



33. ███████████████████████████████████████████████

34. █████████████████████████████████████████ ███████████████████████████████ Refer to Table 1 below, which also indicates the particular US GAAP guidance associated with how these values were recorded in the financial statements for each respective fiscal year.

*[Remainder of page intentionally left blank]*

---

[35] The M&A Advisor, "19th Annual Turnaround Awards – Winner List" (PDF), 2025, https://maadvisor.com/DITA/2025-DITA/19th_Annual_Turnaround_Award_Winner_List.pdf.
[36] The Middle Market, "Mergers & Acquisitions Reveals the 2024 Middle-Market Deals of the Year," 2024, https://www.themiddlemarket.com/news-analysis/mergers-acquisitions-reveals-the-2024-middle-market-deals-of-the-year.
[37] The M&A Advisor, "Emerging Leaders Awards – Winners" (Future of Dealmaking Summit webpage), 2024, https://events.maadvisor.com/future-of-dealmaking-summit?lang=en#/ELwinners.

HIGHLY CONFIDENTIAL



| | | Classification | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| 320-10 | ███████████ | | ██ | | | |
| | ██████ | | ██ | | | |
| | | | ██ | | | |
| | ███████████ | | | ██ | ██ | ██ |
| ██ | ███████████ | | | ██ | ██ | ██ |
| | ██████████ | | | ██ | ██ | ██ |

35. According to ASC 320-10-15-5, "The guidance in the Investments—Debt Securities Topic establishes standards of financial accounting and reporting for all investments in debt securities, including those resulting from the securitization of other financial instruments." ASC 320-10-20 Glossary defines Debt Security as, "Any security representing a creditor relationship with an entity."

36. In contrast, ASC 310-10-05-4 indicates that "Receivables may arise from credit sales, loans, or other transactions. Receivables may be in the form of loans, notes, and other types of financial instruments and may be originated by an entity or purchased from another entity." In this regard, receivables are generated from a company's operating activities and not investment activities, which are accounted for under ASC 320.

37.

---

[38] HRB-VOL2-000433-447, p.10., HRB-VOL2-000448-461, p.10.
[39] HRB-VOL2-000433-000447, p.6; HRB-VOL2-000448-461, p.6.

HIGHLY CONFIDENTIAL

38. In my experience and aforementioned factors in this subsection, the Sri Lanka Bonds meet the definition of a debt security as they are within the scope of ASC 320-10-15 and should be accounted for as an investment security ███████████████████ ███████████████

39.



Fair value here is defined as "the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date."[42] Under ASC 320, trading debt securities should be measured at fair value as they are held principally for near-term sale, so fair value best reflects the amount that could be realized in the market at the reporting date.[43] Changes in fair value are recognized in earnings to reflect current-period performance from trading activities.[44]

40.  Further ASC 320-10-35-10(a) states that "for a debt security transfer from the trading category, the unrealized holding gain or loss at the date of the transfer will have already been recognized in earnings and shall not be reversed."

---

[40] HRB-VOL4-000433-447, p.5; HRB-VOL4-000448-461, p.5.
[41] "Investments in debt securities that are classified as trading shall be measured subsequently at fair value in the statement of financial position. Unrealized holding gains and losses for trading securities shall be included in earnings".
[42] ASC 320-10 Glossary.
[43] See PwC Viewpoint Chapter 3.4: Accounting for debt securities: https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/loans_and_investment/loans_and_investment_US/chapter_3_accounting__1_US/34_accounting_for_de_US.html#pwc-topic.dita_1609305310049078
[44] ASC 320-10-35-1(a)

41. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

42. ████████████████████████████████████████████████
████████████████████████████████████

████████████████ In my experience in applying US GAAP, a default would be an indicator of impairment that would trigger an impairment analysis and, as noted in Section 2.3.2.1 of the Ernst and Young Comprehensive Guide for Credit impairments under ASC 326, a "loss upon a default of the instrument is likely to be greater than zero."[46] ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████

████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████ Accrued interest is defined in Note 2 as "interest that continues to accrue daily on the Bank's bonds and pre-judgment and post-judgment interest…"[48] The accrued interest on the Sri Lanka Bonds represents a potential gain contingency recognized in violation of ASC 450-30.

[45] HRB-VOL4-000862-863, p.1.

[46] Ernst and Young Comprehensive Guide for Credit impairments under ASC 326, Section 2.3.2.1, p.31., https://www.ey.com/content/dam/ey-unified-site/ey-com/en-us/technical/accountinglink/documents/ey-frd04488-181us-09-25-2025.pdf

[47] HRB-VOL2-000433-447, p.10; HRB-VOL2-000448-461, p.10.

[48] Ibid.

HIGHLY CONFIDENTIAL

44. ASC 450-30-20 (Glossary) defines a gain contingency as an "existing condition, situation, or set of circumstances involving uncertainty as to possible gain to an entity that will ultimately be resolved when one or more future events occur or fail to occur."

45. According to ASC 450-30-25-1, "[a] contingency that might result in a gain usually should not be reflected in the financial statements because to do so might be to recognize revenue before its realization." In comparison, "a realized gain is one where cash (or other assets, such as claims to cash) has been received without expectation of repayment. A gain is realizable when assets are readily convertible to known amounts of cash or claims to cash."[49]

46. In this matter, the Sri Lanka Bonds matured as scheduled on July 25, 2022 and the government did not remit the principal and final interest payment upon maturity. ██████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████ ██

47. Due to the significant uncertainties related to the outcome of legal proceedings, it appears that the Sri Lanka Bonds are not readily convertible to known amounts of cash or claims to cash. Therefore, the recognition of pre-judgement interest represents a violation of ASC 450. ██████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ████████████████████████████████

---

[49] See PwC Viewpoint Chapter 23: Commitments, contingencies, and guarantees, Section 23.5 Gain contingencies:
https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/financial_statement_/financial_statement18_US/chapter_23_commitmen_US/235_gain_contingenci_US.html.
[50] HRB-VOL2-000433-447, p.10; HRB-VOL2-000448-461, p.10.



| (USD IN MILLIONS) | 2022 | 2023 | 2024 |
|---|---|---|---|
| ███████████████ | ██ | ██ | ██ |
| ███████████████ | | | ██ |
| ███████████████ | ██ | ██ | ██ |
| ███████████████ | ██ | ██ | ██ |
| ███████████████ | ██ | ██ | ██ |
| ███████████████ | ██ | ██ | ██ |
| ███████████████ | ██ | ██ | ██ |
| ███████████████ | ██ | ██ | ██ |

48. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████. ASC 450-30-50-1 states, "Adequate disclosure shall be made of a contingency that might result in a gain, but care shall be exercised to avoid misleading implications as to the likelihood of realization."

*Mr. Kenyatta's Assertions of the Accounting for the Sri Lanka Bonds*

49. Mr. Kenyatta stated during deposition related to bond purchases that ████████



ASC 320.10 defines the term trading securities as "[s]ecurities that are bought and held principally for the purpose of selling them in the near term and therefore held only for a short period of time. Trading generally reflects active and frequent buying and selling, and trading securities are generally used with the objective of generating profits on short-term differences in price."[53] ████████████████████████

---

[51] HRB-VOL2-000433-447, p.5-6., HRB-VOL2-000448-461, p.5-6.
[52] Deposition of Antonio Kenyatta, p.150:7-12 (April 16, 2026).
[53] ASC 320-10 Glossary.

**HIGHLY CONFIDENTIAL**



50.                                                                         In the Glossary of ASC 326-10 amortized cost is defined as "the amount at which a financing receivable or investment is originated or acquired, adjusted for applicable accrued interest, accretion, or amortization of premium, discount, and net deferred fees or costs, collection of cash, writeoffs, foreign exchange, and fair value hedge accounting adjustments."

51. Under ASC 326-20, the company must estimate expected credit losses using information about "past events, current conditions, and reasonable and supportable forecasts."[58] If recovery depends on litigation, management should consider the expected outcomes (for example, probability and expected amount/timing of recovery) when estimating what will ultimately be net amount expected to be collected consistent with ASC 326-20-30-1.

52. Even if there is a chance of recovery (including through litigation), the company should not automatically assume it will collect everything. Instead, management should estimate the expected collectible amount based on available evidence and record an ACL for the portion of principal (and/or interest, depending on policy

---

[54] HRB_144 – HRB_165, pg. 12.
[55] Deposition of Antonio Kenyatta, p.133:3-6 (April 16, 2026).
[56] Ibid.
[57] ASC 326-20-30-1, 326-20-35-1.
[58] ASC 326-20-30-7.

**HIGHLY CONFIDENTIAL**

elections) that is not expected to be collected.[59] The ACL should be updated each reporting period as facts change (including litigation developments).

53. ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████ █████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████ ██████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████

54. According to ASC 850-10-50-1, "Financial statements shall include disclosures of material related party transactions, other than compensation arrangements, expense allowances, and other similar items in the ordinary course of business."

55. ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

---

[59] ASC 326-20-30-1 "The allowance for credit losses is a valuation account that is deducted from, or added to, the amortized cost basis of the financial asset(s) to present the net amount expected to be collected on the financial asset… An entity shall report in net income (as a credit loss expense) the amount necessary to adjust the allowance for credit losses for management's current estimate of expected credit losses on financial asset(s). *See also* 326-20-55-4.

[60] HRB-VOL2-000433-447, p.10; HRB-VOL2-000488-461, p.10.

[61] HRB-VOL2-000433-447, p.3; HRB-VOL2-000448-461, p.3.

**HIGHLY CONFIDENTIAL**



56.

”[63]

57.

[64]

---

[62] Deposition of Antonio Kenyatta, p. 323:6-15 (April 16, 2026), Exhibit 34 HRB-VOL7-002966-2970, p.3.

[63] Deposition of Antonio Kenyatta, p.324:17 – p.325:2 (April 16, 2026).

[64] ASC 850-10-50-1(d): "Amounts due from or to related parties as of the date of each balance sheet presented and, if not otherwise apparent, the terms and manner of settlement."

