# Exhibit C

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 22 Civ. 5199 (DLC)

------------------------------------------x

HAMILTON RESERVE BANK LTD.,

Plaintiff,

- against -


THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI

LANKA,

Defendant.

------------------------------------------x

April 16, 2026

10:06 a.m.



VIDEOTAPED DEPOSITION of ANTONIO

KENYATTA, held at the offices of CLIFFORD

CHANCE US LLP, located at Two Manhattan

West, 375 Ninth Avenue, New York, New York

10001, before Anthony Giarro, a Registered

Professional Reporter, a Certified Realtime

Reporter and a Notary Public of the State

of New York.

Page 2

APPEARANCES:

WILLKIE FARR & GALLAGHER LLP
Attorneys for Plaintiff
787 7th Avenue
New York, New York 10019

BY: LEE WOLOSKY, ESQ.
JUSTIN GARBACZ, ESQ.
SOPHIE ZELONY, ESQ.

CLIFFORD CHANCE US LLP
Attorneys for Defendant
Two Manhattan West
375 Ninth Avenue
New York, New York 10001

BY: JOHN P. ALEXANDER, ESQ.
KAITLYN BEYER, ESQ.
BEN BERRINGER, ESQ.

ALSO PRESENT:
JAKE McAFEE, Videographer
ANDY SNELL, Clifford Chance
TOM FINI, ESQ., Catafago Fini

Page 3

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form of the question, shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

* * *

Page 4

THE VIDEOGRAPHER: Good morning. We are going on the record at 10:06 a.m. on April 16th, 2026. Please note the microphones are sensitive and may pick up whispering and private conversations. Please mute your mobile phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Antonio Kenyatta, taken by counsel for Defendant, in the matter of Hamilton Reserve Bank LTD. versus The Democratic Socialist Republic of Sri Lanka, filed in The United States District Court, Southern District of New York, Case Number 22 Civ. 5199 (DLC).

The location of the deposition is Clifford Chance US LLP, Two Manhattan West, 375 Ninth, New York, New York.

Page 5

My name is Jake McAfee. I'm the videographer. The court reporter is Anthony Giarro. And we represent the firm Veritext Legal Solutions.

I'm not related to any party in this action, nor am I financially interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.

Counsel will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MR. ALEXANDER: John Alexander from Clifford Chance representing the defendant, Democratic Socialist Republic of Sri Lanka. I'm joined by Ben Berringer and Kaitlyn Beyer from Clifford Chance. And also in attendance is Andy Snell, an accountant at Clifford Chance.

MR. WOLOSKY: Lee Wolosky,

2 (Pages 2 - 5)

Page 6

ANTONIO KENYATTA

Willkie Farr & Gallagher, counsel for the plaintiff, Hamilton Reserve Bank, joined by Justin Garbacz and Sophie Zelony from Willkie Farr.

Tom, why don't you go ahead.

MR. FINI: Tom Fini, of Catafago Fini LLP, representing the bank as co-counsel with Willkie Farr.

THE VIDEOGRAPHER: And will our court reporter swear in our witness.

A N T O N I O  K E N Y A T T A, after having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. ALEXANDER:

Q      Good morning, Mr. Kenyatta. As I said a moment ago, my name is John Alexander. I'm representing the defendant, Sri Lanka. I'll be asking you a number of questions today. And just to explain some of the ground rules because the court reporter is taking down the

Page 7

ANTONIO KENYATTA

questions and answers, it's important that you respond verbally to my questions. A nod or a shrug might be difficult for the court reporter to take down. If you don't understand a question, please let me know, and I will try to clarify. If you need a break at any point, please let me know, and we could take a break. I just ask if there's a pending question, you answer that first generally, unless there's some privileged discussion that needs to take place because of an objection. Do you understand that?

A      I understand that.

Q      What is your current position with Hamilton Reserve Bank?

A      I am the chief financial officer.

Q      If I refer to Hamilton Reserve Bank as HRB during the deposition today, will you understand that?

A      I will understand that.

Q      Generally speaking, what is

Page 8

ANTONIO KENYATTA

your job responsibilities as CFO of HRB?

A      As the CFO, I am responsible for all financial transactions related to Hamilton Reserve Bank and producing, ensuring the bank's financial statements are produced.

Q      And how long have you had that position?

A      Seven years.

Q      So when did you join HRB?

A      March of 2020.

Q      And when you joined HRB, did you start out as CFO?

A      I started out as CFO in March of 2020.

Q      How did you come to start working at HRB?

A      You mean -- I'm not sure I understand your question.

Q      Did you apply for a job at HRB?

A      Yes. Well, it was a referral. A friend told me that the bank was looking for a CFO and asked me to

Page 9

ANTONIO KENYATTA

submit my resume.

Q      Who referred you?

A      A friend of mine's. You want her name?

Q      Please.

A      Her name is Petal Modest.

Q      Did you interview with anyone at HRB in your job application?

A      Yes.

Q      Who did you interview with?

A      Vinay Ganga.

Q      And what position did Vinay Ganga have with HRB?

A      He was the founding member, he was the president, as well as he was a board member.

Q      Did you interview with anyone else for the job?

A      No.

Q      Where is HRB based?

A      HRB is based in the Federation of Saint Kitts and Nevis on the island of Nevis.

Q      What's the address on the

3 (Pages 6 - 9)

Page 10

ANTONIO KENYATTA

island of Nevis?

A   Hamilton Reserve Bank Plaza, Jessups Estate.

Q   Is that an office building?

A   Yes.

Q   Are other businesses at that office building or is it just HRB?

A   It's just HRB.

Q   Does HRB have more than one office?

A   Does HRB have more than one office? In Nevis?

Q   Anywhere.

A   It has other marketing offices outside of Nevis.

Q   Where are its marketing offices?

A   It has one in Malaysia, and it has one in Dubai.

Q   Where do you live?

A   I live in New York City.

Q   So do you work for HRB remotely?

A   I work for HRB remotely.

Page 11

ANTONIO KENYATTA

Q   How often do you go to Nevis?

A   Quarterly.

Q   And how long are you there when you go to Nevis?

A   At least 30 days.

Q   So you spend about four months of the year in Nevis; is that right?

A   Approximately.

Q   Can you please describe, generally speaking, your educational background?

A   Sure. I went to the University of California Berkeley.

Q   Did you obtain any degrees after that?

A   I did not.

Q   And when did you graduate?

A   1995.

Q   Do you have any professional certifications?

A   I do not.

Q   Are you an accountant?

Page 12

ANTONIO KENYATTA

A   I'm the CFO for Hamilton Reserve Bank.

Q   Are you a CPA?

A   I am not.

Q   Are you a lawyer?

A   I am not.

Q   Could you please describe your professional background prior to joining HRB?

A   Upon graduation and prior to my final year of college, I was a summer analyst for Goldman Sachs in investment banking. Upon graduation, I went to work for J.P. Morgan in investment banking. And I stayed with J.P. Morgan until 1999; 1998, '99. After that, after J.P. Morgan, this is sort of the dot.com era, formed the dot.com entity. That lasted two years. And after that, joined UBS.

Q   So when did you join UBS?

A   2001, 2001.

Q   What did you do at UBS?

A   I was a financial controller.

Page 13

ANTONIO KENYATTA

Q   And what did you do next?

A   After UBS, I went to work for a hedge fund administrator called GlobeOp.

Q   What responsibilities did you have there?

A   I was basically a financial controller, doing the financial reporting for hedge funds. They outsource their accounting to an administrator. And we did that accounting.

Q   And how long did you have that position?

A   Three and a half years.

Q   And what did you do next?

A   I joined a hedge fund.

Q   What hedge fund?

A   Highbridge Capital Management.

Q   And what did you do there?

A   I was the controller.

Q   How long were you there for?

A   About six years.

Q   So what year did you finish

4 (Pages 10 - 13)

ANTONIO KENYATTA

your employment there?

A    I don't recall the exact numbers.  Five years later.

Q    What was your next job after that?

A    I went to work for a private equity firm.

Q    What was the private equity firm?

A    Dome Equities.

Q    How long were you at Dome Equities?

A    Three years.

Q    What did you do there?

A    I was the controller.

Q    What was your job after Dome Equities?

A    I went to work in public accounting, consulting with E&Y.

Q    How long were you at E&Y?

A    Few years.

Q    What was your next job after that?

A    Hamilton Reserve Bank.

ANTONIO KENYATTA

Q    Have you ever had a broker license?

A    Yes.

Q    What business did you do as a licensed broker?

A    At J.P. Morgan, we were required to obtain a Series 7.

Q    Have you maintained that broker license?

A    I have not.

Q    Have you ever worked as a broker for a company called PFS?

A    Primerica, yes.  But it's insurance.

Q    What did you do for PFS?

A    We help families obtain insurance, as well as offer investment opportunities.

Q    And when did you do that work?

A    It's not a company you join.  It's like -- I guess kind of call it like a part-time.  I started that in 2018.

Q    Did you continue doing that

ANTONIO KENYATTA

part-time work after joining HRB?

A    No.

Q    Did you continue to be licensed to do that work after joining HRB?

