# Exhibit D



# Beneficial Ownership Details of
# Hamilton Reserve Bank
*(Formerly, Nevis International Bank & Trust Ltd.)*

CONFIDENTIAL



## Ultimate Beneficial Ownership Flowchart

## Ultimate Beneficial Owner Details

**Mr. Yingmao Wei**
Natural Person and Ultimate Beneficial Owner

**Mr. Yingmao Wei - Country of Residence:** St. Kitts and Nevis
**Citizenship:** St. Kitts and Nevis, Grenada, Bio & Passport Attached | *Dual Masters Degrees, Columbia University*
**Ownership:** 100% Ultimate Beneficial Owner of Hamilton Reserve Bank

Owns 100%

**Montpelier Group Ltd.**
(Holding Company)

**Montpelier Group Ltd. | Country of Organization:** (Nevis) St. Kitts and Nevis
**Principal Place of Business:** Hamilton Reserve Bank Plaza, Nevis
**Day to Day Operations: Headquarters for Bank:** This is a holding company with no ongoing operations apart from holding stock.

Owns 100%

**Fintech Holdings Ltd.**
(Holding Company)
*Formerly, Nevis Financial Holdings Group Ltd.*

**Fintech Holdings Ltd. | Country of Organization:** (Nevis) St. Kitts and Nevis
**Principal Place of Business:** Hamilton Reserve Bank Plaza, Nevis
**Day to Day Operations: Headquarters for Bank:** This is a holding company with no ongoing operations apart from holding stock.

Owns 100%

**Hamilton Reserve Bank Ltd.**
*Formerly, Nevis International Bank & Trust Ltd.*
(Nevis Company)

**Hamilton Reserve Bank | Country of Organization:** (Nevis) St. Kitts and Nevis
**Principal Place of Business:** Hamilton Reserve Bank Plaza, Nevis
**Day to Day Operations: Headquarters for Bank:** Conducts Ordinary Banking Operations, Compliance, Marketing, Business Development with a full staff of trained local and international banking and financial services professionals.

CONFIDENTIAL

HRB-VOL2-000138



**ISLAND OF NEVIS**

**COMPANY NO. 44 Of 2018**

COMPANIES ORDINANCE, Cap 7.06 of
the revised Laws of St. Christopher and Nevis (Nevis Ordinances)

# Certificate of Incorporation

# NEVIS INTERNATIONAL BANK & TRUST LTD

---

*Name of Company*

I, HEREBY CERTIFY that the above-mentioned Company, the Articles of Incorporation of which are attached, was incorporated under the Companies Ordinance of Nevis.

Rhonda Nisbett-Browne
Registrar of Companies

29th October, 2018

Date of Incorporation



This certificate is not valid without the embossed seal

CONFIDENTIAL

HRB-VOL2-000139

*Companies Regulation*

Form 26

## COMPANIES ORDINANCE OF NEVIS

### REQUEST FOR NAME SEARCH AND NAME RESERVATION

**FILED OCT 29 2018 @ 3:30pm**

**OFFICE OF THE REGISTRAR OF COMPANIES NEVIS**

.................................................................................................

1. **Name, address and telephone number of person making request:**

   DANIEL BRANTLEY
   ATTORNEYS-AT-LAW
   JURIS BUILDING
   MAIN STREET
   P O BOX 480
   CHARLESTOWN
   NEVIS
   869- 469-5259

.................................................................................................

2. **Proposed name or names in order of preference:**

   (a) **Nevis International Bank & Trust Ltd.**......................

   (b) .............................................................................

   (c) .............................................................................

3. **Main types of business the company carries on or proposes to carry on:**

   (a) **International Banking, per Nevis International Banking Ordinance 2014**

   (b) .............................................................................

.................................................................................................

4. **Derivation of Name:**

**Prescribed, having regard to the Nevis International Banking Ordinance 2014**

.................................................................................................

5. **First available name to be reserved:**      Yes ...X....      No .......

.................................................................................................

6. **Name is for:**

**Eligible Company, per Nevis International Banking Ordinance 2014**

.................................................................................................

7. **If for a change of name, state present name of Company:**

N/A

.................................................................................................

