# Exhibit E



April 16, 2022

Your Excellency
President Gotabaya Rajapaksa
Democratic Socialist Republic of Sri Lanka

RE: <u>An Immediate Solution to Avoid Sri Lanka's International Sovereign Bond Default</u>

Dear Mr. President,

We are Sri Lanka's largest International Sovereign Bond ("ISB") investor holding US$250 million of the July 2022 ISB. We are also a leading bank serving a worldwide clientele from 150 countries. We have a strong British heritage as a USD reserve bank, keeping large sums of U.S. Dollars in cash deposits. With our affiliates, we have access to more than US$2 billion in investable assets.

<u>Our investment in Sri Lanka</u>

We recently visited Sri Lanka two months ago and met with central bankers and other officials. We were grateful for the warm welcome by the Sri Lanka Central Bank. We were assured by the Central Bank leadership that "*the Government and the CBSL have already taken necessary measures… to meet the upcoming debt obligations, including the US dollars 1 billion ISB maturing in July 2022*." [quoted verbatim] The Central Bank even issued a press release dated February 9, 2022, to attract international investors. Relying on such explicit guarantees directly represented to us by the Sri Lanka Central Bank, we bought the July 2022 ISB, trusting Sri Lanka would safeguard at all costs its unblemished sovereign credibility since 1948.

We hope the nation's leadership is fully aware of the catastrophic consequences of a sovereign default. For example, Argentina has struggled for 30 years to recover from its sovereign default while faced massive lawsuits and hardship for its people. If Sri Lanka were to default on the July 2022 ISB, it would be the <u>only</u> Asian country in recent human history that would have dishonored its sovereign debts.

Then a shock arrived. Without any prior warnings, Lanka's recently appointed financial leadership shattered investor confidence in an April 12 press release suspending debt services, thus insinuating a sovereign default. The market reaction was brutal: Credit rating agencies raced to downgrade Sri Lanka as well as all of Lanka's top 13 largest banks, bringing the nation's entire banking sector to the brink of bankruptcy. Was it necessary at all? Not in our view.

---

**HAMILTON RESERVE BANK**
*"The Hometown Bank of Alexander Hamilton"*
Hamilton Reserve Bank Plaza, Jessups Estate, Nevis, Saint Kitts and Nevis
Telephone: +1 (869) 469-8889 | www.hrbank.com | SWIFT: NIBTKNNE
CONFIDENTIAL **BANKING | TRUST & ESCROW | INVESTMENT MANAGEMENT | CAPITAL MARKETS**    HRB_203



*PAGE 2 OF 3*

<u>Sri Lanka only has ONE ISB due in 2022, there is ample time to manage its ISBs</u>

The July 2022 ISB is Sri Lanka's only ISB due this year. Then the next one matures in April 2023, a year away. Why is Sri Lanka in a hurry to default now when it has plenty of time to manage its ISB portfolio? Like many other countries, Sri Lanka has a short-term cash flow problem due to near-term external shocks such as Covid and the Russian situation. A seemingly "preemptive" sovereign default at this moment would devastate Sri Lanka to save a few pennies. It is a fantasy to think international bond investors would accept a haircut and walk away. For example, protracted litigation has plagued Argentina for 30 years until Argentina paid back its debts. Argentina spent more than US$200 million on legal fees alone.

<u>The vast majority of Sri Lanka's July 2022 ISB is owned by Sri Lankans</u>

A simple study of the holders of the July 2022 ISB sheds some light:

- **60% of the ISB are owned by Sri Lanka 's top banks** (Bank of Ceylon, Hatton National Bank etc.): US$600 million.
- **25% are our holdings**: $250 million. We are a supporter of Sri Lanka.
- **15% are other international holders**: $150 million.

Defaulting on the July ISB due to a meager $150 million cash funding gap is unbelievably unnecessary and short-sighted. An ISB default is akin to a self-imposed death penalty on Sri Lan's own banks. We think Sri Lanka's domestic banks are also the largest holders of other ISBs. Excluding their holdings, Sri Lanka's entire ISB loan book is cut in half to US$6 billion, payable over 10 years. If this is the case, it is quite manageable for Sri Lanka's $80 billion economy without defaulting on any ISB.

Based on these facts and analysis, it makes no sense for Sri Lanka to default and decimate Sri Lanka's own banks. There are other tools available. For example, the government can choose to convert their USD payments on maturity into Rupees-denominated domestic treasury bills thus not a single USD would be an outflow. Given the recent Rupee depreciation, Lanka's domestic banks can also book huge windfall profits on paper from their USD conversions, a much-needed confidence booster for the country. Honoring the July 2022 is a small obligation to meet. It goes a long way to restore sovereign credibility, without tainting the country's unblemished sovereign debt record. Making the timely payment is not late regardless the outcome of an IMF resolution.

---



**PAGE 3 of 3**

Since our last visit to Lanka, we have been evaluating a plan to make a US$100 million investment into Sri Lanka, selecting the Colombo Port as our new regional headquarter. We are also in discussions to potentially acquire the majority ownership of a large Lanka bank as one of the largest FDIs into Sri Lanka.

We remain confident about Sri Lanka's economy. We will be most honored to meet with you in person or visit with the Lanka delegation next week in Washington DC. Our Lanka-based adviser Mr. Sam Yee will coordinate the details.

Respectfully yours,

*Benjamin Wey*

Benjamin Wey
Vice Chairman, Fintech Holdings Group
Subsidary: Hamilton Reserve Bank

Cc: The Honorable Mahinda Samarasinghe, Ambassador to the United States
   Mr. Sam Yee, Senior Advisor, Sri Lanka, Hamilton Reserve Bank