# Exhibit F

Message

---

**From:** Kent C. Kolbig [kkolbig@MOSESSINGER.COM]
**Sent:** 5/13/2022 7:39:32 PM
**To:** 'akenyatta@hrbank.com' [akenyatta@hrbank.com]
**CC:** 'ekubota@bfalaw.com' [ekubota@bfalaw.com]; 'jbleichmar@bfalaw.com' [jbleichmar@bfalaw.com]; Thomas G Mackay [thomas.g.mackay@us.hsbc.com]; 'Fernando Acebedo' [fernando.acebedo@us.hsbc.com]; Nancy X Luong [nancy.x.luong@us.hsbc.com]; CTLANYDealManagement [ctlanydealmanagement@us.hsbc.com]; Alan E. Gamza [agamza@MOSESSINGER.COM]
**Subject:** Sri Lanka Indenture
**Attachments:** 05.04.2022 HRB letter to HSBC requesting July 2022 ISB indenture document.pdf

Dear Mr. Kenyatta,

We, Moses & Singer, are counsel to HSBC Bank USA, NA, as indenture trustee of the bonds referenced in the attached letter from Hamilton Reserve Bank.  Our client has asked us to respond to you and your counsel.  Before our client provides a copy of the requested indenture, each of Fintech Holdings, Ltd. and Hamilton Reserve Bank will need to prove that it holds a position in the subject bonds.  A letter from their respective custodian(s) certifying their respective positions in such bonds would be sufficient.  In the event, either of Fintech Holdings, Ltd. and Hamilton Reserve Bank holds their positions in the bonds directly at DTC, the certification should come from DTC.  Once the proof of holdings is provided, our client will provide a copy of the indenture.

Regards,

Kent

**Kent C. Kolbig  |  Partner**
**Moses & Singer LLP**
The Chrysler Building, 405 Lexington Avenue
New York, New York 10174
t: 212.554.7822  |  kkolbig@mosessinger.com
www.mosessinger.com
*Celebrating 100 Years and Beyond*

**Please visit the COVID-19 resources page on our website.**

**From:** Antonio Kenyatta <akenyatta@hrbank.com>
**Sent:** Thursday, May 12, 2022 10:39 AM
**To:** Christine A Calarco <christine.a.calarco@us.hsbc.com>
**Cc:** Evan Kubota <ekubota@bfalaw.com>; Javier Bleichmar <jbleichmar@bfalaw.com>
**Subject:** EXTERNAL: Sri Lanka Indenture

Dear Ms. Calarco:

The attached letter was delivered to you on May 5, 2022.  As holders of The Democratic Socialist Republic of Sri Lanka 5.875% Bonds due July 25, 2022 (ISIN USY2029SAH77), we are seeking copies of the Indenture dated as of July 25, 2012.

CONFIDENTIAL                                                                                                              HRB-VOL4-000992

We understand that HSBC is required to provide copies of the Indenture in its role as Trustee and Paying Agent. Please note that our counsel (copied here) have followed up twice by phone with no response.

We request your prompt attention to this matter and look forward to receiving the Indenture via email as soon as possible.

Sincerely,


Antonio Kenyatta
Chief Financial Officer


Office: +1 (869) 469-8889         Cell: +1 (917) 301-2522

Email: akenyatta@hrbank.com     Website: www.hrbank.com

Address: Hamilton Reserve Bank Plaza, Jessups Estate, Nevis, St. Kitts and Nevis


Swift Wiring Instructions:
https://hrbank.com/wire-transfer-instructions/

*This message is confidential and subject to terms on our Disclaimer, including certain terms concerning, among other matters, malicious content, confidentiality, legal privilege, electronic monitoring, and retention of electronic messages, and your responsibilities with regard to electronic communications. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use of this message is strictly prohibited.*

*******************************************************************
This message originated from the Internet. Its originator may or
may not be who they claim to be and the information contained in
the message and any attachments may or may not be accurate.
*******************************************************************

INTERNAL
*******************************************************************
This E-mail is confidential. It may also be legally privileged. If
you are not the addressee you may not copy, forward, disclose or
use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any
errors or omissions.
*******************************************************************
SAVE PAPER - THINK BEFORE YOU PRINT!

HRB-VOL4-000993

CONFIDENTIAL

HRB-VOL4-000994



May 4, 2022

**VIA FEDEX**

HSBC Bank USA, National Association
452 Fifth Avenue
New York, NY  10018-2706

Re:    **The Democratic Socialist Republic of Sri Lanka 5.875% Bonds due July 25, 2022
(ISIN USY2029SAH77)**

To Whom It May Concern:

Fintech Holdings, Ltd. and Hamilton Reserve Bank hold certain The Democratic Socialist Republic of Sri Lanka 5.875% Bonds due July 25, 2022, with ISIN USY2029SAH77 (the "Bonds").

I hereby request copies of the Indenture dated as of July 25, 2012 with respect to the Bonds (with any amendments thereto).

Please email copies of the above documents to my counsel Javier Bleichmar at jbleichmar@bfalaw.com as soon as possible or mail them to Bleichmar Fonti & Auld LLP, 7 Times Square, 27th Floor, New York, NY 10036.

Please call Mr. Bleichmar to confirm that the copies have been mailed or emailed at 212-789-1341.  And please contact me if you wish to discuss this further.

Thank you for your urgent attention to this matter.

Sincerely,

*Antonio Kenyatta*
Antonio Kenyatta
Chief Financial Officer

---

**HAMILTON RESERVE BANK**
*"The Hometown Bank of Alexander Hamilton"*
Hamilton Reserve Bank Plaza, Jessups Estate, Nevis, Saint Kitts and Nevis
Telephone: +1 (869) 469-8889 | www.hrbank.com | SWIFT: NIBTKNNE
**BANKING | TRUST & ESCROW | INVESTMENT MANAGEMENT | CAPITAL MARKETS**