# Exhibit G

Message

---

| | |
|---|---|
| **From:** | Antonio Kenyatta [akenyatta@hrbank.com] |
| **Sent:** | 10/2/2023 4:00:09 PM |
| **To:** | Tony de los Rios [tdelosrios@dpbcpa.com]; Juan Hidalgo [jhidalgo@dpbcpa.com] |
| **CC:** | Kyra Evelyn [kevelyn@hrbank.com] |
| **Subject:** | Re: Contact info |
| **Attachments:** | Hamilton Reserve Bank Ownership Strucure 03.2023.pdf |

Dear Juan and Tony,

It was great speaking with you gentlemen via phone this morning.

Per our conversation, see attached pdf file containing HRB's simple ownership structure for your review as part of your client onboarding process.

Should additional questions arise, just pick up the phone and call, thanks.

**Antonio Kenyatta**
*Chief Financial Officer*



Office: +1 (869) 469-8889        Cell: +1 (917) 301-2522
Email: akenyatta@hrbank.com    Website: www.hrbank.com
Address: Hamilton Reserve Bank Plaza, Jessups Estate, Nevis, St. Kitts and Nevis

Swift Wiring Instructions:
https://hrbank.com/wire-transfer-instructions/

*This message is confidential and subject to terms on our Disclaimer, including certain terms concerning, among other matters, malicious content, confidentiality, legal privilege, electronic monitoring, and retention of electronic messages, and your responsibilities with regard to electronic communications. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use of this message is strictly prohibited.*

  

------- Original Message -------
On Friday, September 29th, 2023 at 5:20 PM, Juan Hidalgo <jhidalgo@dpbcpa.com> wrote:

Antonio,

Would you be available at 11? I'm already committed through 11 on Monday.

Thanks,



**Juan J. Hidalgo, CPA**
PARTNER

jhidalgo@dpbcpa.com
P **305.448.5585** F 305.448.7590

**De La Hoz, Perez & Barbeito, P.A.**
304 Palermo Avenue, Coral Gables, FL 33134
www.dpbcpa.com

On Sep 29, 2023, at 5:09 PM, Antonio Kenyatta <akenyatta@hrbank.com> wrote:

Dear Juan and Tony,

Let's talk Monday morning at 9am or 10am, which will work best for you guys?

**Antonio Kenyatta**
*Chief Financial Officer*



Office: +1 (869) 469-8889          Cell: +1 (917) 301-2522
Email: akenyatta@hrbank.com     Website: https://link.edgepilot.com/s/d10cf83e/JYOFJ6MGCU65vFxUrsLh5g?u=http://www
Address: Hamilton Reserve Bank Plaza, Jessups Estate, Nevis, St. Kitts and Nevis

Swift Wiring Instructions:
https://link.edgepilot.com/s/359c427f/L5Fn8q53MkKDls_S-SjHhA?u=https://hrbank.com/wire-transfer-instructions/

*This message is confidential and subject to terms on our Disclaimer, including certain terms concerning, among other matters, malicious content, confidentiality, legal privilege and retention of electronic messages, and your responsibilities with regard to electronic communications. If you are not the intended recipient, please delete this message and immediately. Any unauthorized use of this message is strictly prohibited.*



------- Original Message -------
On Friday, September 29th, 2023 at 4:21 PM, Juan Hidalgo <jhidalgo@dpbcpa.com> wrote:

Hi Antonio,

Thank you for sending over this information. We have had several discussions internally and wanted to see if we could schedule a follow up call to discuss certain items. I'm copying my colleague Tony on this email since he would be the point person as a result of his familiarity with banks.

Thanks,



**Juan J. Hidalgo, CPA**
PARTNER

jhidalgo@dpbcpa.com
**P 305.448.5585** F 305.448.7590

**De La Hoz, Perez & Barbeito, PLLC**
304 Palermo Avenue, Coral Gables, FL 33134
https://link.edgepilot.com/s/c2256f41/ra028w6-
akWJvN04se5hTw?u=http://www.dpbcpa.com/



The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you have received this communication in error, please notify the sender by telephone, fax, or electronic mail immediately. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. This message and related attachments are intended to be an informal means of communication and should not be relied upon, other than for discussion purposes, unless accompanied by a report or letter executed by De La Hoz, Perez & Barbeito, PLLC. Any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing De La Hoz, Perez & Barbeito, PLLC client engagement letter. If you have received this communication in error, please permanently dispose of the message and notify the sender by email or by calling 305-448-5585.

