WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

July 7, 2026

**BY ECF**

Granted.
Denise Cote
7/8/26

Hon. Denise Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

**Re: *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 22 Civ. 5199 (DLC)**

Dear Judge Cote:

Pursuant to the Stipulated Protective Order dated May 11, 2023 (ECF 38), and Section 8 of the Court's Individual Practices, Plaintiff Hamiton Reserve Bank (the "Bank") requests permission to file (i) unredacted version of its response to the Court's June 30 Order (ECF 218), and (ii) unredacted, highlighted versions of the Exhibits to the Garbacz Declaration (ECF 217) under seal.

Plaintiff's response to the Court's June 30th Order contains and quotes information that was marked Confidential pursuant to the Protective Order (ECF 38). Plaintiff filed a redacted version of its response (ECF 218), which contains proposed redactions that are narrowly tailored and warranted to protect the Bank's non-public and commercially sensitive information. For example, the redacted portions of the Bank's response discuss non-public information about the Bank's assets and liabilities, and Defendant's characterization of that information in the unredacted version of Defendant's Supplemental Memorandum of Law (ECF 206), which was filed under seal. The Exhibits to the Garbacz Declaration likewise contain proposed redactions that are narrowly tailored and warranted to protect the Bank's non-public and commercially sensitive information.

The Bank's privacy interest, and the potential for commercial harm strongly outweighs any presumption of public access and warrants sealing. The bases for keeping this information under seal are set out in more detail in the Plaintiff's response (ECF 218), the unredacted version of which is being filed under seal simultaneously herewith.

Respectfully submitted,

/s/ Lee Wolosky
Lee Wolosky