UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAMILTON RESERVE BANK LTD.,

Plaintiff,

v.

THE DEMOCRATIC SOCIALIST REPUBLIC OF
SRI LANKA.

Defendant.

No. 22 Civ. 5199 (DLC)

---

**DECLARATION OF BENEDICT ROTH**

Benedict Roth declares and states as follows:

1. I have been retained by counsel to Plaintiff Hamilton Reserve Bank Ltd. ("Plaintiff") to provide expert evidence in this matter. Attached as **Exhibit 1** is my Expert Report, dated May 6, 2026 (the "Roth Report"). Attached as **Exhibit 2** is my Expert Rebuttal Report, dated May 22, 2026 (the "Roth Rebuttal Report").

2. I affirm that the statements contained in the Roth Report and the Roth Rebuttal Report are true to the best of my knowledge, and the opinions stated therein are sincerely held by me, subject to the limited amendment to paragraph 73 of the Roth Rebuttal Report described below. The opinions in the Roth Report and the Roth Rebuttal Report are incorporated herein by reference as if fully stated herein.

3. I was also deposed by Defendant The Democratic Social Republic of Sri Lanka in connection with this matter on June 3, 2026, during which I further explained my views under oath. The opinions I stated during my deposition are incorporated by reference as if fully stated herein.

4. During my deposition, I noted a few minor typographical errors in my reports. These typographical errors do not alter the substance of my opinions. During my deposition, I also made a minor amendment to paragraph 73 of my Rebuttal Report, so that it reads as follow:

> The guidelines placed no capital requirements on the regulated institution other than those mentioned in the Nevis International Banking Ordinance; it made clear that regulated institutions were governed by the Nevis International Banking Ordinance rather than this guideline.

5. I have no interest in the outcome of this litigation, and my compensation is not contingent on the opinions I express or the outcome of this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2026

Benedict Roth