# Exhibit 2

CONFIDENTIAL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| | )   **Civil Action No. 1:22-cv-05199** |
| | ) |
| | ) |
| HAMILTON RESERVE BANK LTD., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE DEMOCRATIC SOCIALIST | ) |
| REPUBLIC OF SRI LANKA, | ) |
| | ) |
| Defendant. | ) |

**REBUTTAL EXPERT REPORT OF BENEDICT ROTH**

**May 22, 2026**

CONFIDENTIAL

## CONTENTS

I.    ASSIGNMENT ........................................................................................... 2

II.   SUMMARY OF OPINIONS ....................................................................... 3

III.  OPINIONS AND BASIS FOR OPINIONS .............................................. 6

      A. Summary of the Persaud Report's claims ........................................... 6

      B. ███████████████████████████████████ ....................... 10

         ████████████████████████ ...................... 13

      C. ██████████████████████████████ ..................... 17

      D. ███████████████████████████ .................. 18

      E. ████████████████████████████ ... 21

      F. ████████████████████████████ ....................... 24

         ████████████████ .......................... 26

         ████████████████ ............................... 27

      G. Mr. Persaud's qualifications in relation to the conclusions of his report ................... 30

      H. The Persaud Report's claims have no impact on HRB's title to the 2022 Bonds ...... 31

IV.   CONCLUSION ......................................................................................... 32

APPENDIX A. CURRICULUM VITAE OF JOHN BENEDICT ROTH ....................................... 36

APPENDIX B. MATERIALS CONSIDERED ........................................................ 40

CONFIDENTIAL

## I.   ASSIGNMENT

1.   I have prepared this Rebuttal report ("Rebuttal Report") at the request of Willkie Farr & Gallagher LLP to provide my expert opinion on behalf of Hamilton Reserve Bank (henceforth "HRB"), the named plaintiff in this Matter.

2.   This Rebuttal Report is submitted in response to the Expert Report of Avinash Persaud dated May 6, 2026 (the "Persaud Report"). In this Rebuttal Report, I also refer to my affirmative report, dated May 6, 2026 (my "Opening Report").

3.   In preparing this Rebuttal Report, I have reviewed the materials listed in Appendix B of my Opening Report, as well as the Persaud Report and the materials cited therein. Any material referenced herein that are not referenced in Appendix B of my Opening Report or in the Materials Considered in Appendix II of the Persaud Reports are identified in Appendix B of this Rebuttal Report.

4.   The opinions set out in this Rebuttal Report are my own independent opinions. I reserve the right to supplement or revise my opinions should additional documents or other information be provided to me.

5.   As noted in my Opening Report, SEDA's hourly rate for my services is $1,500. This compensation is not contingent on the content of my opinions or the outcome of this litigation.

6.   Defined terms not defined in this Rebuttal Report hold their meaning from my Opening Report.

## II.     SUMMARY OF OPINIONS

7.     Much of the Persaud Report, and Mr. Persaud's prior testimony in the matter, focuses on the prudence of HRB's investment in the 2022 Bonds and the consistency of HRB's behavior with international prudential banking standards. To this extent Mr. Persaud's testimony is consistent with his instruction to:[1]

> "*opine on the principles of bank regulation, bank capital requirements, and in the context of Hamilton Reserve Bank's ("**HRB**") holdings of a bond issued by Sri Lanka.*"

8.     In this Rebuttal Report, I do not challenge Mr. Persaud's testimony regarding what is prudent or what behavior is consistent with international standards, nor do I question Mr. Persaud's qualifications to give opinions on those subjects.

9.     But, despite the fact that Mr. Persaud's expertise and instructions lie in prudential banking regulation, the Persaud Report does not confine itself to that subject. At the outset of his report, Mr. Persaud states:[2]

> "*The central question addressed in this report is not simply whether HRB made an imprudent investment decision. A bank can make a poor investment without ceasing to operate as a bank.* ██████████
> ██████████████████████████████████
> ██████████████████████████████████
> ████████████████████████

10.     ████████████████████████████████
████████████████████████████████████
██████████████████████████████ █████████████████
██████████████████████████ █████████████████████████

---

[1] *See* Expert Report of Avinash Persaud, ¶ 1.

[2] *Ibid.*, ¶ 4.

[3] *Ibid.*, ¶ 13.

[4] *Ibid.*, ¶ 103.

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████[5]

11.     In my opinion, these are not conclusions that someone of Mr. Persaud's background and expertise would normally be asked to examine. Reaching these conclusions would require, instead, the expertise of a forensic accountant, an expert in fund structuring, or a fraud investigator.

12.     Furthermore, as outlined below, I do not believe that the Persaud Report's testimony with regard to these conclusions is reliable or accurate.

13.     First, the Persaud report ignores or minimizes important information, with the result that it misstates or mischaracterizes the factual record. ████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████ ████████████████████████████████████████████ ████████████████████████

14.     ████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ███████████████████████████████ ████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████

15.     ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████

[5] *Ibid.*, ¶ 100.

[6] *Ibid.*, ¶ 59.

[7] *Ibid.*, ¶ 62.

[8] *See* HRB-VOL6-000022.

[9] *See* Expert Report of Avinash Persaud, ¶ 62, Footnote 34.

CONFIDENTIAL

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

16. ███████████████████████████████████████████
████████████████████  ██████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

17. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████

18. ███████████████████████████████████████████
████████████████████████████████  ███████████████
████████████████████████████████████████████████
████████████████████████████████████████████  ████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████

19. ███████████████████████████████████████████
████████████████████████████████████████████████

---

[10] *Ibid.*, ¶¶ 8, 9, 16, 103.

[11] *Ibid.*, ¶ 13.

[12] *Ibid.*, ¶ 100.

CONFIDENTIAL



20.

## III.    OPINIONS AND BASIS FOR OPINIONS

21.    My opinions are outlined in the remainder of this section of my Rebuttal Report.

22.    To assist the reader, I begin with a critical summary of the Persaud Report's claims, its conclusions, and the reasoning that it brings in support of those conclusions. Each element of its reasoning is then discussed in turn in the five sub-sections that follow this summary.

