UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAMILTON RESERVE BANK LTD.,

Plaintiff,

v.

THE DEMOCRATIC SOCIALIST REPUBLIC OF
SRI LANKA.

Defendant.

No. 22 Civ. 5199 (DLC)

---

### DECLARATION OF PAUL NORING

Paul Noring declares and states as follows:

1. I have been retained by counsel to Plaintiff Hamilton Reserve Bank Ltd. ("Plaintiff") to provide expert evidence in this matter. Attached as **Exhibit 1** is my Expert Report, dated May 6, 2026 (the "Noring Report"). Attached as **Exhibit 2** is my Expert Rebuttal Report, dated May 22, 2026 (the "Noring Rebuttal Report").

2. I affirm that the statements contained in the Noring Report and the Noring Rebuttal Report are true to the best of my knowledge, and the opinions stated therein are sincerely held by me. The opinions in the Noring Report and the Noring Rebuttal Report are incorporated herein by reference as if fully stated herein.

3. I was also deposed by Defendant The Democratic Social Republic of Sri Lanka in connection with this matter on June 12, 2026, during which I further explained my views under oath. The opinions I stated during my deposition are incorporated by reference as if fully stated herein.

4.  I have no interest in the outcome of this litigation, and my compensation is not contingent on the opinions I express or the outcome of this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2026

Paul Noring