# Exhibit 2

No. 1:22-cv-5199 (S.D.N.Y.)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

*HAMILTON RESERVE BANK LTD.*

*Plaintiff,*

*v.*

*THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA,*

*Defendant.*

**EXPERT REBUTTAL REPORT OF PAUL NORING, CPA**

Paul Noring, CPA
May 22, 2026

*HRB v. Sri Lanka*, No. 1:22-cv-5199 (S.D.N.Y.)                              **CONFIDENTIAL**
P. Noring Rebuttal Expert Report

## TABLE OF CONTENTS

I.   ASSIGNMENT AND COMPENSATION ..................................................................... 3

II.  SUMMARY OF OPINIONS ................................................................................. 3

III. REBUTTAL TO MIGONE REPORT ...................................................................... 4

    A.  The Financial Statements for the Years Ended December 31, 2022, 2023, and 2024
    Can be Relied Upon When Considering Whether HRB Holds the July 2022 Bonds.  4

    B.  HRB's Day 2 Accounting for the July 2022 Bonds Does Not Alter the Fact That They
    Were Originally Purchased and Continue to be Held by HRB. ................................. 5

    ███████████████████████████████████████████ .......................... 7

    D.  Fintech Holding Ltd.'s Financial Statements are Irrelevant to the Issue of Whether
    HRB is the Beneficial Owner of the July 2022 Bonds. ............................ 11

IV.  REBUTTAL TO PERSAUD REPORT ..................................................................... 12

    E.  The Evidence Does Not Point to HRB Being an Investment Fund and Even if it
    Were, it Does Not Alter the Fact That HRB is the Beneficial Owner of the July 2022
    Bonds. .......................................................................................... 12

    APPENDIX A .................................................................................... 15

*HRB v. Sri Lanka*, No. 1:22-cv-5199 (S.D.N.Y.)                    **CONFIDENTIAL**
P. Noring Rebuttal Expert Report

## I.   ASSIGNMENT AND COMPENSATION

1.  I previously issued an expert report in the action titled, *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 1:22-cv-5199 (S.D.N.Y.), dated May 6, 2026 (the "Noring Report"), on behalf of the Plaintiff, Hamilton Reserve Bank Ltd. ("HRB"). I reviewed the reports prepared by Juan Migone (the "Migone Report") and Avinash Persaud (the "Persaud Report"), both dated May 6, 2026, and on behalf of the Defendant. I submit this Rebuttal Report at the request of Willkie Farr & Gallagher LLP on behalf of HRB to address and rebut certain statements and conclusions presented in both the Migone and Persaud Reports.

2.  In preparing this Rebuttal Report, any additional materials I reviewed beyond those listed in Appendix B of the Noring Report are listed in Appendix A of this Rebuttal Report.

3.  My statement of qualifications and compensation for this assignment are the same as noted in the Noring Report. Appendix A to the Noring Report provides a list of articles, treatises, books, working papers, or other publications I have authored within the last 10 years, and Appendix C provides a list of any other litigation or administrative proceeding in which I have submitted an expert report or testified as an expert in a deposition, hearing, or at trial, within the preceding four years. Appendix A to the Noring Report is my curriculum vitae.

4.  I reserve the right to supplement my opinions as further information becomes available.

5.  I do not offer any opinion on the law regarding beneficial ownership, or any other legal opinion.

## II.   SUMMARY OF OPINIONS

6.  In this Rebuttal Report, I address and rebut certain opinions set out in the Migone and Persaud Reports.

7.

---

[1] Expert Report of Migone at ¶ 23 (May 6, 2026).

8. ███████████████████████████████████████████████████████████ But none of these points call into question whether HRB is in fact the beneficial owner of the July 2022 Bonds. If DPB had any reason to believe that HRB was not in fact the beneficial owner of the July 2022 Bonds, DPB's audit reports would look different.

9. In sum, to the extent Mr. Migone opines that DPB's audit reports cannot be relied on as evidence that HRB in fact owns the July 2022 Bonds, he is wrong.

10. In the Persaud Report, Mr. Persaud suggests that HRB might be an investment fund, rather than a bank. This opinion is couched in highly speculative terms and is contrary to all of the factual evidence that I have reviewed. As I stated in the Noring Report, HRB is a bank. Mr. Persaud does not identify any record evidence—and I have seen none—that directly support his contention that HRB may not be a bank, or that its depositors are actually investors in a fund. In any event, even if HRB were a fund rather than a bank, that would not change the fact that HRB is the beneficial owner of the Bonds.

11. The basis for my disagreement with Mr. Migone's and Mr. Persaud's opinions are set out in more detail below.

## III. REBUTTAL TO MIGONE REPORT

**A.** ████████████████████████████████████████████████████████████

12. For the reasons set out below, to the extent Mr. Migone opines that HRB's audited financial statements cannot be relied on as evidence of HRB's beneficial ownership of the July 2022 Bonds, that opinion is wrong.

13.

14. In my professional experience, DPB would have performed extensive audit procedures to verify that the July 2022 Bonds exist and that HRB is, in fact, the beneficial owner thereof, prior to issuing their reports. ████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████

---

[2] *Id.*

[3] Expert Report of Noring at ¶¶ 26-34 (May 6, 2026).



15. ████████████████████████████████████████████

16. ████████████████████████████████████████████ As such, the 2021 financial statements lend further credence that HRB is the beneficial owner of the July 2022 bonds.

17. Therefore, the audited financial statements for the years ended December 31, 2022, 2023, and 2024 should be relied upon when considering whether HRB is the beneficial owner of the July 2022 Bonds.

