**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMILTON RESERVE BANK LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA. <br><br> Defendant. | No. 22 Civ. 5199 (DLC) |

**DECLARATION OF ANTONIO KENYATTA IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, ANTONIO KENYATTA, declare as follows:

1. My name is Antonio Kenyatta. I am the Chief Financial Officer at Plaintiff Hamilton Reserve Bank Ltd. ("HRB.") As HRB's CFO, I have personal knowledge of the facts set forth in this declaration because I was personally involved in overseeing the transactions referenced below. I also have personal knowledge regarding HRB's deposit base. One of my roles as HRB's CFO is to oversee the maintenance of depositor data, and the periodic preparation of spreadsheet that include data regarding HRB's deposit accounts, including data regarding account balances.

2. I submit this declaration in further support of HRB's motion for summary judgment, and to supplement my prior declarations dated June 26, 2023 (ECF 48), July 7, 2023 (ECF 52), July 31, 2023 (ECF 61) and January 1, 2025 (ECF 138).

## I.  Professional Background And Citizenship

3.      I graduated from the University of California, Berkely in 1995.  After graduating, I worked at several financial institutions, including J.P. Morgan Chase and UBS.  Between 2005 and 2015, I held financial controller positions at GlobeOp Financial Services, Highbridge Capital Management, and Dome Equities.  In these positions I oversaw the preparation of financial statements, and interacted with outside auditors.  Between 2016 and 2020, I worked as a financial auditor at Ernst & Young.  Then, in 2020, I took on my current role as HRB's Chief Financial Officer.

4.      I am a United States citizen and reside in New York.  As of the date of this declaration, I am in Nevis on business.

## II.  HRB's Ownership Of The Bonds For Its Own Account

5.      HRB remains the beneficial owner of $250,490,000 in principal amount of the 5.875% International Sovereign Bonds due July 25, 2022, issued by Sri Lanka and designated as CUSIP Y2029SAH7 and ISBN USY2029SAH77 (the "Bonds").  HRB does not hold the Bonds for the benefit of any other person or entity; HRB is the sole beneficial owner of the Bonds.

6.      Attached to my prior declarations are brokerage account statements and letters from HRB's brokers evidencing that HRB purchased and held the Bonds for its own account.

7.      In December of 2025, HRB opened a custody account with Bank of New York Mellon ("BNY"), and transferred all of its holding in the Bonds to that custody account. Attached hereto as Exhibit 1 and Exhibit 2 are produced versions of (i) a letter from BNY evidencing that HRB maintains a custody account with BNY and (ii) an account statement

from BNY showing that HRB holds $250,490,000 in principal amount of the Bonds in that account.

### III.    HRB's Depositors

8.    When HRB customers open an account at HRB, they sign a standard deposit agreement.  An example of that standard agreement was filed on the docket in this case.  ECF 93-1.  The agreement does not give depositors any interest in HRB's investments. *See id.*

9.    During the course this lawsuit, HRB has experienced growth in its deposit base, as well as depositor turnover.

10.    Today, HRB has over 3,000 active institutional and retail customers.  Many of those customers have account balances of less than $10,000.

11.    During the course of this lawsuit, several large depositors from the 2021-2022 time period (the period during which HRB purchased the Bonds for its own account) have closed their accounts with HRB.  For example, depositors with account numbers ending 408 (who held a deposit balance of over $16 million in July 2022), 557 (who held a deposit balance of over $9 million in July 2022) and 208 (who held a deposit balance of over $6 million in July 2022) are no longer customers of the HRB.  Other depositors remain at HRB, but have substantially less cash deposited in their deposit accounts today.  For example, depositor with account number ending 696 held a deposit balance of over $9 million in July of 2022, but maintains a deposit balance of less than $1.5 million today.  The account balances of HRB's depositors as of May, 2026, are shown in the spreadsheet that was produced to Defendant in native excel format, with bates number HRB-VOL13-000001.  I understand that a PDF version of that spreadsheet was attached to a letter that HRB's counsel sent to Defendant's counsel on

June 16, 2026, which is included as an Exhibit to the Wolosky Declaration that is being filed in support of HRB's motion for summary judgment.

12. HRB does not currently offer investment advisory services, and did not offer investment advisory services during the time period in which HRB purchased the Bonds.

13. None of HRB's depositors have any interest in the Bonds.

## IV. FBL

14. In April 2021, HRB acquired a 90% stake in Fintech Bank Limited ("FBL"), a Malaysian-licensed entity holding a Labuan banking license.

15. HRB sold its 90% ownership interest in FBL on July 11, 2023.

16. HRB is no longer affiliated with FBL, and HRB does not hold any of the Bonds for FBL's benefit.

## V. Amount Owed

17. As a result of Defendant's failure to make the contractually required payments on the Bonds, Defendant currently owes HRB: (1) $250,490,000 in missed principal payments on the Bonds' maturity date of July 25, 2022, (2) $7,358,143.75 in missed interest payments due on the Bonds' maturity date of July 25, 2022, and (3) pre-judgment interest on both amounts, which continues to accrue. Applying a 9% pre-judgment interest rate, the total amount of pre-judgment interest is $92,253,120.81 as of today (July 15, 2026), and pre-judgment interest continues to accrue at $63,578.99 per day.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2026
St. Kitts & Nevis

By: _____
Antonio Kenyatta