# Exhibit 1



March 18, 2026

HAMILTON RESERVE BANK LTD

To Whom It May Concern:

| | |
|---|---|
| Name of Remitting Financial Institution: | THE BANK OF NEW YORK MELLON |
| Address of Remitting Financial Institution: | 500 ROSS STREET, PITTSBURGH, PA 15262 |
| ABA Number: | 0210█████ |
| Legal Entity Name: | HAMILTON RESERVE BANK LTD |
| Account Name: | HAMILTON RESERVE BANK |
| Account Number: | 10044█████ |

This letter is to verify the account name and number for HAMILTON RESERVE BANK LTD. The above information is given in strictest confidence for your own use only and without any guarantee, responsibility or liability on the part of the institution or its officials.

Thank you,

*Michael Gronsky*

Michael Gronsky
Senior Vice President
BNY

CONFIDENTIAL