# Exhibit 2

**BNY**

**Custody Holdings**
**By Security - Details By Status**

**1004479 - HAMILTON RESERVE BANK**    03/18/2026

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par Available to Deliver | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|---|---|---|---|---|---|---|---|---|---|---|
| USY2029SAH77 | SRI LANKA GOVERNMENT 5.875 25 DFLT | USD | LK | AVAILABLE | DTC | DTC | 250,490,000.0000 | 250,490,000.0000 250,490,000.0000 | | |
| | TOTAL BY UNITS - 1004479 - HAMILTON RESERVE BANK | | | | | | 250,490,000.0000 | 250,490,000.0000 | | |
| | TOTAL BY AMORTIZED FACE - 1004479 - HAMILTON RESERVE BANK | | | | | | 0.0000 | | | |

CONFIDENTIAL

HRB-VOL9-000002