**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMILTON RESERVE BANK LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA. <br><br> Defendant. | No. 22 Civ. 5199 (DLC) |

**DECLARATION OF BENJAMIN WEY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, BENJAMIN WEY, declare as follows:

1.      My name is Benjamin Wey.  I am an advisor to Plaintiff Hamilton Reserve Bank Ltd. ("HRB") and to its ultimate beneficial owner, Yingmao Wei, who is my nephew.  I base this declaration on my personal knowledge.

2.      I understand that in its supplemental briefing in opposition to HRB's motion for summary judgment, Defendant the Democratic Socialist Republic of Sri Lanka has argued that I might have knowledge of an agreement or arrangement between HRB and its depositors that would give depositors a beneficial interest in the bonds that are at issue in this case (the "Bonds").

3.      I do not have knowledge of any agreement or arrangement between HRB and its depositors that would give depositors a beneficial interest in the Bonds.  Nor am I aware of any other agreement or arrangement between HRB and any third party that would give any

party other than HRB a beneficial interest in the Bonds.  It is my understanding that HRB purchased the Bonds for its own account, and that it is the sole beneficial owner of the Bonds.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 14, 2026

Fort Lauderdale, Florida

By:  _Benjamin Wey_ 

Benjamin Wey