# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

July 15, 2026

**BY ECF**

Hon. Denise Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

Re: *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 22 Civ. 5199 (DLC)

Dear Judge Cote:

Pursuant to the Stipulated Protective Order dated May 11, 2023 (ECF 38), and Section 8 of the Court's Individual Practices, and consistent with the Court's July 9, 2026 Order (ECF 224) approving Plaintiff's prior request to keep certain Confidential and highly sensitive information under seal, Plaintiff requests permission to file unredacted versions of the following documents under seal: (i) Plaintiff's Supplemental Brief In Support of its Motion for Summary Judgment (ECF 230), (ii) certain Exhibits to the Declaration of Lee Wolosky in Support of Plaintiff's Motion for Summary Judgment (ECF 229), (iii) the Declaration of Benedict Roth (ECF 225) and the attached expert report and rebuttal report and (iv) the Declaration of Paul Noring (ECF 226) and the attached expert report and rebuttal report.

The unredacted versions of the forgoing documents contain or discuss highly sensitive non-public information that was marked as "Confidential" pursuant to the Protective Order in this case. The basis for why this information should remain under seal is set forth in detail in Plaintiff's July 7, 2026 letter to the Court (ECF 218, 220), which the Court approved on July 9, 2026 (ECF 224). Consistent with the approach that Plaintiff took in its July 7, 2026 letter, to the extent practicable Plaintiff has filed redacted versions of the foregoing documents, which apply tailored redactions to protect Plaintiff's non-public and commercially sensitive information. Attached as **Appendix A** is a chart that provides a document-by-document description of the highly sensitive non-public information included in each additional document that Plaintiff requests to keep under seal.

As set out on Plaintiff's July 7, 2026 Letter (ECF 218, 220), Plaintiff's privacy interest, the privacy interests of third parties, and the potential for commercial harm strongly outweighs any presumption of public access and warrants sealing.

Respectfully submitted,

/s/ Lee Wolosky
Lee Wolosky

1