## Appendix A

| Sealed Document by ECF No. | Description | Redacted Version Available? (Yes/No) | Basis to Seal or Redact |
|---|---|---|---|
| ECF 232-1 | Unredacted version of Benedict Roth Report dated May 6, 2026 | Yes. See 225-1. | Discusses and cites: (a) details regarding the Bank's financial statements, including the specific amounts and composition of the Bank's assets and liabilities and the at-issue Bonds as a percentage of the Bank's total assets, (b) data regarding the Bank's customers, including detailed spreadsheets showing the deposit balances of specific Bank customers, (c) internal policies and strategy documents, including the Bank's investment policies. |
| ECF 232-2 | Unredacted version of Benedict Roth Rebuttal Report dated May 22, 2026 | Yes. See ECF 225-2. | Discusses and cites: (a) details regarding the Bank's financial statements, including the specific amounts and composition of the Bank's assets and liabilities and the at-issue Bonds as a percentage of the Bank's total assets, (b) data regarding the Bank's customers, including detailed spreadsheets showing the deposit balances of specific Bank customers, (c) internal policies and strategy documents, including the Bank's investment policies and risk mitigation; (d)confidential correspondence with Nevis regulator. |
| ECF 233 -1 | Unredacted version of Paul Noring Report dated May 6, 2026 | Yes. See ECF 226-1. | Discusses and cites: (a) details regarding the Bank's financial statements, including the specific amounts and composition of the Bank's assets and liabilities and the at-issue Bonds as a percentage of the Bank's total assets, (b) data regarding the Bank's customers (c) internal policies and strategy documents, including the Bank's investment policies. |
| ECF 233-2 | Unredacted version of Paul Noring Rebuttal Report dated May 22, 2026 | Yes. See ECF 226-2. | Discusses and cites: (a) details regarding the Bank's financial statements, including the specific amounts and composition of the Bank's assets and liabilities and the at-issue Bonds as a percentage of the Bank's total assets, (b) data regarding the Bank's customers (c) internal policies and strategy documents, including the Bank's investment policies. |
| ECF 235 | Unredacted version of Plaintiff's | Yes. See ECF 230. | Discuses and cites: (a) details regarding the Bank's financial statements, including the specific amounts and composition of the Bank's |

| Sealed Document by ECF No. | Description | Redacted Version Available? (Yes/No) | Basis to Seal or Redact |
|---|---|---|---|
| | Supplemental Memorandum of Law | | assets and liabilities and the at-issue Bonds as a percentage of the Bank's total assets, (b) data regarding the Bank's customers, including detailed spreadsheets showing the deposit balances of specific Bank customers, (c) internal policies and strategy documents (d) internal correspondence among Bank employees and advisors regarding the Bank's investment strategy and (e) confidential correspondence between the Bank and the Nevis regulator, and (f) correspondence between the Bank and its auditors, which discuss the Bank's financial information. |
| ECF 234, Exhibit 4 | Unredacted version of Exhibit 4 (April 24, 2026 letter from Sri Lanka's counsel to HRB regarding document collection issues arising from Antonio Kenyatta's 30(b)(6) deposition). | Yes. See ECF 229. | Discusses and cites: (a) confidential correspondence between the Bank and the Nevis regulator, (b) internal bank policies and procedures. |
| ECF 234, Exhibit 5 | Unredacted version of Exhibit 5 (May 22, 2026 letter from HRB's counsel responding to the April 24, 2026 letter). | Yes. See ECF 229. | Discusses and cites: (a) internal correspondence among Bank employees and advisors regarding the Bank's investment strategy; (b) confidential correspondence between the Bank and the Nevis regulator;  (c) internal bank policies and procedures. |
| ECF 234, Exhibit 6 | Unredacted Version of Exhibit 6 (Letter from Lee Wolosky dated June 16, 2026). | Yes. See ECF 229. | Discusses and cites: (a) data regarding the Bank's customers, including detailed spreadsheets showing the deposit balances of specific Bank customers (b) internal correspondence among Bank employees and advisors regarding the Bank's investment strategy. |
| ECF 234, Exhibit 7 | Unredacted Version of Exhibit 7 (Letter from Robert Houck dated June 18, 2026). | Yes. See ECF 229. | Discusses and cites: (a) data regarding the Bank's customers, including detailed spreadsheets showing the deposit balances of specific Bank customers. |
| ECF 234, Exhibit 8 | Unredacted Version of Exhibit 8 (Letter from Lee Wolosky dated June 24, 2026) | Yes. See ECF 229. | Discusses and cites: (a) details regarding the Bank's financial statements, including the composition of the Bank's assets. |
| ECF 234, Exhibit 9 | Unredacted Version of Exhibit 9 (Interactive | No. Filed under seal. | Discusses and cites: (a) details regarding the Bank's financial statements. |

