# Clifford Chance

*Granted.*

*[signature]*
*7/16/26*

**By ECF**

The Honorable Denise L. Cote                                    July 16, 2026
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

**Re:  *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka,*
      No. 22 Civ. 5199 (DLC)**

Your Honor:

We write on behalf of Defendant Sri Lanka to request leave to address certain new evidence submitted by Plaintiff HRB and for clarification regarding the briefing schedule in this matter.

*First*, HRB has—inexplicably—submitted a Declaration of Benjamin Wey (ECF 228) with its supplemental summary judgment brief. Sri Lanka has long argued that Mr. Wey is central to this case, but HRB has repeatedly refused to search his documents or make him available for deposition. HRB's belated submission of this evidence is a transparent effort to benefit from Mr. Wey's conclusory and self-serving statements, without having to produce his documents or subject him to cross-examination. This is wholly unfair (and gives the lie to the notion that HRB supposedly lacks the practical ability to obtain discovery from Mr. Wey). Sri Lanka requests an opportunity to address this new purported evidence in a short follow-up submission (discussed below).

*Second*, the Court's March 23, 2026 Order (ECF 197) provided that, if HRB challenged the "admissibility" of Sri Lanka's expert evidence, Sri Lanka would have the opportunity to submit a 2,500-word response due July 29, 2026 (the "July 29 Brief"). HRB argues at length that Sri Lanka's expert submissions are "irrelevant and unreliable," but then—in an apparent effort to foreclose any response—states that it "does not challenge their admissibility or move to strike them," and "simply" asks the Court to "find them both irrelevant and unreliable." (ECF 235, at 18-22.) This distinction is splitting hairs. Sri Lanka requests clarification that it may submit the July 29 Brief to address the substance of HRB's arguments regarding Sri Lanka's expert evidence.

For the foregoing reasons, Sri Lanka respectfully proposes to submit the July 29 Brief to address (1) HRB's arguments regarding Sri Lanka's expert evidence, and (2) the Declaration of Benjamin Wey. Because of the new evidence at issue, Sri Lanka also requests an enlargement of that brief from 2,500 words to 3,500 words.

Respectfully submitted,

*s/ Robert G. Houck*

**Clifford Chance US LLP**
Two Manhattan West · 375 9th Avenue · New York, NY 10001
Tel +12128788000 · Direct Dial +12128783224 · robert.houck@cliffordchance.com · cliffordchance.com

1