**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HAMILTON RESERVE BANK LTD.,

            Plaintiff,

   v.

THE DEMOCRATIC SOCIALIST REPUBLIC OF
SRI LANKA.

            Defendant.

No. 22 Civ. 5199 (DLC)

**DECLARATION AND CERTIFICATE OF SERVICE**

Justin Garbacz declares and states as follows:

1.      I am an attorney with Willkie Farr & Gallagher LLP, counsel to Plaintiff Hamilton Reserve Bank Ltd. ("Plaintiff") in the above-captioned action.

2.      Pursuant to the Parties' Joint Proposed Guidelines and Limitations for Supplemental Briefing (ECF 196), which the Court endorsed on March 23, 2026 (ECF 197), Plaintiff's supplemental briefing in support of its Motion for Summary Judgment (ECF 44) was due on July 15, 2026.

3.      On July 15, 2026, Plaintiff filed a redacted version of its supplemental brief (ECF 230), as well as supporting declarations. *See* ECF 225-229.  On July 15, 2026, Plaintiff also filed a letter motion to seal the unredacted versions of its supplemental brief, and certain supporting documents. ECF 231.

4.      Due to a PACER/ECF outage on July 15, 2026 that delayed the initiation of Plaintiff's filing process, and because of the volume of filings and exhibits, the sealed versions

of Plaintiff's supplemental brief and supporting declarations were filed on July 16, 2026, shortly after midnight. *See* ECF 232-234. The under-seal versions of Plaintiff's submissions were served on Defendant's counsel shortly thereafter.

5.     All of Plaintiff's supplemental papers, including the under seal versions, were filed and served on Defendant's counsel by 12:51 AM on July 16, 2026.

6.     Pursuant to the ECF Rules and Instructions, Federal Rule of Civil Procedure 6, and the Court's inherent power, Plaintiff respectfully requests that the Court consider Plaintiff's unredacted under-seal filings at ECF 232 through ECF 235, and Plaintiff's service of those materials on Defendant's counsel, to be timely. This request is consistent with the relief sought in the June 25, 2026 declaration submitted by Defendant's counsel (ECF 215), which requested that the Court consider Sri Lanka's unredacted papers timely filed and served after technical ECF issues affected the filing of under-seal papers.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2026
       New York, New York

/s/ *Justin Garbacz*
Justin Garbacz