**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMILTON RESERVE BANK LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA, <br><br> Defendant. | No. 22 Civ. 5199 (DLC) |

**DECLARATION OF SERVICE**

John P. Alexander declares and states as follows:

1.    I am a counsel with Clifford Chance US LLP, counsel for Defendant The Democratic Socialist Republic of Sri Lanka ("Sri Lanka") in the above-captioned action.   On July 29, 2026, I caused to be served by email an electronic copy of the sealed version of Sri Lanka's Supplemental Memorandum of Law Regarding Expert Evidence and the Wey Declaration (ECF 241) upon counsel for Plaintiff Hamilton Reserve Bank Ltd.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2026
       New York, New York

_s/ John P. Alexander_

John P. Alexander

- 1 -