# Clifford Chance

**By ECF**

The Honorable Denise L. Cote                                July 30, 2026
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re:   *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*,
      **No. 22 Civ. 5199 (DLC)**

Your Honor:

We write on behalf of Defendant Sri Lanka in response to Plaintiff HRB's letter of today (ECF 244). Yesterday, Sri Lanka filed a Supplemental Brief Regarding Expert Evidence and the Wey Declaration (the "July 29 Brief") (ECF 241). HRB asserts that the July 29 Brief is an improper sur-reply. This is nonsensical. Sri Lanka expressly requested permission to file the July 29 Brief, and the Court granted Sri Lanka's request on July 16, 2026. (ECF 237.)

In its letter, HRB fails to mention the Court's July 16, 2026 Order. But the Court's July 16, 2026 Order makes clear that the July 29 Brief was entirely appropriate. *First*, Sri Lanka asked permission to address the Wey Declaration on fairness grounds. In the July 29 Brief, Sri Lanka explains why the submission of the Wey Declaration was unfair, why it should not be considered on HRB's motion, and why it underscores the need for discovery from Mr. Wey.[1] *Second*, Sri Lanka asked permission to address "*the substance* of HRB's arguments regarding Sri Lanka's expert evidence." (*Id.* (emphasis added).) That is exactly what the July 29 Brief does. HRB quibbles that it did not technically challenge the "admissibility" of Sri Lanka's expert evidence. But as Sri Lanka noted in its request to file the July 29 Brief, that is splitting hairs.

HRB's request for yet another bite at the apple should be denied.

Respectfully submitted,

*s/ Robert G. Houck*

---

[1]   HRB argues there was no technical bar to submitting additional declarations, noting that Sri Lanka submitted a Nevis law declaration with its June 24, 2026 brief (ECF 202). But (unlike with the Wey Declaration), there was nothing unfair about the submission of that declaration (which fatally undermines HRB's purported Nevis law objection to discovery of depositor information). HRB could have responded to that declaration in its July 15, 2026 brief, but tellingly it did not do so.

**Clifford Chance US LLP**

Two Manhattan West · 375 9th Avenue · New York, NY 10001

Tel +12128788000 · Direct Dial +12128783224 · robert.houck@cliffordchance.com · cliffordchance.com