# Clifford Chance

*The plaintiff shall provide a basis for sealing these materials by 8/5/26.*

*[signature]*
*7/30/26*

**By ECF**

The Honorable Denise L. Cote                                    July 29, 2026
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re:     *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*,
        **No. 22 Civ. 5199 (DLC)**

Your Honor:

        We write pursuant to the Stipulated Protective Order dated May 11, 2023 (ECF 38), and Section 8(B) of the Court's Individual Practices, to request permission to file Defendant's Supplemental Memorandum of Law Regarding Expert Evidence and the Wey Declaration (the "Memorandum," filed contemporaneously herewith) under seal. Specifically, the Memorandum refers to documents or information that HRB has designated "Confidential" under the Stipulated Protective Order.

        Accordingly, and solely because HRB has designated this information Confidential, Defendant is filing a public redacted version and an under seal unredacted version of the Memorandum, as required by Section 9 of the Stipulated Protective Order.

        As to whether there is actually a need (compelling or otherwise) to file any portion of the Memorandum under seal, Defendant takes no position at this time. *See Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019) ("[A]ll documents submitted in connection with, and relevant to, such judicial decision-making are subject to at least some presumption of public access"); *Lugosch v. Pyramid Co.*, 435 F.3d 110, 123 (2d Cir. 2006) (requiring "compelling reasons" for filing under seal in summary judgment context).

Respectfully submitted,

*s/ Robert G. Houck*

**Clifford Chance US LLP**
Two Manhattan West · 375 9th Avenue · New York, NY 10001
Tel +12128788000 · Direct Dial +12128783224 · robert.houck@cliffordchance.com · cliffordchance.com

1