**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HAMILTON RESERVE BANK LTD.,

          Plaintiff,

    v.

THE DEMOCRATIC SOCIALIST REPUBLIC OF
SRI LANKA.

          Defendant.

No. 22 Civ. 5199 (DLC)

**DECLARATION OF SERVICE**

Justin Garbacz declares and states as follows:

1. I am an Associate with Willkie Farr & Gallagher LLP, counsel for Plaintiff Hamilton Reserve Bank Ltd. ("Plaintiff") in the above-captioned matter. On August 5, 2026, I served by email an electronic copy of the sealed version of Plaintiff's Supplemental Reply in Further Support of its Motion for Summary Judgment and Response to Defendants Supplemental Memorandum in Opposition (ECF No. 251) upon counsel for Defendant The Democratic Socialist Republic of Sri Lanka.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 6, 2026

    New York, New York

By:    /s/ *Justin Garbacz*
        Justin Garbacz