**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMILTON RESERVE BANK LTD., <br><br>                     Plaintiff, <br><br>     - v. - <br><br> THE DEMOCRATIC SOCIALIST REPUBLIC OF SRI LANKA, <br><br>                   Defendant. | Civil Action No. 1:22-cv-05199-DLC |

## **JOINT UPDATE**

Plaintiff Hamilton Reserve Bank Ltd and Defendant the Democratic Socialist Republic of Sri Lanka hereby submit this joint update to the Court.

Pursuant to the Parties' Joint Proposed Guidelines and Limitations for Supplemental Briefing (ECF 196), which the Court endorsed on March 23, 2026 (ECF 197), the Parties hereby jointly inform the Court that supplemental briefing on Plaintiff's Motion for Summary Judgment (ECF 44) is complete.

DATED: August 06, 2026

**WILLKIE FARR & GALLAGHER LLP**

/s/ Lee Wolosky_____

Lee Wolosky
Justin P. Garbacz
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-3098
Facsimile: (212) 728-8111
lwolosky@willkie.com
jgarbacz@willkie.com

**CATAFAGO FINI LLP**
Tom M. Fini
One Grand Central Place
47th Floor
New York, NY 10165
Telephone: (212) 239-9669
tom@catafagofini.com

*Counsel For Plaintiff*

**CLIFFORD CHANCE US LLP**

/s/_Robert G. Houck_____

Robert G. Houck
John P. Alexander
Benjamin A. Berringer
Two Manhattan West
375 9th Avenue
New York, NY 10001
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Robert.Houck@cliffordchance.com
John.Alexander@cliffordchance.com
Benjamin.Berringer@cliffordchance.com

*Counsel for Defendant*