# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

August 5, 2026

**BY ECF**

Hon. Denise Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

*Granted.*
*Denise Cote*
*8/4/26*

Re: *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 22 Civ. 5199 (DLC)

Dear Judge Cote:

Pursuant to the Stipulated Protective Order dated May 11, 2023 (ECF 38), and Section 8 of the Court's Individual Practices, and consistent with the Court's July 9, 2026 Order (ECF 224) and July 22, 2026 Order (ECF 239) approving Plaintiff's prior requests to keep certain Confidential and highly sensitive information under seal, Plaintiff writes in response to the Court's July 30, 2026 Order (ECF 246) and requests that the unredacted version of Defendant's Supplemental Memorandum of Law Regarding Expert Evidence and the Wey Declaration (Defendant's "Supplemental Response") (ECF 241) remain under seal.

The unredacted version of Defendant's Supplemental Response contains or discusses highly sensitive nonpublic information that was marked as "Confidential" pursuant to the Protective Order in this case. The basis for why this information should remain under seal is set forth in detail in Plaintiff's July 7, 2026 Letter to the Court (ECF 218, 220), which the Court approved on July 9, 2026 (ECF 224). Consistent with the approach that Plaintiff took in its July 7, 2026 Letter, Defendant has filed a redacted version of the Supplemental Response (ECF 242), which applies tailored redactions to protect Plaintiff's non-public and commercially sensitive information, including details regarding Plaintiff's financial statements and non-public data and information regarding Plaintiff's depositors.

As set out in Plaintiff's July 7, 2026 Letter (ECF 218, 220), Plaintiff's privacy interests, the privacy interests of third parties, and the potential for commercial harm strongly outweighs any presumption of public access and warrants sealing.

Respectfully submitted,

/s/ Lee Wolosky
Lee Wolosky

1

142705155.v3