WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

August 5, 2026

**BY ECF**

Hon. Denise Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

**Re: *Hamilton Reserve Bank Ltd. v. The Democratic Socialist Republic of Sri Lanka*, No. 22 Civ. 5199 (DLC)**

Dear Judge Cote:

Pursuant to the Stipulated Protective Order dated May 11, 2023 (ECF 38), and Section 8 of the Court's Individual Practices, and consistent with the Court's July 9, 2026 Order (ECF 224); and July 22, 2026 Order (ECF 239) approving Plaintiff's prior requests to keep certain Confidential and highly sensitive information under seal, Plaintiff requests permission to file the unredacted version of Plaintiff's Supplemental Reply in Further Support of its Motion for Summary Judgment and Response to Defendants Supplemental Memorandum in Opposition (Plaintiff's "Supplemental Reply") (ECF 249) under seal.

The unredacted version of Plaintiff's Supplemental Reply contains or discusses highly sensitive nonpublic information that was marked as "Confidential" pursuant to the Protective Order in this case. The basis for why this information should remain under seal is set forth in detail in Plaintiff's July 7, 2026 Letter to the Court (ECF 218, 220), which the Court approved on July 9, 2026 (ECF 224). Consistent with the approach that Plaintiff took in its July 7, 2026 letter, Plaintiff has filed a redacted version of the Reply (ECF 249), which applies tailored redactions to protect Plaintiff's non-public and commercially sensitive information, including details regarding Plaintiff's financial statements and non-public data and information regarding Plaintiff's depositors.

As set out in Plaintiff's July 7, 2026 Letter (ECF 218, 220), Plaintiff's privacy interests, the privacy interests of third parties, and the potential for commercial harm strongly outweighs any presumption of public access and warrants sealing.

Respectfully submitted,

/s/ Lee Wolosky
Lee Wolosky

Granted.
Denise Cote
8/14/26