**HIGHLY CONFIDENTIAL**

58. While the ending balance may include transactions to which no amounts or nominal amounts were ascribed, under ASC 850-10, a related party loan can require disclosure even if the ending balance is zero as of the 2023 Financial Statement.[65]

59. The concept that material related party transactions require disclosure under ASC 850 is further supported by AU-C 550, Related Parties, which indicates that amongst the auditor's objectives are to "obtain sufficient appropriate audit evidence about whether related party relationships and transactions have been appropriately identified, accounted for, and disclosed" in accordance with applicable financial reporting framework.[66] Even if the loan was repaid prior to the close of the reporting period, AU-C 550 expects the auditor to identify the lender here as a related party, the loan as a related party transaction, and evaluate whether omission of disclosure of the transaction would make the financial statement misleading under US GAAP.[67]

60. █████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████████████████████████████████

---

[65] ASC 850-10-50-1(b): "A description of the transactions, including transactions to which no amounts or nominal amounts were ascribed, for each of the periods for which income statements are presented, and such other information deemed necessary to an understanding of the effects of the transactions on the financial statements."

[66] AU-C 550.09.b.

[67] AU-C 550.04: "the auditor has a responsibility to perform audit procedures to identify, assess, and respond to the risks of material misstatement arising from the entity's failure to appropriately account for or disclose related party relationships, transactions, or balances."; *see also* AU-C 550.14; AU-C 550.22.

*B.* ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████

61. ██████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████ █ ████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████ █

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████

62. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████ █

---

[68] HRB-VOL3-000380-385, p.1.
[69] HRB-VOL3-000373-379, p.1.
[70] Deposition of Antonio Kenyatta, p.324:17 – p.325:2 (April 16, 2026).
[71] HRB-VOL4-00870.

63. ███████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████,,[72]

64. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████[73]

65. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

66. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████[74]

67. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

---

[72] HRB_144-165, p. 21; HRB-VOL2-000433-447, p.10; HRB-VOL2-448-461, p.10
[73] HRB-VOL2-000435-447, p.1; HRB-VOL2-000448-461, p.1.
[74] HRB-VOL2-000435-447, p.5; HRB-VOL2-000448-461, p.5.

**HIGHLY CONFIDENTIAL**



68.

*[Remainder of page intentionally left blank]*

---

[75] AU-C 570.17-18
[76] AU-C 570.A38

**HIGHLY CONFIDENTIAL**

\*\*\*\*\*\*

This report has been prepared on May 6, 2026 by:

Juan Migone
Partner
Resolution Economics, LLC
1155 Connecticut Avenue
Suite 900
Washington, D.C. 20036

**HIGHLY CONFIDENTIAL**

**APPENDIX A**

**DECLARATION OF JUAN MIGONE**

**Dated July 1, 2025**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMILTON RESERVE BANK LTD, <br><br><br> Plaintiff, <br><br> v. <br><br><br><br> THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA, <br><br><br><br> Defendant. | No. 1:22-cv-5199 (DLC) |

**DECLARATION OF JUAN MIGONE**

# Table of Contents

I.  QUALIFICATIONS AND EXPERIENCE ........................................................... 1

II.  ASSIGNMENT, AND MATERIALS REVIEWED............................................. 2

III.  BACKGROUND ............................................................................................... 3

IV.  DISCUSSION OF ISSUES IDENTIFIED ......................................................... 6

V.  BASIS FOR IDENTIFCATION OF POTENTIAL MATERIAL ERRORS IN FINANCIAL STATEMENTS THAT COULD IMPACT THE SRI LANKA BONDS ....... 10

**List of Exhibits**

| No. | Description |
|---|---|
| 1 | Curriculum Vitae of Juan Migone |
| 2 | Documents Considered |

I, Juan Migone, declare as follows pursuant to 28 U.S.C. § 1746:

## I.    QUALIFICATIONS AND EXPERIENCE

1.      I, Juan Migone, am a Partner of StoneTurn Group, LLP ("StoneTurn"). StoneTurn is a global advisory firm that assists companies, their counsel and government agencies on business disputes, investigations, regulatory, risk and compliance issues. I am a Certified Public Accountant (CPA) licensed by the Commonwealth of Pennsylvania. I graduated from Robert Morris University (at that time it was Robert Morris College) with a Bachelor of Sciences in Business Administration.

2.      I currently advise companies on complex financial, accounting, and compliance matters. I have 25 years of experience serving as an auditor, accountant, regulator, and financial analyst. For the first 4 years of my career, I worked as an auditor for PriceWaterhouseCoopers, LLP. During that time, I worked in a variety of different industries and audited private and public companies, gaining experience in executing audits in accordance with Generally Accepted Auditing Standards ("GAAS"). For the next 18 years and 10 months, I worked at the Securities and Exchange Commission ("SEC") in various roles within the Division of Corporation Finance ("CorpFin Division") and the Division of Enforcement ("Enforcement Division").

3.      From 2004-2009 my main responsibilities within the Division of Corporation Finance included reviewing public company filing (both audited and unaudited financial statements) for compliance with US GAAP as well as SEC Rules and Regulations.  From 2009 through 2016, I was also responsible for overseeing the work of other staff accountants prior to comment letters being issued or reviews closed with no comments.

4.      During my time in these roles, I reviewed both securities offerings and ongoing periodic filings and, in total, I reviewed approximately 50-80 public company filings per year.

1

These reviews culminated in the issuance of approximately 4,363 public comments, 322 public SEC Comment Letters to 180 registrants, in connection with potential deficiencies in US GAAP or applicable SEC Rules and Regulations. During this time, I led or was also involved with consultations with the Office of the Chief Accountant regarding complex accounting matters.

5.      My responsibilities as one of the Assistant Chief Accountants in the Enforcement Division included coordinating investigations of US Public and Private registrants subject to SEC jurisdiction. In particular, I conducted investigations into failures in the application of US GAAP and GAAS, including investigations resulting in recommendations of charges to the Commission related to failures in the application of US GAAP by both audit firms and audit partners and failures in the application of GAAS by audit firms. Additional responsibilities included managing and evaluating undertakings set forth by the Commission related to: (i) quality controls and audit-and-quality-related guidance and policies; (ii) validation plans to test compliance with Commission regulations and PCAOB standards and rules; and (iii) increased auditor training.

6.      A copy of my current curriculum vitae, which summarizes my qualifications and professional experience including my recent publications and testimony in the last ten years, is included as Exhibit 1 to this Report.

## II.    ASSIGNMENT, AND MATERIALS REVIEWED

7.      I have been retained by the law firm Clifford Chance US LLP, to read and evaluate the 2021[1] audited financial statements and accompanying footnotes ("2021 Financial Statements")

---

[1] The 2021 audited Financial Statements were stand-alone statement solely for 2021 and the balance sheet and income statements did not include comparative information for 2020.

2

and the 2022 and 2023[2] unaudited financial statements and accompanying footnotes ("2022 and 2023 Financial Statements") of Hamilton Reserve Bank LTD ("Hamilton") to identify potential instances in which Hamilton may not have complied with U.S. Generally Accepted Accounting Principles ("U.S. GAAP") as related to Hamilton's alleged ownership of the sovereign bonds issued by the Republic of Sri Lanka ("Sri Lanka Bonds" or "the bonds"). When referring to both the 2021 Financial Statements and the 2022 and 2023 Financial Statements, I use the term "Financial Statements."

8.      StoneTurn is compensated at an hourly rate of $1250 for my time on this matter. StoneTurn's fees are not contingent on the outcome of this matter or on the opinions provided.

9.      In this report I provide 1) a background section discussing relevant accounting (US GAAP) and audit (GAAS) regulations, 2) a discussion of issues identified, and 3) a separate section discussing the basis for the issues identified in section 2 of potential material error in the Financial Statements that could impact the Sri Lanka Bonds.

## III.   BACKGROUND

### Generally Accepted Accounting Principles (US GAAP)

10.      U.S. GAAP is a set of standardized accounting rules, requirements, and practices established by the Financial Accounting Standards Board ("FASB") that are used by both public and private companies to prepare their financial statements.[3] A set of US GAAP compliant financial statements includes a:

- Balance Sheet

- Income Statement

---

[2] The 2023 and 2022 Financial Statements did not contain an audit opinion and consisted of one set of unaudited financial statements covering both 2023 and 2022.
[3] https://www.fasb.org/about-us/about-the-fasb.

- Statement of Cash Flows

- Statement of Stockholders' Equity

- Notes to the Financial Statements[4]

11.    US GAAP rules can be found in the FASB Codification and organized by Accounting Standards Codification ("ASC") numbers. US GAAP, among other things, seeks to ensure that financial statements disseminated by companies are:

- Relevant, representationally faithful, and reflective of economics

- Comparable with other companies

- Verifiable and auditable by a third party, and

- Understandable by lenders, investors, and others.[5]

12.    Hamilton's 2021 Financial Statements state - in its Summary of Significant Accounting Policies - that the accounting and reporting policies conform with accounting principles generally accepted in the United States of America and banking industry practices in the U.S.

**Generally Accepted Auditing Standards  (GAAS)**

13.    Financial Statements are typically audited by an independent accounting firm. Independent auditors conduct their audits in accordance with Generally Accepted Auditing Standards ("GAAS")[6]  which consists of standards which have been developed and issued by the Auditing Standards Board ("ASB") of the American Institute of Certified Public

---

[4] "A full set of financial statements – [as defined by US GAAP in ASC 205-10-45-1A] -for a period shall show all of the following: (a) Financial position at the end of the period; (b) Earnings (net income) for the period, (which may be presented as a separate statement or within a continuous statement of comprehensive income; (c) Comprehensive income (total nonowner changes in equity) for the period in one statement or two separate but consecutive statements…; (d) Cash flows during the period; and (e) Investments by and distributions to owners during the period."

[5] https://accountingfoundation.org/accounting-and-standards/about-gaap/gaap-and-public-companies#why-is-gaap-important-for-publicly-traded-companies.

[6] U.S. publicly traded companies must have audits conducted by PCAOB registered audit firms using PCAOB auditing standards.  Hamilton is not a public company and therefore its auditor used AICPA standards.

Accountants ("AICPA"). The AICPA has issued Statements on Auditing Standards ("SAS") that are codified into AU-C Sections, which are referenced throughout this Report.[7] Such standards are as of June 1, 2021 and were thus applicable to the 2021 audit referenced herein. References to auditing standards throughout this Report relate to GAAS as promulgated by the AICPA.[8]

14.     In connection with an audit, the primary responsibility of an independent auditor is to audit the company's financial statements and provide a written opinion as to whether the financial statements are fairly stated and comply in all material respects with US GAAP.[9] An unqualified audit report is one in which the auditor concluded that the financial statements complied with US GAAP in all material respects. A qualified audit report is one in which the auditor found instances of material non-compliance with US GAAP.[10]

15.     As part of conducting the audit, it is the auditor's responsibility to understand the business operations of its clients and the relevant accounting to ensure that the auditor plans and executes an appropriate audit plan and ensures they ask the right questions and get the appropriate representations.[11] Through providing the audit opinion, the independent auditor

---

[7] AU-C 200.A57.