A    I maintained my license up until last year.

(The above-referred-to document was marked as Exhibit 1 for identification, as of this date.)

Q    Mr. Kenyatta, you've been handed a document that's marked as Exhibit 1.  It's a Notice of Deposition of Plaintiff Hamilton Reserve Bank Limited.  Do you see that?

A    I see that.

Q    Have you ever seen this document before?

A    I have.

Q    Could you please go to page 7?  And this lists a number of subjects of examinations.  Do you see that?

A    I see subject of examinations.

ANTONIO KENYATTA

Q    And it goes on to the next page.  And there's a total of five topics with a number of subtopics.  Do you see that?

A    I see that.

Q    Are you prepared to testify about each of these subjects?

A    I am.

Q    In Topic 2, it refers to HRB's claim to ownership interest in the bonds with a Capital B.  Do you see that?

A    I see that.

Q    Do you understand that that refers to the 5.875 percent international sovereign bonds issued by Sri Lanka and due on July 25th, 2022?

A    I understand that.

Q    Today, I'll try to refer to them as the July 2022 bonds.  But if you're ever unclear about which bonds I'm talking about, please say so, and I'll clarify.

A    I understand.

Q    What did you do to prepare

5 (Pages 14 - 17)

Page 18

ANTONIO KENYATTA

for today's deposition?

A    I reviewed a lot of documents.

Q    Did you talk to anyone besides your lawyers?

A    No.

Q    How many times did you meet with your lawyers?

A    Twice.

Q    For how long, roughly?

A    About, you know, including lunch, some breaks, bathroom breaks, things of that nature; seven hours each time.

Q    Was anyone present at those meetings besides your lawyers?

A    No.

Q    You said you looked at a number of documents.

Are those documents that your lawyers asked you to look at or did you find them to look at on your own?

A    They were documents my lawyers shared with me.

Page 19

ANTONIO KENYATTA

Q    Have you spoken with anyone other than your lawyers about this deposition?

MR. WOLOSKY:  Objection, asked and answered.

A    I have not.

THE WITNESS:  Can I get a cup of water?

MR. ALEXANDER:  Oh, sure.

Are you okay to proceed or do you need a minute?

THE WITNESS:  Can I get some water first?

MR. ALEXANDER:  Let's take a break.  Let's go off the record.

THE VIDEOGRAPHER:  We're going to go off the record.  The time is 10:21 a.m.  And this concludes Media Unit No. 1.

(A short recess was taken.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 10:23 a.m.  And this is the start of Media Unit No. 2.

Page 20

ANTONIO KENYATTA

Q    Mr. Kenyatta, we were talking about the subjects of examination in this deposition notice.

Are there any subjects where you are prepared to testify about information that you learned only in connection with preparation for this deposition?

MR. WOLOSKY:  Objection, form.  You can answer.

A    I'm prepared to talk about everything with respect to the bank as required as a 30(b)(6) witness.

Q    In preparation, did you learn anything that you didn't already know that you're prepared to testify about today?

MR. WOLOSKY:  Objection.

A    I've been with the bank since inception, basically.  And pretty much everything we're going over here, I'm very familiar with.

(The above-referred-to document was marked as Exhibit 2 for

Page 21

ANTONIO KENYATTA

identification, as of this date.)

Q    Mr. Kenyatta, you've been handed a document that's marked as Exhibit 2.  It's a document bearing Bates numbers, which are these little letters and numbers you see at the bottom right of the pages, HRB-VOL-200137 going to 168.  The title of the document is Hamilton Reserve Bank Beneficial Ownership Details of Hamilton Reserve Bank, Formerly Nevis International Bank and Trust Limited.  Do you see that?

A    I see that.

Q    Have you seen this document before?

A    I have.

Q    What is it?

A    These are certificates of incorporation.  And there's a copy of the UBO's passport.  There's a copy of W-8BEN-E.

Q    Who prepared this document?

A    A number of formation documents for the bank.

6 (Pages 18 - 21)

Page 22

ANTONIO KENYATTA

Q    This seems to be a compilation of documents; is that fair?

A    That is correct.

Q    Who prepared this compilation?

A    This gentleman who just handed this to me.

Q    I understand.

Did anyone at HRB prepare this collection of documents with the cover page, Beneficial Ownership Details of Hamilton Reserve Bank?

A    I'm not sure what you're asking me.

Q    Well, this document on the front says is Beneficial Ownership Details of Hamilton Reserve Bank.  Do you see that?

A    Yes.

Q    And then on the second page, there's a chart that shows ultimate beneficial ownership flowchart.

A    Yes.

Q    And then the next page,

Page 23

ANTONIO KENYATTA

ending 139, is a certificate of incorporation of Nevis International Bank and Trust Limited.

A    Correct.

Q    Do you understand that those are different documents that are compiled here together?

A    Yes.  I understand that you're asking me, who compiled the documents together?

Q    Yes.

A    I don't know.

Q    On the page ending 138, so the first substantive page in this document, do you see on the left-hand side of the page, there's an ultimate beneficial ownership flowchart?

A    Yes.

Q    Is the information listed there accurate?

A    The information listed here is accurate.

Q    So HRB is 100 percent owned by Fintech Holdings Limited which

Page 24

ANTONIO KENYATTA

formerly was called Nevis Financial Holdings Group Limited; is that right?

A    Yes.

Q    And Fintech Holdings is 100 percent owned by Montpelier Group; right?

A    Correct.

Q    And Montpelier Group is 100 percent owned by Yingmao Wei?

A    Correct.

Q    Is this still the ultimate beneficial ownership structure of HRB?

A    It is.

Q    Would you please go to the page ending 148?  And do you see this is a certificate of incorporation for Nevis Financial Holdings Group?

A    I see that.

Q    That's the former name of Fintech Holdings; right?

A    No.  That's the former name of -- oh, yes.  That's correct.

Q    And it indicates that Fintech Holdings was incorporated on

Page 25

ANTONIO KENYATTA

October 24th, 2018; is that correct?

MR. WOLOSKY:  Objection.

A    That's what this document says.

Q    Do you know when Fintech Holdings was formed?

A    I have every reason to believe that the document is correct.

Q    Do you understand that HRB was incorporated a few days later in October 2018?

MR. WOLOSKY:  Objection.

A    It's my understanding that that's the case.

Q    Please go to the page ending 149.

This is a transfer of subscription right.  Do you see that?

A    Yeah.  Give me just one minute to read it.

Q    Sure.

A    Okay.

Q    Did Viyana Lewis transfer her interest in what was then Nevis

7 (Pages 22 - 25)

Page 26

ANTONIO KENYATTA

Financial Holdings Group to Montpelier group?

MR. WOLOSKY: Objection.

A   This is what the document says.

Q   Who is Viyana Lewis?

A   I'm not aware of who Viyana Lewis is.

Q   Was Ms. Lewis the ultimate beneficial owner of Nevis Financial Holdings Group?

MR. WOLOSKY: Objection, calls for speculation.

A   Yeah. You're asking me to speculate.

Q   But you don't know?

A   I do not. If you want me to speculate, I can say. But I don't know.

Q   Do you have a guess?

MR. WOLOSKY: Objection, calls for speculation.

A   I don't know.

Q   Do you know if Ms. Lewis received any consideration for the

Page 27

ANTONIO KENYATTA

transfer described here?

A   I don't know.

Q   Let's go to the page ending 153.

Do you see this is a certificate of incorporation for Montpelier Group Limited, dated October 24th, 2018?

A   Yes.

Q   Do you understand that this is when Montpelier group was incorporated?

A   According to this document, I understand that.

Q   Do you have any reason to believe that that's not the case?

A   I do not.

Q   Let's go to the next page ending 154. This is a transfer of subscription right, dated October 25th, 2018. Please take a moment and let me know when you're able to answer a question.

A   Yes. One second, please.

Page 28

ANTONIO KENYATTA

Okay.

Q   So it looks like Viyana Lewis transferred her interest in Montpelier Group to Yingmao Wei; is that right?

A   According this document, yes.

Q   Did she receive any considerations for that transfer?

A   I don't know.

Q   So Montpelier Group and Fintech Holdings in its current name were both founded on October 24th, 2018; right?

A   According to this document, yes.

Q   And then on October 25th, Ms. Lewis -- and you don't know who that is -- transferred her interest in Montpelier to Yingmao Wei; is that right?

A   Yes, according to this document.

Q   Was Yingmao Wei involved in the formation of Montpelier?

Page 29

ANTONIO KENYATTA

MR. WOLOSKY: Objection, calls for speculation.

A   I don't know.

Q   Was Yingmao Wei involved in the formation of what was then Nevis Financial holdings?

MR. WOLOSKY: Objection.

A   I don't know.

Q   Do you know why Yingmao Wei didn't just set up those companies directly?

A   I do not.

Q   Do you know why HRB was set up with this holding company structure involving Fintech Holdings and Montpelier Group?

A   I do not.

Q   Do you know why Montpelier or Fintech Holdings didn't just set up HRB directly?

MR. WOLOSKY: Objection.

A   I do not.