8. **If for amalgamation, state names of amalgamating Companies**

N/A

.................................................................................................

**APPROVED OCT 29 2018  REGISTRAR OF COMPANIES**

CONFIDENTIAL

*Companies Regulations*

COMPANIES ORDINANCE OF NEVIS

(Sections 33 and 216)



FORM 5

## ARTICLES OF AMENDMENT

1. Name of Company:                                    2. Company No:

*Nevis International Bank & Trust Ltd.*                    *44 Of 2018*

..............................................................................................................................

3. The articles of the above-named Company are amended as follows:

Name of the Company: **Hamilton Reserve Bank Ltd**

..............................................................................................................................

..............................................................................................................................

..............................................................................................................................

| Date | Signature | Title |
|---|---|---|
| 03 March, 2021 | | Chief Legal Officer |
| | | |



CONFIDENTIAL                                                    HRB-VOL2-000141



## ISLAND OF NEVIS

### COMPANY NO. 44 OF 2018

**COMPANIES ORDINANCE OF NEVIS,** Cap 7.06 of
the revised Laws of St. Christopher and Nevis Ordinances ( Nevis Ordinances).

# *Certificate of Amendment*

## Hamilton Reserve Bank Ltd

---------------------------------------------------------------------------------------

*Name of Company*

**I HEREBY CERTIFY** that the Articles of the above-mentioned Company were amended.

_____  Under section 15 of the Companies Ordinance in accordance with the attached notice

_____  Under section 33 of the Companies Ordinance as set out in the attached Articles of amendment designating a series of shares.

_____X_____  Under section 216 of the Companies Ordinance as set out in the attached Articles of Amendment/Reorganisation/Arrangement/ Order.

-----------------------------------------------

Rhonda Nisbett-Browne
*Registrar of Companies*

03ʳᵈ  March, 2021

---------------------------------

*Date of Amendment*

This Certificate is not valid without the embossed seal

CONFIDENTIAL                                    HRB-VOL2-000142



*Companies Regulations*

(Section 176 (1) and (2))                                              **FORM 4**

## COMPANIES ORDINANCE OF NEVIS, Cap 7.06

### NOTICE OF ADDRESS

### OR

### NOTICE OF CHANGE OF ADDRESS OF

### REGISTERED OFFICE

**Hamilton Reserve Bank Ltd**                         44 Of 2018

1.    Name of Company:                          2.   Company No.:

Hamilton Reserve Bank Plaza, Jessups Estate, Nevis, St. Kitts & Nevis

3.    Address of Registered Office:

P O Box 174, Charlestown, Nevis

4.    Mailing Address:

Juris Building, Main Street, Charlestown, Nevis, West Indies

5.    If change of address, give previous address of Registered Office:

6.

| Date | Signature | Title |
|---|---|---|
| 03 March, 2021 | | Chief Legal Officer |
| | | |

CONFIDENTIAL                                                      HRB-VOL2-000143

*Companies Regulations*

COMPANIES ORDINANCE OF NEVIS



(Sections 33 and 216)

FORM 5

# ARTICLES OF AMENDMENT

1.  Name of Company:

2.  Company No:

*Nevis International Bank & Trust Ltd.*

*44 Of 2018*

........................................................................................................................

3.  The articles of the above-named Company are amended as follows:

    Name of the Company: **Hamilton Reserve Bank Ltd**

........................................................................................................................

........................................................................................................................

........................................................................................................................

| Date | Signature | Title |
|------|-----------|-------|
| 03 March, 2021 | | Chief Legal Officer |
| | | |

CONFIDENTIAL

HRB-VOL2-000144



*Companies Regulations*

## COMPANIES ORDINANCE OF NEVIS

(Section 194)

## ANNUAL RETURN FOR LOCAL COMPANY

| 1. Name of Company and Address of Registered Office | 2. Company No. | 3. Reporting Period |
|---|---|---|
| Nevis International Bank & Trust Ltd., Juris Building, Main Street, P O Box 480, Charlestown, Nevis | 44/2018 | Return for the year ending December 31, 2019 |