Please be informed that to the extent this communication and any attachments contain any federal tax advice, such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed on any taxpayer under the Internal Revenue Code or promoting, marketing, or recommending to another person any transaction, arrangement or matter addressed herein.

Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the law and regulations, or to the judicial and administrative interpretations thereof.

**From:** Antonio Kenyatta <akenyatta@hrbank.com>
**Sent:** Monday, September 25, 2023 11:34 AM
**To:** Juan Hidalgo <jhidalgo@dpbcpa.com>
**Cc:** Kyra Evelyn <kevelyn@hrbank.com>
**Subject:** RE: Contact info

Dear Juan,

Per your request, attached please find HRB's audited financials as of December 31, 2021 and unaudited financials as of December 31, 2022.

**Antonio Kenyatta**

*Chief Financial Officer*



Office: +1 (869) 469-8889        Cell: +1 (917) 301-2522

Email: akenyatta@hrbank.com    Website: https://link.edgepilot.com/s/f073bb1e/9rsuwKPlVkGpVsDVcv9C7Q?u=http://www

Address: Hamilton Reserve Bank Plaza, Jessups Estate, Nevis, St. Kitts and Nevis

Swift Wiring Instructions:
https://link.edgepilot.com/s/d99b2fdd/YZxoylp0sUiKAIA-_bYq1Q?u=https://hrbank.com/wire-transfer-instructions/

*This message is confidential and subject to terms on our Disclaimer, including certain terms concerning, among other matters, malicious content, confidentiality, legal privilege and retention of electronic messages, and your responsibilities with regard to electronic communications. If you are not the intended recipient, please delete this message and immediately. Any unauthorized use of this message is strictly prohibited.*



------- Original Message -------
On Monday, September 25th, 2023 at 10:50 AM, Juan Hidalgo <jhidalgo@dpbcpa.com> wrote:

Hi Antonio,

Thank you for your time last week. I enjoyed listening about Hamilton Bank and getting to know you a bit. Please see attached the executed NDA. Once fully executed, please share with us the 2021 audited financial statements as well as the 2022 balance sheet and income statement. With this information, we can estimate the fees for the 2022 audit and present you with an engagement letter.

Thank you,



**Juan J. Hidalgo, CPA**
PARTNER

jhidalgo@dpbcpa.com
**P 305.448.5585 F** 305.448.7590

**De La Hoz, Perez & Barbeito, PLLC**
304 Palermo Avenue, Coral Gables, FL 33134



HRB-VOL8-000923

https://link.edgepilot.com/s/6490548f/JuQ7cV0-
q0qDvV8YwuwihA?u=http://www.dpbcpa.com/

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you have received this communication in error, please notify the sender by telephone, fax, or electronic mail immediately. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. This message and related attachments are intended to be an informal means of communication and should not be relied upon, other than for discussion purposes, unless accompanied by a report or letter executed by De La Hoz, Perez & Barbeito, PLLC. Any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing De La Hoz, Perez & Barbeito, PLLC client engagement letter. If you have received this communication in error, please permanently dispose of the message and notify the          sender          by          email          or          by          calling          305-448-5585.

Please be informed that to the extent this communication and any attachments contain any federal tax advice, such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed on any taxpayer under the Internal Revenue Code or promoting, marketing, or recommending to     another     person     any     transaction,     arrangement     or     matter     addressed     herein.

Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the law and regulations, or to the judicial and administrative interpretations thereof.

**From:** Antonio Kenyatta <akenyatta@hrbank.com>
**Sent:** Friday, September 22, 2023 4:54 PM
**To:** Juan Hidalgo <jhidalgo@dpbcpa.com>
**Cc:** Lorenzo Delzoppo <lorenzo@corisma.net>
**Subject:** Re: Contact info

Dear Juan,

Per our conversation over Zoom this afternoon, see attached NDA for your review, any questions let me know so we can execute and move forward accordingly.

Again, it was great speaking with you over Zoom this afternoon.