### A.  Summary of the Persaud Report's claims

23.    .[18]

---

[13] *Ibid.*, ¶¶ 13, 100, 103.

[14] *Ibid.*, ¶¶ 8, 9, 16, 103.

[15] *Ibid.*, ¶ 100 and Appendix III, ¶ 21.

[16] *Ibid.*, ¶¶ 8, 9, 16, 103.

[17] *Ibid.*, ¶ 13.

[18] *Ibid.*, ¶ 100.

CONFIDENTIAL

24.     Mr. Persaud's original July 2023 declaration had stated that ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ [19]

> "*what are sometimes called **'vulture investors' who prefer to be anonymous** as they deliberately purchase distressed assets when they are cheap, expecting a default and looking to extract very high returns, often a large multiple of their original investment, **by holding out against a reasonable restructuring offer** in return for a better settlement even though they were not an investor before the investment became impaired. This is a fundamentally different kind of activity than what HRB states it is involved in, and, as a regulated bank, it would find it hard to be involved in. Vulture funds are almost all investment funds, not banks*" (emphasis added).

25.     ████████████████████████████████████████████████████████ [20]

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████████████

26.     The Persaud Report, completed in May 2026, adopts and reaffirms these earlier opinions, stating that:[21]

> "*My opinions from my previous declarations remain the same.*"

---

[19] *Ibid.*, Appendix III, ¶¶ 20, 21.

[20] *Ibid.*, Appendix IV, ¶¶ 29, 33.

[21] *Ibid.*, ¶ 96.

**CONFIDENTIAL**



27.

    a.

    b.

    c.

    d.

    e. [26]

28.

 [28]

29.

    a.

---

[22] *Ibid.*, ¶¶ 9, 10, 15.

[23] *Ibid.*, ¶¶ 67, 92.

[24] *Ibid.*, ¶ 11.

[25] *Ibid.*, ¶¶ 4, 5, 8, 11, 14, 50, 56, 69, 74, 82, 92, 95, 103.

[26] *Ibid.*, ¶¶ 81, 82, 100, and Appendix IV, ¶ 33. *See also* Mr. Persaud's Second Declaration, July 1, 2025.

[27] *Ibid.*, ¶¶ 8, 9, 16, 103.

[28] *Ibid.*, ¶ 13.

[29] *Ibid.*, ¶¶ 67, 92.

Roth Rebuttal Report



b. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[30]

c. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

d. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[33]

30. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮

31. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[30] *Ibid.*, ¶¶ 11, 13.

[31] *Ibid.*, ¶¶ 8, 9, 16, 103.

[32] *Ibid.*, ¶ 98.

[33] *Ibid.*, ¶ 100.

[34] *Ibid.*, ¶ 13.

CONFIDENTIAL



32.     Notably, the Persaud Report contains no analysis of the regulatory environment in Nevis at the time of the Bank's investment in the 2022 Bonds. And, as I outline below, the Persaud Report often ignores or minimizes other facts that do not support its conclusion. Finally, when it interprets the facts that it finds, it often focuses uniquely on its chosen conclusion to explain them rather than considering other – perhaps more likely – conclusions that could be drawn.

33.     These failures, taken together, undermine the Persaud Report's reliability.

34.     Each of its claims is discussed, in turn, below.

**B.** ███████████████████████████████████████

35.     ███████████████████████████████████████
████████████ ██████████████████████████████████
███████████████████████████████████████████████
████████████ ██████████████████████████████████
███████████████████████████████

███████████████████████████

███████████████████████████

███████████████████████████

███████████████████████████

███████████████████████████

---

[35] *Ibid.*, ¶¶ 42-51.

[36] *Ibid.*, ¶¶ 59, 67.

[37] *Ibid.*, ¶¶ 12 (twice), 13, 16, 51, 55, 60 (twice), 62, 66 (twice), 67 (twice), 83, 90, 91, 92, 99.



[38]

36. ██████████████████████████████████████████████████████
████ ██████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████ ██████████████████████████████████

37. ██████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████

████ ██████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████

38. ██████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████

a. ████████████████████████████████████
████████████████████████████ ████████████
████████████████████████████████████

[38] *Ibid.*, ¶ 13.

[39] *Ibid.*, ¶¶ 8, 9, 16, 103.

[40] *Ibid.*, Appendix IV, ¶ 33.

[41] *See* HRB-VOL6-000022.

[42] *See* Expert Report of Avinash Persaud, Appendix II, Number 99.

[43] *Ibid.*, ¶ 62, Footnote 34.

[44] Accounts with zero balances were excluded from this analysis and from the subsequent year-end 2022 analysis.



---

[45] *See* Expert Report of Avinash Persaud, ¶¶ 67, 92.

[46] *Ibid.*, ¶ 13.

[47] *See* United States Court of Appeals, Second Circuit Opinion Affirming Denial of Guzman's Motion to Intervene, May 2, 2025. *See also* U.S. District Court, S.D.N.Y., Plaintiff's Memorandum of Law in Opposition to Motion to Intervene, March 15, 2024.

[48] *See* De La Hoz, Perez & Barbeito, Independent Auditor's Report, December 31, 2023, p. 3, HRB-VOL2-000433.

[49] *See* Expert Report of Avinash Persaud, ¶ 13 and Appendix IV, ¶ 29.

[50] *Id.*

[51] *Ibid.*, ¶ 59.

**CONFIDENTIAL**



39.  ████████████████████████████████████████████████████
████████████████████████████████████ ████████████████████
██████████████████████████████████████████████████████████
████████ ████████████████████████████████████████████████
██████████ ██████████████████████████████████████████████
████████████████████

40.  ████████████████████████████



---

[52] *See* HRB-VOL5-000435.

[53] *Ibid*., at HRB-VOL5-000459.

[54] *See* Expert Report of Avinash Persaud, ¶¶ 12 (twice), 13, 16, 51, 55, 60 (twice), 62, 66 (twice), 67 (twice), 83, 90, 91, 92, 99.

[55] *Ibid*., ¶ 62.

CONFIDENTIAL

41. ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████[57]

42.    In my Opening Report I noted that Nevis regulation forbids international banks such as HRB from soliciting local retail and corporate deposits.[58] HRB is therefore forced to attract deposits from organizations that wish to invest cross-border. Many of these could reasonably be expected to be investment and trading businesses or individuals carrying out these activities but trading via corporate legal entities.