**B.** ████████████████████████████████████████████

18. ████████████████████████████████████████████



---

[4] *"Day 2"* in accounting parlance represents the subsequent accounting for a transaction after the initial (*or "Day 1"*) transaction. In the case of the July 2022 Bonds, the initial or Day 1 transaction was their purchase. *See also Accounting for Bank Acquisitions [White Paper]*, Wilary Winn (Apr. 2026), https://wilwinn.com/resources/accounting-for-bank-acquisitions-white-paper/.

[5] Migone Report at ¶¶ 34-42.

[6] *Id*. at ¶¶ 43-48.

[7] *Id*. at ¶¶ 49-53.

[8] Under U.S. Generally Accepted Accounting Principles ("GAAP"), Accounting Standards Codification ("ASC") Section 320, debt securities can be classified as: a) Trading, b) Available-for-Sale, or 3) Held-to-Maturity. There is a different Day 2 accounting treatment for each classification. Fin. Acc't Standards Bd., *ASC 320* (2026), https://asc.fasb.org/1943274/2147481859. ████████████████



19.

20.

21.

22.

23.

[11] HRB-VOL2-000450.



27. As stated in my original report, DPB's audit report, as well as the additional procedures I performed, clearly indicate that HRB is the beneficial owner of the July 2022 Bonds, █████

C. ████████████████████████████████

28. ████████████████████████████████

---

[12] *Id.* at 457.

[13] *Id.* at 450.

[14] Migone Report at ¶ 55.

29.

30.



---

[15] HRB-VOL2-000440; HRB-VOL2-000455.

[16] HRB-VOL2-000437; HRB-VOL2-000440.

*HRB v. Sri Lanka*, No. 1:22-cv-5199 (S.D.N.Y.)    **CONFIDENTIAL**
P. Noring Rebuttal Expert Report



31.

32.

---

[17] HRB-VOL2-000455.

*HRB v. Sri Lanka*, No. 1:22-cv-5199 (S.D.N.Y.)                    **CONFIDENTIAL**
P. Noring Rebuttal Expert Report



33.

34.

35.

### D. Fintech Holding Ltd.'s Financial Statements are Irrelevant to the Issue of Whether HRB is the Beneficial Owner of the July 2022 Bonds.

36. The Migone Report states:



37.

---

[18] *Id.*

[19] Migone Report at ¶ 60.

[20] *Id.* at 22.

[21] HRB-VOL2-000435; HRB-VOL2-000450.

38.

39.

40.

41.



## IV. REBUTTAL TO PERSAUD REPORT

42. For the reasons set out below, Mr. Persaud's opinion that HRB might not be a bank is wrong and in any event, would not change the fact that HRB is the beneficial owner of the July 2022 Bonds.

**E. The Evidence Does Not Point to HRB Being an Investment Fund and Even if it Were, it Does Not Alter the Fact That HRB is the Beneficial Owner of the July 2022 Bonds.**

43. The Persaud Report speculates:


[25]

---

[22] Migone Report at 22.

[23] HRB-VOL2-000457.

[24]

[25] Expert Report of Persaud at ¶ 100 (May 6, 2026).

44.

45.

46.

47. Moreover, HRB's auditors have a responsibility to probe whether all material agreements have been disclosed to them. Specifically:

- **AU-C Section 501: Audit Evidence—Specific Considerations for Selected Items**

  A significant portion of this standard is dedicated to litigation, claims, and assessments. It outlines the auditor's responsibility to identify litigation and claims involving the entity that may give rise to a risk of material misstatement (a contingency). It also dictates the requirement to seek direct communication with the entity's external legal counsel through a letter of inquiry.[28]

48.

---

[26] Dep. of Antonio Kenyatta, 149:14-19 (Apr. 16, 2026).

[27] *Id.* at 415:2-10.

[28] Ass'n of Int'l Certified Public Accountants, AICPA Professional Standards, *AU-C Section 501* 41 (2025).

- **AU-C Section 580: Written Representations**

  This auditing standard requires the auditor to obtain written representations from management. Specifically, management must confirm in writing that they have disclosed to the auditor all known actual or possible litigation, claims, and assessments, and that all guarantees, contingencies, and commitments have been appropriately accounted for and disclosed according to the applicable financial reporting framework (like Generally Accepted Accounting Principles).[29]



53. Thus, the evidence does not point to HRB being an investment fund and even if it were, HRB is still the beneficial owner of the July 2022 Bonds and should receive payment thereon.

---

[29] *Id.* at 297.

[30] HRB-VOL2-000436; HRB-VOL2-000451 ████████████████████████████████████
████████████████████████████████████

[31] Persaud Report at ¶ 102.

*HRB v. Sri Lanka*, No. 1:22-cv-5199 (S.D.N.Y.)                              **CONFIDENTIAL**
P. Noring Rebuttal Expert Report

**APPENDIX A**

## I.  List of Materials Considered

### A.  LEGAL FILINGS

Expert Report of Migone (May 6, 2026)

Expert Report of Noring (May 6, 2026)

Expert Report of Persaud (May 6, 2026)

### B.  PUBLICLY AVAILABLE DOCUMENTS

*Accounting for Bank Acquisitions [White Paper]*, Wilary Winn (Apr. 2026), https://wilwinn.com/resources/accounting-for-bank-acquisitions-white-paper/

Ass'n of Int'l Certified Public Accountants, *AICPA Professional Standards* (2025)

*Bloomberg Graph Price*, Bloomberg Terminal

Fin. Acc't Standards Bd., *ASC 320* (2026), https://asc.fasb.org/1943274/2147481859