| Sealed Document by ECF No. | Description | Redacted Version Available? (Yes/No) | Basis to Seal or Redact |
|---|---|---|---|
| | Brokers Activity Statement for July 1, 2021-July 31, 2021) | | |
| ECF 234, Exhibit 10 | Unredacted Version of Exhibit 10 (Risk Assessment Report 2022) | No. Filed under seal. | Discusses and cites: (a) data regarding the Bank's customers, (b) internal bank policies and procedures. |
| ECF 234, Exhibit 11 | Unredacted Version of Exhibit 11 (Interactive Brokers Activity Statement for January 1, 2022-January 31, 2022) | No. Filed under seal. | Discusses and cites: (a) details regarding the Bank's financial statements. |
| ECF 234, Exhibit 12 | Unredacted Version of Exhibit 12 (Interactive Brokers Activity Statement for April 1, 2022-April 30, 2022) | No. Filed under seal. | Discusses and cites: (a) details regarding the Bank's financial statements. |
| ECF 234, Exhibit 13 | Unredacted Version of Exhibit 13 (July 6, 2022 email) | No. Filed under seal. | Discusses and cites: (a) details regarding the Bank's financial statements; (b) confidential communications with the bank's auditors regarding the bank's assets. |
| ECF 234, Exhibit 14 | Unredacted Version of Exhibit 14 (email correspondence with an attached letter dated July 9, 2022 to July 11, 2022) | No. Filed under seal. | Discusses and cites: (a) details regarding the Bank's financial statements; (b) confidential communications with the bank's auditors regarding the bank's assets. |
| ECF 234, Exhibit 15 | Unredacted Version of Exhibit 15 (July 15, 2022 email) | No. Filed under seal. | Discusses and cites: (a) details regarding the Bank's financial statements; (b) confidential communications with the bank's auditors regarding the bank's assets. |
| ECF 234, Exhibit 16 | Unredacted Version of Exhibit 16 (July 7. 2022 letter) | No. Filed under seal. | Discusses and cites: (a) confidential correspondence between the Bank and the Nevis regulator. |
| ECF 234, Exhibit 17 | Unredacted Version of Exhibit 17 (April 10, 2022 email) | No. Filed under seal. | Discusses and cites: (a) details regarding the Bank's financial statements; (b) confidential communications with the bank's board regarding the bank's assets. |
| ECF 234, Exhibit 18 | Unredacted Version of Exhibit 18 (short message report dated June 16, 2022) | No. Filed under seal. | Discusses and cites: (a) internal correspondence among Bank employees and advisors regarding the Bank's investment strategy; (b) personally |

| Sealed Document by ECF No. | Description | Redacted Version Available? (Yes/No) | Basis to Seal or Redact |
|---|---|---|---|
| | | | identifying information of Investment Committee members. |
| ECF 234, Exhibit 19 | Unredacted Version of Exhibit 19 (short message report dated August 1, 2022) | No. Filed under seal. | Discusses and cites: (a) internal correspondence among Bank employees and advisors regarding the Bank's litigation strategy; (b) personally identifying information of Investment Committee members. |
| ECF 234, Exhibit 20 | Unredacted Version of Exhibit 20 (December 29, 2021 Investment committee short message report) | No. Filed under seal. | Discusses and cites: (a) internal correspondence among Bank employees and advisors regarding the Bank's investment strategy; (b) personally identifying information of Investment Committee members. |
| ECF 234, Exhibit 21 | Unredacted Version of Exhibit 21 (June 28, 2022 regulator correspondence) | No. Filed under seal. | Discusses and cites: (a) details regarding the Bank's financial statements, including the composition of the Bank's assets; (b) confidential correspondence between the Bank and the Nevis regulator. |
| ECF 234, Exhibit 22 | Unredacted Version of Exhibit 22 (July 3, 2023 email with brokers) | No. Filed under seal. | Discusses and cites: (a) internal correspondence among Bank employees and external brokers regarding the Bank's investment strategy. |
| ECF 234, Exhibit 27 | Unredacted Version of Exhibit 27 (January 28, 2021 Investment committee short message report) | No. Filed under seal. | Discusses and cites: (a) internal correspondence among Bank employees and advisors regarding the Bank's investment strategy; (b) personally identifying information of Investment Committee members. |
| ECF 234, Exhibit 28 | Unredacted Version of Exhibit 28 (February 10, 2021 short message report) | No. Filed under seal. | Discusses and cites: (a) internal correspondence among Bank employees and advisors regarding the Bank's investment strategy; (b) personally identifying information of Investment Committee members. |
| ECF 234, Exhibit 29 | Unredacted Version of Exhibit 29 (March 17, 2022 Investment committee short message report) | No. Filed under seal. | Discusses and cites: (a) internal correspondence among Bank employees and advisors regarding the Bank's investment strategy; (b) personally identifying information of Investment Committee members. |
| ECF 234, Exhibit 30 | Unredacted Version of Exhibit 30 (August 30, 2023 analysis report to the board) | No. Filed under seal. | Discusses and cites: (a) internal report analyzing the Bank's investment strategy, risk management, and mitigation. |
| ECF 234, Exhibit 31 | Unredacted Version of Exhibit 31 (August 2023 email correspondence) | No. Filed under seal. | Discusses and cites: (a) internal correspondence among Bank employees regarding the Bank's investment strategy, risk management, and mitigation. |