[8] AICPA professional standards as of June 1, 2021, Volume 1: U.S. Auditing standards-AICPA (Clarified), U.S. Attestation Standards – AICPA (Clarified).

[9] https://www.sec.gov/about/reports-publications/investorpubsaboutauditorshtm.

[10] Qualified audit reports are rare but can occur. They are described in AU-C 705.08 and involve circumstances where "(a) the auditor, having obtained sufficient appropriate audit evidence, concludes that misstatements, individually or in the aggregate, are material but not pervasive to the financial statements; or (b) the auditor is unable to obtain sufficient appropriate audit evidence on which to base the opinion, but the auditor concludes that the possible effects on the financial statements of undetected misstatements, if any, could be material but not pervasive." Auditors may also issue, "adverse" reports (rarer than qualified opinions which are described in AU-C 705.09 when "the auditor… having obtained sufficient appropriate audit evidence, concludes that misstatements, individually or in the aggregate, are both material and pervasive to the financial statements." Auditors also may issue a disclaimer report (see AU-C 705.10) "when the auditor is unable to obtain sufficient appropriate audit evidence on which to base the opinion, and the auditor concludes that the possible effects on the financial statements of undetected misstatements, if any, could be both material and pervasive."

[11]  For the promulgated description of the broad responsibilities of an auditor, see AU-C 200 Overall Objectives of the Independent Auditor and the Conduct of an Audit in Accordance With Generally Accepted Auditing Standards

5

offers reasonable assurance to users that the audited financial statements present a true and fair view of the company's financial performance and position.[12]

16.    The independent auditor report in Hamilton's 2021 Financial Statements states that "we conducted our audit in accordance with auditing standards generally accepted in the United States of America ("US GAAS")." The audit report stated that "in our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Bank as of December 31, 2021, and the results of operations and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America."   This constitutes an unqualified audit report.

17.    The 2022 and 2023 Financial Statements, which appear to be incomplete, do not contain an audit report and are thus, as far as I can see, unaudited.  Although such statements were not marked as a draft or as unaudited and I understand from counsel that these were draft financial statements. I also understand from Counsel that no audit report was provided because the claimants stated that the newly appointed auditors could not complete the audits due to the pending litigation concerning the Sri Lanka Bonds.

## IV.    DISCUSSION OF ISSUES IDENTIFIED

### A. 2022 and 2023 Financial Statements are Unaudited and Basis for Missing Audit Opinion is Dubious

18.    I understand that the 2022 and 2023 Financial Statements do not include an audit report because purportedly the newly appointed auditors have not been able to complete the audits due to pending litigation concerning the Sri Lanka Bonds.[13] However, based on my extensive experience reviewing financial statements, while at the SEC, and my experience serving as an

---

[12] PwC Understanding a Financial Statement Audit, p. 2.
[13] Email from Evan Kubota to Jack Alexander dated May 22, 2025.

independent auditor, this explanation is insufficient.  For background, one should refer to AU-C 700.09,[14] 700.18,[15] and AU-C 700.19.[16]

19.     In my experience, pending litigation relative to an investment (or, as classified in the 2022 and 2023 Financial Statements, a long-term receivable) is usually not a basis for being unable to complete an audit. Even without sufficient audit evidence pertaining to, or with a significant uncertainty around, a given balance appearing on the financial statements, an auditor has a set of reporting options that enable the auditor to issue a report on the financial statements, including potentially providing a qualified or an adverse opinion in their audit report.  In my experience, audited financial statements are routinely issued regardless of whether complex and sensitive litigation is pending or ongoing because such audit reporting options are available. If there is pending or ongoing litigation, financial statements can nonetheless be compliant with US GAAP as long as such statements include disclosures required under ASC 450 regarding litigation claims.

20.     In addition, based upon my 25+ years of experience, if an auditor is unable to complete an audit, it has generally been due to auditor disagreements with management (e.g., about accounting treatment or access to all available evidence), or when the auditor had determined that it could no longer rely on management's representations. In those cases, the auditor generally withholds issuing an audit report rather than issuing an audit report with a qualified

---

[14] AU-C 700.09 indicates that the objective of the auditor is to "Form an opinion on the financial statements based on an evaluation of the audit evidence obtained, including evidence obtained about comparative financial statements or comparative financial information" and to "Express clearly the opinion on the financial statements through a written report."

[15] AU-C 700.18 indicates that the "auditor should express an unmodified opinion when the auditor concludes that the financial statements are presented fairly, in all material respects, in accordance with the applicable financial reporting framework."

[16] AU-C 700.19 indicates that an auditor should modify its audit opinion if it "concludes that based on the audit evidence obtained, the financial statements as a whole are materially misstated" or the auditor is "unable to obtain sufficient appropriate audit evidence to conclude that the financial statements as a whole are free from material misstatement."

or an adverse audit opinion.  The lack of an audit report containing any audit opinion is often a signal that there are many problems that may exist relative to a company's set of financial statements.

21.    Consequently, it is my opinion that the 2022 and 2023 Financial Statements should not be relied upon until a qualified firm or CPA practitioner completes an audit and issues an audit report expressing an audit opinion.

**B. Potential Material Errors in the Financial Statements That Could Impact the Sri Lanka Bonds**

22.    I have identified the following issues which appear to be potential material errors and/or deviations from US GAAP that potentially impact the Sri Lanka Bonds:

    a.   **Missing Financial Statements for the 2022 and 2023 Financial Statements**

        i.   The 2022 and 2023 Financial Statements lack a statement of cash flows and a statement of stockholders' equity, and numerous disclosures. Certain footnote disclosures that appeared in the 2021 Financial Statements, which were integral to that 2021 presentation, are nowhere to be found in the 2022 and 2023 Financial Statements. These missing financial statements and disclosures are critical to understanding the changes in ownership status and the solvency of Hamilton which would impact the ownership of the Sri Lanka Bonds.

        ii.   In light of the missing information, it is my opinion that the 2022 and 2023 Financial Statements should not be relied upon until, at least, any potential material US GAAP errors are identified and rectified, a full set of US GAAP

8

compliant financial statements are provided, and such financial statements are finalized (not drafts) and contain an audit report.

b. **The Sri Lanka Bonds are Potentially Overvalued which could potentially reduce net assets in 2022 and 2023 respectively as well as potentially reduce net income in 2022 and 2023.**

iii.    The 2022 and 2023 Financial Statements appear to include a gain contingency of approximately USD 33.3 million for pre-judgement interest, which would not comply with US GAAP, thereby increasing total net income over those years by that amount.

iv.    The reclassification of the Sri Lanka Bonds from a trading security to a long-term receivable, in its 2022 and 2023 Financial Statements, results in Hamilton potentially overvaluing the assets on their 2022 and 2023 balance sheet and net income on Hamilton's 2022 statement of comprehensive income.

c. **Hamilton is missing the required disclosures associated with Concentration of Risk**

v.    The 2021 Financial Statements as well as the 2022 and 2023 Financial Statements do not comply with US GAAP due to failing to disclose concentration of risk related to customer deposits. In this regard, the bank has either failed to comply with GAAP or is treating them as something other than deposits. ███████████████████████████

9

DECLARATION OF JUAN MIGONE

d. **Other Issues That Appear Material to Understanding the Financial Status of Hamilton**

vi.      Hamilton is 100% owned by Fintech Holdings Ltd.[17]  In this regard, it would be important to obtain the Fintech Holdings Ltd. Financial Statements to understand any potential involvement of the parent company in Hamilton's operations including but not limited to the purchase of the Sri Lanka Bonds and to determine the viability of the assurances disclosed on page 17 of the 2022 and 2023 Financial Statements.

vii.      Note 3 of the 2022 and 2023 Financial Statements includes a section that has been redacted with regard to the Sri Lanka Bonds litigation.  A redaction does not comply with US GAAP and GAAS given that the disclosures are material to understanding the information within the financial statements.[18]

## V. BASIS FOR IDENTIFCATION OF POTENTIAL MATERIAL ERRORS IN FINANCIAL STATEMENTS THAT COULD IMPACT THE SRI LANKA BONDS

a. **Missing Financial Statements for the 2022 and 2023 Financial Statements**

---

[17] It is important to distinguish between Fintech Holdings Ltd – the parent – from Fintech Bank Ltd – 90% owned Malaysian subsidiary.

[18] *See ASC 235-10-50-1*, "Information about the accounting policies adopted by an entity is essential for financial statement users. When financial statements that are issued or are available to be issued (as discussed in Section 855-10-25) purport to present fairly financial position, cash flows, and results of operations in accordance with generally accepted accounting principles (US GAAP), a description of all significant accounting policies of the entity shall be included as an integral part of the financial statements." *See ASC 275-10-50-1*, "Reporting entities shall make disclosures in their financial statements about the risks and uncertainties existing as of the date of those statements in the following areas: a) Nature of operations , including the activities in which the entity is currently engaged if principal operations have not commenced, b) Use of estimates in the preparation of financial statements, c) Certain significant estimates, [and] d)Current vulnerability due to certain concentrations. These four areas of disclosure are not mutually exclusive. The information required by some may overlap. Accordingly, the disclosures required by this Subtopic may be combined in various ways, grouped together, or placed in diverse parts of the financial statements, or included as part of the disclosures made pursuant to the requirements of other Topics."

i.  The 2022 and 2023 Financial Statements lack a statement of cash flows and a statement of stockholders' equity, and numerous disclosures. Certain footnote disclosures that appeared in the 2021 Financial Statements, which were integral to that 2021 presentation, are nowhere to be found in the 2022 and 2023 Financial Statements. These missing financial statements and disclosures are critical to understanding the changes in ownership status and the solvency of Hamilton.

- The 2022 and 2023 Financial Statements are incomplete and do not comply with US GAAP due to the omission of, among other things, both Consolidated Statements of Cash Flows and Consolidated Statements of Changes in Stockholder's Equity as required by ASC 205-10-45-1A. A Statement of Cash Flows provides information on cash receipts and cash payments during the period that are classified into operating, investing and financing activities. This statement provides visibility into these activities and in the case of Hamilton, would help investors, creditors, and other stakeholders assess the company's liquidity, solvency, cash transactions, and financial flexibility. Furthermore, a Statement of Changes in Stockholder's Equity shows changes in each component of equity during the period and highlight, as was the case the 2021 Financial Statements, any changes in common stock, additional paid-in capital, statutory reserves, retained earnings and non-controlling interest and for stakeholders of Hamilton. This information is all highly relevant to users of financial statements, and its omission is problematic.