Q   What is the nature of Montpelier Group's business?

8 (Pages 26 - 29)

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 30

ANTONIO KENYATTA

A    Montpelier is an SPV.  It has no operations.  Only it has an asset, which is Fintech Holdings, which has an asset, which is Hamilton Reserve Bank.

Q    Has it ever conducted any business, other than as a holding company?

A    No.

Q    What is the nature of Fintech Holdings's business?

A    It is an SPV.

Q    So it's a holding company?

A    Correct.

Q    Has it ever conducted any business other than as a holding company?

A    No.

Page 31

ANTONIO KENYATTA

Page 32

ANTONIO KENYATTA

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

Page 34

[REDACTED]

Q    Do you know if Mr. Raiti acts for any other HRB affiliates?

A    I'm not aware of any.

Q    Do you know if Mr. Raiti holds any positions with any HRB affiliates?

A    Yes.

Q    What positions has he held?

A    He's held a position with an affiliate with Hamilton international Hamilton Reserve Bank.

Q    What position was that?

A    CEO.

Q    Did he hold any other positions with HIRB?

A    I'm not aware of any.

Q    When I say HIRB, I'm referring to Hamilton Reserve International Bank.  You understand?

A    I understand.

Page 35

ANTONIO KENYATTA

Q    Was Mr. Raiti a director of Hamilton International Reserve Bank?

A    My understanding he was the CEO of Hamilton International Reserve Bank.

Q    Is he still the CEO of HIRB?

A    That entity has been dissolved from my understanding.

Q    When was that entity dissolved?

A    I don't know exactly.

Q    Was he the CEO of that entity until it was dissolved?

A    That's my understanding.

Q    Would you please go to the page ending 391 of this document which is a Nevis International Bank and Trust Global Corporate Structure?  Do you see that?

A    Yes.

Q    And this is an attachment to your conversation with Mr. Raiti in the prior pages.  Do you understand that?

A    I understand that.

Page 36

ANTONIO KENYATTA

Q    And this chat that we have here is dated February 11th, 2021; right?

A    One second.  Yes.

Q    So would you go to the page ending 392?

A    I'm there.

Q    This looks like an organization chart or a corporate structure chart with Montpelier Group Limited at the top.  Do you see that?

A    I see that.

Q    Is this chart an accurate representation of the structure depicted there as of February 2021?

A    This is what the chart displays.  So it is -- this is -- what I see is what is being displayed.

Q    Do you believe that it accurately describes the ownership interests listed there?

MR. WOLOSKY:  Objection, calls for speculation.  I don't even see HRB on this chart.

A    I'm not aware of all of

Page 37

ANTONIO KENYATTA

these other entities.

Q    In the middle of the chart, it shows Nevis Financial Holdings Group Limited.  That's Fintech Holdings; right?

A    Correct.

Q    And it owns 100 percent of, in the middle there, Nevis International Bank and Trust Limited; right?

A    One second.  Yes.

Q    And Nevis International Bank and Trust Limited is 100 percent owned by Fintech Holdings as it's currently known?

A    Can you just say that again?

Q    Yes.  I'll rephrase.

So in the middle chart, in the middle level of the chart, it shows Nevis Financial Holdings Group Limited.

And that's now known as Fintech Holdings; right?

A    Correct.

Q    And it shows Fintech Holdings owns a few different entities here.

In the middle of the chart,

10 (Pages 34 - 37)

Page 38

ANTONIO KENYATTA

it shows that Fintech Holdings owns 100 percent of Nevis International Bank and Trust Limited.  Do you see that?

A    I do.

Q    And that's HRB; right?

A    Yes.

Q    HRB, going down the chart, owns 90 percent of what's described there as Fintech Limited.  Do you see that?

A    I see that.

Q    And that's described as a Labuan Local Operating Company.  Do you see that.

A    Labuan, yes.

Q    Is that the entity that would be later known as Fintech Bank?

A    Yes.

Q    The other ▮▮▮ of Fintech Bank is owned by HWGIB?

A    Yes.

Q    Do you see that?
What is HWGIB?

A    Ho Wah Genting Investment Bank.

Page 39

ANTONIO KENYATTA

Q    And what type of entity is that?

A    I don't understand your question.

Q    Is that a corporation?

A    It's a Malaysian entity.  I don't know the specifics of it.

Q    Who is the ultimate beneficial owner of HWGIB?

A    I don't know.

Q    HRB does not currently own Fintech Bank; right?

A    HIRB does not currently own Fintech Bank.

Q    Did HRB sell its interest in Fintech Bank?

A    It did.

Q    Who did it sell that interest to?

A    Ho Wah Genting, ▮▮▮ ▮▮▮

Q    Was HRB involved in the formation of Fintech Bank?

A    Yes.

Page 40

ANTONIO KENYATTA

Q    Could you describe how HRB came to form Fintech Bank?

A    Yes.  Fintech Bank was formed as a marketing entity with a banking license out of Labuan to serve its clients in the Asian region.  That ultimately would be clients of HRB.  It's really a marketing office with a banking license.

Q    And how did you get into business with HWGIB?

MR. WOLOSKY:  Objection, vague.

A    Ho Wah Genting was a ▮▮▮ of Fintech Bank.

Q    Well, you described the interest in forming a marketing entity.

A    Yes.

Q    As part of that business, did you solicit interest from potential counterparties?

MR. WOLOSKY:  Objection to the form.

Page 41

ANTONIO KENYATTA

A    I don't know.  I don't know. I don't know how that was organized.

Q    Who was involved from the HRB side in forming Fintech Bank?

A    I'm not aware of exactly who was involved.

Q    Were you involved?

A    I wasn't involved in the formation of it, no.

Q    You just know that HWGIB owned ▮▮▮ of Fintech Bank, and you don't know how that came to be the case?

A    I know that HWGIB owned ▮▮▮  And the formation of this entity was approved.  And as the CFO, my job is to operate the bank.  I don't run it.  I operate it.

Q    Someone at HRB agreed on a structure at which HRB would own ▮▮▮ of Fintech Bank, and HWGIB would own ▮▮▮; right?

A    According to this document, yes.

Q    Who was involved in that

11 (Pages 38 - 41)



Page 42

ANTONIO KENYATTA

decision?

A    I don't know.  That, I do not know.

Page 43

ANTONIO KENYATTA

Page 44

ANTONIO KENYATTA

12 (Pages 42 - 45)

Page 46

█████ ███████████ ████████████████ ████████████████ █ █

Q    What about Fintech Bank?

A    No.

Q    You've never had a position with Fintech Bank?

MR. WOLOSKY:  Objection, asked and answered.

A    Oh.  Fintech Bank, yes.

Q    Let's go back to what was marked as Exhibit 2.  And please go to the page ending 156.

I believe you testified that Yingmao Wei is the ultimate beneficial owner of HRB; is that right?

A    Yes.

Q    And he's always been the ultimate beneficial owner of HRB?

A    To my knowledge.

Q    On the page ending 156 of Exhibit 2, it looks like an image of Mr. Wey's passport.  Do you see that?

A    I do.

Page 47

ANTONIO KENYATTA

Q    And it indicates he was born in 1994.

Do you have any reason to believe that's wrong?

A    I do not.

Q    So in 2018 when he acquired Montpelier Group, he was about 24, 25 years old.  Would you agree?

A    Based on that math, yes.

Q    Do you know what business experience Yingmao Wei had at the time he acquired Montpelier Group?

A    I do not.

Q    Let's go to the page ending 155.

A    One second.

Q    This is a summary biography of Mr. Yingmao Wei.  Do you see that?

A    I see this.

Q    In the first paragraph, it says "Mr. Yingmao Wei (Harrison)."

Do you understand that Yingmao Wei also uses the name, Harrison?

A    I understand that.

Page 48

ANTONIO KENYATTA

Q    In the first sentence, it says, "He has developed his career as a successful technology, entrepreneur and venture technology investor."

Do you see that?

A    I see that.

Q    Do you know anything about Mr. Yingmao Wei's career as a successful technology, entrepreneur and venture technology investor?

A    I do not.

Q    Do you have any understanding of other companies he's invested in?

A    I do not.

Q    Do you have any understanding of where he got the money to make those investments?

A    I do not.

Q    The second paragraph says that Mr. Wei holds a master's degree in market science from Columbia Business School, as well as other degrees, a degree in psychology from Columbia.  Do

Page 49

ANTONIO KENYATTA

you see that?

A    I see that.

Q    Do you know when he got those degrees?

A    I do not.

Q    In the fifth paragraph, it says that Mr. Wei spends his time between Saint Kitts and Nevis, Hong Kong, New York and other countries around the world.  Do you see that?

A    I see that.

Q    Where does Yingmao Wei live?

A    He lives in the Federation of Saint Kitts and Nevis.

Q    Does he spend most of his time there?

A    To my understanding.

Q    It says he spends his time in various places.

And then in the second line, do you see it says, "Developing relationships with Hamilton Reserve Bank with depositors and engaging in philanthropic activities focused on

13 (Pages 46 - 49)

Page 50

ANTONIO KENYATTA

education and technology"?