**4. Registered Office**

a. Has there been a change in the location of the registered office during the reporting period?  ☐ Yes  ☒ No

b. If yes, has Form 4 been filed?  ☐ Yes  ☒ No

**5. Main type(s) of business activity**

International Banking Services

**6. Name(s) and Address(es) of Directors ***

Vinay B Ganga, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Sir Antony B Baldry, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮; Roosevelt E Herbert, Hamilton Development, Nevis ▮▮▮▮▮▮ UK; Prabhakar Kaza, ▮▮▮▮▮▮▮▮▮▮▮▮

a. Has there been a change of director(s) during the reporting period?  ☒ Yes  ☐ No

b. If yes, has a Form 9 been filed?  ☒ Yes  ☐ No

**7. Name and Address of Secretary/ Assistant Secretary**

Vinay B Ganga, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**8. Corporate registers and records (ss.177 - 179)**

a. Are the company registers and records kept at an address different from that of the registered office?  ☐ Yes  ☒ No

b. If yes, state the address where kept and the name of any agent appointed to prepare and maintain same. *

**9. Financial Statements**

a. Is the company a public company?  ☐ Yes  ☒ No

b. If yes, have financial statements been filed in respect of the reporting period? (s.154)  ☐ Yes  ☐ No

c. If no, has a certificate of solvency been filed? (s.155)  ☒ Yes  ☐ No

**10. Summary of Share Capital**

| Classes of Shares | No. of Shares in class |
|---|---|
| Ordinary ▾ | ▮▮▮▮ |
| ▾ | |
| ▾ | |
| ▾ | |

Confirm that a Share Capital Schedule in Form 28A has been completed and attached to this Return.  ☒ Yes

**11. Jurisdictions in which the company carries on business**

a. Does the company carry on business outside Nevis?  ☒ Yes  ☐ No

b. If yes, list the jurisdictions outside of Nevis where the company carries on business. *

St. Kitts and worldwide - we accept clients from all over the world save sanctioned countries.

CONFIDENTIAL

**12. Real Property**

Has the company acquired a legal or equitable interest In land?  ☐ Yes  ☒ No

**13. Registration of Charges (s.250)**

a. State total amount of indebtedness of the company in in respect of mortgages and charges required to be registered    None

b. Has statement been filed in respect of this charge?

☐ Yes    ☐ No

**14. Corporate relationships**

a. Is the company affiliated with or controlled by another company?    ☒ Yes    ☐ No

b. If yes, name the affiliated company(ies) and describe the nature of the corporate relationship using ss.538-540 definitions.*

| Name of Affiliated Company | Relationship |
|---|---|
| Nevis Financial Holdings Group Ltd. | Affiliate |
| | |
| | |

**15. Certificate**

I, Vinay B. Ganga    hereby certify that I am authorized by the reporting company to make this Return and that the information contained herein is true and correct to the best of my knowledge and belief.

| Signature of Director/Officer | Title | Date |
|---|---|---|
| *[signature]* | President, Exec. Vice Chair | 29 April, 2020 |

* Continue on a separate page if necessary

Print Form

CONFIDENTIAL    HRB-VOL2-000146

HRB-VOL2-000147

**SHARE CAPITAL SCHEDULE TO ACCOMPANY ANNUAL RETURN FOR LOCAL COMPANY**     **FORM 28A**

| NAMES AND ADDRESSES AND OCCUPATIONS OF PAST AND PRESENT SHAREHOLDERS | | ACCOUNT OF SHARES | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NAME | RESIDENTIAL ADDRESS | Particulars of shares transferred since the date of the last Return or in the case of the first return since the incorporation of the company, by persons who are still members[1] | | | Particulars of share transferred since the date of last return or in the case or in the case of the first return, since the incorporation of the Company, by persons who have ceased to be members[2] | | | REMARKS |
| | | Class | Number Issued | Date of Registration of transfer | Class | Number | Date of Registration of transfer | |
| | | | | | | | | |
| Nevis Financial Holdings Group Ltd. | Juris Building, Main Street, Charlestown, Nevis | Ord. | ▉ | N/A | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | Ord. | ▉ | N/A | | | | |

[1] State first name, middle initial(s), last name, occupation and residential address of each shareholder.

[2] Where any shares have been converted into stock the amount of stock held by each member is to be shown.