**Antonio Kenyatta**

*Chief Financial Officer*



Office: +1 (869) 469-8889          Cell: +1 (917) 301-2522

Email: akenyatta@hrbank.com    Website: https://link.edgepilot.com/s/6cfce03d/GPYdv2c4WEmPmw9Lj0soLA?u=http://www

Address: Hamilton Reserve Bank Plaza, Jessups Estate, Nevis, St. Kitts and Nevis

Swift Wiring Instructions:
https://link.edgepilot.com/s/47f26efd/tGCyOLg3GkGAEaDcWs1zJQ?u=https://hrbank.com/wire-transfer-instructions/

*This message is confidential and subject to terms on our Disclaimer, including certain terms concerning, among other matters, malicious content, confidentiality, legal privilege and retention of electronic messages, and your responsibilities with regard to electronic communications. If you are not the intended recipient, please delete this message and immediately. Any unauthorized use of this message is strictly prohibited.*



------- Original Message -------
On Friday, September 22nd, 2023 at 4:31 PM, Lorenzo Delzoppo <lorenzo@corisma.net> wrote:

Gents, here are the email contacts for further communications.

Have a great weekend!


Best Regards,

Lorenzo Delzoppo
Regulatory Compliance Attorney
Admitted to practice in the State of New York

# HAMILTON RESERVE BANK

## A SIMPLE LOCAL OWNERSHIP STRUCTURE



| **Ultimate Beneficial Ownership Flowchart** | **Ultimate Beneficial Owner Details** |
|---|---|



**Mr. Yingmao (Harrison) Wei**
Natural Person and Ultimate Beneficial Owner

Owns 100%

**Mr. Yingmao Wei  - Country of Residence:** United States of America
**Citizenship:** St. Kitts and Nevis, Bio & Passport Attached | *Dual Masters Degrees, Columbia University*
**Ownership:** 100% Ultimate Beneficial Owner of Hamilton Reserve Bank

**Montpelier Group Ltd.**
(Holding Company)

Owns 100%

**Montpelier Group Ltd. | Country of Organization:** (Nevis) St. Kitts and Nevis
**Principal Place of Business:** Hamilton Reserve Bank Plaza, Nevis
**Day to Day Operations: Headquarters for Bank:** This is a holding company with no ongoing operations apart from holding stock.

**Fintech Holdings Ltd.**
(Holding Company)
*Formerly, Nevis Financial Holdings Group Ltd.*

**Fintech Holdings Ltd. | Country of Organization:** (Nevis) St. Kitts and Nevis
**Principal Place of Business:** Hamilton Reserve Bank Plaza, Nevis
**Day to Day Operations: Headquarters for Bank:** This is a holding company with no ongoing operations apart from holding stock.

Owns 100%

**Hamilton Reserve Bank Ltd.**
*Formerly, Nevis International Bank & Trust Ltd.*
(Nevis Company)

**Hamilton Reserve Bank | Country of Organization:** (Nevis) St. Kitts and Nevis
**Principal Place of Business:** Hamilton Reserve Bank Plaza, Nevis
**Day to Day Operations: Headquarters for Bank:** Conducts Ordinary Banking Operations, Compliance, Marketing, Business Development with a full staff of trained local and international banking and financial services professionals.

*Antonio Kenyatta*

Name: Antonio Kenyatta

HRB-VOL8-000926



## ISLAND OF NEVIS
COMPANIES ORDINANCE Cap.7.06(N) of the
Revised Laws of St. Christopher and Nevis (Nevis Ordinances)

## CERTIFICATE OF INCUMBENCY

of

## HAMILTON RESERVE BANK LTD ("the Company")

I, **RHONDA NISBETT-BROWNE**, Registrar of Companies in the Island of Nevis **DO HEREBY CERTIFY:**

1. THAT the Company was duly incorporated in Nevis as **NEVIS INTERNATIONAL BANK & TRUST LTD.** on the 29th day of October, 2018 as Company No. 44 of 2018 under the Companies Ordinance, Cap. 7.06(N) of the Revised Laws of St. Christopher and Nevis (Nevis Ordinances).

2. THAT the Company was amended to change its name to **HAMILTON RESERVE BANK LTD** on the 3rd March, 2021 under section 216 of the Companies Ordinance, Cap. 7.06(N) of the Revised Laws of St. Christopher and Nevis (Nevis Ordinance).