43.    The "*limited set of categories*"[59] of depositor business types referred to by Mr. Persaud reflects these expectations:

      a.    Business support services;

      b.    Blockchain and cryptocurrency;

      c.    Investment companies;

      d.    Investment banks; and

      e.    Traders.

44.    All of these are broad categories. In describing them as "*not well-defined*"[60] Mr. Persaud might agree. Furthermore, they are business categories that are open to cross-border, international business. As such, the validity of the Persaud Report's characterization of HRB's business depositor mix as "*limited*" in support of its claim of "*a narrow funding network*"[61] on the liability

---

[56] *See* HRB-VOL5-000446.

[57] *See* Expert Report of Avinash Persaud, ¶¶ 59, 62.

[58] *See* Opening Report of Benedict Roth, ¶ 24 (a). *See also* St. Christopher and Nevis, Nevis International Banking Ordinance, December 31, 2017, Sections 3 (3), 21, 30.

[59] *See* Expert Report of Avinash Persaud, ¶ 62.

[60] *Ibid.*, ¶ 61.

[61] *Ibid.*, ¶ 62.

side of HRB's balance sheet is questionable: it might be equally true to say that they reflect HRB's marketing constraints and strategies.

45. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████

46.   Nothing in the set of business categories outlined above appears to be demonstrably unusual for a bank which was targeting the cross-border payments market. ████████████████████
████████████████████████████████████████████ ██████████████
████████████████████████████████████████████████████████
███████████

47. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████



[62] *See* United States House Committee on Financial Services, Meuser: The Biden Administration's Operation Choke Point 2.0 Was Carried Out by The Prudential Regulators to Target and Debank the Digital Asset Ecosystem, February 6, 2025, available at https://financialservices.house.gov/news/documentsingle.aspx?DocumentID=409457. *See also* Operation Choke Point 2.0: The Biden Administration's Efforts to Put Crypto in the Crosshairs, February 6, 2025, available at https://www.congress.gov/119/chrg/CHRG-119hhrg59598/CHRG-119hhrg59598.pdf. *See also* The White House, Fact Sheet: The President's Working Group on Digital Asset Markets Releases Recommendations to Strengthen American Leadership in Digital Financial Technology, July 30, 2025, available at https://www.whitehouse.gov/fact-sheets/2025/07/fact-sheet-the-presidents-working-group-on-digital-asset-markets-releases-recommendations-to-strengthen-american-leadership-in-digital-financial-technology/.

[63] *See* Expert Report of Avinash Persaud, ¶ 59.

[64] *Ibid.*, ¶ 13.

[65] *Ibid.*, ¶¶ 63-65.

[66] *Ibid.*, ¶ 66.

CONFIDENTIAL



48.    This final claim and final piece of analysis results from a misunderstanding of the different roles of "*stocks*" and "*flows*" in a bank balance sheet. Transaction volumes are records of flows of assets in and out of the balance sheet. Funding or liability concentration is based on balances, which are the "*stocks*," the end-results of those flows. The two are not necessarily connected: one customer might have hundreds of millions of transactions in and out but minimal balances, while a different customer might have substantial balances on deposit without significant transaction volumes.

49.

50.

51.

---

[67] *Ibid*., Section VI.

[68] *Ibid*., ¶ 59.

[69] *Ibid*., Appendix IV, ¶ 29.

CONFIDENTIAL

52. ███████████████████████████████████████████████████████████
████████████ ███████████████████████████████████████████████████
██████████████████████ ████████████████████████████████████████
███████████

53. █████████████████████████████████████████████████████████████
███████████████████████████████ ███████████████████████████████
█████

C.  ████████████████████████████████████████████████████████
██████████████████████████████

54. ████████████████████████████████████████████ █████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
██████ ████████████████████████████████████████████



55.    The nature of a bank balance sheet is that its total assets and total liabilities always move together, with repeated numerical correspondence: every increase in customer deposits – i.e. customer liabilities – leads inevitably to a corresponding increase in assets.

---

[70] *See* Expert Report of Avinash Persaud, ¶¶ 12 (twice), 13, 16, 51, 55, 60 (twice), 62, 66 (twice), 67 (twice), 83, 90, 91, 92, 99.

[71] *Ibid.*, ¶¶ 8, 9, 16, 103.

[72] *Ibid.*, ¶ 13.

[73] *Ibid.*, ¶ 59.

[74] *Ibid.*, ¶ 13.

[75] *Ibid.*, ¶ 11.

[76] *Ibid.*, ¶ 13.

Roth Rebuttal Report                                                    17

CONFIDENTIAL

56.     The Persaud Report's treatment of simultaneous growth in assets and liabilities as probative of coordinated investor behavior is therefore incorrect as a matter of basic banking mechanics. In any deposit-taking institution, increases in deposits necessarily result in commensurate increases in assets. This is an accounting identity, not an empirical observation. Accordingly, the "*repeated numerical correspondence*"[77] highlighted by Mr. Persaud does not support any inference about depositor coordination or intent.

57.     Giving the simplest possible example, if a customer were to deposit $100.00 into their bank account, even if the bank took no action whatsoever to invest those funds into other assets, the $100.00 would still appear immediately as a numerically-corresponding asset in the bank's balance sheet: as a cash balance on deposit with its US dollar correspondent or its central bank if the deposit had been made via an interbank clearing system, or as an asset in notes and coins if the deposit had been made in dollar bills.

58.     Corresponding increases in assets and liabilities are therefore normal. They are not proof (i.e. are not "*probative*") of anything except the fact that the bank maintained a consistent strategy of investment in the 2022 Bonds as its deposit base grew.

59.     This fact (that HRB maintained a consistent strategy of investment in the 2022 Bonds) is not in dispute. But the Persaud Report's further suggestion that consistent, concurrent growth in assets and liabilities, resulting from this strategy, is evidence of "*a closed or club-like funding structure*" is incorrect. Concurrent growth in assets and liabilities is a normal feature of a bank balance sheet.