11

ii.   In light of the missing information, it is my opinion that the 2022 and 2023 Financial Statements should not be relied upon until, at least, any potential material US GAAP errors are identified and rectified, a full set of US GAAP compliant financial statements are provided, and such financial statements are finalized (not drafts) and contain an audit report.

- An audit of financial statements is performed to provide the users of financial statements assurance that such financial statements are fairly stated and comply in all material respects with US GAAP. In other words, the auditor's responsibility is to understand the business operations of the entity it is reporting on and the relevant accounting to ensure that the auditor plans and executes an appropriate audit plan and ensures they ask the right questions and get the appropriate representations. Through providing the audit opinion, the independent auditor offers reasonable assurance to users that the audited financial statements present a true and fair view of a company's financial performance and position. Without an audit, the financial statements could have material errors, which could result in those financial statements being materially misleading. We note that Hamilton has not provided audited year-end financial statements since 2021. Absent appropriately prepared and audited year-end financial statements, users of the financial statements cannot make the necessary assessment of the solvency and ownership structure of Hamilton or obtain a full understanding of its financial position or the results of its operations.

12

**b. The Sri Lanka Bonds are Potentially Overvalued, which would potentially reduce net assets in 2022 and 2023 respectively as well as potentially reduce net income across 2022 and 2023.**[19]

iii.   The 2022 and 2023 Financial Statements appear to include a gain contingency of approximately USD 33.3 million for pre-judgement interest, which would not comply with US GAAP, thereby increasing total net income over those years by that amount.

- ASC 450-30-20 defines a gain contingency as an "existing condition, situation, or set of circumstances involving uncertainty as to possible gain to an entity that will ultimately be resolved when one or more future events occur or fail to occur". According to ASC 450-30-25-1, "A contingency that might result in a gain usually should not be reflected in the financial statements because to do so might be to recognize revenue before its realization." Additionally, ASC 450-30-50 states, "Adequate disclosure shall be made of a contingency that might result in a gain, but care shall be exercised to avoid misleading implications as to the likelihood of realization." In comparison, "a realized gain is one where cash (or other assets, such as claims to cash) has been received without expectation of repayment. A gain is realizable when assets are readily convertible to known amounts of cash or claims to

---

[19] The 2022 and 2023 Financial Statements lack the required disclosure under GAAP and has vague language as to the components of the Sri Lanka Bonds. The calculations here are limited due to the lack of appropriate disclosure and clarity. As such, the calculated amounts may vary.

cash."[20] In this matter, the Sri Lanka Bonds matured as scheduled on July 25, 2022 and the government did not remit the principal and final interest payment upon maturity." However, Hamilton concluded and disclosed that pre-judgment interest was recognized "[b]ased on its analysis and the expected recovery of the full amount in principal and accrued interest through the legal process." Due to the significant uncertainties related to the outcome of legal proceedings, the Sri Lanka Bonds are not readily convertible to known amounts of cash or claims to cash. As such, the recognition of pre-judgement interest appears to represent a gain contingency for which, in my opinion, recognition is a clear violation of US GAAP.

- We note that Hamilton presents "Accrued interest receivable" of USD 40,473,339 on the face of the Statement of Financial Position in 2023. Note 3 to the financial statements appears to indicate that the accrued interest receivable is comprised of, "the accrued, unpaid semi-annual interest on July 25, 2022 of $7,358,143.75" and "$33,315,393.04 accrued pre-judgement interest." The USD 33.3 million represents a potential gain contingency that violates ASC 450-30-25-1.[21] This potential error, in isolation, would have the impact of reducing Hamilton's Assets by approximately USD 33.3 million in 2023 or

---

[20] *See PwC Viewpoint Chapter 23: Commitments, contingencies, and guarantees:*
https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/financial_statement_/financial_statement___18_US/chapter_23_commitmen_US/235_gain_contingenci_US.html
[21] *See ASC 450-30-25-1*, "A contingency that might result in a gain usually should not be reflected in the financial statements because to do so might be to recognize revenue before its realization."

██████████████████████████ and would result in an approximate decrease of net income across 2022 and 2023. Due to the lack of clear disclosure, even if the gain contingencies is included in the Long-term receivable, the fact remains that Hamilton appears to have inappropriately recognized a USD 33.3million contingent gain and overstated its assets.

iv.   The reclassification of the Sri Lanka Bonds from a trading security to a long-term receivable, in its 2022 and 2023 Financial Statements, results in Hamilton potentially overvaluing the assets on their 2022 and 2023 balance sheet and net income on Hamilton's 2022 statement of comprehensive income.

- Hamilton treated the Sri Lanka Bonds in the 2021 Financial Statements as trading debt securities based on the requirements of ASC 320, it subsequently reclassifies the same bonds to a Long-Term Note Receivable. In connection with this reclassification to a Long-Term Note Receivable, carries the balance at its full principal amount plus accrued semi-annual interest and accrued pre-judgment interest, which amounts to USD 250,490,000. As noted in this analysis further below, this reclassification appears to violate GAAP and, as such, Hamilton's carrying value appears to be a clear violation ASC 320-10-35-1 which indicates that trading securities "shall be measured subsequently at fair value".

15

- According to ASC 320-10-15-5, "The guidance in the Investments—Debt Securities Topic establishes standards of financial accounting and reporting for all investments in debt securities, including those resulting from the securitization of other financial instruments." ASC 320-10-20 defines Debt Security as, "Any security representing a creditor relationship with an entity." In contrast, ASC 310-10-05-4 indicates that "Receivables may arise from credit sales, loans, or other transactions. Receivables may be in the form of loans, notes, and other types of financial instruments and may be originated by an entity or purchased from another entity." In this regard, receivables are generated from a company's operating activities and not investment activities, which are accounted for under ASC 320. As such, the mere definitions of receivables in ASC 310 and debt securities in ASC 320 would preclude Hamilton from the reclassification of these Sri Lanka Bonds from trading securities to a Long-Term Note receivable. Further, there is no mechanism or guidance in US GAAP, that I am aware of, that allows for the reclassification of debt securities which were deemed to be trading securities to be reclassed to a Long-Term Note receivable. Therefore, since it appears that this reclassification does not comply with US GAAP, the current carrying value would also not be in compliance with ASC 320-10-35-1.

- Hamilton re-classified trading debt securities to Long-term receivables in the 2022 and 2023 Financial Statements. Specifically, according to

16

Note 4, "Investment securities and derivative instruments" of the 2022 and 2023 Financials, ███████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████ As such, this appears to result in a potential net gain of USD 26.5million in connection with the reclassification. However, it's unclear why Hamilton would recognize a significant gain on the reclassification of the Sri Lanka Bonds, when those bonds are in default. Recording the Sri Lanka Bonds at a value that does not correspond with their corresponding fair value appears to violate US GAAP guidance in ASC 320-10-35-1 which indicates that trading securities "shall be measured subsequently at fair value."

- While the final determination related to the accuracy of the financial statements is difficult to ascertain without the disclosure of the calculation for the current carrying amount for 2022 and 2023 (similar to what is included in the 2021 notes to the financial statements) as well as disclosures required by under ASC 320-10-50-9[22] and ASC 321-10-50-4[23], based on the current disclosure one could conclude that the

---

[22] ASC 320-10-50-9 indicates that "For each period for which the results of operations are presented, an entity shall disclose all of the following: […] The portion of trading gains and losses for the period that relates to trading securities still held at the reporting date."

[23] ASC 321-10-50-4 indicates that "For each period for which the results of operations are presented, an entity shall disclose the portion of unrealized gains and losses for the period that relates to equity securities still held at the reporting date."

17

potential write-up of the Sri Lanka Bonds beyond fair value appears to be, at least, approximately USD 26.5million in 2022. ███████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████ However, the impact and amounts could be much larger based on the fair value of USD 106 million disclosed in Note 9 of the 2021 Financial Statements.[24]

**c.  Hamilton is missing the required disclosures associated with Concentration of Risk**

v.  The 2021 Financial Statements as well as the 2022 and 2023 Financial Statements do not comply with US GAAP due to failing to disclose concentration of risk related to customer deposits. In this regard, the bank has either failed to comply with GAAP or is treating them as something other than deposits. ████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

- The guidance of ASC 275, "applies to financial statements prepared in conformity with generally accepted accounting principles (US GAAP) and applies to all entities that issue such statements." Specifically, the ASC 275-10-50-16 states, "Vulnerability from concentrations arises because an entity is exposed to risk of loss greater than it would have

---

[24] To get an accurate assessment of the value of the Sri Lanka Bonds in 2022 and 2023, there needs to be an analysis using third-party data of the purchases subsequent to December 31, 2021, along with the related fair value of those purchases. In addition, interested parties should obtain an independent valuation analysis as of the balance sheet dates.

had it mitigated its risk through diversification. Such risks of loss manifest themselves differently, depending on the nature of the concentration, and vary in significance. Financial statements shall disclose the concentrations described in paragraph 275-10-50-18 if, based on information known to management before the financial statements are issued or are available to be issued (as discussed in Section 855-10-25), all of the following criteria are met: a) The concentration exists at the date of the financial statements, b)The concentration makes the entity vulnerable to the risk of a near-term severe impact[25] and c) It is at least reasonably possible that the events that could cause the severe impact will occur in the near term." According to ASC 275-10-50-18, "Concentrations, including known group concentrations, described below require disclosure if they meet the criteria of paragraph 275-10-50-16…a. Concentrations in the volume of business transacted with a particular customer, supplier, lender, grantor, or contributor. The potential for the severe impact can result, for example, from total or partial loss of the business relationship. **For purposes of this Subtopic, it is always considered at least**

---

[25] ASC Master Glossary Term Definition for "Severe Impact": (Used in reference to current vulnerability due to certain concentrations.) A significant financially disruptive effect on the normal functioning of an entity. Severe impact is a higher threshold than material. Matters that are important enough to influence a user's decisions are deemed to be material, yet they may not be so significant as to disrupt the normal functioning of the entity. Some events are material to an investor because they might affect the price of an entity's capital stock or its debt securities, but they would not necessarily have a severe impact on (disrupt) the entity itself. The concept of severe impact, however, includes matters that are less than catastrophic. Matters that are catastrophic include, for example, those that would result in bankruptcy.