Do you see that?

A   I see that.

Q   What customer relationships for HRB has Mr. Wei developed?

A   Mr. Wei does spend time for the bank traveling globally, media work, strategic relationships.  I have not been on any of those travels.  But I am aware of his traveling internationally on behalf of the bank.

Q   Has he ever introduced any depositors to HRB?

A   I can't name any specific depositor that he's named, introduced.

Q   Is that because you don't know or because you don't want to say the names?

A   I don't know.

Q   Generally speaking, what role does Mr. Wei play in soliciting customer depositor business for HRB?

MR. WOLOSKY:  Objection.

A   Again, I know he travels on

Page 51

ANTONIO KENYATTA

behalf of the bank, meaning strategic relationships in support of the bank's growth. I'm not on those trips.  So I can't tell you exactly what he's doing.

Q   Do you know if Mr. Yingmao Wei has a business relationship with any HRB depositors?

A   No, not that I know of.

Q   Do you know how much money Yingmao Wei paid to acquire Montpelier Group?

A   I do not.

Q   Do you know if Yingmao Wei provided any capital to Montpelier Group?

A   I do not.

Q   Do you know if Yingmao Wei provided any capital to Fintech Holdings?

A   I do not.

Q   Do you know whether Yingmao Wei has provided any capital to HRB?

A   Whether he's provided the bank, I would -- you're asking me to speculate.  I mean I wasn't there when it was formulated there.  But the bank had

Page 52

ANTONIO KENYATTA

to be formed, and capital was acquired. I wasn't there to say I saw him do it.

Q   So you don't know?

A   I do not know.

Q   Do you have any understanding of whether Yingmao Wei has obtained capital for funding purposes from Benjamin Wey?

A   I don't know anything about that.

Q   Who is Benjamin Wey?

A   He's his uncle.

Q   When did you first meet Benjamin Wey?

A   I met him on a phone call.

Q   When was that phone call?

A   In March of 2020.

Q   Is that around the time that you joined HRB?

A   Yes.

Q   What do you recall discussing with Mr. Wey during that call?

A   That was a long time ago. It's just greetings; hi, I'm Antonio.

Page 53

ANTONIO KENYATTA

Q   What is Mr. Wey's role with HRB?

A   Mr. Wey is an advisor to the bank.  I mean Hamilton Reserve Bank got one shareholder, Yingmao Wei, which we just reviewed.  Ben is his uncle.  So Ben advises his nephew on strategic aspects of running the bank.  Hamilton Reserve Bank Hamilton operates like a family-run institution.  And Ben provides -- he functions in many roles.  His ultimate role is really to advise his nephew.

Q   On what matters does he provide advice?

A   Various matters.  I mean again, his job is really to advise his nephew who's a single owner of the bank. It's really a family business.  And Ben is part of that family.  And his job is to, you know, be an advisor to his nephew to help him run Hamilton Reserve Bank.

Q   Has he been an advisor to HRB since its founding?

A   He has been an advisor to

14 (Pages 50 - 53)

Page 54

ANTONIO KENYATTA

HRB since his founding I would say, yes.

Q    Would you say he plays an important role at HRB?

A    Yes.

Q    Does he have authority to act for HRB?

A    He's not an employee of the bank. He has no title. He doesn't receive any pay from the bank. He advises his nephew who is the single shareholder of the bank.

Q    Did he ever deal with third-parties on HRB's behalf?

A    As an advisor to his nephew, if that's an aspect he was asked to do, he would have. But I don't know.

Q    You don't know whether he ever dealt with third-parties on HRB's behalf?

A    He's an advisor to the bank. If he spoken to third-parties? Absolutely.

Q    And he did so on behalf of HRB; right?

Page 55

ANTONIO KENYATTA

A    At the behest of his nephew, yes.

Q    Or he did so on behalf of Mr. Yingmao Wei?

A    Yes. The ultimate beneficial owner, the single shareholder of Hamilton Reserve Bank. Again, it's a family-owned business. Ben is his uncle. And he's advising his nephew, given his breadth of experience on how to best operate this bank.

Q    From your perspective as CFO of the company, you understood that Yingmao Wei was the ultimate beneficial owner of the company; right?

A    Yes.

Q    And you understood that Benjamin Wey was providing advice to Yingmao Wei in connection with the running of HRB; right?

A    Yes.

Q    And so if Mr. Wey told you something, you took that seriously; right?

Page 56

ANTONIO KENYATTA

A    Mr. Wey is an advisor to Hamilton Reserve Bank, ultimately advising his nephew. The advice that he shares to his nephew, if the nephew advised the CFO to act on something, the CFO operates the bank. It doesn't run the bank.

Q    But if Benjamin Wey told you something was a good idea, that probably was something you would have to do; right?

MR. WOLOSKY:  Objection to the form.

A    Would I listen to what Benjamin Wey says? Yes. I would listen to it.

Q    Did you ever disagree with anything he said?

A    Absolutely.

Q    What did you disagree with?

A    I can't name anything specifically. But, you know, if there is something I disagree with, I certainly will let that be known.

Page 57

ANTONIO KENYATTA

Q    Did you ever think of Benjamin Wey as your boss?

A    He's not an employee of the bank. He doesn't -- at the end of the day, I'm the CFO. I make the decisions. But he's the advisor. It's not that I can't, don't hear him. But he's not my boss.

Q    Did you ever think of him as the boss of the investment committee at HRB?

A    The investment committee was formed, two board members, one of them being the CEO, Mr. Prabhakar Kaza, who has over 30 years of banking experience, the other being the ultimate beneficial owner, the owner of the bank, the chief investment officer, Mr. Charles Shearer, Andrew Gorra and myself; very knowledgable people. We don't always agree on everything.

Q    In connection with his roles as an advisor, does Benjamin Wey have authority to manage HRB employees on any

15 (Pages 54 - 57)

Page 58

ANTONIO KENYATTA

matters?

A He's not an officer of the bank. He advises his nephew. That's his job. That's what he does. The nephew is the sole owner of the bank. Whatever he says goes at the end of the day.

Q And as part of his role advising his nephew, did Benjamin Wey sometimes supervise HRB employees performing their jobs?

MR. WOLOSKY: Objection, asked and answered.

A He advises his nephew, provides that advice. And if his nephew acts on advice on Benjamin, that's what you're saying.

Q Well, I guess I'm asking just in terms of what people were dealing with what people in the day-to-day work at HRB, did Benjamin Wey ever tell HRB employees what to do?

MR. WOLOSKY: Objection, asked and answered.

A Again, he's not an officer

Page 59

ANTONIO KENYATTA

of the bank. So he can't tell anybody what to do. He doesn't work for the bank. Does he have a voice? Yes, he has a voice. And if his nephew agrees with what he says and says do that, then that's done.

Q Does Benjamin Wey have any role with Fintech Holdings?

A No.

Q Has he ever been a director of Fintech Holdings?

A Not to my understanding.

Q Does Benjamin Wey have any role with Montpelier Group?

A No.

Q Has he ever been a director of Montpelier Group?

A Not to my understanding.

Q Does Benjamin Wey have any agreement with Yingmao Wei concerning the funding of HRB?

A I'm not aware of that.

Q Does Benjamin Wey have any agreement with Yingmao Wei concerning the

Page 60

ANTONIO KENYATTA

funding of Fintech Holdings?

A I'm not aware of that.

Q Does Benjamin Wey have any agreement concerning the funding of Montpelier Group?

A I'm not aware of that.

Q And I believe you testified earlier you don't know whether Mr. Wey ever provided capital to Yingmao Wei in connection with any of the companies described there?

A That is correct.

Q Where does Benjamin Wey live?

A He lives in the U.S.

Q Where in the U.S.?

A Florida.

Q Did he live there in 2021?

A My understanding is that he's always had a residence in Florida.

Q Did he spend most of his time in Florida in 2021?

A I don't know exactly. I spend most of my time in New York City.

Page 61

ANTONIO KENYATTA

So where he's at, I don't know his daily whereabouts.

Q And you don't have an understanding, one way or the other, whether he spent most of his time in Florida?

A I do not. I'm not interacting with him on that level of frequency. I manage the accounting and finance team. My function doesn't require me to interact with him daily or know his whereabouts.

Q You didn't interact with Mr. Wey daily in 2021?

A No.

Q Did you interact with him daily in 2022?

A No.

Q Where did Benjamin Wey live in 2022?

A I don't know. Again, he's always had residence in Florida. I don't know his exact address. I've never been to it.

16 (Pages 58 - 61)

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

Page 62

ANTONIO KENYATTA

Q    Did he spend most of his time in Florida in 2022?

A    In 2022?  You know, that's going back a while.  I couldn't say exactly.

Q    Has he ever lived in Nevis?

A    When you say lived, I mean he spent a lot of time in the early years of the bank helping getting it going.

Q    How much time would you say he spent in the early years of the bank in Nevis helping getting it going?

A    Again, I don't know.  Daily.  But in 2020, I know it was a pretty rocky time for the world, and travel was prohibited.  And I think he was, you know, for better or worse, stuck in Nevis.

Q    In 2020, he was stuck in Nevis?