[3] The date of registration of each transfer should be given as well as the number of shares transferred on each date. Particulars should be placed opposite the name of the Transferor. The name of the Transferee may be inserted in the remarks column immediately opposite the particulars of each transfer. A 2% stamp duty on the value of the shares transferred must be paid on all share transfer instruments. All instruments must be signed by the Registrar.

4 The aggregate number of shares held (and not the distinctive number) must be stated and the column totaled to agree with the number To have been taken up in the Item 10 summary.

CONFIDENTIAL

## ISLAND OF NEVIS
## OFFICE OF THE REGISTRAR OF CORPORATIONS

### CERTIFICATE OF INCORPORATION

**I HEREBY CERTIFY that**

## *Nevis Financial Holdings Group Ltd.*

**is incorporated in Nevis as an International Business Corporation having complied with all the requirements of incorporation under the Nevis Business Corporation Ordinance, 2017.**

Given under my Hand & Seal at Charlestown
This *24th* day of *October, 2018*

_____
**Registrar of Corporations**

No. C 50288

mLwHpT53

HRB-VOL2-000148

## TRANSFER OF SUBSCRIPTION RIGHT

**FOR VALUE RECEIVED, I VIYANA LEWIS,** have sold, transferred and assigned, and by these presents do sell, transfer and assign unto **MONTPELIER GROUP LTD.** all my right, title and interest as individual subscriber to or resulting from my respective subscription to the extent of One (1) share of the common capital stock of

## NEVIS FINANCIAL HOLDINGS GROUP LTD.

a corporation organized under the Nevis Business Corporation Ordinance 2017, on the 24th day of October, 2018, and I hereby request said corporation to issue the certificate for said share or stock to and in the name of the said **MONTPELIER GROUP LTD.** or its nominee, and I do hereby authorize, empower, and direct the Secretary of said corporation to register their transfer on the books of said corporation effective as of this 25th day of October, 2018.

**IN WITNESS WHEREOF,** I have executed this instrument on the 25th day of October, 2018.

By: _____
Name:   Viyana Lewis



Adrian Daniel
Notary Public

## ISLAND OF NEVIS
## OFFICE OF THE REGISTRAR OF CORPORATIONS

### ENDORSEMENT CERTIFICATE

IN ACCORDANCE WITH THE PROVISIONS OF SECTION 4 OF THE
NEVIS BUSINESS CORPORATION ORDINANCE, 2017

### *Nevis Financial Holdings Group Ltd.*

I CERTIFY that I have endorsed "FILED" upon the Original Articles of Amendment evidencing the change of name of the above International Business Corporation

### To: *FINTECH HOLDINGS LTD.*

#### On *9th March, 2021*

being the date of a receipt evidencing payment of all appropriate fees; and the said instrument shall be effective as of said date.

I FURTHER CERTIFY that an exact signed and acknowledged Duplicate of said Articles of Amendment has been filed in this office.



Given under my Hand & Seal at Charlestown
This *9th day of March, 2021*

**Registrar of Corporations**

No. C 50288



STLQB4VB32

HRB-VOL2-000150



**ARTICLES OF AMENDMENT**

**OF THE ARTICLES OF INCORPORATION**

Filed on 09-03-2021
File No. 0000099

### Pursuant to the Nevis Business Corporation Ordinance 2017, as amended

For the purpose of amending the Articles of Incorporation, the undersigned hereby certifies that:

1. The name of the Corporation is **NEVIS FINANCIAL HOLDINGS GROUP LTD.**

2. The Corporation was formed pursuant to the Nevis Business Corporation Ordinance and the Articles of Incorporation were filed in the office of the Registrar of Corporations on the 24th day of October, 2018.

3. The amendment provided for herein will change the name of the corporation.

4. The Articles of Incorporation, Article 1, is hereby amended to now read as follows:

5. The name of the corporation shall be **FINTECH HOLDINGS LTD.**

6. The Directors with the consent of the Shareholder are duly authorized to and have consented to the Amendment of the Articles of Incorporation.

IN WITNESS WHEREOF, the undersigned DANIEL BRANTLEY, being the Registered Agent, and duly authorized pursuant to the written authority of the board of directors, has executed this Articles of Amendment on this _____9th_____ day of March 2021.