3. THAT the registered office of the Company is Hamilton Reserve Bank Plaza, Jessups Estate, Nevis, St. Kitts & Nevis.

4. THAT the present appointed Directors of the Company are Sir Antony B. Baldry of Dovecote House, Bloxham, Oxon, OX15 4ET, UK, Prabhakar L. S. Kaza of 26 Stretton Way, Borehamwood, WD6 4AW, UK and Howard Anthony Lewis of Prospect Estate, Nevis

5. THAT the present appointed Secretary of the Company is Howard Anthony Lewis of Prospect Estate, Nevis.

6. THAT the present Sole Shareholder of the Company is Fintech Holdings Ltd with 2,500,000 Ordinary shares.

7. THAT according to the records maintained at the Office of the Registrar of Companies, the Company:

   a. is validly existing having paid all fees legally due as at the date shown below, and in good standing under the laws of Nevis;

   b. has no actions, pending or threatened, against the Company and no resolutions have been passed for its voluntary winding up.

Rhonda Nisbett-Browne
*Registrar of Companies*

22nd December, 2022
--------------------------------
*Date*

[Note: the Registrar's Certificate is limited to this company's current state of compliance with the Companies Ordinance, Cap. 7.06(N) and should not be taken as a warranty or representation by the Registrar concerning the company's compliance with other laws of Nevis which the Registrar does not administer.]

This certificate is not valid without the embossed seal



CONFIDENTIAL



## SUMMARY BIOGRAPHY OF MR. YINGMAO WEI

Mr. Yingmao (Harrison) Wei has developed his career as a successful technology entrepreneur and venture technology investor. Before shifting to financial technology as a portfolio focus, Harrison has invested in and developed various tech-venture funds and media technology businesses.

Mr. Wei holds a master's degree in Marketing Science from Columbia Business School, a second masters degree in Psychology from Columbia University, and a bachelors degree in Finance & Economics.

Harrison's work both professionally, and as a focus of his academic background at Columbia, is centered on leveraging data analysis, financial modeling, and web applications to identify opportunities in emerging markets. Raised in Hong Kong and the United States, Mr. Wei is a citizen of St. Kitts and Nevis and resident of New York City and Nevis.

Mr. Wei's professional focus draws from his international business experience in technology, media, and venture-finance. Throughout his career, Mr. Wei has visited and conducted business in more than 40 countries and is currently focusing his work on providing access to banking and financial technology to emerging markets in conjunction with the team of Hamilton Reserve Bank (f/k/a Nevis International Bank & Trust Ltd.).

Mr. Wei spends his time between St. Kitts & Nevis, Hong Kong, New York and other countries around the world, developing relationships for Hamilton Reserve Bank with depositors and engaging in philanthropic activities focused on education and technology.

**CONTACT:**  Mr. Harrison Wei, c/o Hamilton Reserve Bank Ltd.
Hamilton Reserve Bank Plaza, Jessups Estate,
Nevis, St. Kitts and Nevis
Tel: (869) 469-8889 | E: hw@hrbank.com





**ISLAND OF NEVIS**

**COMPANY NO. 44 Of 2018**

COMPANIES ORDINANCE, Cap 7.06 of
the revised Laws of St. Christopher and Nevis (Nevis Ordinances)

# *Certificate of Incorporation*

# NEVIS INTERNATIONAL BANK & TRUST LTD.

*Name of Company*

I, HEREBY CERTIFY that the above-mentioned Company, the Articles of Incorporation of which are attached, was incorporated under the Companies Ordinance of Nevis.

Rhonda Nisbett-Browne
Registrar of Companies

29th October, 2018

Date of Incorporation

This certificate is not valid without the embossed seal



CONFIDENTIAL



**ISLAND OF NEVIS**

**COMPANY NO. 44 OF 2018**

**COMPANIES ORDINANCE OF NEVIS,** Cap 7.06 of
the revised Laws of St. Christopher and Nevis Ordinances ( Nevis Ordinances).

# *Certificate of Amendment*

## Hamilton Reserve Bank Ltd

*Name of Company*

**I HEREBY CERTIFY** that the Articles of the above-mentioned Company were amended.

_____ Under section 15 of the Companies Ordinance in accordance with the attached notice

_____ Under section 33 of the Companies Ordinance as set out in the attached Articles of amendment designating a series of shares.

____X____ Under section 216 of the Companies Ordinance as set out in the attached Articles of Amendment/Reorganisation/Arrangement/ Order.