**D.** ███████████████████████████████████████████████

60.     ███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████

61.     ███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

---

[77] *Ibid.,* ¶ 11.

[78] *Ibid.,* ¶¶ 8, 9, 16, 103.

[79] *Ibid.,* ¶¶ 5, 50, 56.

CONFIDENTIAL



80    *See e.g.*, SEC, GoldenTree Opportunistic Credit Fund, Form N-2, 2025, available at
https://www.sec.gov/Archives/edgar/data/2052250/000119312525018367/d859355dn2.htm.

81    *See* Andrew Metrick, Journal of Economic Perspective, 2024, pp. 143-146, available at
https://pubs.aeaweb.org/doi/pdfplus/10.1257/jep.38.1.133.

82    *See* Harvard Business Impact, Credit Suisse's Involvement in the Archegos Collapse: Risk Management and Internal
Controls, February 28, 2023, available at https://hbsp.harvard.edu/product/W32401-PDF-ENG. *See also* Federal
Department of Finance, UBS takeover of Credit Suisse, December 20, 2024, available at
https://www.efd.admin.ch/en/credit-suisse-en.

83    *See* Carey K. Mott, Journal of Financial Crises, March 28, 2024, pp. 486, 487, available at
https://elischolar.library.yale.edu/cgi/viewcontent.cgi?article=1545&context=journal-of-financial-crises.

84    *See* Federal Reserve History, Continental Illinois: A Bank That Was Too Big to Fail, May 15, 2023, available at
https://www.federalreservehistory.org/essays/continental-illinois.



65.

66.

---

85 *See* John Gapper & Nicholas Denton, All That Glitters: The Fall of Barings, 1996, pp. 130,131, 219-221.

86 *See* Hyun Song Shin, Reflections on Northern Rock: The Bank Run that Heralded the Global Financial Crisis, 2009, available at https://pubs.aeaweb.org/doi/pdfplus/10.1257/jep.23.1.101.

87 *See* FDIC, Crisis and Response: an FDIC History, 2008–2013, pp. xiv-xvi, xix-xxi, available at https://www.fdic.gov/media/18626. *See also* Bank of England Prudential Regulation Authority, The failure of HBOS plc (HBOS), November 2015, pp.14, 23-26, available at https://www.bankofengland.co.uk/-/media/boe/files/prudential-regulation/publication/hbos-complete-report.pdf.

88 *See* FSA, The failure of the Royal Bank of Scotland, December 2011, pp. 158-177, available at https://www.fca.org.uk/publication/corporate/fsa-rbs.pdf.

89 *See* Incentives matter: what is different in banking and what role does supervision play?, October 22, 2025.

90 *See* Expert Report of Avinash Persaud, Appendix III, ¶¶ 8, 10.

91 *See* 1st Follow-up Examination Report, December 28, 2022, HRB-VOL10-000001. *See also* Hamilton Reserve Bank, Response to AML/CFT Follow-up Compliance Examination Report Issued and received as at 12.28.2022, January 11, 2023, HRB-VOL10-000036.

92 *Ibid.,* ¶¶ 8, 9, 16, 103.



---

[93] *See* Opening Report of Benedict Roth, ¶¶ 25, 30, 31, 51.

[94] *See* Expert Report of Avinash Persaud, ¶¶ 5, 11, 50, 56, 82, 95.

[95] *Ibid.*, ¶¶ 4, 5, 8, 14, 27, 49, 53, 55, 66 (Exhibit 5), 69-74, 76, 83, 87, 92-93, 97, 101, 103.

[96]    *See*    Merriam-Webster    dictionary,    prudential    definition,    available    at    https://www.merriam-webster.com/dictionary/prudential. *See also* Merriam-Webster dictionary, prudent definition, available at https://www.merriam-webster.com/dictionary/prudent.

[97]   *See* BIS, BCP - Core Principles for effective banking supervision, April 25, 2024, available at https://www.bis.org/basel_framework/chapter/BCP/01.htm?inforce=20191215&published=20191215. *See* also Bank of England, Prudential Regulation, available at https://www.bankofengland.co.uk/prudential-regulation. *See also* Congress Research Service, Who Regulates Whom? An Overview of the U.S. Financial Regulatory Framework,    October    13,    2023,    available    at https://www.congress.gov/crs_external_products/R/PDF/R44918/R44918.10.pdf.

[98] *See* Expert Report of Avinash Persaud, ¶¶ 76, 83, 97, 103.

CONFIDENTIAL



70. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

a. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████[100]

b. Second, as I discussed in my Opening Report,[101] prudential regulation of

[99] *Ibid.*, ¶¶ 8, 9, 16, 103.

[100] *See* Opening Report of Benedict Roth, ¶ 52. *See also* 1st Follow-up Examination Report, December 28, 2022, HRB-VOL10-000001.

[101] *See* Opening Report of Benedict Roth, ¶¶ 23-31.

international banks[102] ***in HRB's home jurisdiction of Nevis*** did not preclude HRB's investment in the 2022 Bonds and did not adhere, in this regard, to Basel principles. While Nevis regulations did contain several restrictions on the activities of international banks, none of these were applicable to investments in bonds until June 2024 when the regulations were updated. HRB's investments in the 2022 Bonds were made during 2021 and 2022 and the new restrictions, which came into force in 2024, do not appear to be retrospective.

71.    In contrast with my analysis of Nevis regulations, Mr. Persaud's Declaration of July 2023 claimed, "*Nevis states that its capital requirements are no less than the Basel Capital standards*"[103] and devoted much of its analysis to the implications of these standards for HRB's capitalization.

72.    However, the document cited by Mr. Persaud in support of this claim[104] was not part of the Nevis regulatory rulebook. It was entitled "*Guidelines on the establishment of an International Bank in Nevis*"; it required the Regulator (not the regulated institution) to be guided by Basel principles[105] in its assessment of an applicant for an international banking license and it required the Regulator to set (rather than the regulated institution to meet) capital requirements at least equal to those of the Basel Capital Accord.[106]

73.    The guidelines placed no capital requirements on the regulated institution other than those mentioned in the Nevis International Banking Ordinance; it made clear that regulated institutions were governed by the Nevis International Banking Ordinance rather than this guideline; given its title as "*Guidelines*", it is not clear whether the Regulator is bound by law to observe it; and, finally, whether the "*Guidelines*" apply at the point when the Regulator approves a license application or on an ongoing basis thereafter is unclear.