19

**reasonably possible that any customer, grantor, or contributor will be lost in the near term."**

- I understand that in a separate lawsuit brought by claimed third party depositors all associated with and including Jesse Guzman, the plaintiffs claimed they had deposits of approximately USD 50million with Hamilton since the end of 2021. As such, it appears that these deposits are from entities controlled by Mr. Guzman. However, there was no separate disclosure of the concentration of deposits from Mr. Guzman or his controlled entities in the Financial Statements. Since the concentration existed prior to the issuance of the 2021 Financial Statements, the deposits from Mr. Guzman or his controlled entity would meet the requirements under ASC 275-10-50-16 and 18. ██████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████ Alternatively, Hamilton may view these as something other than deposits (e.g. an investment from Mr. Guzman's controlled entities).

- ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████ it appears that the financial statements of Hamilton also do not comply with US GAAP by

excluding required disclosures in ASC 275-10-50-16 and 18 in connection with the Sri Lanka Bonds.

d. **Other Issues That Appear Material to Understanding the Financial Status of Hamilton**

vi.   Hamilton is 100% owned by Fintech Holdings Ltd.  In this regard, it would be important to obtain the Fintech Holdings Ltd. Financial Statements to understand any potential involvement of the parent company in Hamilton's operations including but not limited to the purchase of the Sri Lanka Bonds and to determine the viability of the assurances disclosed on page 17 of the 2022 and 2023 Financial Statements.

- According to ASC 850-10-50-1, "Financial statements shall include disclosures of material related party transactions, other than compensation arrangements, expense allowances, and other similar items in the ordinary course of business." The  Financial Statements include a single sentence in the Notes of the Financials stating, "HRB is a wholly-owned subsidiary of Fintech Holdings Ltd (the "Parent"), a company incorporated in Nevis." There do not appear to be any other disclosures of related party transactions or discussions of the involvement of the parent company in Hamilton's operations. In my experience, auditors would generally ask for and review the financial statements of a parent company to identify any potential related party transactions that need to be disclosed.  In addition, this is the type of

21

information that the auditor would likely request under AU-C 550-.04[26] to identify and determine if there are any related party transactions that need to be disclosed as well as to determine the viability of the assurances noted on page 17 of the 2022 and 2023 financial statements.

vii. Note 3 of the 2022 and 2023 Financial Statements includes a section that has been redacted with regard to the Sri Lanka Bonds litigation. A redaction does not comply with US GAAP and GAAS given that the disclosures are material to understanding the information within the financial statements

- The FASB's Conceptual Framework[27] states that "(t)he objective of general purpose financial reporting is to provide financial information about the reporting entity that is useful to existing and potential investors, lenders, and other creditors in making decisions about providing resources to the entity." Financial information that is not material does not need to be presented.[28] In contrast, financial information that is material needs to be presented. The redaction of information from a set of financial statements purportedly containing only information that is material is in direct contradiction with the general purpose that is described above. Considering the magnitude of the investments in Sri Lanka Bonds and the potential impact that the

---

[26] *See AU-C 550.04*, "Because related parties are not independent of each other, financial reporting frameworks establish specific accounting and disclosure requirements for related party relationships, transactions, and balances to enable users of the financial statements to understand their nature and actual or potential effects on the financial statements. Therefore, the auditor has a responsibility to perform audit procedures to identify, assess, and respond to the risks of material misstatement arising from the entity's failure to appropriately account for or disclose related party relationships, transactions, or balances."

[27] *See* Conceptual Framework for Financial Reporting (September 2024) – Chapter 1: The Objective of General Purpose Financial Reporting

[28] *See ASC 105-10-05-6*, "The provisions of the Codification need not be applied to immaterial items."

22

resolution of the related litigation could have on Hamilton, it appears to me that this would be material relevant information to users of the Financial Statements.

- Generally redactions are not allowed in financial statements because, as discussed in   auditing standards AU-C 700.32(a) management has the responsibility for the "preparation and fair presentation of the financial statements in accordance with the applicable financial reporting framework, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error." Redacting financial statements is directly contrary to that responsibility. Furthermore, had the 2022 and 2023 Financials been audited, the auditor would have been responsible for identifying the completeness of the information and transaction detail provided as the  guidance in AU-C 580.11 states, "(t)he auditor should request management to provide written representations that a. it has provided the auditor with all relevant information and access, as agreed upon in the terms of the audit engagement, and b. all transactions have been recorded and are reflected in the financial statements." In my experience, I have not seen any redaction in any financial statements that have been audited.

23

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington DC on this 1st day of July 2025, by:

_____

Juan Migone

Case 1:22-cv-05199-DLC    Document 217-2    Filed 07/07/26    Page 57 of 77

# Exhibit I



# Juan Migone

**CPA**

Partner

T:  +1 202 609 8739
M: +1 240 639 2490
E: jmigone@stoneturn.com

**Washington, DC**
1100 17th Street NW
Suite 500
Washington, DC 20036

**Juan Migone, a Partner with StoneTurn, has over two decades of experience leading financial investigations in the public and private sector. Having served at the Securities and Exchange Commission (SEC) for nearly 20 years, Juan has deep expertise in complex accounting issues and is an expert in reporting and disclosure requirements.**

Juan works with clients across a broad range of sectors and industries facing federal securities investigations. He leads teams on complex financial, accounting, compliance, and investigative matters, including identifying, mitigating, and remediating risks across internal controls, potential fraud, whistleblower complaints, Foreign Corrupt Practices Act (FCPA) issues, bribery, and other enforcement and audit matters.

Juan has 25 years of experience serving as an auditor, accountant, regulator, and financial analyst. For the first 5 years of his career, Juan worked as an auditor for PriceWaterhouseCoopers, LLP. During that time, he worked in a variety of different industries and audited private and public companies, gaining experience in executing audits in accordance with Generally Accepted Auditing Standards (GAAS). For the next 18 years and 10 months, Juan worked at the SEC in various roles within the Division of Corporation Finance (CorpFin Division) and the Division of Enforcement (Enforcement Division).

Prior to joining StoneTurn, Juan was one of the Assistant Chief Accountants in the Office of the Chief Accountant within the SEC's Enforcement Division. As one of the Assistant Chief Accountants, Juan managed investigations related to Revenue Recognition Accounting, including Channel Stuffing and Pull Forward matters; Non-Generally

## Education

B.S., B..A. in Accounting, Robert Morris University,
*Magna Cum Laude, International Honors*

## Practice Areas

Litigation Advisory

Securities and Finance

Investigations

Financial Fraud

Regulatory Inquiries

Whistleblower Allegations

Compliance & Monitoring

Risks & Controls

Monitorships

## Languages

Spanish

StoneTurn.com



## Juan Migone, CPA                                                      Partner

Accepted Accounting Principles (GAAP) and KPI matters; Related Parties; Environmental, Social and Governance (ESG) issues; Internal Control Over Financial Reporting (ICFR) compliance; Executive Compensation; COVID disclosures; Goodwill and Long Lived Asset Impairments; Deferred Taxes; Money Laundering; Earnings Management; and other forensic accounting matters. He was also responsible for conducting several whistleblower investigations during this time in the Enforcement Division.

Over his nearly 20 years at the SEC, Juan served in a variety of roles, including as a Senior Accountant in the CorpFin Division and, later, the Enforcement Division Financial Reporting and Audit Group (FRAud Group). In his role as a Senior Accountant within the Division of Corporation Finance, Juan oversaw the issuance of SEC Comment Letters and helped manage the Sarbanes Oxley (SOX) program. During this time, he also managed consultations with the Office of the Chief Accountant regarding complex accounting matters. In conjunction with his duties in the Division of Corporation Finance and, throughout his time in the Enforcement Division, Juan assisted with investigations requiring a Spanish speaker. These investigations involved organizations located in Spanish speaking jurisdictions, Foreign Private Issuers, and U.S. registrants with significant operations in Spanish-speaking jurisdictions around the globe.

During his tenure in the SEC's Enforcement Division, one of Juan's many responsibilities was to liaise with the Public Company Accounting Oversight Board (PCAOB)'s Enforcement Division on auditor matters, including coordination of investigations. In addition, he conducted investigations into failures in the application of GAAS, including investigations resulting in recommendation of charges to the Commission related to failures in the application of GAAS by both audit firms and audit partners. Additional responsibilities included managing and evaluating undertakings set forth by the Commission related to: (i) quality controls and audit-and-quality-related guidance and policies; (ii) validation plans to test compliance with Commission regulations and PCAOB standards and rules; and (iii) increased auditor training.

During his tenure in the FRAud Group, Juan worked on the creation of predictive data analytics tools and company sweeps for accounting issues using data analytics tools. In addition, Juan was responsible for sourcing enforcement matters for the Division and consulted on complex accounting matters for investigative teams. In conjunction with the aforementioned duties within the FRAud Group, he served as a liaison with the Office of the Whistleblower as well as the PCAOB's Office of Inspections.

Juan began his career as an accountant in the Big Four. He is a Certified Public Accountant (CPA) in the Commonwealth of Pennsylvania.



**Juan Migone, CPA**                                              **Partner**

---

## PROFESSIONAL AFFILIATIONS

- Certified Public Accountant (CPA), Commonwealth of Pennsylvania

## PREVIOUS EXPERIENCE

- Securities Exchange Commission (SEC) (2004-2023)
    - Division of Enforcement: Assistant Chief Accountant (2020-2023)
    - Division of Enforcement, Financial Reporting and Audit Group: Senior Accountant (2017-2023)
    - Division of Corporation Finance: Senior Accounting Examiner (2009-2016)
    - Division of Corporation Finance: SK-13 Accounting Examiner (2005-2009)
    - Division of Corporation Finance: SK-12 Staff Accountant (2004-2005)
- PricewaterhouseCoopers (PwC), Senior Accountant (2000-2004)

## PUBLICATIONS AND PRESENTATIONS

- "Best practices for detecting and managing fraud," Security Magazine, October 5, 2023.
- "Financial Information Analysis: How is financial information used in business strategy?" PLI, November 16-17, 2023.
- "Greenhouse Gas Reductions: Finding Your Way Forward," JDSupra, November 21, 2023.
- "ESG Disclosures and Exposures: How Regulations are Getting Real," Securities Docket ESG Webinar, December 13, 2023.
- "Unpacking the SEC's Climate Disclosure Rules," EBC Webinar, March 19, 2024
- "Current Developments in SEC Enforcement," PLI Midyear SEC Reporting & FASB Forum, June 6, 2024.
- "The Day After: The Impact of the Election on SEC Enforcement," Securities Docket SEC Forum, November 6, 2024.
- "What is it Worth? Valuations," PLI Pocket MBA, November 14, 2024.
- "Minding you Ks and Q's: The Latest Issues and Developments in Financial Reporting Fraud," Securities Docket, May 15, 2025.