A    COVID.

Q    Right.  Did he spend much time in Nevis in 2021?

Page 63

ANTONIO KENYATTA

A    It's my understanding that he was there a fair amount.  Again, I don't know daily where he's at because I don't interact with him daily.

Q    But he spent a lot of time there?

A    It would be my understanding if you wanted me to make that kind of speculation.  I couldn't tell you exactly.

Q    Did he spend a fair amount of time in Nevis in 2022?

A    I mean you're asking me to speculate.

Q    I'm asking you if you know.  Do you know where he spent time in 2022?

A    No.

Q    You don't know?

A    Do I know?  I'm not understanding your question.  I mean did he spend time in Nevis, did he spend time in Florida?

Q    Do you know whether he spent

Page 64

ANTONIO KENYATTA

a fair amount of time in Nevis in 2022?

MR. WOLOSKY:  Objection, vague.

A    When you say fair, what does that mean?

Q    Well, a moment ago, you said you believed Mr. Wey spent a fair amount of time in Nevis in 2021?

A    Correct.

Q    Did you think he spent a fair amount of time in Nevis in 2022?

A    I don't know.

MR. WOLOSKY:  It doesn't have to be now.  But whenever we could take a break, ten-minute break.  Just let me know.

MR. ALEXANDER:  Yes.  Maybe in like two minutes.

MR. WOLOSKY:  Sure.

(The above-referred-to document was marked as Exhibit 4 for identification, as of this date.)

Q    Mr. Kenyatta, you've been handed a document marked as Exhibit 4.

Page 65

ANTONIO KENYATTA

And I'll represent to you that is a printout from HRB's Web site.  The title of the document is Hamilton Reserve Bank Completes U.S. $35 million oversubscribed Equity Financing at USD 2 Billion Valuation, Aims for a Multi-Billion IPO.  Do you see that?

A    Yes.

Q    Do you understand what this is talking about?

A    Yes.

17 (Pages 62 - 65)

212-267-6868          www.veritext.com          516-608-2400



Page 66

ANTONIO KENYATTA

Page 68

ANTONIO KENYATTA

Page 69

18 (Pages 66 - 69)

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



ANTONIO KENYATTA
THE VIDEOGRAPHER:

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 74

ANTONIO KENYATTA

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 78

ANTONIO KENYATTA

21 (Pages 78 - 81)

Page 82

ANTONIO KENYATTA



22 (Pages 82 - 85)



Page 86

Veritext Legal Solutions

212-267-6868                 www.veritext.com                 516-608-2400



Page 90

ANTONIO KENYATTA

Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



Page 94

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



26 (Pages 98 - 101)



27 (Pages 102 - 105)



Page 106

Veritext Legal Solutions

212-267-6868                 www.veritext.com                 516-608-2400

Page 110



Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 114

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 118

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 122



33 (Pages 126 - 129)

Page 130



34 (Pages 130 - 133)

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 134

35 (Pages 134 - 137)

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400

Page 138



36 (Pages 138 - 141)

Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



Page 142

37 (Pages 142 - 145)



Page 146

Veritext Legal Solutions

212-267-6868                 www.veritext.com                 516-608-2400



39 (Pages 150 - 153)



Page 154

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 158



(The above-referred-to document was marked as Exhibit 12 for identification, as of this date.)

(The above-referred-to document was marked as Exhibit 13 for identification, as of this date.)

Q    Mr. Kenyatta, you've been handed two documents.  One is Exhibit 12 which is Plaintiff's objections and responses to Defendant's first set of interrogatories.

And Exhibit 13 is Plaintiff's amended objections and responses to Defendant's Interrogatories No. 5, 14 and 15.  Do you see that?

A    I do.

Q    Have you seen these documents before?

A    I have.

Q    Staying with Exhibit 12, if you go to page 7, do you see Interrogatory No. 4 asks for a

Page 160

ANTONIO KENYATTA
description and detail of the vetting of the Sri Lanka investment?

A    Yeah.  Let me read it, please.

Q    Sure.

A    Yes.

Q    And I'd ask you also just look at the second-to-last page of this document.

And there's a verification signed by you, saying that the information is true and correct to the best of your knowledge, information and belief, subject to the objections set forth.

A    Yes.

Q    So do you stand by everything in here?

A    I do.

Q    Other than as amended in the amended objections and responses?  Which we'll get to.

A    I do.

Q    Exhibit 13, there's

Page 161

ANTONIO KENYATTA
responses to Interrogatories 5, 14 and 15.  I don't see a verification in here.

But do you believe that everything in here is true and correct?

A    I believe everything is true and correct.

MR. WOLOSKY:  You should read the document.

MR. ALEXANDER:  Well, the question's withdrawn because we shouldn't verify the document on the spot if he didn't verify it when it was produced.

Q    Let's stick with Exhibit 12.

Mr. Kenyatta, looking at page 7, Interrogatory No. 4, you read that one a moment ago?

A    Yes.

Q    On page 7 at the bottom, it says, "HRB's investment in the bonds was made after prior successful investments in Sri Lanka bonds.  Specifically between September 2020 and April 2021, HRB purchased 31.84 million in principal

41 (Pages 158 - 161)

Page 162

ANTONIO KENYATTA

amount of July 27, 2021 bonds.  In September 2020, HRB also purchased 1 million in principal amount of January 18th, 2022 bonds, Sri Lanka bonds."

Do you see that?

A    Yes.

Q    In the next paragraph, it says, "After HRB's July 27th, 2021 Sri Lanka bonds were paid in full on August 11th, 2021, HRB began to invest in the bonds."

Do you see that?

A    Yes.

Q    Is that correct?

A    Yes.

Q    And then in the next paragraph in January 2022, it talks about a trip that Ghassan Nasr and Benjamin Wey took to Sri Lanka; is that right?

A    Yes.

Q    In the paragraph after that, beginning, "The persons involved," do you see that paragraph?

Page 163

ANTONIO KENYATTA

A    Yeah.  You mind giving me a second to read it?

Q    Sure.  I'll read it for the record.

"The persons involved in HRB's decision to invest in the bonds and their respective roles are identified in response to Interrogatory No. 1.  The vetting cited in the board resolution was primarily conducted orally among those individuals."

Do you see that?

A    Yes.

Q    I'll refer you back to Interrogatory No. 1 which is on page 5.

So are these people listed here Sir Tony Baldry, Prabhakar Kaza, Vinay Ganga, Herbert Roosevelt, Tony Baldry -- I read him already -- you, Benjamin Wey and Yingmao Wei.  Those were the people involved in vetting the July 2022 bonds?

A    Let me just read it off one second, please.

Page 164

ANTONIO KENYATTA

Q    Sure.

A    Say your question again.

Q    So it says here that the persons involved in HRB's decision to invest in the bonds and their respective roles are identified in response to Interrogatory No. 1.

And I'm asking you, is that correct, that the people involved in the decision to invest in the bonds and their respective roles are described in Interrogatory No. 1, that those are the people?

A    Yes.

42 (Pages 162 - 165)



**Page 166**

ANTONIO KENYATTA

[redacted]

Q   And the next sentence of this interrogatory response, it says, "The vetting cited in the board resolution was primarily conducted orally among those individuals."

A   Which one are we at? I'm sorry. Are we still on 1 or 4?

Q   We're on page 8.

A   Okay.

Q   The paragraph that begins, "The persons involved in HRB's

**Page 168**

ANTONIO KENYATTA

decision."

A   Yes.

Q   And it refers to the vetting of the bonds primarily being conducted orally.

Was any of the vetting of the bonds done in a written form?

A   No. Again, the bank invested in Sri Lanka. Mr. Vinay Ganga was the guy Gung-ho on Sri Lanka. The bank invested in the CD. And it paid. It invested in July 2021 bonds. It paid. And the bank took its proceeds and invested in other bonds. And again, had the July '22 bonds paid, we wouldn't be here.

Q   Prior to Mr. Guo placing purchase orders for the July 2022 bonds in August 2021, did the board formally approve the purchase of July 2022 bonds?

A   The board created the investment committee and directed investments through them. Two of the board members were on the investment

**Page 169**

ANTONIO KENYATTA

committee, the CEO, Mr. Prabhakar Kaza, and Mr. Harrison Wei, who is -- he's the owner of the bank. So the investment committee managed investments. It wasn't any -- two members of the board were on it.

So I'm not sure I'm following you about the board. It was the investment committee that was continuing our process that we got directed from the board's president to invest in Sri Lanka. And we just continuing that process. And again, had Sri Lanka paid the July '22 bonds, we wouldn't be here.

Q   In the next sentence of this document, staying on page 8, it says, "At the time of investing in the bonds, HRB believed the bonds paid a favorable interest rate relative to the low interest rates available on other investments at the time."

Do you see that?

A   Sorry. I don't see that.

Veritext Legal Solutions

212-267-6868         www.veritext.com         516-608-2400

Page 170

ANTONIO KENYATTA

Where are you at again?  I was drinking water.

Q     No worries.

In the paragraph that begins, "The persons involved --

A     Yes.