DANIEL BRANTLEY
Registered Agent
Per:

Elizabeth Harper

Before Me:

Brian J Barnes, Notary Public

HRB-VOL2-000151

A.D. 2021

## CERTIFICATE OF NOTARY PUBLIC

S.S.

On this date before me personally came Elizabeth Harper known to me to be the individual described in and who executed the foregoing Articles of Amendment in accordance with the provisions of Section 37 of the Nevis Business Corporation Ordinance 2017, as amended, and she duly acknowledged to me that the execution thereof was her act and deed, and I do now set my hand and seal in witness of these acts in accordance with the provisions of the same section of the Ordinance.

Dated the 9th day of March, 2021

**Notary Public**

HRB-VOL2-000152

## ISLAND OF NEVIS
## OFFICE OF THE REGISTRAR OF CORPORATIONS

### CERTIFICATE OF INCORPORATION

**I HEREBY CERTIFY that**

## *Montpelier Group Ltd.*

is incorporated in Nevis as an International Business Corporation having complied with all the requirements of incorporation under the Nevis Business Corporation Ordinance, 2017.

Given under my Hand & Seal at Charlestown
This *24th* day of *October, 2018*

Registrar of Corporations

No. C 50287

uK7hr5Tc

CONFIDENTIAL

HRB-VOL2-000153

## TRANSFER OF SUBSCRIPTION RIGHT

**FOR VALUE RECEIVED, I VIYANA LEWIS,** have sold, transferred and assigned, and by these presents do sell, transfer and assign unto **YINGMAO WEI** of 400 West 113th Street, New York, New York, 10025, USA all my right, title and interest as individual subscriber to or resulting from my respective subscription to the extent of One (1) share of the common capital stock of

## MONTPELIER GROUP LTD.

a corporation organized under the Nevis Business Corporation Ordinance 2017, on the 24th day of October, 2018, and I hereby request said corporation to issue the certificate for said share or stock to and in the name of the said **YINGMAO WEI** of 400 West 113th Street, New York, New York, 10025, USA or his nominee, and I do hereby authorize, empower, and direct the Secretary of said corporation to register their transfer on the books of said corporation effective as of this 25th day of October, 2018.

**IN WITNESS WHEREOF,** I have executed this instrument on the 25th day of October, 2018.

By: _____

Name:    Viyana Lewis



Adrian Daniel
Notary Public

HRB-VOL2-000154



## SUMMARY BIOGRAPHY OF MR. YINGMAO WEI

Mr. Yingmao (Harrison) Wei has developed his career as a successful technology entrepreneur and venture technology investor. Before shifting to financial technology as a portfolio focus, Harrison has invested in and developed various tech-venture funds and media technology businesses.

Mr. Wei holds a master's degree in Marketing Science from Columbia Business School, a second masters degree in Psychology from Columbia University, and a bachelors degree in Finance & Economics.

Harrison's work both professionally, and as a focus of his academic background at Columbia, is centered on leveraging data analysis, financial modeling, and web applications to identify opportunities in emerging markets. Raised in Hong Kong and the United States, Mr. Wei is a citizen of St. Kitts and Nevis and resident of New York City and Nevis.

Mr. Wei's professional focus draws from his international business experience in technology, media, and venture-finance. Throughout his career, Mr. Wei has visited and conducted business in more than 40 countries and is currently focusing his work on providing access to banking and financial technology to emerging markets in conjunction with the team of Hamilton Reserve Bank (f/k/a Nevis International Bank & Trust Ltd.).

Mr. Wei spends his time between St. Kitts & Nevis, Hong Kong, New York and other countries around the world, developing relationships for Hamilton Reserve Bank with depositors and engaging in philanthropic activities focused on education and technology.

**CONTACT:**    Mr. Harrison Wei, c/o Hamilton Reserve Bank Ltd.
Hamilton Reserve Bank Plaza, Jessups Estate,
Nevis, St. Kitts and Nevis
Tel: (869) 469-8889 | E: hw@hrbank.com

CONFIDENTIAL

HRB-VOL2-000155