------------------------------------
Rhonda Nisbett-Browne
*Registrar of Companies*

03rd  March, 2021
------------------------------------
*Date of Amendment*

This Certificate is not valid without the embossed seal

CONFIDENTIAL

HRB-VOL8-000931

# Certificate of Incumbency
# Montpelier Group Ltd.

AAA Global Incorporation and Trust Inc. as Registered Agent does hereby certify that:

1.  The above corporation was registered in Nevis on **October 24th, 2018** with registration number **C 50287**.

2.  The corporation is in good standing as of today's date.

3.  The registered office of the corporation is: c/o **AAA Global Incorporation and Trust Inc.**, Hamilton Reserve Plaza, Building #1, Suite 102, P.O. Box 590, Nevis.

4.  According to the records held at the Registered Office of the Corporation, the Director(s) of the Corporation is/are: -

    | | |
    |---|---|
    | **Director:** | **Yingmao Wei** |
    | **Date of Appointment:** | **24.10.2018** |

5.  According to the records held at the Registered Office, the Shareholder, being the holder of 100% of the issued shares of the Corporation is: -

    | | |
    |---|---|
    | **Shareholder:** | **Yingmao Wei** |
    | **Date of Appointment:** | **24.10.2018** |

6.  The aggregate number of shares that the corporation is authorized to issue is One Hundred Million (100,000,000) Ordinary Shares with no par value, said shares to be issued in registered form.

_____
**AAA Global Incorporation and Trust Inc.,**
**Registered Agent**

Date: **March 7th, 2023**

**AAA Global Incorporation and Trust Inc.**
Hamilton Reserve Plaza,
Building #1, Suite 102,
P.O. Box, Nevis
Tel +1 869 469 5500

CONFIDENTIAL



**ARTICLES OF AMENDMENT**

**OF THE ARTICLES OF INCORPORATION**

Filed on 09-03-2021
File No. 0000099

**Pursuant to the Nevis Business Corporation Ordinance 2017, as amended**

For the purpose of amending the Articles of Incorporation, the undersigned hereby certifies that:

1. The name of the Corporation is **NEVIS FINANCIAL HOLDINGS GROUP LTD.**

2. The Corporation was formed pursuant to the Nevis Business Corporation Ordinance and the Articles of Incorporation were filed in the office of the Registrar of Corporations on the 24th day of October, 2018.

3. The amendment provided for herein will change the name of the corporation.

4. The Articles of Incorporation, Article 1, is hereby amended to now read as follows:

5. The name of the corporation shall be **FINTECH HOLDINGS LTD.**

6. The Directors with the consent of the Shareholder are duly authorized to and have consented to the Amendment of the Articles of Incorporation.

IN WITNESS WHEREOF, the undersigned DANIEL BRANTLEY, being the Registered Agent, and duly authorized pursuant to the written authority of the board of directors, has executed this Articles of Amendment on this ___9th___ day of March 2021.

DANIEL BRANTLEY
Registered Agent
Per:

_____
Elizabeth Harper

Before Me:

_____
Brian J Barnes, Notary Public

# *Certificate of Incumbency*
# FINTECH HOLDINGS LTD.

AAA Global Incorporation and Trust Inc. as Registered Agent does hereby certify that:

1. The above corporation was registered in Nevis on **October 24th, 2018** with registration number **C 50288**.

2. The corporation is in good standing as of today's date.

3. The registered office of the corporation is: c/o **AAA Global Incorporation and Trust Inc.**, Hamilton Reserve Plaza, Building #1, Suite 102, P.O. Box 590, Nevis.

4. According to the records held at the Registered Office of the Corporation, the Director(s) of the Corporation is/are: -

   | | |
   |---|---|
   | **Director:** | **Montpelier Group Ltd.** |
   | **Date of Appointment:** | **24.10.2018** |
   | | |
   | **Director:** | **Howard Anthony Lewis** |
   | **Date of Appointment:** | **17.03.2021** |

5. According to the records held at the Registered Office, the Shareholder, being the holder of 100% of the issued shares of the Corporation is: -

   | | |
   |---|---|
   | **Shareholder:** | **Montpelier Group Ltd.** |
   | **Date of Appointment:** | **24.10.2018** |

6. The aggregate number of shares that the corporation is authorized to issue is One Hundred Million (100,000,000) Ordinary Shares with no par value, said shares to be issued in registered form.

*AAA Global Incorporation and Trust Inc.,*
*Registered Agent*

Date: **March 7th, 2023**

**AAA Global Incorporation and Trust Inc.**
Hamilton Reserve Plaza,
Building #1, Suite 102,
P.O. Box, Nevis
Tel +1 869 469 5500