---

[102] *See* Letter from Regulator, December 19, 2025, HRB-VOL9-000003.

[103] *See* Mr. Persaud's First Declaration, July 17, 2023. *See also* Expert Report of Avinash Persaud, Appendix III, ¶ 11.

[104] *See* Nevis Financial Services, Guidelines on the Establishment of an International Bank in Nevis.

[105] *Ibid.*, p. 10.

[106] *Ibid.*, p. 12.

74.    As I noted in my Opening Report, the Nevis International Banking Ordinance does not require ongoing compliance with financial adequacy minima, in contrast with UK regulations which require institutions to have adequate financial resources "*at all times.*"[107]

75.    In summary, Nevis prudential regulation of international banks did not appear to preclude HRB's investment in the 2022 Bonds during 2021 and 2022 and did not adhere, in this regard, to Basel principles. Nothing in the local prudential regulatory framework appears to justify the claim that: [108]



---

[107] *See* Opening Report of Benedict Roth, ¶ 44.

[108] *See* Expert Report of Avinash Persaud, ¶ 103.

[109] *Ibid.*, ¶¶ 81, 82.

CONFIDENTIAL



77.

78.

[110] *Ibid.*, ¶ 100.

[111] *Ibid.*, ¶ 82.

[112] *Ibid.*, ¶ 81.

CONFIDENTIAL



79.



80.    One of these lawsuits, filed by Mr. Jesse Guzman, is seeking the return of at least a portion of a $50 million deposit.[114]

81.

b.    Second, the Persaud Report states in the same footnote, with regard to the lawsuit

---

[113] *See* De La Hoz, Perez & Barbeito, Independent Auditor's Report, December 31, 2023, HRB-VOL2-000433.

[114] *See* United States Court of Appeals, Second Circuit Opinion Affirming Denial of Guzman's Motion to Intervene, May 2, 2025. *See also* U.S. District Court, S.D.N.Y., Plaintiff's Memorandum of Law in Opposition to Motion to Intervene, March 15, 2024.

[115] *See* Expert Report of Avinash Persaud, ¶ 81, Footnote 55.

[116] *Id*.

[117] *Ibid.*, ¶ 82.

[118] *See supra* ¶ 37.

filed by Mr. Jesse Guzman:

> "*I also note that there exists an outstanding lawsuit against HRB whereby one depositor, Jesse Guzman, is seeking recovery of deposits with a claim of about $50 million, however Mr. Kenyatta has characterized this as a compliance issue (see Deposition of Antonio Kenyatta, April 16, 2026, 413:8-21).*"[119]

This statement fails to present the reader with a complete and proper picture: while Mr. Kenyatta has explained HRB's failure to repay Mr. Guzman's deposit as the result of a "*compliance issue*", Mr. Guzman's lawsuit is nothing to do with compliance. In summary, Mr. Guzman seeks the return of $27 million of his deposit[120] and Mr. Kenyatta has said nothing to contradict this fact. ███████████████████████ ████████████████████████████████████████████████ █████████████  The relegation of this important information about his lawsuit to a footnote in Mr. Persaud's report does further disservice to the reader.



---

[119] *See* Expert Report of Avinash Persaud, ¶ 81, Footnote 55.

[120] *See* United States Court of Appeals, Second Circuit Opinion Affirming Denial of Guzman's Motion to Intervene, May 2, 2025. *See also* U.S. District Court, S.D.N.Y., Plaintiff's Memorandum of Law in Opposition to Motion to Intervene, March 15, 2024.

[121] *See* Expert Report of Avinash Persaud, ¶¶ 81, 82.

CONFIDENTIAL



83. ████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████

84. ████████████████████████████████████████████████
████████████████████████████████████████████████
██████████

---

122 *See* OIG, Material Loss Review of Silicon Valley Bank, September 25, 2023, p. 9, available at https://www.oversight.gov/sites/default/files/documents/reports/2023-09/board-material-loss-review-silicon-valley-bank-sep2023.pdf.

CONFIDENTIAL



c.

85.

---

123    *See* BBC, Northern Rock gets bank bail out, September 13, 2007, available at http://news.bbc.co.uk/1/hi/business/6994099.stm.

124    *See* BBC, Northern Rock besieged by savers, September 17, 2007, available at http://news.bbc.co.uk/2/hi/business/6997765.stm.

125    *See* Jason Moran-Bates, The Decline and Fall of IndyMac: How Deteriorating Economic Conditions, Inadequate Responses to those Conditions, and the Senior Senator from New York Caused One of the Largest Bank Failures in United States History, 2009, pp. 532, available at https://scholarship.law.unc.edu/cgi/viewcontent.cgi?referer=&httpsredir=1&article=1273&context=ncbi. *See also* Chuck E. Schumer, Letter to Sheila Blair, and John Reich, June 26, 2008.

126    *See* OCC, OTS Closes IndyMac Bank and Transfers Operations to FDIC, July 11, 2008, available at https://www.occ.gov/static/ots/press-releases/ots-pr-2008-29.pdf.

Roth Rebuttal Report                                                                29

**CONFIDENTIAL**

86.

87.

88.

**G. Mr. Persaud's qualifications in relation to the conclusions of his report**

89.    Mr. Persaud's skills, capabilities, knowledge and experience in distressed assets and sovereign debt; his status as an architect of Basel III; and his distinguished career as a senior banker, regulator and author,[128] do not necessarily qualify him to make the claim

---

[127] *See* U.S. District Court, S.D.N.Y., Deposition of Antonio Kenyatta, April 16, 2026, pp. 366, 367.

[128] *See* Expert Report of Avinash Persaud, ¶¶ 18-24 and Appendix I.

Roth Rebuttal Report                                                                                          30

CONFIDENTIAL



90.     The conclusion that ██████████████████████████████████████ would ordinarily require analysis of depositor relationships, contractual arrangements, and beneficial ownership structures, perhaps with the expertise and qualifications of a forensic accountant, an expert in fund structuring, or a fraud investigator.