## EXPERT TESTIMONY

- United States District Court, District of Delaware
  Case No. 1-21-cv-00374-CFC
  Expert Witness
  Deposition, 2024
- Circuit Court of The Eleventh Judicial Circuit in and for Miami-Dade County, Florida
  Case No: 2023-016009-CA-01
  Expert Witness
  Deposition, 2025



# Exhibit II

**Hamilton Reserve Bank LTD v. The Democratic Socialist Republic of Sri Lanka (Case No. 1:22-cv-5199-DLC)**
*Exhibit II: Materials Considered in Forming Opinions*

**Legal Filings**
Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka, 22-cv-5199 (DLC) (S.D. N.Y. Apr 23, 2024)
Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka, 22-cv-5199 (DLC) INTERVENORS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO INTERVENE (February 29, 2024)

**Documents Produced**
HRB_001-HRB_001
HRB_064-HRB_085
HRB_144-HRB_165
HRB_166-HRB_183
Email from Evan Kubota to Jack Alexander dated May 22, 2025

**Standards**
*U.S. Generally Accepted Accounting Principles (GAAP) - FASB Accounting Standards Codification*
Conceptual Framework for Financial Reporting (September 2024) – Chapter 1: The Objective of General Purpose Financial Reporting
ASC Master Glossary
ASC 105-10-05-6
ASC 205-10-45-1A
ASC 205-10-45-3
ASC 235-10-50-1
ASC 275
ASC 275-10-50-1
ASC 275-10-50-16
ASC 275-10-50-18
ASC 310-10-05-4
ASC 310-10-15-5
ASC 320
ASC 320-10-20
ASC 320-10-35-1
ASC 320-10-50-9
ASC 321-10-50-4
ASC 326
ASC 350-30-50-1
ASC 450-30-20
ASC 450-30-25-1
ASC 450-30-50
ASC 810-10-20
ASC 850-10-50-1

DECLARATION OF JUAN MIGONE

**Hamilton Reserve Bank LTD v. The Democratic Socialist Republic of Sri Lanka**
**(Case No. 1:22-cv-5199-DLC)**
*Exhibit 2: Materials Considered in Forming Opinions*

*U.S. Generally Accepted Accounting Principles (GAAP) - FASB Accounting Standards*
*Codification (continued)*
ASC 855-10-25

*Generally Accepted Auditing Standards (GAAS)*
AU-C 200
AU-C 200.A57
AU-C 550.04
AU-C 580.11
AU-C 700
AU-C 700.09
AU-C 700.18
AU-C 700.32(a)
AU-C 705.08
AU-C 705.09
AU-C 705.10

*AICPA Professional Standards*
AICPA professional Standards as of June 1, 2021, Volume 1: U.S. Auditing standards-AICPA
(Clarified), U.S. Attestation Standards – AICPA (Clarified).

**Audit Firm Guidance**
**PwC Understanding a Financial Statement Audit**
**PwC Viewpoint Chapter 23: Commitments, contingencies, and guarantees:**

**HIGHLY CONFIDENTIAL**

**APPENDIX B**

**CURRICULUM VITAE OF JUAN MIGONE**



jmigone@resecon.com  ✉

202.609.8739  ☎

Washington, D.C.  ⌖

www.resecon.com  ⊕



# JUAN MIGONE

## Partner

## Professional Summary

Juan Migone is a Washington D.C. based Partner in the Financial Advisory Services Practice of Resolution Economics LLC. Having served at the Securities and Exchange Commission (SEC) for nearly 20 years, Juan has deep expertise in complex accounting issues and is an expert in reporting and disclosure requirements.

Juan works with clients across a broad range of sectors and industries facing federal securities investigations. He leads teams on complex financial, accounting, compliance, and investigative matters, including identifying, mitigating, and remediating risks across internal controls, potential fraud, whistleblower complaints, Foreign Corrupt Practices Act (FCPA) issues, bribery, and other enforcement and audit matters.

Juan has 25 years of experience serving as an auditor, accountant, regulator, and forensic investigator. He began his career at PricewaterhouseCoopers LLP, auditing private and public companies in accordance with Generally Accepted Auditing Standards (GAAS), and then spent nearly 20 years at the SEC in the Division of Corporation Finance and the Division of Enforcement.

Following his tenure at the SEC and prior to joining Resolution Economics, Juan worked at a global consulting firm advising on internal investigations, audit malpractice matters, purchase price disputes, and matters involving both the SEC and the U.S. Department of Justice. Prior to joining Resolution Economics, Juan was one of the Assistant Chief Accountants in the Office of the Chief Accountant within the SEC's Enforcement Division, managing investigations related to audit failures, revenue recognition, Non-GAAP and KPI matters, related parties, ESG, ICFR compliance, executive compensation, COVID disclosures, goodwill and long-lived asset impairments, deferred taxes, money laundering, earnings management, and whistleblower matters.

## Professional Summary (cont.)

During his tenure in the Division of Enforcement, Juan also served in the Reporting and Audit Group ("FRAud Group"), where he worked on the creation of predictive data analytics tools and accounting sweeps to assist in the sourcing of enforcement matters. He also served as a liaison with the Office of the Whistleblower and the Public Company Accounting Oversight Board (PCAOB) Office of Inspections.

Prior to joining enforcement, Juan served as a Senior Accountant in the Division of Corporation Finance, supporting the issuance of SEC letters and the Sarbanes-Oxley Act (SOX) program. During this time, he consulted on complex accounting matters with the SEC's Office of the Chief Accountant (SEC-OCA) as well as disclosure matters with the Division of Corporation Finance's Office of the Chief Accountant (CF-OCA), including, but not limited to, revenue recognition, contingencies, segments, non-GAAP, leasing, consolidations (including VIEs), related parties, and MD&A disclosure. He also developed strong expertise in several industry areas, including, but not limited to, transportation, manufacturing, automobiles, airlines, shipping, mining, farming, software development, as well as movie and music production and distribution.

Juan worked on the creation of predictive data analytics tools and company sweeps for accounting issues, sourced enforcement matters, and served as a liaison with the Office of the Whistleblower and the PCAOB's Office of Inspections.

Juan began his career as an accountant in the Big Four and is a Certified Public Accountant (CPA) in the Commonwealth of Pennsylvania.

## Education

- B.S., B.A., Accounting, Robert Morris University, Magna Cum Laude, International Honors

- Certified Public Accountant (CPA), Commonwealth of Pennsylvania

## Professional History

**Assistant Chief Accountant**                                                    **2020 – 2023**
*Securities Exchange Commission*
*Division of Enforcement*

**Senior Accountant**                                                             **2017 – 2020**
*Securities Exchange Commission*
*Division of Enforcement*

**Senior Accounting Examiner**                                                    **2009  – 2017**
*Securities Exchange Commission*
*Division of Corporation Finance*

**SK-13 Accounting Examiner**                                                     **2005 – 2009**
*Securities Exchange Commission*
*Division of Corporation Finance*

**SK-12 Staff Accountant**                                                        **2004 – 2005**
*Securities Exchange Commission*
*Division of Corporation Finance*

**Senior Accountant**                                                             **2000 –  2004**
*PricewaterhouseCoopers (PwC)*

## Selected Presentations and Publications

- "Best practices for detecting and managing fraud," Security Magazine, October 5, 2023.

- Financial Information Analysis: How is financial information used in business strategy?" PLI, November 16-17, 2023.

- "Greenhouse Gas Reductions: Finding Your Way Forward," JDSupra, November 21, 2023.

- "ESG Disclosures and Exposures: How Regulations are Getting Real," Securities Docket ESG Webinar, December 13, 2023.

- "Unpacking the SEC's Climate Disclosure Rules," EBC Webinar, March 19, 2024

- "Current Developments in SEC Enforcement," PLI Midyear SEC Reporting & FASB Forum, June 6, 2024.

- "What is it Worth? Valuations," PLI Pocket MBA, November 14, 2024.

- "The Day After: The Impact of the Election on SEC Enforcement," Securities Docket SEC Forum, November 6, 2024.

## Selected Presentations and Publications (cont.)

- "Minding Your Ks and Qs" The Latest Issues and Developments in Financial Reporting Fraud" Securities Docket SEC Enforcement Forum- May 15[th] 2025

- "Liquidity Unlocked: Capital Markets and Royalty Monetizations" Hogan Lovells 3rd Annual Fireside Chat at JPM Conference, January 13, 2026

- "The 'New Day' at the SEC after One Year"- Securities Docket SEC Enforcement Forum, February 5, 2026

## Expert Witness Experience

United States District Court, District of Delaware
Case No. 1-21-cv-00374-CFC
Expert Witness
Deposition, 2024

Bank ofAmerica, N.A. vs. BDO USA, LLP
Florida Miami-Dade County Court
Docket Case#: 2023-016009-CA-01
Expert Witness Deposition- January 2025

**HIGHLY CONFIDENTIAL**

**APPENDIX C**

**TESTIMONY EXPERIENCE OF JUAN MIGONE**

AmTrust Financial Services, Inc. v. Liberty Insurance Underwriters Inc., et. al.
United States District Court, District of Delaware
Case No. 1-21-cv-00374-CFC
Expert Witness Deposition, 2024

Bank of America, N.A. vs. BDO USA, LLP
Florida Miami-Dade County Court
Docket Case#: 2023-016009-CA-01
Expert Witness Deposition- January 2025