Q     -- the third sentence in that paragraph, "At the time of investing in the bonds, HRB believed the bonds paid a favorable interest relative to the low interest rates available on other investments at the time."

Do you see that?

A     I do.

Q     Was that one reason that HRB wanted to buy the July 2022 bonds?

A     You're just going to get tired of me saying this.  HRB invested in Sri Lanka at the behest and the spearheading of Mr. Vinay Ganga.  The CD that we purchased for 20 million was at 4.5 percent at a time when interest rates in the U.S. treasuries were at 25 basis points.  It paid well.  It paid.  It

Page 171

ANTONIO KENYATTA

matured.  And they paid it.  And we got our money.  The bank got its money.  Those proceeds were invested in the July 2021 bond.  That bond matured.  And the bank received these assets.  And it made a nice profit.  It took those proceeds and profits and invested it in a July 2022 bonds.  And again, if Sri Lanka had paid its debt, then we wouldn't be here having this conversation.



Q     In the middle of this paragraph, it says, "HRB also recognized that its investments in prior Sri Lanka

Page 172

ANTONIO KENYATTA

bonds had paid in full and on time."

Do you see that?

A     I do.

Q     And in B, "Sri Lanka had repeatedly asserted its commitment to pay the bonds in full, including in press releases, other public statements and face-to-face meetings with HRB personnel as described above."

Do you see that?

A     I do.

Q     What are the repeated assertions that Sri Lanka made regarding its commitment to pay the bonds in full?

A     Those would have been when the CEO of international markets, Mr. Ghassan Nasr, and Benjamin Wey traveled to Sri Lanka.  Those would have been conversations they had.  I was not there.  But they had conversations.  They have tweets.  I think Sri Lanka tweeted that, you know, what we said here, that they would pay.  And they wouldn't default.  And they did.

Page 173

ANTONIO KENYATTA

So answering your question, those -- those were those agreements.  Sri Lanka said they were going to pay.  And they tweeted that they were going to pay.

Q     And those statements at the January 2022 meeting and the subsequent press releases and media interviews, those came in January 2022 or later; right?

A     You know, I don't know.  I don't know when these occurred.  I wasn't, you know -- they occurred.  They're documented.  The exact dates, I'm not going to say.  I know they occurred.  But I can't give you the date that these things happened.

Q     But you, of course, didn't know about the January 2022 meeting when you started buying bonds in August 2021; right?

A     I didn't know about the January 2022 meeting?  What meeting?

Q     The meeting that's referred

44 (Pages 170 - 173)

Page 174

ANTONIO KENYATTA
to in this interrogatory between Ghassan Nasr and Benjamin Wey and Sri Lanka government officials in January 2022.

A    I was aware.  The bank was aware that Mr. Ghassan Nasr and Benjamin Wey went to Sri Lanka, yes.

Q    Sure.

A    We were aware of that.

Q    But HRB started buying the July 2022 bonds in August 2021; right?

A    Correct.

Q    So the January 022 meeting didn't factor into your decision to buy bonds in August 2021; right?

A    No.  Again, Mr. Vinay Ganga convinced the board to invest in Sri Lanka.  That started with the 20 million CD.  That matured and paid.  We rolled over those proceeds and profited with the bank into the July 2021 bond.

When that paid, those assets were rolled over into the July '22 bond. And again, if Sri Lanka had paid its debt, we would not be having this

Page 175

ANTONIO KENYATTA
conversation about when people traveled somewhere.



Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 178

46 (Pages 178 - 181)



Page 182

47 (Pages 182 - 185)

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 186

48 (Pages 186 - 189)



Page 190

Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



Page 194

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 198

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 202

Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



Page 206

Veritext Legal Solutions

212-267-6868              www.veritext.com              516-608-2400



Page 210

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 214

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400



Page 218

Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



Page 222

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 226

58 (Pages 226 - 229)



Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



Page 234

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 238

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 242



Page 246

Q    Could you go to the page
ending 093 in the chat?
A    Yes.  I'm on that page.
Q    And do you see at the top,
there's a reference to an attachment, a
Fintech Bank corporate profile, and then
underneath that, a Fintech Bank personal
bank account onboarding customer
instructions?
A    Yes.
Q    Would you please go to the
page ending 099 in the document which
is -- it looks like this.  It's Fintech

63 (Pages 246 - 249)

Page 250

ANTONIO KENYATTA

Bank presentation.

A    I got it.

Q    Would you please go to page 112? Sorry. The Bates number ending 112.

A    Yes.

Q    Which is Fintech Bank personal bank account. You see that?

A    Yes. I got it.

Q    So in this presentation, would you please go to the page ending 119? The heading is Fintech Bank Onboarding Customer Instructions, at least the English part of it.

A    I have it.

Q    And underneath the No. 6, there's a paragraph that begins, "Fintech Bank's online banking service is currently undergoing a system upgrade. Until further notice, all new customers will be onboarded to Hamilton Reserve Bank, parent company and trustee of Fintech Bank Limited, with full online banking access and transaction

Page 251

ANTONIO KENYATTA

capabilities."

Do you see that?

A    Yes.

Q    Was HRB the parent company and trustee of Fintech Bank Limited?

A    HRB was a 90 percent owner of Fintech Bank Limited. I'm not sure what you mean by trustee.

Q    Was HRB taking on Fintech Bank's customer depositors in 2021?

A    All clients of Fintech Bank Limited were clients of Hamilton Reserve Bank.

Q    Did those remain assets of Fintech Bank or did they become HRB assets?

A    They were all HRB assets. Again, Fintech Bank -- again, Fintech Bank Limited, FBL, as we call it, was a marketing office. They had a banking license to be able to onboard clients. Without a banking license, you can't request these documents. You have to refer them to the folks in Nevis. So

Page 252

ANTONIO KENYATTA

they could request documents under normal business hours in Malaysia Asia time. So they would go home. And Nevis folks would come in. They would have all the paperwork to complete the onboarding. So it would be a rapid process. But Fintech Bank never assists marketing. It's all in Nevis.

Q    We're going to go to the next exhibit. So you could put that one away.

Mr. Kenyatta, in January 2022, I believe you testified earlier that Benjamin Wey and Mr. Nasr traveled to Sri Lanka; is that right?

A    Yes.

Q    You didn't go with them, did you?

A    I did not.

Q    Do you know why they went to Sri Lanka?

A    I don't know exactly. But the bank was forming strategic relations with the National Development Bank of

Page 253

ANTONIO KENYATTA

NDB, National Development Bank in Sri Lanka for corresponding relationships. So part of that trip was related to that.

Now, could they have been pursuing other business matters? Absolutely. But the bank has been bullish on Sri Lanka since Vinay said it was a good go. And in addition to investing in assets, we were forming partnerships. The bank saw Sri Lanka as a partner. We made a lot of money. And we wanted to continue to grow that relationship. And so the bank flew out there in-person to sit down with people and have a face-to-face meeting. That's one aspect of that trip.

Q    Do you know any other aspects of that trip?

A    Well, I'm aware now that they did visit with the central bank governor and other senior officials to inquire about the bonds because we were heavily invested in them. And you could say that's prudent for the bank to speak

64 (Pages 250 - 253)

Page 254



ANTONIO KENYATTA

with -- given the quantity of bonds the bank owned to speak with officials to say, hey, we're invested heavily in your bonds, you know, hi, introducing ourselves because we want to have a relationship with Sri Lanka. We were very bullish on Sri Lanka at that time. It made a lot of money. And we were very happy with what the profits the bank had made. And they were just going there, in part, to help solidify that relationship.

Q    You said you learned later that that was one of the purposes of the trip; is that right?

A    Yes. When they returned, obviously, there were conversations.

Q    They told you about what they discussed in Sri Lanka?

A    Right. And they were -- there was articles and tweets and things like that, public -- it was public news, so to speak. We call it news.

65 (Pages 254 - 257)

Page 258



66 (Pages 258 - 261)



Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 266

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 270

Veritext Legal Solutions

212-267-6868              www.veritext.com              516-608-2400



Page 274

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 278

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 282

Veritext Legal Solutions

212-267-6868              www.veritext.com              516-608-2400



Page 286

Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



Page 290

Page 291

Page 292

ANTONIO KENYATTA

identification, as of this date.)

Q     Mr. Kenyatta, you've been handed a document marked as Exhibit 29. It's a printout of a Financial Times article, dated September 8th, 2023, with a title, The Mysterious Global Financier Suing Sri Lanka.

Have you ever seen this article before?

A     I have.

Q     Have you ever spoken with Benjamin Wey about this article?

A     I have not.

Q     Have you ever looked at Mr. Wey's Linkedin page?

A     No.

Q     Do you know that the background banner on his Linkedin is The Mysterious Global Financier Suing Sri Lanka from this article?

A     I'm not aware of that.

Q     Let's look at page 5 out of 8.

A     Okay.

Page 293

ANTONIO KENYATTA

Q     In the second-to-last paragraph, it says, "It turns out that Wey had contacted several creditors about joining forces against Sri Lanka and had even e-mailed a presentation laying out their case."

Do you see that?

A     Yes.