91.     Indeed the absence of such analysis, including any depositor agreements, internal communications, or documentary support for beneficial ownership, means that the Persaud Report's central conclusion rests entirely on inference – and, as I have shown above, inference from facts which are sometimes selectively presented and sometimes mischaracterized. Determining whether such contractual or beneficial ownership arrangements exist would normally require forensic investigation of transactional and contractual records, or interviews with depositors, which the Persaud Report does not undertake.

### H.  The Persaud Report's claims have no impact on HRB's title to the 2022 Bonds

92.     None of the claims in Mr. Persaud's Report has any bearing on HRB's title to the 2022 Bonds or its right to repayment. Following the reasoning outlined in my Opening Report,[131] ██ ███████████████████████████████████████████████ ██ ████████████ ████████████████████████████████████ ███████████████████████████████████████ These issues do not condition ownership of or payment under a sovereign bond.

93.     As I discussed in my Opening Report,[134] ownership of an international bond is normally recorded and verifiable via a book-entry in a central securities depository, maintained by a registrar.

---

[129] *Ibid.*, ¶¶ 8, 9, 16, 103.

[130] *Ibid.*, ¶ 13.

[131] *See* Opening Report of Benedict Roth, ¶¶ 55-60.

[132] *See* Expert Report of Avinash Persaud, ¶¶ 8, 9, 16, 103.

[133] *Ibid.*, ¶ 100 and Appendix III, ¶ 21.

[134] *See* Opening Report of Benedict Roth, ¶¶ 58, 59.

CONFIDENTIAL

94.   In the specific case of the bonds purchased by HRB, the registry is the Depository Trust Company (henceforth "DTC"), the trustee is HSBC Bank USA, National Association, which also serves as transfer and paying agent, and the offering circular states that "*Beneficial interests in the Global Bonds will be shown on, and the transfer thereof will be effected only through, records maintained by DTC and its direct and indirect participants.*"[135] In my professional experience in credit risk management, records of book entries at a central securities depository are unquestioned as evidence of good title.

## IV.   CONCLUSION

95.   ███████████████████████████████████████████████████
█████████ █████████████████████████████████████████████ █
████████████████████████████████████████████████████████
██████████████████████████████████████████████████████

96.   In my opinion these are unreliable.

97.   First, none of the evidence brought in the Persaud Report gave adequate support for its conclusions and, where the evidence might have pointed to alternative conclusions, these were dismissed without serious analysis.

98.   Second, important evidence that was considered by Mr. Persaud but militated against his conclusions was not discussed in his report, other than in marginal references in the footnotes.

99.   Third, the Persaud Report's conclusions were based entirely on inferences from balance sheet volumes and management behavior. ███████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████████████████████

---

[135] *See* The Democratic Socialist Republic of Sri Lanka, Offering Circular US$1,000,000,000 5.875% Bonds due 2022, July 17, 2012, at SL_000194.

[136] *See* Expert Report of Avinash Persaud, ¶¶ 8, 9, 16, 103.

[137] *Ibid.*, ¶ 13.

[138] *Ibid.*, ¶ 100.



102.    Finally, I observe that none of the claims outlined above in the Persaud Report has any bearing on HRB's title to the 2022 Bonds or its right to repayment.

103.    I reserve the right to update the analyses and opinions in this Rebuttal Report should additional information become available to me. I also reserve the right to prepare exhibits, examples, demonstratives, and other visual representations of the analyses and opinions described in connection with future hearings in this case. This Rebuttal Report and any accompanying analyses or calculations discussed herein have been prepared in connection with the above-captioned matter and cannot be used for any other purpose or in any other context without the express written authorization of the person signed below.

---

[139] *Ibid.*, ¶ 13.

[140] *Ibid.*, ¶ 100.

[141] *Ibid.*, ¶¶ 13, 100, 103.

[142] *Ibid.*, ¶¶ 8, 9, 16, 103.

[143] *Ibid.*, ¶ 100 and Appendix III, ¶ 21.

CONFIDENTIAL

*Signature Page Follows*

**CONFIDENTIAL**

May 22, 2026                                         Respectfully submitted,

_____

**CONFIDENTIAL**

**APPENDIX A. CURRICULUM VITAE OF JOHN BENEDICT ROTH**



# BENEDICT ROTH

SEDA EXPERTS, LLC
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
O. 646-626-4555
WWW.SEDAEXPERTS.COM

## WORK EXPERIENCE

### ASIANEXT (ASIA DIGITAL EXCHANGE PTE LTD)                               2024 – 2025
*Chief Risk Officer (interim)*
Established risk management systems, culture and controls for a start-up cryptocurrency derivative exchange in Singapore. Led the exchange's discussions about what range of collateral to accept. Re-built the exchange's perpetual futures product to bring it into line with market convention

### ZODIA MARKETS                                                          2021 – 2023
*Chief Risk Officer*
Designed and implemented the risk management framework for a start-up spot cryptocurrency exchange and brokerage with a significant financial risk, financial crime risk, cyber-security risk, and operational risk profile.
On completion and implementation of the risk framework, Zodia Markets' application for registration in the UK as a cryptoasset service provider was accepted by the Financial Conduct Authority, the UK's regulator for digital assets.

### BANK OF ENGLAND (FSA prior to April 2013)                              2012 – 2020
*Chief Risk Officer, Ministry of Housing, Communities and Local Government*     *2018 – 2020*
On secondment from the Bank of England, established an enterprise-wide risk function for a central government department with 4,600 staff, a £20bn secured loan portfolio, and a complex non-financial risk profile including building safety regulations, housing policy, climate, reputation and conduct.

*Policy Strategy and Implementation, Prudential Policy*                          *2016 – 2018*
**Regulatory arbitrage**. Advised on contentious problems or transactions that tested the regulatory system – sitting within the regulation in theory but lying outside its principles in practice – such as the use of derivatives and financial engineering to disguise bank lending from the leverage ratio, the use of off-market valuation techniques for risky credit-sensitive assets, and the use of wrong-way risk to enhance portfolio returns.
**International**. Represented the Bank of England on an international repo market study group convened by a Basel sub-committee, the Committee on the Global Financial System, looking at the strains in the government bond repo market/collateralised lending market which emerged after the introduction of the leverage ratio.