HIGHLY CONFIDENTIAL

# APPENDIX D

## DOCUMENTS CONSIDERED

## DEPOSITION & EXHIBITS

1. Transcript, Deposition of Antonio Kenyatta - 04-16-2026_Condensed.pdf ("Deposition of Antonio Kenyatta")
2. Def.'s Exhibit 1 - Notice of 30(b)(6) Deposition of Plaintiff
3. Def.'s Exhibit 2 - HRB-VOL2-000137 – HRB-VOL2-000168
4. Def.'s Exhibit 3 - HRB-VOL7-003387 – HRB-VOL7-003401
5. Def.'s Exhibit 4 - Screenshot of HRB website
6. Def.'s Exhibit 5 - HRB-VOL5-000202-REPROD – HRB-VOL5-000206-REPROD
7. Def.'s Exhibit 6 - ECF 59-9
8. Def.'s Exhibit 7 - ECF 59-10
9. Def.'s Exhibit 8 - HRB-VOL2-000174 – HRB-VOL2-000177
10. Def.'s Exhibit 9 - HRB-VOL9-000013 – HRB-VOL9-000016
11. Def.'s Exhibit 10 - HRB-VOL2-000285 – HRB-VOL2-000323
12. Def.'s Exhibit 11 - HRB-VOL2-000105
13. Def.'s Exhibit 12 - 2025.07.30 - Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories
14. Def.'s Exhibit 13 - HRB's Amended Objections and Responses to Interrogatory Nos. 5, 14 & 15
15. Def.'s Exhibit 14 - HRB-VOL7-000674
16. Def.'s Exhibit 14 - HRB-VOL7-000672 – HRB-VOL7-000674
17. Def.'s Exhibit 15 - HRB-VOL7-000675 – HRB-VOL7-000677
18. Def.'s Exhibit 15 - HRB-VOL7-000677
19. Def.'s Exhibit 16 - HRB-VOL7-000015 – HRB-VOL7-000019
20. Def.'s Exhibit 17 - HRB-VOL7-000685 – HRB-VOL7-000687
21. Def.'s Exhibit 17 - HRB-VOL7-000687
22. Def.'s Exhibit 18 - HRB-VOL7-002928 – HRB-VOL7-002929
23. Def.'s Exhibit 19 - HRB-VOL7-000771 – HRB-VOL7-000776
24. Def.'s Exhibit 20 - HRB-VOL7-001367 – HRB-VOL7-001371
25. Def.'s Exhibit 21 - HRB-VOL7-001377 – HRB-VOL7-001379
26. Def.'s Exhibit 22 - HRB-VOL7-000090 – HRB-VOL7-000194
27. Def.'s Exhibit 23 - HRB-VOL4-001151 – HRB-VOL4-001159
28. Def.'s Exhibit 24 - HRB-VOL7-002825 – HRB-VOL7-002829
29. Def.'s Exhibit 25 - HRB-VOL7-000236 – HRB-VOL7-000253
30. Def.'s Exhibit 26 - HRB-VOL7-000975 – HRB-VOL7-000978
31. Def.'s Exhibit 27 - HRB_203 – HRB_205
32. Def.'s Exhibit 28 - HRB-VOL4-000992 – HRB-VOL4-000995
33. Def.'s Exhibit 29 - Financial Times article
34. Def.'s Exhibit 30 - HRB_184 – HRB_193
35. Def.'s Exhibit 31 - HRB-VOL7-002612 – HRB-VOL7-002711
36. Def.'s Exhibit 32 - HRB-VOL4-000979 – HRB-VOL4-000989
37. Def.'s Exhibit 33 - HRB-VOL4-000390 – HRB-VOL4-000409
38. Def.'s Exhibit 34 - HRB-VOL7-002966 – HRB-VOL7-002970

**HIGHLY CONFIDENTIAL**

39. Def.'s Exhibit 35 - HRB-VOL10-000001 – HRB-VOL10-000035
40. Def.'s Exhibit 36 - HRB-VOL10-000036 – HRB-VOL10-000045
41. Def.'s Exhibit 37 - HRB-VOL7-003087 – HRB-VOL7-003088
42. Def.'s Exhibit 38 - HRB-VOL3-000136 – HRB-VOL3-000150
43. Def.'s Exhibit 39 - HRB-VOL7-001673 – HRB-VOL7-001676
44. Def.'s Exhibit 40 - HRB-VOL4-000933
45. Def.'s Exhibit 41 - HRB-VOL4-000278 – HRB-VOL4-000279
46. Def.'s Exhibit 42 - HRB_144 – HRB_165 ("2021 Financial Statements")
47. Def.'s Exhibit 43 - HRB-VOL2-000433 – HRB-VOL2-000447 ("2022 and 2023 Financial Statements")
48. Def.'s Exhibit 44 - HRB-VOL2-000448 – HRB-VOL2-000461 ("2023 and 2024 Financial Statements")
49. Def.'s Exhibit 45 - HRB-VOL6-000002
50. Pl.'s Exhibit 1 - HRB-VOL7-001258 – HRB-VOL7-001260
51. Pl.'s Exhibit 1 - HRB-VOL7-001260
52. Pl.'s Exhibit 2 - ECF 93-1
53. Pl.'s Exhibit 3 - ECF 140-4
54. Pl.'s Exhibit 4 - HRB_024 – HRB_027

**HRB-VOL3 PRODUCTION DOCUMENTS**

55. HRB-VOL3-000103 – HRB-VOL3-000106
56. HRB-VOL3-000107 – HRB-VOL3-000122
57. HRB-VOL3-000123 – HRB-VOL3-000130
58. HRB-VOL3-000266 – HRB-VOL3-000269
59. HRB-VOL3-000270 – HRB-VOL3-000272
60. HRB-VOL3-000273 – HRB-VOL3-000274
61. HRB-VOL3-000281
62. HRB-VOL3-000282
63. HRB-VOL3-000286
64. HRB-VOL3-000287
65. HRB-VOL3-000288
66. HRB-VOL3-000289
67. HRB-VOL3-000293 – HRB-VOL3-000296
68. HRB-VOL3-000297 – HRB-VOL3-000299
69. HRB-VOL3-000300 – HRB-VOL3-000301
70. HRB-VOL3-000302
71. HRB-VOL3-000303 – HRB-VOL3-000307
72. HRB-VOL3-000308 – HRB-VOL3-000314
73. HRB-VOL3-000315 – HRB-VOL3-000320
74. HRB-VOL3-000321 – HRB-VOL3-000325
75. HRB-VOL3-000326 – HRB-VOL3-000329
76. HRB-VOL3-000330 – HRB-VOL3-000332
77. HRB-VOL3-000333 – HRB-VOL3-000334
78. HRB-VOL3-000335
79. HRB-VOL3-000336 – HRB-VOL3-000338
80. HRB-VOL3-000339 – HRB-VOL3-000341

**HIGHLY CONFIDENTIAL**

81. HRB-VOL3-000342 – HRB-VOL3-000344
82. HRB-VOL3-000345.pdf
83. HRB-VOL3-000347 – HRB-VOL3-000349
84. HRB-VOL3-000350 – HRB-VOL3-000352
85. HRB-VOL3-000353_Re Meeting memo with audit firm BPB in Miami Nov 17th.pdf
86. HRB-VOL3-000356 – HRB-VOL3-000362
87. HRB-VOL3-000363 – HRB-VOL3-000369
88. HRB-VOL3-000370 – HRB-VOL3-000371
89. HRB-VOL3-000372
90. HRB-VOL3-000373_RE HRB Financial Statements Draft & Next Steps.pdf
91. HRB-VOL3-000380.pdf
92. HRB-VOL3-000386 – HRB-VOL3-000390
93. HRB-VOL3-000391 – HRB-VOL3-000395
94. HRB-VOL3-000404_RE HRB Financial Statements Draft & Next Steps.pdf
95. HRB-VOL3-000408 – HRB-VOL3-000420
96. HRB-VOL3-000421 – HRB-VOL3-000492
97. HRB-VOL3-000493 – HRB-VOL3-000512
98. HRB-VOL3-000513 – HRB-VOL3-000520
99. HRB-VOL3-000521 – HRB-VOL3-000533
100. HRB-VOL3-000571 – HRB-VOL3-000576
101. HRB-VOL3-000577 – HRB-VOL3-000581
102. HRB-VOL3-000582 – HRB-VOL3-000586
103. HRB-VOL3-000587 – HRB-VOL3-000599
104. HRB-VOL3-000600 – HRB-VOL3-000603
105. HRB-VOL3-000604 – HRB-VOL3-000606
106. HRB-VOL3-000607 – HRB-VOL3-000617
107. HRB-VOL3-000618 – HRB-VOL3-000622
108. HRB-VOL3-000623 – HRB-VOL3-000624

**HRB-VOL4 PRODUCTION DOCUMENTS**

109. HRB-VOL4-000043 – HRB-VOL4-000044
110. HRB-VOL4-000045
111. HRB-VOL4-000052 – HRB-VOL4-000065
112. HRB-VOL4-000066 – HRB-VOL4-000067
113. HRB-VOL4-000267 – HRB-VOL4-000272
114. HRB-VOL4-000273 – HRB-VOL4-000277
115. HRB-VOL4-000278 – HRB-VOL4-000279
116. HRB-VOL4-000410
117. HRB-VOL4-000435 – HRB-VOL4-000437
118. HRB-VOL4-000438 – HRB-VOL4-000440
119. HRB-VOL4-000441 – HRB-VOL4-000442
120. HRB-VOL4-000624
121. HRB-VOL4-000734 – HRB-VOL4-000736
122. HRB-VOL4-000737 – HRB-VOL4-000738
123. HRB-VOL4-000739
124. HRB-VOL4-000861

**HIGHLY CONFIDENTIAL**

125. HRB-VOL4-000862_Re HRB.pdf
126. HRB-VOL4-000870_re Final Draft FS.pdf
127. HRB-VOL4-000892_re 2nd Draft of FS 2021.pdf
128. HRB-VOL4-000893 – HRB-VOL4-000932
129. HRB-VOL4-000934 – HRB-VOL4-000936
130. HRB-VOL4-000937 – HRB-VOL4-000940
131. HRB-VOL4-000941 – HRB-VOL4-000942
132. HRB-VOL4-000943
133. HRB-VOL4-000944 – HRB-VOL4-000945
134. HRB-VOL4-000946 – HRB-VOL4-000949
135. HRB-VOL4-000950 – HRB-VOL4-000954
136. HRB-VOL4-000955 – HRB-VOL4-000962
137. HRB-VOL4-000963 – HRB-VOL4-000964
138. HRB-VOL4-000965 – HRB-VOL4-000966
139. HRB-VOL4-000967
140. HRB-VOL4-000968 – HRB-VOL4-000978
141. HRB-VOL4-001074_Re Audit Queries - HRBL 2021.pdf
142. HRB-VOL4-001076_Audit Queries - HRBL 2021_05072022.docx
143. HRB-VOL4-001079
144. HRB-VOL4-001080.pdf ("Email from Tanya Octave to Antonio Kenyatta")
145. HRB-VOL4-001081.pdf ("Hamilton Reserve Bank Ltd Year ended December 31, 2021 Audit Queries")
146. HRB-VOL4-001083
147. HRB-VOL4-001084
148. HRB-VOL4-001085 – HRB-VOL4-001086
149. HRB-VOL4-001087
150. HRB-VOL4-001135 – HRB-VOL4-001136
151. HRB-VOL4-001137 – HRB-VOL4-001138
152. HRB-VOL4-001139
153. HRB-VOL4-001148
154. HRB-VOL4-001149 – HRB-VOL4-001150
155. HRB-VOL4-001211 – HRB-VOL4-001215
156. HRB-VOL4-001216 – HRB-VOL4-001219
157. HRB-VOL4-001227
158. HRB-VOL4-001228
159. HRB-VOL4-001229 – HRB-VOL4-001239
160. HRB-VOL4-001240
161. HRB-VOL4-001356 – HRB-VOL4-001358
162. HRB-VOL4-001359 – HRB-VOL4-001360
163. HRB-VOL4-001361 – HRB-VOL4-001367