Q     Did Mr. Wey contact creditors of Sri Lanka about a potential lawsuit against Sri Lanka?

A     I'm not aware of that.

Q     Did you ask Mr. Wey if he did that?

A     I didn't speak with him about this article.  I don't know if it's true.  But I didn't speak with him about it.  And I didn't ask him about these allegations here, these statements.

Q     So you have no idea what, if anything, Mr. Wey proposed to Sri Lanka's creditors at this time?

A     I do not, no.

Q     Do you understand that

(The above-referred-to document was marked as Exhibit 29 for

74 (Pages 290 - 293)

Page 294

ANTONIO KENYATTA

Mr. Wey contacted creditors in the spring of 2022 about a potential lawsuit against Sri Lanka?

MR. WOLOSKY: Objection.

A    I'm not aware of him doing that.

Q    You don't know whether Mr. Wey e-mailed a presentation to creditors?

MR. WOLOSKY: Objection, asked and answered.

A    No. I'm not aware of that.

Q    Could you look back at Exhibit 1, Mr. Kenyatta?

A    Yeah.

Q    On page 7, do you see the subject, Examination, there?

A    Yes.

Q    And Point 2 has a number of subpoints.

And if you go on to page 8, you see Subsection J?

A    Yes.

Q    It says, "Benjamin Wey's

Page 295

ANTONIO KENYATTA

involvement in the Sri Lanka investment, including, but not limited to Mr. Wey's outreach to creditors described in the September 2023 FT article."

Do you see that?

A    I do.

Q    What did you do to prepare to testify about this topic?

A    I read this article.

Q    But you didn't talk to Mr. Wey about it?

A    I did not.

Q    Page 5 of the article in the last sentence says, "The presentation is on behalf of something called Fintech Holdings, which the document says is the parent company of Hamilton Reserve Bank, but stresses that we need to limit public exposure of HRB as a private bank."

Do you see that?

A    Hold on. Where are you at again?

Q    At the bottom of page 5.

A    Uh-huh.

Page 296

ANTONIO KENYATTA

Q    Describing the presentation, the article says that it stresses that "We need to limit public exposure of HRB as a private bank."

A    Right.

Q    Do you have any understanding of what that comment means?

A    I do not. I don't know what the journalist is saying here. I'm not aware of anything, of Mr. Wey reaching out to creditors on behalf of the bank. I'm not aware of this statement.

I mean I read this article. But I can't -- you know, you're asking me to vouch for an article. I didn't speak to the journalist who wrote it.

Q    If you look at the top of page 6, you see it says, "The deck includes a snapshot of a now seemingly deleted tweet from central bank governor, Ajith Cabraal."

And then in the paragraph below that, it says, "HRB did tweet out this image of Nasr meeting Cabraal which

Page 297

ANTONIO KENYATTA

remains online."

And then there's a picture of a tweet. Do you see that?

A    Yes.

Q    And below that, it says, "The presentation Wey sent to fellow Sri Lankan creditors includes a similar but different photo. For copyright reasons, we are not including it but can describe it. The photo shows both Wey and Nasr flanking Cabraal. Wey is identified as an FH senior advisor and Nasr as an FH executive."

Do you see that?

A    I do.

Q    Do you have any understanding of whether HRB went out of its way not to include Mr. Wey in the referenced tweet?

MR. WOLOSKY: Objection, form.

A    I'm not aware. Say the question again.

Q    Sure. It's a terrible

75 (Pages 294 - 297)

Page 298



76 (Pages 298 - 301)



Page 302

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 306

my e-mail and these attachments to it.

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400

Page 310



Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 322

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400



Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



Page 330

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 334

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400



Page 338

Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



Page 342

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 346

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400

Page 350



89 (Pages 350 - 353)



Page 354

Veritext Legal Solutions

212-267-6868                www.veritext.com                516-608-2400



Page 358

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 362

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 366

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 370

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 374

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 378

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400

Page 382





Veritext Legal Solutions

212-267-6868                 www.veritext.com                 516-608-2400

Page 390

ANTONIO KENYATTA



MR. ALEXANDER: Let's go off the record for a quick second.

THE VIDEOGRAPHER: We're

Page 391

ANTONIO KENYATTA

going to go off the record. The time is 7:53 p.m. And this concludes Media Unit No. 10.

(A short recess was taken.)

THE VIDEOGRAPHER: We are back on the record. The time is 7:56 p.m. And this is the start of Media Unit No. 11.

MR. ALEXANDER: Thank you, Mr. Kenyatta. I have no further questions at this time.

MR. WOLOSKY: Let's go off the record.

THE VIDEOGRAPHER: We are going to go off the record. The time is 7:56 p.m. And this concludes Media Unit No. 11.

(A short recess was taken.)

THE VIDEOGRAPHER: We are back on the record. The time is 8:30 p.m. And this is the start of Media Unit No. 11.

EXAMINATION BY MR. WOLOSKY:

Page 392

ANTONIO KENYATTA

Q    Mr. Kenyatta, I'll start by just asking you a few more questions about your background; okay?

A    Certainly.

Q    Where were you born?

A    San Diego, California.

Q    And did you grow up there as well?

A    I did.

Q    And are you a U.S. citizen?

A    I am a U.S. citizen.

Q    Throughout your career, you testified that you worked at large institutions, such as J.P. Morgan, Highbridge, Ernst & Young, UBS; is that correct?

A    Yes.

Q    Were you generally in good standing at all of those institutions? Were you ever accused of wrongdoing or anything like that by a former employer?

A    Never.

Q    And as a U.S. citizen, is compliance with U.S. law important to

Page 393

ANTONIO KENYATTA

you?

A    Yeah. It's actually even more important. As a U.S. citizen, I know -- I'm aware that anything that could be serious could seriously impact me.

Q    Even though you work for a non-U.S. company as a U.S. citizen, you're bound by U.S. law?

MR. ALEXANDER: Objection.

A    I'm a U.S. citizen. And quite frankly, I don't want any trouble with the government. So being clean and upright and doing the right thing is important.

Q    Is Hamilton Reserve Bank a public company?

A    No.

Q    It does not have public shareholders then?

A    It has no public shareholders. It's got one shareholder: Mr. Yingmao Wei. And he's the only shareholder. We have no public

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

ANTONIO KENYATTA

shareholders. We only have the regulator: Mr. Wei.

Q   I believe you testified earlier that the bank is essentially a family business or something to that effect; is that correct?

A   Yeah. The bank has one shareholder. And the shareholder's uncle is his advisor. It operates, in some cases, a little less formal than you might see at one of the big four U.S. banks because it has a kind of a family -- a family institutional style of operations.

Q   So in terms of governance, it doesn't operate similar to the other large organizations that you've worked at; J.P. Morgan, for instance?

MR. ALEXANDER: Objection.

A   No, it does not.

Q   Now, even if it is a family business or something similar to that, it is still a regulated entity; correct?

A   It is. It's regulated by

ANTONIO KENYATTA

the Nevis regulator of international banking.

Q   So it would be obligated to follow the guidance of its regulator at all times?

A   Absolutely, if the bank wants to keep its license.

Q   And is the bank's license currently in good standing?

A   It is in good standing.

Q   Do small family-owned businesses in Nevis, even if they're regulated entities, have financial reporting obligations, similar to those of public companies in the United States?

MR. ALEXANDER: Objection.

A   No. I mean -- say the question again.

Q   Does the bank have financial reporting obligations, similar to regulated entities or public companies in the United States?

MR. ALEXANDER: Objection.

A   No.



Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

Page 398



101 (Pages 398 - 401)

Page 402



Veritext Legal Solutions

212-267-6868                 www.veritext.com                 516-608-2400



Page 406

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 410

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Veritext Legal Solutions

212-267-6868                     www.veritext.com                     516-608-2400

Page 418



Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 422

Veritext Legal Solutions

212-267-6868              www.veritext.com              516-608-2400



Page 426

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



Page 430

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400

Page 434



Q    Now I'm going to show you, I will mark as Plaintiff's Exhibit 3, a document that is a Fintech Bank Limited customer account agreement, effective June 1st, 2021.  So it was filed in this case on January 31st, 2025, Docket Entry 140-4.

(The above-referred-to document was marked as Plaintiff's

Page 435

ANTONIO KENYATTA

Exhibit 3 for identification, as of this date.)

You see that?

A    Yes.

Q    Can you flip to page 2?

A    I'm there.

Q    Go to section 1, please, Introducing and Custodian Account.

A    I'm there.  Let me read it. Okay.

Q    Now, first let me step back and ask you what this document is.

A    It's the customer agreement between -- for our clients that onboarded with Fintech Bank Limited.

Q    So every client that would onboard with Fintech Bank Limited would sign this agreement?

A    Yes.

Q    Now, directing you back to Section 1, it reads, "FBL is the introduction agent for its parent company, Hamilton Reserve Bank."

You see that?

Page 436

ANTONIO KENYATTA

A    Yes.

Q    What does that mean, introduction agent?

A    So the FBL was a marketing arm.  And although it had a banking license, it didn't hold its depositors' assets.  It was just able to serve its clients in that part of the world during the time of normal business hours.  But all assets onboarded were held at in Nevis, you know, through Hamilton Reserve Bank.