*International Banks Supervision*                                                *2013 – 2015*

CONFIDENTIAL

As a specialist supervisor, reviewed complex transactions, risk governance, counterparty credit risk management, credit-risky asset valuations and the effectiveness of the risk functions in the largest of the global investment banks located in London.

Initiated the Prudential Regulation Authority's work on investment banking risk culture (the Prudential Regulation Authority is the arm of the Bank of England responsible for bank and insurance company supervision).

*Supervisory Risk Specialists (at the FSA, prior to its merger with the Bank)*    *2012 – 2013*
Reviewed counterparty credit risk modelling and risk management in a number of global institutions and in a UK central counterparty.

## HSBC BANK PLC                                                                2006 – 2011
*Head of Global Funds Credit Risk Analytics*
Margined every hedge fund transaction traded with the bank world-wide and managed all other fund-related credit risk analytics.

*Credit Exposure Measurement and Control*
Quantified and managed all counterparty credit risk on HSBC's London trading portfolio, with over 10,000 counterparties from different sectors, hundreds of thousands of open trades, hundreds of relationship managers, and every type of traded asset and derivative.

Debated the valuation of credit-risky derivative/off-balance-sheet lending transactions with salespeople and management – transformed HSBC's approach from one that was purely model-driven to one which incorporated expert judgement and prudential reserves.

## FIMAT INTERNATIONAL BANQUE SA                                              2005
*Deputy Head of Risk & Credit (head on maternity leave)*
Responsible for risk management in the London office, mainly incurred via credit risk from margined derivative, collateralised lending and prime brokerage business with hedge funds and commodity traders. Conducted on-site due diligence visits to hedge fund counterparties.

## WESTLB AG, LONDON BRANCH                                                   2001 – 2005
*Deputy Head of the Market Risk Management Group in London.*
Specific responsibility for traded risk in emerging markets, based around a portfolio of credit derivatives with underlying cash and foreign exchange exposures, managed globally from London under a specialised risk architecture. This risk architecture played a key role in WestLB's application to German regulators for recognition of its traded credit and market risk models under EU capital adequacy regulations.

Led a feasibility study to transform WestLB's counterparty credit risk management from passive to active: valuing and hedging the counterparty credit risk in the trading book rather than holding risk passively to maturity or default.

## RABOBANK INTERNATIONAL, LONDON BRANCH                                      1998 – 2001
Designed credit and market risk tools for a new commodity financing business, led global Treasury/interest rate risk management across emerging markets, and built risk analytics for a new equity trading operation in London and Amsterdam.

## MERRILL LYNCH                                                              1997 – 1998

CONFIDENTIAL

Equity derivative product controller. Implemented a new control structure for equity derivatives against the background of adverse criticism from the SFA and imminent SFA re-inspection.

**NATIONAL WESTMINSTER BANK**                                    **1984 – 1996**
Held risk and treasury roles, including developing one of the first traded value-at-risk models approved by UK regulators, mapping group-wide risk and capital deployment, and advising senior management on strategic exposures.

## EDUCATION

**Worcester College, Oxford**
BA, Oriental Studies

**Stanford University**
Studies leading to the degree of MSc in Operations Research. Mathematical programming, statistics, economic modelling, optimisation

## PUBLICATIONS

*"How risk managers can stop the FTX infection from spreading"* Risk.net, November 21 2022. Segregation and transparency can save investors from imploding crypto trading venues.

*"Risk management is not a job for compliance"* Risk.net, April 28 2021. Credit Suisse's losses show why boards require real risk management expertise.

*"Repair the leverage ratio, revive the repo market."* Risk.net, January 25 2021. A proposal to remove domestic-currency government bonds and repo from the leverage ratio.

*"Banking Sector Interconnectedness: What Is It, How Can We Measure It and Why Does It Matter?"* Bank of England Quarterly Bulletin, June 2015. A survey of traditional and non-traditional measures of financial system interconnectedness.

*"Pricing the Risk in Collateralised Lending."* Risk Magazine, January 2004. A simple pricing model for collateralised loans which uses option pricing techniques to pull together the credit risk of the borrower and the market volatility of the collateral.

*"Agribusiness and Commodity Risk – Strategies and Management."* Risk Books, September 2003. Responsible for the credit risk management chapter of an agribusiness risk manual.

*"A Future for Coffee Producers."* Financial Times, August 9 2001. Central and international banks could help farmers in poor countries by enhancing their access to commodity derivative markets.

*"Complacency Towards Catastrophe."* Financial Times, January 23 2001. Regulators are wrong to think that banks can compensate for operational risk by holding more capital.

*"Invisible Risk."* Operational Risk, January 2000. Operational risk managers can expose yesterday's losses and indicate today's weaknesses but they cannot quantify the risks of tomorrow.

*"Risky Models for Traders."* Financial Times, March 30 1999. Inappropriate use of value-at-risk controls encourages traders to run more dangerous positions.

CONFIDENTIAL

*"Risk Primer - Tools for Trading."* Risk Magazine, June 1998. A rapid, cost-effective value-at-risk implementation for an emerging market equity trading book.

CONFIDENTIAL

## APPENDIX B. MATERIALS CONSIDERED

**Pleadings, Filings, and Other Relevant Documents**

1. Chuck E. Schumer, Letter to Sheila Blair, and John Reich, June 26, 2008

2. Expert Report of Avinash Persaud

3. Expert Report of Juan Migone

4. Incentives matter: what is different in banking and what role does supervision play?, October 22, 2025

5. John Gapper & Nicholas Denton, All That Glitters: The Fall of Barings, 1996

6. Mr. Persaud's First Declaration, July 17, 2023

7. Mr. Persaud's Second Declaration, July 1, 2025

8. Nevis Financial Services, Guidelines on the Establishment of an International Bank in Nevis

9. Opening Report of Benedict Roth

10. St. Christopher and Nevis, Nevis International Banking Ordinance, December 31, 2017

11. United States Court of Appeals, Second Circuit Opinion Affirming Denial of Guzman's Motion to Intervene, May 2, 2025.