**HRB-VOL5 PRODUCTION DOCUMENTS**

164. HRB-VOL5-000061 – HRB-VOL5-000062
165. HRB-VOL5-000061-REPROD – HRB-VOL5-000062-REPROD
166. HRB-VOL5-000127 – HRB-VOL5-000135
167. HRB-VOL5-000127-REPROD – HRB-VOL5-000135-REPROD

**HIGHLY CONFIDENTIAL**

168.   HRB-VOL5-000136 – HRB-VOL5-000201
169.   HRB-VOL5-000136-REPROD – HRB-VOL5-000201-REPROD
170.   HRB-VOL5-000202 – HRB-VOL5-000206
171.   HRB-VOL5-000202-REPROD – HRB-VOL5-000206-REPROD
172.   HRB-VOL5-000207 – HRB-VOL5-000434
173.   HRB-VOL5-000207-REPROD – HRB-VOL5-000434-REPROD
174.   HRB-VOL5-000435 – HRB-VOL5-000581
175.   HRB-VOL5-000435-REPROD – HRB-VOL5-000581-REPROD
176.   HRB-VOL5-000582 – HRB-VOL5-000583
177.   HRB-VOL5-000582-REPROD – HRB-VOL5-000583-REPROD
178.   HRB-VOL5-000584 – HRB-VOL5-000592
179.   HRB-VOL5-000584-REPROD – HRB-VOL5-000592-REPROD
180.   HRB-VOL5-000593 – HRB-VOL5-000594
181.   HRB-VOL5-000593-REPROD – HRB-VOL5-000594-REPROD

**HRB-VOL6 PRODUCTION DOCUMENTS**

182.   HRB-VOL6-000001 (noted with HRB-VOL6-000002.XLSX HRB-VOL6-000001)
183.   HRB-VOL6-000002.XLSX
184.   HRB-VOL6-000002
185.   HRB-VOL6-000003 – HRB-VOL6-000004
186.   HRB-VOL6-000005
187.   HRB-VOL6-000006 – HRB-VOL6-000007
188.   HRB-VOL6-000008
189.   HRB-VOL6-000009
190.   HRB-VOL6-000010
191.   HRB-VOL6-000011
192.   HRB-VOL6-000012
193.   HRB-VOL6-000013
194.   HRB-VOL6-000014
195.   HRB-VOL6-000015
196.   HRB-VOL6-000016
197.   HRB-VOL6-000017
198.   HRB-VOL6-000018
199.   HRB-VOL6-000019
200.   HRB-VOL6-000020
201.   HRB-VOL6-000021
202.   HRB-VOL6-000022
203.   HRB-VOL6-000023
204.   HRB-VOL6-000024
205.   HRB-VOL6-000025
206.   HRB-VOL6-000026
207.   HRB-VOL6-000027
208.   HRB-VOL6-000028

HIGHLY CONFIDENTIAL

**HRB-VOL7**

209. HRB-VOL7-001255 – HRB-VOL7-001256
210. HRB-VOL7-001257
211. HRB-VOL7-002574 – HRB-VOL7-002576
212. HRB-VOL7-002577 – HRB-VOL7-002583
213. HRB-VOL7-002584
214. HRB-VOL7-002585
215. HRB-VOL7-002586
216. HRB-VOL7-002587
217. HRB-VOL7-002588
218. HRB-VOL7-002718 – HRB-VOL7-002719
219. HRB-VOL7-002720
220. HRB-VOL7-002721

**HRB-VOL8**

221. HRB-VOL8-000001 – HRB-VOL8-000009
222. HRB-VOL8-000010 – HRB-VOL8-000017
223. HRB-VOL8-000018
224. HRB-VOL8-000019 – HRB-VOL8-000026
225. HRB-VOL8-000027
226. HRB-VOL8-000028 – HRB-VOL8-000034
227. HRB-VOL8-000236 – HRB-VOL8-000240
228. HRB-VOL8-000241
229. HRB-VOL8-000242
230. HRB-VOL8-000243 – HRB-VOL8-000253
231. HRB-VOL8-000254 – HRB-VOL8-000257
232. HRB-VOL8-000258
233. HRB-VOL8-000259 – HRB-VOL8-000286
234. HRB-VOL8-000287 – HRB-VOL8-000291
235. HRB-VOL8-000292 – HRB-VOL8-000299
236. HRB-VOL8-000300
237. HRB-VOL8-000301 – HRB-VOL8-000307
238. HRB-VOL8-000308 – HRB-VOL8-000309
239. HRB-VOL8-000310
240. HRB-VOL8-000311
241. HRB-VOL8-000312 – HRB-VOL8-000314
242. HRB-VOL8-000315
243. HRB-VOL8-000316 – HRB-VOL8-000343
244. HRB-VOL8-000379 – HRB-VOL8-000402
245. HRB-VOL8-000403 – HRB-VOL8-000411
246. HRB-VOL8-000412 – HRB-VOL8-000639
247. HRB-VOL8-000640
248. HRB-VOL8-000641 – HRB-VOL8-000652
249. HRB-VOL8-000653 – HRB-VOL8-000654
250. HRB-VOL8-000655 – HRB-VOL8-000656
251. HRB-VOL8-000657 – HRB-VOL8-000660

**HIGHLY CONFIDENTIAL**

252. HRB-VOL8-000661 – HRB-VOL8-000807
253. HRB-VOL8-000808 – HRB-VOL8-000811
254. HRB-VOL8-000812
255. HRB-VOL8-000813
256. HRB-VOL8-000814
257. HRB-VOL8-000815 – HRB-VOL8-000837
258. HRB-VOL8-000838
259. HRB-VOL8-000839 – HRB-VOL8-000843
260. HRB-VOL8-000844 – HRB-VOL8-000864
261. HRB-VOL8-000865 – HRB-VOL8-000869
262. HRB-VOL8-000870 – HRB-VOL8-000889
263. HRB-VOL8-000890
264. HRB-VOL8-000891 – HRB-VOL8-000895
265. HRB-VOL8-000896 – HRB-VOL8-000914
266. HRB-VOL8-000915 – HRB-VOL8-000919
267. HRB-VOL8-000920 – HRB-VOL8-000925
268. HRB-VOL8-000926 – HRB-VOL8-000934
269. HRB-VOL8-000935 – HRB-VOL8-000937
270. HRB-VOL8-000938 – HRB-VOL8-000959
271. HRB-VOL8-000960 – HRB-VOL8-000979
272. HRB-VOL8-000980 – HRB-VOL8-000982
273. HRB-VOL8-000983 – HRB-VOL8-000984
274. HRB-VOL8-000985
275. HRB-VOL8-000986
276. HRB-VOL8-000987 – HRB-VOL8-000988
277. HRB-VOL8-000989 – HRB-VOL8-000993
278. HRB-VOL8-000994 – HRB-VOL8-000999
279. HRB-VOL8-001000 – HRB-VOL8-001004
280. HRB-VOL8-001005 – HRB-VOL8-001009

## PUBLICLY RELIED UPON DOCUMENTS

281. AICPA Professional Standards as of June 1, 2021, Volume 1: U.S. Auditing Standards — AICPA (Clarified) [AU-C].
282. Anthony M. Bracco, David Beckman, Margaret Kolb & Lisa Coughlin, The Practitioner's Corner – An Accounting Guide for Attorneys: Not all Financial Statements are Created Equal (Guide to Financial Statements in the Legal Industry), Anchin, Block & Anchin LLP (Apr. 5, 2024), https://www.anchin.com/articles/the-practitioners-corner-an-accountants-guide-for-attorneys-not-all-financial-statements-are-created-equal/
283. Ernst and Young Comprehensive Guide for Credit impairments Financial Accounting Standards Board, Accounting Standards Codification: https://www.ey.com/content/dam/ey-unified-site/ey-com/en-us/technical/accountinglink/documents/ey-frd04488-181us-09-25-2025.pdf
284. Financial Accounting Standards Board ("FASB") Accounting Standards Codification: https://asc.fasb.org/Login
285. PCAOB Auditing Standards: https://pcaobus.org/oversight/standards/auditing-standards

**HIGHLY CONFIDENTIAL**

286. PwC Understanding a Financial Statement Audit, https://www.pwc.com/im/en/services/Assurance/pwc-understanding-financial-statement-audit.pdf

287. PwC Viewpoint Chapter 3.4: Accounting for debt securities: https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/loans_and_investment/loans_and_investment_US/chapter_3_accounting__1_US/34_accounting_for_de_US.html#pwc-topic.dita_1609305310049078

288. PwC Viewpoint Chapter 23: Commitments, contingencies, and guarantees: https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/financial_statement_/financial_statement___18_US/chapter_23_commitmen_US.html.

289. Rebecca Muehl, CPA, *Auditor Opinion Reports: Types and What They Mean* (Demystifying Auditor Opinion Reports and Their Meanings), SVA Certified Public Accountants (May 30, 2023, updated Dec. 16, 2025), https://accountants.sva.com/biz-tips/auditor-opinion-reports-types-and-what-they-mean.

290. SEC – Office of Investor Education and Advocacy, "Auditors: What They Do and Why Investors Need Them," https://www.sec.gov/about/reports-publications/investorpubsaboutauditorshtm

291. The M&A Advisor, "19th Annual Turnaround Awards – Winner List" (PDF), 2025, https://maadvisor.com/DITA/2025-DITA/19th_Annual_Turnaround_Award_Winner_List.pdf.

292. The M&A Advisor, "Emerging Leaders Awards – Winners" (Future of Dealmaking Summit webpage), 2024, https://events.maadvisor.com/future-of-dealmaking-summit?lang=en#/ELwinners.

293. The Middle Market, "Mergers & Acquisitions Reveals the 2024 Middle-Market Deals of the Year," 2024, https://www.themiddlemarket.com/news-analysis/mergers-acquisitions-reveals-the-2024-middle-market-deals-of-the-year.