Q    So the next sentence reads, "HRB is the custodian of funds held at FBL."

And it goes on, skipping some words to read, "All funds transferred by you to FBL for any transaction purposes will be held by HRB."

What does that mean?

A    It means that even though our depositor was onboarded through FBL, their assets, their deposits would be

Page 437

ANTONIO KENYATTA

held with HRB.

Q    And did FBL maintain its own separate accounts holding customer funds, independent of HRB?

A    No.

Q    When a customer deposited money at FBL, that money would ultimately go to HRB?

MR. ALEXANDER:  Objection.

A    It went to HRB.

Q    Immediately?

A    Immediately.  It went into a custodian -- a corresponding bank account in the name of HRB.

Q    And were those funds then used for whatever investment purposes HRB decided?

A    Those funds became assets of the bank.  And they were used as they needed to be.

Q    And so it's fair to say that some of them would have been used to purchase the bonds; is that correct?

A    That is correct.

110 (Pages 434 - 437)

Page 438

ANTONIO KENYATTA

Q    Were those funds held on the books of HRB?

A    Yes.

Q    When HRB used those funds to buy financial instruments, was HRB doing so on its own behalf or was it doing so on behalf of FBL?

A    HRB used its assets on behalf of HRB. It never used assets on behalf of any client.

Q    Did it ever purchase assets for FBL?

A    No, it did not.

Q    Under the structure, if HRB used funds to purchase securities that came from FBL, who would be the owner of those bonds: HRB or FBL?

MR. ALEXANDER: Objection.

A    All assets were assets of HRB. And anything HRB purchased, for example, the bonds, belonged to HRB.

Q    As the introducing agent, would FBL have any right to claim ownership to assets purchased by HRB?

Page 439

ANTONIO KENYATTA

A    No. It has no rights to claim anything.

Q    Let me just ask you a couple of quick questions about the bank's relationship with its auditors. We went over that in some detail in your prior testimony.

Did the bank provide to its auditors, all the documentation that they asked for?

A    Absolutely.

Q    Are you aware of any instances in which the bank declined to provide any documentation or information that the auditors requested?

A    Never.

Q    Couple of quick questions about HIRB, just to clarify your prior testimony.

You testified that HIRB had a fed window; is that correct?

A    Yes.

Q    And did that enable it to conduct dollar clearing transactions

Page 440

ANTONIO KENYATTA

without the use of a New York correspondent bank?

A    It sure did.

Q    And was that the principal attraction for HRB when it sought to acquire it?

A    100 percent.

Q    I just have a couple of other questions that are on here. We're going to mark Plaintiff's Exhibit 4. It's HRB24 through 27.

(The above-referred-to document was marked as Plaintiff's Exhibit 4 for identification, as of this date.)

Q    And I'll direct your attention to page 25, a page that says "Articles of Amendment" at the top.

Do you see that?

A    Yes.

Q    This document is dated March 3rd, 2021.

Can you see what this amends?

Page 441

ANTONIO KENYATTA

A    This changes the bank's name from Nevis International Bank and Trust to Hamilton Reserve Bank Limited.

Q    So does this document refresh your recollection as to when the bank's name change occurred?

A    Yes. March of 2021.

Q    And would it had been around that time that the bank updated its e-mail domain?

A    That's right. Everyone got hrbank.com e-mail addresses. And the old domain was deleted.

Q    That's all for that exhibit.

And if you could go quickly back to Defendant's Exhibit 13, which were the bank's amended interrogatory responses.

A    I have it.

Q    Now, I just want to confirm that you've reviewed this document with counsel before today.

A    Yes.

Q    Did you review with counsel,

111 (Pages 438 - 441)

Page 442

ANTONIO KENYATTA

this document before the responses were served?

A    Yes.

Q    And you agree that the amendments were accurate?

A    I did.  I reviewed and approved.

Q    Now, you testified earlier about the investment committee chat group that was formed on WhatsApp?

A    Yes.

Q    Do you have any reason to believe that there were any investment committee chats that you weren't included on?

A    Say that again.

Q    So there was this investment committee chat group that may have actually been called that.

A    Yes.

Q    Do you have any reason to believe that there were any investment committee chats on WhatsApp that you were not included on?

Page 443

ANTONIO KENYATTA

A    No.  I mean -- no.  That was the only one.  And I was included in that one.

MR. WOLOSKY:  We are concluded.

MR. ALEXANDER:  Could we take a one-minute break?

MR. WOLOSKY:  Yes.

THE VIDEOGRAPHER:  We're going to go off the record.  The time is 9:29 p.m.  And this concludes Media Unit No. 11.

(A short recess was taken.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 9:31 p.m.  And this is the start of Media Unit No. 11.

MR. ALEXANDER:  No further questions.  Thank you, Mr. Kenyatta.

THE WITNESS:  Thank you.

THE VIDEOGRAPHER:  We are off the record.  And this concludes today's testimony given by Antonio Kenyatta.  The time is 9:31 p.m.  The

Page 444

total number of media units used was 12 and will be retained by Veritext.  Thank you.  Have a great night.

(Time noted:  9:31 p.m.)

Page 445

INDEX

EXAMINATION

EXAMINATION
Mr. Alexander        6
Mr. Wolosky        391

EXHIBITS

| Exhibit | Description | Page |
| --- | --- | --- |
| Exhibit 1 | Notice of deposition | 16 |
| Exhibit 2 | Slide decks | 21 |
| Exhibit 3 | Report | 30 |
| Exhibit 4 | Webpage printout | 64 |
| Exhibit 5 | E-mail | 79 |
| Exhibit 6 | Web page printout | 102 |
| Exhibit 7 | Web page printout | 105 |
| Exhibit 8 | Meeting minutes | 110 |
| Exhibit 9 | Report | 125 |
| Exhibit 10 | Financial statements | 143 |
| Exhibit 11 | Letter | 151 |
| Exhibit 12 | Objections and responses | 159 |

112 (Pages 442 - 445)

Page 446

INDEX (Cont.)

Exhibit 13　Amended objections and responses　159

Exhibit 14　Printout of a spreadsheet　196

Exhibit 15　Report　207
Exhibit 16　Report　212
Exhibit 17　Report　217
Exhibit 18　Report　221
Exhibit 19　Report　225
Exhibit 20　Report　228
Exhibit 21　Report　233
Exhibit 22　Report　243
Exhibit 23　E-mail　255
Exhibit 24　Report　263
Exhibit 25　Chat　270
Exhibit 26　Report　277
Exhibit 27　Letter　286
Exhibit 28　E-mail　290
Exhibit 29　Article　292
Exhibit 30　Document　300
Exhibit 31　Report　301
Exhibit 32　E-mail　308

Page 448

INDEX (Cont.)

Plaintiff's　Description　Page
Plaintiff's Exhibit 1　Native document　405
Plaintiff's Exhibit 2　Agreement　412
Plaintiff's Exhibit 3　Agreement　435
Plaintiff's Exhibit 3　Articles　440

Page 447

INDEX (Cont.)

Exhibit 33　E-mail　317
Exhibit 34　Report　323
Exhibit 35　Report　327
Exhibit 36　Report　332
Exhibit 37　Letter　334
Exhibit 38　E-mail　336
Exhibit 39　Report　340
Exhibit 40　E-mail　345
Exhibit 41　E-mail　349
Exhibit 42　Statements　353
Exhibit 43　Statements　357
Exhibit 44　Statements　369
Exhibit 45　Excel spreadsheet　374

Page 449

CERTIFICATION

I, ANTHONY GIARRO, a Shorthand Reporter and a Notary Public, do hereby certify that the foregoing witness, ANTONIO KENYATTA, was duly sworn on the date indicated, and that the foregoing, to the best of my ability, is a true and accurate transcription of my stenographic notes.
I further certify that I am not employed by nor related to any party to this action

_____
ANTHONY GIARRO

Veritext Legal Solutions
212-267-6868　　www.veritext.com　　516-608-2400

Page 450

HAMILTON RESERVE BANK LTD. vs. THE DEMOCRATIC
SOCIALIST REPUBLIC OF SRI LANKA
4/16/2026 - ANTONIO KENYATTA
    E R R A T A   S H E E T
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____

_____  _____
ANTONIO KENYATTA          Date

Page 451

HAMILTON RESERVE BANK LTD. vs. THE DEMOCRATIC
SOCIALIST REPUBLIC OF SRI LANKA
4/16/2026 - ANTONIO KENYATTA
    ACKNOWLEDGEMENT OF DEPONENT
  I, ANTONIO KENYATTA, do hereby declare
that I have read the foregoing transcript,
I have made any corrections, additions, or
changes I deemed necessary as noted on the
Errata to be appended hereto, and that the
same is a true, correct and complete
transcript of the testimony given by me.

_____  _____
ANTONIO KENYATTA          Date
*If notary is required

    SUBSCRIBED AND SWORN TO BEFORE ME THIS
    _____ DAY OF _____, 20___.

    _____
    NOTARY PUBLIC

114 (Pages 450 - 451)

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.