12. U.S. District Court, S.D.N.Y., Declaration of Antonio Kenyatta in Opposition to Motion to Intervene, March 15, 2024

13. U.S. District Court, S.D.N.Y., Deposition of Antonio Kenyatta, April 16, 2026

14. U.S. District Court, S.D.N.Y., Memo and Order Denying Motion to Intervene, April 23, 2024

15. U.S. District Court, S.D.N.Y., Plaintiff's Memorandum of Law in Opposition to Motion to Intervene, March 15, 2024

**Bates-Numbered Documents**

16. HRB-VOL10-000001

17. HRB-VOL10-000036

18. HRB-VOL11-000092

19. HRB-VOL2-000433

20. HRB-VOL5-000435

21. HRB-VOL5-000446

22. HRB-VOL6-000005

23. HRB-VOL6-000009

CONFIDENTIAL

24. HRB-VOL6-000011
25. HRB-VOL6-000012
26. HRB-VOL6-000013
27. HRB-VOL6-000015
28. HRB-VOL6-000016
29. HRB-VOL6-000017
30. HRB-VOL6-000018
31. HRB-VOL6-000019
32. HRB-VOL6-000020
33. HRB-VOL6-000021
34. HRB-VOL6-000022
35. HRB-VOL6-000023
36. HRB-VOL6-000024
37. HRB-VOL6-000025
38. HRB-VOL6-000026
39. HRB-VOL6-000027
40. HRB-VOL6-000028
41. HRB-VOL9-000003
42. SL_000167

**Research**

43. Andrew Metrick, Journal of Economic Perspective, 2024, available at https://pubs.aeaweb.org/doi/pdfplus/10.1257/jep.38.1.133

44. Bank of England Prudential Regulation Authority, The failure of HBOS plc (HBOS), November 2015, available at https://www.bankofengland.co.uk/-/media/boe/files/prudential-regulation/publication/hbos-complete-report.pdf

45. Bank of England, Prudential Regulation, available at https://www.bankofengland.co.uk/prudential-regulation

46. BBC, Northern Rock besieged by savers, September 17, 2007, available at http://news.bbc.co.uk/2/hi/business/6997765.stm

47. BBC, Northern Rock gets bank bail out, September 13, 2007, available at http://news.bbc.co.uk/1/hi/business/6994099.stm

41

CONFIDENTIAL

48. BIS, BCP - Core Principles for effective banking supervision, April 25, 2024, available at https://www.bis.org/basel_framework/chapter/BCP/01.htm?inforce=20191215&published=20191215

49. Carey K. Mott, Journal of Financial Crises, March 28, 2024, available at https://elischolar.library.yale.edu/cgi/viewcontent.cgi?article=1545&context=journal-of-financial-crises

50. Congress Research Service, Who Regulates Whom? An Overview of the U.S. Financial Regulatory Framework, October 13, 2023, available at https://www.congress.gov/crs_external_products/R/PDF/R44918/R44918.10.pdf

51. FDIC, Crisis and Response: an FDIC History, 2008–2013, available at https://www.fdic.gov/media/18626

52. Federal Department of Finance, UBS takeover of Credit Suisse, December 20, 2024, available at https://www.efd.admin.ch/en/credit-suisse-en

53. Federal Reserve History, Continental Illinois: A Bank That Was Too Big to Fail, May 15, 2023, available at https://www.federalreservehistory.org/essays/continental-illinois

54. FSA, The failure of the Royal Bank of Scotland, December 2011, available at https://www.fca.org.uk/publication/corporate/fsa-rbs.pdf

55. Harvard Business Impact, Credit Suisse's Involvement in the Archegos Collapse: Risk Management and Internal Controls, February 28, 2023, available at https://hbsp.harvard.edu/product/W32401-PDF-ENG

56. Hyun Song Shin, Reflections on Northern Rock: The Bank Run that Heralded the Global Financial Crisis, 2009, available at https://pubs.aeaweb.org/doi/pdfplus/10.1257/jep.23.1.101

57. Jason Moran-Bates, The Decline and Fall of IndyMac: How Deteriorating Economic Conditions, Inadequate Responses to those Conditions, and the Senior Senator from New York Caused One of the Largest Bank Failures in United States History, 2009, available at https://scholarship.law.unc.edu/cgi/viewcontent.cgi?referer=&httpsredir=1&article=1273&context=ncbi

58. Merriam-Webster dictionary, prudent definition, available at https://www.merriam-webster.com/dictionary/prudent

CONFIDENTIAL

59.  Merriam-Webster dictionary, prudential definition, available at https://www.merriam-webster.com/dictionary/prudential

60.  OCC, OTS Closes IndyMac Bank and Transfers Operations to FDIC, July 11, 2008, available at https://www.occ.gov/static/ots/press-releases/ots-pr-2008-29.pdf

61.  OIG, Material Loss Review of Silicon Valley Bank, September 25, 2023, available at https://www.oversight.gov/sites/default/files/documents/reports/2023-09/board-material-loss-review-silicon-valley-bank-sep2023.pdf

62.  Operation Choke Point 2.0: The Biden Administration's Efforts to Put Crypto in the Crosshairs, February 6, 2025, available at https://www.congress.gov/119/chrg/CHRG-119hhrg59598/CHRG-119hhrg59598.pdf

63.  SEC, GoldenTree Opportunistic Credit Fund, Form N-2, 2025, available at https://www.sec.gov/Archives/edgar/data/2052250/000119312525018367/d859355dn2.htm

64.  The White House, Fact Sheet: The President's Working Group on Digital Asset Markets Releases Recommendations to Strengthen American Leadership in Digital Financial Technology, July 30, 2025, available at https://www.whitehouse.gov/fact-sheets/2025/07/fact-sheet-the-presidents-working-group-on-digital-asset-markets-releases-recommendations-to-strengthen-american-leadership-in-digital-financial-technology/

65.  United States House Committee on Financial Services, Meuser: The Biden Administration's Operation Choke Point 2.0 Was Carried Out by The Prudential Regulators to Target and Debank the Digital Asset Ecosystem, February 6, 2025, available at https://financialservices.house.gov/news/documentsingle.aspx?DocumentID=409457